**Certification Pursuant to Federal Securities Laws**

1. I, Antonio F. Soto, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Origin Materials, Inc. ("Origin" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Origin Materials, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Origin securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Exhibit 1 is a list of all of my transactions in Origin Materials, Inc. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08 / 25 / 2023

*Antonio Felipe Soto*
Antonio F. Soto

# Exhibit 1

Doc ID: 24ad8487e292b121c5af8097379e6d3deab0c7c6

# Exhibit 1

Doc ID: 24ad8487e292b121c5af8097379e6d3deab0c7c6

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 4/18/23 | Bought | 91 | $ 4.31 |
| 4/28/23 | Bought | 96 | $ 3.96 |
| 5/4/23 | Bought | 191 | $ 4.00 |
| 5/11/23 | Bought | 4 | $ 4.53 |
| 5/16/23 | Bought | 39 | $ 4.72 |
| 5/17/23 | Bought | 17 | $ 4.68 |
| 6/5/23 | Bought | 16 | $ 4.49 |
| 6/12/23 | Bought | 132 | $ 4.88 |
| 6/23/23 | Bought | 260 | $ 4.13 |
| 6/27/23 | Bought | 171 | $ 4.53 |
| 7/7/23 | Sold | -200 | $ 3.74 |
| 7/19/23 | Bought | 755 | $ 4.39 |
| 7/25/23 | Bought | 156 | $ 4.32 |
| 7/28/23 | Bought | 4 | $ 4.24 |
| 8/9/23 | Bought | 318 | $ 4.40 |