BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin Materials, Inc.,
Richard J. Riley, John Bissell, and Nate S. Whaley*

*(Attorneys for Plaintiffs on Signature Page)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO F. SOTO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>                 v.<br><br>ORIGIN MATERIALS, INC., RICHARD J. RILEY, JOHN BISSELL, and NATE S. WHALEY,<br><br>            Defendants.<br>_____ | Case No.: 2:23-cv-01816-WBS-JDP<br><br>**JOINT STIPULATION RE CONSOLIDATING CASES** |
| STEPHEN JONES, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br>                 v.<br><br>ORIGIN MATERIALS, INC., RICHARD J. RILEY, JOHN BISSELL, and NATE S. WHALEY,<br><br>            Defendants. | Case No.: 2:23-cv-02202-DJC-JDP |

STIPULATION RE CONSOLIDATING CASES

WHEREAS, on August 25, 2023, Antonio F. Soto commenced a securities class action on behalf of a purported class of purchasers of Origin Materials Inc., ("Origin") securities. See Soto v. Origin Materials, Inc. et al., No. 2:23-cv-01816-WBS-JDP (E.D. Cal) (the "Soto Action");

WHEREAS, on October 4, 2023, Stephen Jones commenced a securities class action on behalf of a purported class of purchasers of Origin securities. See Jones v. Origin Materials, Inc. et al., No. 2:23-cv-02202-DJC-JDP (E.D. Cal.) (the "Jones Action");

WHEREAS, the Civil Cover Sheet in the Jones Action designated it as a related case of the Soto Action (Jones ECF No. 1-3);

WHEREAS, the Soto and Jones Actions were filed against the same defendants, Origin Materials, Inc., Richard J. Riley, John Bissell, and Nate S. Whaley (collectively, "Defendants"), and allege the same claims (Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5) and class period (February 23, 2023 - August 9, 2023).

WHEREAS, counsel for Defendants, Mr. Soto, and Mr. Jones agree that the related Soto and Jones Actions should be consolidated on the grounds that they involve common questions of law and fact, and on the form of the [Proposed] Order Consolidating Cases (Soto ECF No. 9) filed concurrently herewith;

NOW THEREFORE, IT IS SO STIPULATED, by and between the undersigned, subject to approval of this Court that the [Proposed] Order Consolidating Cases (Soto ECF No. 9) filed concurrently herewith be entered.

STIPULATION RE CONSOLIDATING CASES

Dated: 10/10/2023          FRESHFIELDS BRUCKHAUS DERINGER US LLP

                                    */s/ Boris Feldman*
                           BORIS FELDMAN
                           DORU GAVRIL
                           CARL HUDSON
                           855 Main Street
                           Redwood City, CA 94063
                           Telephone: 650/618-9250
                           boris.feldman@freshfields.com
                           doru.gavril@freshfields.com
                           carl.hudson&freshfields.com

                           *Attorneys for Defendants Origin*
                           *Materials, Inc., Richard J. Riley,*
                           *John Bissell, and Nate S. Whaley*

                           BLOCK & LEVITON LLP

Dated: 10/10/2023             */s/ Jacob A. Walker* (as authorized
                           on 10/10/2023)
                           Jacob A. Walker (SBN 271217)
                           400 Concar Drive
                           San Mateo, CA 94402
                           (650) 781-0025 phone
                           jake@blockleviton.com

                           *Attorneys for Plaintiff Antonio F. Soto*

                           POMERANTZ LLP

Dated: 10/10/2023            */s/ Ari Y. Basser* (as authorized on
                           10/10/2023)
                           Ari Y. Basser (SBN 272618)
                           1100 Glendon Avenue, 15th Floor
                           Los Angeles, California 90024
                           Telephone: (310) 405-7190
                           abasser@pomlaw.com

                           Jeremy A. Lieberman
                           (*pro hac vice* application forthcoming)
                           J. Alexander Hood II
                           (*pro hac vice* application forthcoming)
                           600 Third Avenue
                           New York, New York 10016
                           Telephone: (212) 661-1100
                           Facsimile: (917) 463-1044
                           jalieberman@pomlaw.com
                           ahood@pomlaw.com

                           *Attorneys for Plaintiff Stephen Jones*

STIPULATION RE CONSOLIDATING CASES