BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin Materials, Inc.,*
*Richard J. Riley, John Bissell, and Nate S. Whaley*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO F. SOTO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> ORIGIN MATERIALS, INC., RICHARD J. RILEY, JOHN BISSELL, and NATE S. WHALEY, <br><br> Defendants. | Case No.: 2:23-cv-01816-WBS-JDP <br><br> **NOTICE OF RELATED CASES** |

NOTICE OF RELATED CASES

Pursuant to L.R. 123(b), defendants Origin Materials, Inc., Richard J. Riley, John Bissell, and Nate S. Whaley ("Defendants"), by and through their undersigned counsel, respectfully notify the Court of the following related cases:

1. *Soto v. Origin Materials, Inc. et al.*, No. 2:23-cv-01816-WBS-JDP (E.D. Cal.)(the "Soto Action")

2. *Jones v. Origin Materials, Inc. et al.*, No. 2:23-cv-02202-DJC-JDP (E.D. Cal.)(the "Jones Action")

These cases are related within the meaning of L.R. 123(a) because the Soto and Jones Actions were both filed against the Defendants, exclusive of any others, and allege the same claims (Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5) and class period (Feb. 23, 2023 - Aug. 9, 2023). There is also substantial overlap between the statements that the Soto and Jones Actions allege were false and misleading as predicates to their claims.

Judicial effort would be saved by a single judge's resolution of these substantially overlapping questions of fact and law present in both cases. Additionally, all Plaintiffs and Defendants in the Soto and Jones Actions seek the consolidation of these cases to further prevent unnecessary expenditure of judicial resources. *See* Soto ECF No. 8.

Dated: October 12, 2023      FRESHFIELD BRUCKHAUS DERINGER US LLP

*/s/ Boris Feldman*
Boris Feldman
Doru Gavril
Carl Hudson
855 Main Street
Redwood City, CA 94063

1

NOTICE OF RELATED CASES

Telephone: 650/618-9250
boris.feldman@freshfields.com
doru.gavril@freshfields.com
carl.hudson@freshfields.com

*Attorneys for Defendants Origin
Materials, Inc., Richard J. Riley,
John Bissell, and Nate S. Whaley*

2

NOTICE OF RELATED CASES