UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANTONIO F. SOTO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ORIGIN MATERIALS, INC., RICHARD J. RILEY, JOHN BISSELL, and NATE S. WHALEY,<br><br>    Defendants. | No. 2:23-cv-1816 WBS JDP<br><br><br>ORDER RELATING CASES |
| STEPHEN JONES, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ORIGIN MATERIALS, INC., RICHARD J. RILEY, JOHN BISSELL, and NATE S. WHALEY,<br><br>    Defendants. | No. 2:23-cv-2202 DJC JDP |

1

1 | ----oo0oo----
2 | Examination of the above-entitled actions reveals that
3 | they are related within the meaning of Local Rule 123(a),
4 | because, among other things, the cases assert virtually identical
5 | claims under the Securities Exchange Act of 1934 and 17 C.F.R. §
6 | 240.10b-5 against the same defendants based on the same
7 | statements.  Accordingly, the assignment of the matters to the
8 | same judge is likely to effect a substantial saving of judicial
9 | effort and is also likely to be convenient for the parties.
10 | The parties should be aware that relating the cases
11 | under Local Rule 123 merely has the result that both actions are
12 | assigned to the same judge; no consolidation of the actions is
13 | effected.  Under the regular practice of this court, related
14 | cases are generally assigned to the judge and magistrate judge to
15 | whom the first filed action was assigned.
16 | IT IS THEREFORE ORDERED that the actions denominated
17 | Soto v. Origin Materials, Inc., No. 2:23-cv-1816 WBS JDP, and
18 | Jones v. Origin Materials, Inc., No. 2:23-cv-2202 DJC JDP, be,
19 | and the same hereby are, deemed related.[1]  The case denominated
20 | Jones v. Origin Materials, Inc., No. 2:23-cv-2202 DJC JDP, shall
21 | be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set
22 | in the reassigned case only are hereby VACATED.  Henceforth, the
23 | captions on documents filed in the reassigned case shall be shown
24 | as Jones v. Origin Materials, Inc., No. 2:23-cv-2202 WBS JDP.
25 | IT IS FURTHER ORDERED that the Clerk of the Court make
26 | an appropriate adjustment in the assignment of cases to

---

[1] The court will address the parties' stipulation to consolidate these cases in a separate order.

compensate for this reassignment.

Dated: October 17, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE