BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin Materials, Inc., Richard J. Riley, John Bissell, and Nate S. Whaley*

*(Attorneys for Plaintiffs on Signature Page)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO F. SOTO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　　　　　v.<br>ORIGIN MATERIALS, INC., RICHARD J. RILEY, JOHN BISSELL, and NATE S. WHALEY,<br><br>　　　　Defendants.<br>_____<br>STEPHEN JONES, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br>　　　　　v.<br>ORIGIN MATERIALS, INC., RICHARD J. RILEY, JOHN BISSELL, and NATE S. WHALEY,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01816 WBS JDP<br><br>**ORDER CONSOLIDATING CASES**<br><br><br><br><br><br><br><br>Case No.: 2:23-cv-02202 WBS JDP |

ORDER CONSOLIDATING CASES

Having considered the parties' stipulation and for good cause shown, the Court hereby orders:

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Soto v. Origin Materials, Inc. et al.,* No. 2:23-cv-01816 WBS JDP and *Jones v. Origin Materials, Inc. et al.,* No. 2:23-cv-02202 WBS JDP are consolidated for all purposes including trial as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Master File No. 2:23-cv-01816 WBS JDP |
| This Document Relates To:  ALL ACTIONS. | <u>CLASS ACTION</u> |

The file in Case No. 2:23-cv-01816 WBS JDP shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the *Jones* action. All parties are directed to make further filings only to the docket for the consolidated case.

**IT IS SO ORDERED.**

Dated:  October 18, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER CONSOLIDATING CASES