**BRODSKY SMITH**
Evan J. Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
esmith@brodskysmith.com
Tel.: 877.534.2590

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Nicholas Agapis*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Master File No.: 2:23-cv-01816-WBS-JDP |
| | **NOTICE OF MOTION OF NICHOLAS AGAPIS FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL** |
| | Date:        December 11, 2023 |
| | Time:        1:30 p.m. |
| | Courtroom:   5-14th Floor |
| | Judge:       Hon. William B. Shubb |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, that on December 11, 2023 at 1:30 p.m., or as soon as counsel may be heard, the undersigned will move before the Honorable William B. Shubb at the United States District Court for the Eastern District of California, Robert T. Matsui United States Courthouse, Courtroom 5 on the 14th Floor, 501 I Street, Sacramento, California 95814, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing Nicholas Agapis ("Movant") as Lead Plaintiff in the above-captioned action (the "Action")i) approving Movant's choice of counsel as Lead Counsel and Liaison Counsel. In support of this Motion, Movant's submit a Memorandum of Points and Authorities, the Declaration of Evan J. Smith and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on his loss of approximately $112,579.45 which was suffered as a result of Defendants' wrongful conduct as alleged in the above-referenced documents. Further, Movant satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as his claims are typical of other Class members' claims and he will fairly and adequately represent the interests of the class.

Dated: October 24, 2023                              Respectfully submitted,

                                                     **BRODSKY SMITH**

                                                     */s/ Evan J. Smith*
                                                     Evan J. Smith
                                                     9595 Wilshire Boulevard, Suite 900
                                                     Beverly Hills, CA 90212
                                                     esmith@brodskysmith.com
                                                     Tel.: 877.534.2590

                                                     *Liaison Counsel for Nicholas Agapis and Proposed*
                                                     *Liaison Counsel the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Lead Counsel for Nicholas Agapis and Proposed Lead Counsel for the Class*

NOTICE OF MOTION OF NICHOLAS AGAPIS FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL