**BRODSKY SMITH**
Evan J. Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
esmith@brodskysmith.com
Tel.: 877.534.2590

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Nicholas Agapis*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Master File No.: 2:23-cv-01816-WBS-JDP |
| | **DECLARATION OF EVAN J. SMITH IN SUPPORT OF NICHOLAS AGAPIS' MOTION FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL** |
| | Date:        December 11, 2023 |
| | Time:        1:30 p.m. |
| | Courtroom: 5-14th Floor |
| | Judge:       Hon. William B. Shubb |

I, Evan J. Smith, hereby declare as follows:

1.        I am a partner with the law firm of Brodsky Smith, LLP, liaison counsel for Nicholas Agapis ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-caption action (the "Action"). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification signed by Movant.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of his investment in Origin Materials, Inc.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on August 25, 2023 on *Globe Newswire* announcing the pendency of the above-captioned securities lawsuit.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the firm résumés of Levi & Korsinsky, LLP and Brodsky Smith, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 24th day of October, 2023.


*/s/ Evan J. Smith*
Evan J. Smith

DECLARATION OF EVAN J. SMITH IN SUPPORT OF NICHOLAS AGAPIS' MOTION FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL


Case 2:23-cv-01816-WBS-JDP   Document 13-2   Filed 10/24/23   Page 3 of 104

# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, nicholas agapis, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Origin Materials, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date : 10/02/2023

Name : nicholas agapis

Signature :

| Case Name | Origin Materials, Inc. |
|---|---|
| Ticker | ORGN |
| Class Period | 02-23-2023 to 08-09-2023 |

**Client Name**

Nicholas Agapis

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-23-2023 | P | 200 | $ 04.8599 |
| 02-27-2023 | P | 200 | $ 04.8499 |
| 02-27-2023 | P | 300 | $ 04.7799 |
| 02-27-2023 | P | 300 | $ 05.0899 |
| 03-09-2023 | P | 1000 | $ 04.3599 |
| 03-14-2023 | P | 1000 | $ 04.1699 |
| 03-15-2023 | S | -2500 | $ 03.9908 |
| 03-15-2023 | S | -1500 | $ 03.8901 |
| 03-15-2023 | P | 1000 | $ 03.9699 |
| 03-15-2023 | P | 3000 | $ 03.9100 |
| 03-22-2023 | P | 500 | $ 03.9199 |
| 03-22-2023 | P | 500 | $ 03.9399 |
| 03-22-2023 | P | 500 | $ 04.0000 |
| 03-22-2023 | P | 1000 | $ 04.0000 |
| 03-22-2023 | P | 1500 | $ 03.9200 |
| 03-22-2023 | P | 1500 | $ 03.9500 |
| 03-22-2023 | P | 2000 | $ 04.0000 |
| 03-22-2023 | P | 2000 | $ 04.0000 |
| 03-27-2023 | P | 500 | $ 03.9199 |
| 03-28-2023 | P | 500 | $ 03.8687 |
| 03-28-2023 | P | 1000 | $ 03.8696 |
| 03-28-2023 | P | 1000 | $ 03.8894 |
| 03-28-2023 | P | 1000 | $ 03.8896 |
| 03-28-2023 | P | 1000 | $ 03.9092 |
| 04-03-2023 | P | 500 | $ 04.1699 |
| 04-11-2023 | P | 60 | $ 04.1300 |
| 04-11-2023 | P | 440 | $ 04.1299 |
| 04-11-2023 | P | 500 | $ 04.1299 |
| 04-17-2023 | P | 500 | $ 04.2000 |
| 04-17-2023 | P | 1500 | $ 04.1800 |
| 04-17-2023 | P | 1500 | $ 04.2000 |
| 04-18-2023 | P | 1500 | $ 04.1500 |
| 04-19-2023 | P | 200 | $ 04.2096 |
| 04-19-2023 | P | 300 | $ 04.1994 |
| 04-19-2023 | P | 500 | $ 04.1750 |
| 04-19-2023 | P | 500 | $ 04.2499 |
| 04-19-2023 | P | 500 | $ 04.3200 |
| 04-20-2023 | P | 500 | $ 04.0292 |

| Date | | Quantity | Price |
|---|---|---|---|
| 04-21-2023 | P | 500 | $ 04.0492 |
| 04-21-2023 | P | 1000 | $ 04.0291 |
| 04-25-2023 | P | 500 | $ 03.8188 |
| 04-25-2023 | P | 500 | $ 03.8350 |
| 04-25-2023 | P | 500 | $ 03.8891 |
| 04-26-2023 | P | 500 | $ 03.7250 |
| 04-26-2023 | P | 500 | $ 03.7899 |
| 04-27-2023 | P | 200 | $ 03.8599 |
| 04-27-2023 | P | 300 | $ 03.8390 |
| 05-02-2023 | P | 500 | $ 03.8999 |
| 05-02-2023 | P | 500 | $ 03.9199 |
| 05-02-2023 | P | 1000 | $ 03.9000 |
| 05-08-2023 | P | 500 | $ 04.1999 |
| 05-08-2023 | P | 1000 | $ 04.1594 |
| 05-09-2023 | P | 100 | $ 04.1597 |
| 05-09-2023 | P | 400 | $ 04.1550 |
| 05-10-2023 | P | 100 | $ 04.3900 |
| 05-10-2023 | P | 500 | $ 04.3164 |
| 05-10-2023 | P | 500 | $ 04.3391 |
| 05-10-2023 | P | 900 | $ 04.3899 |
| 05-10-2023 | P | 1000 | $ 04.2499 |
| 05-10-2023 | P | 3000 | $ 04.3700 |
| 05-15-2023 | P | 1000 | $ 04.6699 |
| 05-18-2023 | P | 100 | $ 04.6400 |
| 05-18-2023 | P | 400 | $ 04.6399 |
| 05-19-2023 | P | 200 | $ 04.3493 |
| 05-19-2023 | P | 300 | $ 04.4500 |
| 05-19-2023 | P | 500 | $ 04.5199 |
| 05-24-2023 | P | 300 | $ 04.4296 |
| 05-25-2023 | P | 100 | $ 04.3150 |
| 05-25-2023 | P | 100 | $ 04.3197 |
| 06-02-2023 | P | 2000 | $ 04.5000 |
| 06-06-2023 | P | 500 | $ 04.6199 |
| 06-07-2023 | P | 500 | $ 04.8378 |
| 06-08-2023 | P | 200 | $ 04.6950 |
| 06-08-2023 | P | 300 | $ 04.6999 |
| 06-08-2023 | P | 500 | $ 04.7199 |
| 06-08-2023 | P | 500 | $ 04.7899 |
| 06-08-2023 | P | 1500 | $ 04.7399 |
| 06-09-2023 | P | 300 | $ 04.7850 |
| 06-09-2023 | P | 700 | $ 04.7872 |
| 06-09-2023 | P | 1000 | $ 04.7099 |
| 06-14-2023 | P | 500 | $ 04.7597 |
| 06-15-2023 | P | 500 | $ 04.7199 |
| 06-16-2023 | P | 100 | $ 04.5000 |
| 06-16-2023 | P | 900 | $ 04.4999 |
| 06-16-2023 | P | 1000 | $ 04.4199 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 06-23-2023 | P | 500 | $ 04.0550 |
| 06-23-2023 | P | 3500 | $ 04.0599 |
| 06-28-2023 | P | 500 | $ 04.1578 |
| 06-28-2023 | P | 500 | $ 04.1695 |
| 06-28-2023 | P | 1000 | $ 04.1799 |
| 07-06-2023 | P | 200 | $ 03.7999 |
| 07-06-2023 | P | 500 | $ 03.8399 |
| 07-06-2023 | P | 500 | $ 03.8399 |
| 07-06-2023 | P | 800 | $ 03.7950 |
| 07-06-2023 | P | 1000 | $ 03.7499 |
| 07-06-2023 | P | 1000 | $ 03.7898 |
| 07-06-2023 | P | 1000 | $ 03.9999 |
| 07-21-2023 | S | -17574 | $ 04.4500 |
| 07-21-2023 | S | -5000 | $ 04.3601 |
| 07-21-2023 | S | -2426 | $ 04.4700 |
| 07-21-2023 | S | -1730 | $ 04.4350 |
| 07-21-2023 | S | -270 | $ 04.4301 |
| 07-24-2023 | S | -4000 | $ 04.2801 |
| 07-24-2023 | P | 2000 | $ 04.3900 |
| 07-24-2023 | P | 2000 | $ 04.4299 |
| 08-01-2023 | P | 1000 | $ 04.3950 |
| 08-01-2023 | P | 1000 | $ 04.4199 |
| 08-03-2023 | S | -5000 | $ 04.3050 |
| 08-03-2023 | P | 3000 | $ 04.1800 |
| 08-07-2023 | P | 2000 | $ 04.3399 |
| 08-08-2023 | P | 312 | $ 04.2650 |
| 08-08-2023 | P | 500 | $ 04.2382 |
| 08-08-2023 | P | 500 | $ 04.2487 |
| 08-08-2023 | P | 500 | $ 04.2899 |
| 08-08-2023 | P | 500 | $ 04.3299 |
| 08-08-2023 | P | 1000 | $ 04.3300 |
| 08-08-2023 | P | 1000 | $ 04.3500 |
| 08-08-2023 | P | 1688 | $ 04.2697 |
| 08-09-2023 | S | -5000 | $ 04.2901 |
| 08-09-2023 | S | -3000 | $ 04.4101 |
| 08-09-2023 | S | -3000 | $ 04.3201 |
| 08-09-2023 | P | 2000 | $ 01.9600 |
| 08-09-2023 | P | 2000 | $ 02.1700 |
| 08-09-2023 | P | 2000 | $ 04.3382 |
| 08-09-2023 | P | 4000 | $ 02.9700 |

# EXHIBIT B

| Client Name | Nicholas Agapis |
| --- | --- |
| Company Name | Origin Materials, Inc. |
| Ticker Symbol | ORGN |
| Security Type | |
| Class Period Start | 02-23-2023 |
| Class Period End | 08-09-2023 |
| 90-DAY Lookback Period Start | 08-10-2023 |
| 90-DAY Lookback Period End | 10-23-2023 |
| 90-DAY Lookback Average | $ 01.29 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $112,579.45 |
| DURA LIFO* Total | $107,246.63 |
| Gross Shares Purchased | 97,000 |
| Net Shares Retained | 46,000 |
| Net Funds Expended | $172,596.96 |

Nicholas Agapis

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-23-2023 | 200 | 4.8599 | $ 971.98 | 03-15-2023 | 200 | | $ 03.89 | $ 778.02 | - | - | - | $ 01.29 | | $ 193.96 | |
| 02-27-2023 | 200 | 4.8499 | $ 969.98 | 03-15-2023 | 200 | | $ 03.89 | $ 778.02 | - | - | - | $ 01.29 | | $ 191.96 | |
| 02-27-2023 | 200 | 4.7799 | $ 955.98 | 03-15-2023 | 200 | | $ 03.99 | $ 798.16 | - | - | - | $ 01.29 | | $ 157.82 | |
| 02-27-2023 | 100 | 4.7799 | $ 477.99 | 03-15-2023 | 100 | | $ 03.89 | $ 389.01 | - | - | - | $ 01.29 | | $ 88.98 | |
| 02-27-2023 | 300 | 5.0899 | $ 1,526.97 | 03-15-2023 | 300 | | $ 03.99 | $ 1,197.24 | - | - | - | $ 01.29 | | $ 329.73 | |
| 03-09-2023 | 1000 | 4.3599 | $ 4,359.90 | 03-15-2023 | 1000 | | $ 03.99 | $ 3,990.80 | - | - | - | $ 01.29 | | $ 369.10 | |
| 03-14-2023 | 1000 | 4.1699 | $ 4,169.90 | 03-15-2023 | 1000 | | $ 03.99 | $ 3,990.80 | - | - | - | $ 01.29 | | $ 179.10 | |
| 03-15-2023 | 1000 | 3.9699 | $ 3,969.90 | | | | | | - | 1000 | 1000 | $ 01.29 | $ 1,293.93 | $ 2,675.97 | $ 2,675.97 |
| 03-15-2023 | 3000 | 3.91 | $ 11,730.00 | | | | | | - | 3000 | 3000 | $ 01.29 | $ 3,881.79 | $ 7,848.21 | $ 7,848.21 |
| 03-22-2023 | 500 | 3.9199 | $ 1,959.95 | | | | | | - | 500 | 500 | $ 01.29 | $ 646.97 | $ 1,312.98 | $ 1,312.98 |
| 03-22-2023 | 500 | 3.9399 | $ 1,969.95 | | | | | | - | 500 | 500 | $ 01.29 | $ 646.97 | $ 1,322.98 | $ 1,322.98 |
| 03-22-2023 | 500 | 4 | $ 2,000.00 | | | | | | - | 500 | 500 | $ 01.29 | $ 646.97 | $ 1,353.03 | $ 1,353.03 |
| 03-22-2023 | 1000 | 4 | $ 4,000.00 | | | | | | - | 1000 | 1000 | $ 01.29 | $ 1,293.93 | $ 2,706.07 | $ 2,706.07 |
| 03-22-2023 | 1500 | 3.92 | $ 5,880.00 | | | | | | - | 1500 | 1500 | $ 01.29 | $ 1,940.90 | $ 3,939.10 | $ 3,939.10 |
| 03-22-2023 | 1500 | 3.95 | $ 5,925.00 | | | | | | - | 1500 | 1500 | $ 01.29 | $ 1,940.90 | $ 3,984.10 | $ 3,984.10 |
| 03-22-2023 | 2000 | 4 | $ 8,000.00 | | | | | | - | 2000 | 2000 | $ 01.29 | $ 2,587.86 | $ 5,412.14 | $ 5,412.14 |
| 03-22-2023 | 2000 | 4 | $ 8,000.00 | | | | | | - | 2000 | 2000 | $ 01.29 | $ 2,587.86 | $ 5,412.14 | $ 5,412.14 |
| 03-27-2023 | 500 | 3.9199 | $ 1,959.95 | | | | | | - | 500 | 500 | $ 01.29 | $ 646.97 | $ 1,312.98 | $ 1,312.98 |
| 03-28-2023 | 500 | 3.8687 | $ 1,934.35 | | | | | | - | 500 | 500 | $ 01.29 | $ 646.97 | $ 1,287.38 | $ 1,287.38 |
| 03-28-2023 | 1000 | 3.8696 | $ 3,869.60 | | | | | | - | 1000 | 1000 | $ 01.29 | $ 1,293.93 | $ 2,575.67 | $ 2,575.67 |
| 03-28-2023 | 1000 | 3.8894 | $ 3,889.40 | | | | | | - | 1000 | 1000 | $ 01.29 | $ 1,293.93 | $ 2,595.47 | $ 2,595.47 |
| 03-28-2023 | 1000 | 3.8896 | $ 3,889.60 | | | | | | - | 1000 | 1000 | $ 01.29 | $ 1,293.93 | $ 2,595.67 | $ 2,595.67 |
| 03-28-2023 | 1000 | 3.9092 | $ 3,909.20 | | | | | | - | 1000 | 1000 | $ 01.29 | $ 1,293.93 | $ 2,615.27 | $ 2,615.27 |
| 04-03-2023 | 500 | 4.1699 | $ 2,084.95 | | | | | | - | 500 | 500 | $ 01.29 | $ 646.97 | $ 1,437.98 | $ 1,437.98 |
| 04-11-2023 | 60 | 4.13 | $ 247.80 | | | | | | - | 60 | 60 | $ 01.29 | $ 77.64 | $ 170.16 | $ 170.16 |
| 04-11-2023 | 440 | 4.1299 | $ 1,817.16 | | | | | | - | 440 | 440 | $ 01.29 | $ 569.33 | $ 1,247.83 | $ 1,247.83 |
| 04-11-2023 | 500 | 4.1299 | $ 2,064.95 | | | | | | - | 500 | 500 | $ 01.29 | $ 646.97 | $ 1,417.98 | $ 1,417.98 |
| 04-17-2023 | 500 | 4.2 | $ 2,100.00 | 09-13-2023 | | 500 | $ 01.41 | | $ 705.05 | 500 | - | $ 01.29 | | $ 1,394.95 | $ 1,394.95 |
| 04-17-2023 | 1500 | 4.18 | $ 6,270.00 | 09-13-2023 | | 1500 | $ 01.41 | | $ 2,115.15 | 1500 | - | $ 01.29 | | $ 4,154.85 | $ 4,154.85 |
| 04-17-2023 | 500 | 4.2 | $ 2,100.00 | 09-13-2023 | | 500 | $ 01.42 | | $ 710.05 | 500 | - | $ 01.29 | | $ 1,389.95 | $ 1,389.95 |
| 04-17-2023 | 1000 | 4.2 | $ 4,200.00 | 09-13-2023 | | 1000 | $ 01.41 | | $ 1,410.10 | 1000 | - | $ 01.29 | | $ 2,789.90 | $ 2,789.90 |
| 04-18-2023 | 1500 | 4.15 | $ 6,225.00 | 09-13-2023 | | 1500 | $ 01.42 | | $ 2,130.15 | 1500 | - | $ 01.29 | | $ 4,094.85 | $ 4,094.85 |
| 04-19-2023 | 200 | 4.2096 | $ 841.92 | 09-13-2023 | | 200 | $ 01.42 | | $ 284.02 | 200 | - | $ 01.29 | | $ 557.90 | $ 557.90 |
| 04-19-2023 | 300 | 4.1994 | $ 1,259.82 | 09-13-2023 | | 300 | $ 01.42 | | $ 426.03 | 300 | - | $ 01.29 | | $ 833.79 | $ 833.79 |
| 04-19-2023 | 500 | 4.175 | $ 2,087.50 | 09-13-2023 | | 500 | $ 01.42 | | $ 710.05 | 500 | - | $ 01.29 | | $ 1,377.45 | $ 1,377.45 |
| 04-19-2023 | 500 | 4.2499 | $ 2,124.95 | 09-13-2023 | | 500 | $ 01.42 | | $ 710.05 | 500 | - | $ 01.29 | | $ 1,414.90 | $ 1,414.90 |
| 04-19-2023 | 500 | 4.32 | $ 2,160.00 | 09-13-2023 | | 500 | $ 01.42 | | $ 710.05 | 500 | - | $ 01.29 | | $ 1,449.95 | $ 1,449.95 |
| 04-20-2023 | 500 | 4.0292 | $ 2,014.60 | 09-13-2023 | | 500 | $ 01.41 | | $ 705.30 | 500 | - | $ 01.29 | | $ 1,309.30 | $ 1,309.30 |
| 04-21-2023 | 500 | 4.0492 | $ 2,024.60 | 09-13-2023 | | 500 | $ 01.41 | | $ 705.30 | 500 | - | $ 01.29 | | $ 1,319.30 | $ 1,319.30 |
| 04-21-2023 | 1000 | 4.0291 | $ 4,029.10 | 09-13-2023 | | 1000 | $ 01.41 | | $ 1,410.60 | 1000 | - | $ 01.29 | | $ 2,618.50 | $ 2,618.50 |
| 04-25-2023 | 500 | 3.8188 | $ 1,909.40 | 09-13-2023 | | 500 | $ 01.41 | | $ 705.30 | 500 | - | $ 01.29 | | $ 1,204.10 | $ 1,204.10 |
| 04-25-2023 | 500 | 3.835 | $ 1,917.50 | 09-13-2023 | | 500 | $ 01.41 | | $ 705.30 | 500 | - | $ 01.29 | | $ 1,212.20 | $ 1,212.20 |
| 04-25-2023 | 500 | 3.8891 | $ 1,944.55 | 09-12-2023 | | 500 | $ 01.48 | | $ 740.05 | 500 | - | $ 01.29 | | $ 1,204.50 | $ 1,204.50 |
| 04-26-2023 | 500 | 3.725 | $ 1,862.50 | 09-12-2023 | | 500 | $ 01.48 | | $ 740.05 | 500 | - | $ 01.29 | | $ 1,122.45 | $ 1,122.45 |
| 04-26-2023 | 500 | 3.7899 | $ 1,894.95 | 09-12-2023 | | 500 | $ 01.48 | | $ 740.05 | 500 | - | $ 01.29 | | $ 1,154.90 | $ 1,154.90 |
| 04-27-2023 | 200 | 3.8599 | $ 771.98 | 09-12-2023 | | 200 | $ 01.48 | | $ 296.02 | 200 | - | $ 01.29 | | $ 475.96 | $ 475.96 |
| 04-27-2023 | 300 | 3.839 | $ 1,151.70 | 09-12-2023 | | 300 | $ 01.48 | | $ 444.03 | 300 | - | $ 01.29 | | $ 707.67 | $ 707.67 |
| 05-02-2023 | 500 | 3.8999 | $ 1,949.95 | 09-12-2023 | | 500 | $ 01.48 | | $ 740.05 | 500 | - | $ 01.29 | | $ 1,209.90 | $ 1,209.90 |
| 05-02-2023 | 500 | 3.9199 | $ 1,959.95 | 09-12-2023 | | 500 | $ 01.48 | | $ 740.05 | 500 | - | $ 01.29 | | $ 1,219.90 | $ 1,219.90 |
| 05-02-2023 | 1000 | 3.9 | $ 3,900.00 | 09-12-2023 | | 1000 | $ 01.48 | | $ 1,480.10 | 1000 | - | $ 01.29 | | $ 2,419.90 | $ 2,419.90 |
| 05-08-2023 | 500 | 4.1999 | $ 2,099.95 | 09-12-2023 | | 500 | $ 01.48 | | $ 740.05 | 500 | - | $ 01.29 | | $ 1,359.90 | $ 1,359.90 |
| 05-08-2023 | 500 | 4.1594 | $ 2,079.70 | 08-21-2023 | | 500 | $ 01.38 | | $ 690.30 | 500 | - | $ 01.29 | | $ 1,389.40 | $ 1,389.40 |

Case 2:23-cv-01816-WBS-JDP   Document 13-2   Filed 10/24/23   Page 10 of 104

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | Qty | | Price | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-08-2023 | 500 | 4.1594 | $ 2,079.70 | 09-12-2023 | 500 | $ 01.48 | $ 740.05 | 500 | - | $ 01.29 | $ 1,339.65 | $ 1,339.65 |
| 05-09-2023 | 100 | 4.1597 | $ 415.97 | 08-21-2023 | 100 | $ 01.38 | $ 138.06 | 100 | - | $ 01.29 | $ 277.91 | $ 277.91 |
| 05-09-2023 | 400 | 4.155 | $ 1,662.00 | 08-21-2023 | 400 | $ 01.38 | $ 552.24 | 400 | - | $ 01.29 | $ 1,109.76 | $ 1,109.76 |
| 05-10-2023 | 100 | 4.39 | $ 439.00 | 07-24-2023 | 100 | $ 04.28 | $ 428.01 | - | - | $ 01.29 | $ 10.99 | |
| 05-10-2023 | 500 | 4.3164 | $ 2,158.20 | 07-24-2023 | 500 | $ 04.28 | $ 2,140.05 | - | - | $ 01.29 | $ 18.15 | |
| 05-10-2023 | 500 | 4.3391 | $ 2,169.55 | 07-24-2023 | 500 | $ 04.28 | $ 2,140.05 | - | - | $ 01.29 | $ 29.50 | |
| 05-10-2023 | 900 | 4.3899 | $ 3,950.91 | 07-24-2023 | 900 | $ 04.28 | $ 3,852.09 | - | - | $ 01.29 | $ 98.82 | |
| 05-10-2023 | 1000 | 4.2499 | $ 4,249.90 | 07-24-2023 | 1000 | $ 04.28 | $ 4,280.10 | - | - | $ 01.29 | -$ 30.20 | -$ 30.20 |
| 05-10-2023 | 1730 | 4.37 | $ 7,560.10 | 07-21-2023 | 1730 | $ 04.44 | $ 7,672.55 | - | - | $ 01.29 | -$ 112.45 | -$ 112.45 |
| 05-10-2023 | 270 | 4.37 | $ 1,179.90 | 07-21-2023 | 270 | $ 04.43 | $ 1,196.13 | - | - | $ 01.29 | -$ 16.23 | -$ 16.23 |
| 05-10-2023 | 1000 | 4.37 | $ 4,370.00 | 07-24-2023 | 1000 | $ 04.28 | $ 4,280.10 | - | - | $ 01.29 | $ 89.90 | |
| 05-15-2023 | 1000 | 4.6699 | $ 4,669.90 | 07-21-2023 | 1000 | $ 04.47 | $ 4,470.00 | - | - | $ 01.29 | $ 199.90 | |
| 05-18-2023 | 100 | 4.64 | $ 464.00 | 07-21-2023 | 100 | $ 04.47 | $ 447.00 | - | - | $ 01.29 | $ 17.00 | |
| 05-18-2023 | 400 | 4.6399 | $ 1,855.96 | 07-21-2023 | 400 | $ 04.47 | $ 1,788.00 | - | - | $ 01.29 | $ 67.96 | |
| 05-19-2023 | 200 | 4.3493 | $ 869.86 | 07-21-2023 | 200 | $ 04.47 | $ 894.00 | - | - | $ 01.29 | -$ 24.14 | -$ 24.14 |
| 05-19-2023 | 300 | 4.45 | $ 1,335.00 | 07-21-2023 | 300 | $ 04.47 | $ 1,341.00 | - | - | $ 01.29 | -$ 06.00 | -$ 06.00 |
| 05-19-2023 | 74 | 4.5199 | $ 334.47 | 07-21-2023 | 74 | $ 04.36 | $ 322.65 | - | - | $ 01.29 | $ 11.83 | |
| 05-19-2023 | 426 | 4.5199 | $ 1,925.48 | 07-21-2023 | 426 | $ 04.47 | $ 1,904.22 | - | - | $ 01.29 | $ 21.26 | |
| 05-24-2023 | 300 | 4.4296 | $ 1,328.88 | 07-21-2023 | 300 | $ 04.36 | $ 1,308.03 | - | - | $ 01.29 | $ 20.85 | |
| 05-25-2023 | 100 | 4.315 | $ 431.50 | 07-21-2023 | 100 | $ 04.36 | $ 436.01 | - | - | $ 01.29 | -$ 04.51 | -$ 04.51 |
| 05-25-2023 | 100 | 4.3197 | $ 431.97 | 07-21-2023 | 100 | $ 04.36 | $ 436.01 | - | - | $ 01.29 | -$ 04.04 | -$ 04.04 |
| 06-02-2023 | 2000 | 4.5 | $ 9,000.00 | 07-21-2023 | 2000 | $ 04.36 | $ 8,720.20 | - | - | $ 01.29 | $ 279.80 | |
| 06-06-2023 | 500 | 4.6199 | $ 2,309.95 | 07-21-2023 | 500 | $ 04.36 | $ 2,180.05 | - | - | $ 01.29 | $ 129.90 | |
| 06-07-2023 | 500 | 4.8378 | $ 2,418.90 | 07-21-2023 | 500 | $ 04.36 | $ 2,180.05 | - | - | $ 01.29 | $ 238.85 | |
| 06-08-2023 | 200 | 4.695 | $ 939.00 | 07-21-2023 | 200 | $ 04.36 | $ 872.02 | - | - | $ 01.29 | $ 66.98 | |
| 06-08-2023 | 300 | 4.6999 | $ 1,409.97 | 07-21-2023 | 300 | $ 04.36 | $ 1,308.03 | - | - | $ 01.29 | $ 101.94 | |
| 06-08-2023 | 500 | 4.7199 | $ 2,359.95 | 07-21-2023 | 500 | $ 04.36 | $ 2,180.05 | - | - | $ 01.29 | $ 179.90 | |
| 06-08-2023 | 74 | 4.7899 | $ 354.45 | 07-21-2023 | 74 | $ 04.45 | $ 329.30 | - | - | $ 01.29 | $ 25.15 | |
| 06-08-2023 | 426 | 4.7899 | $ 2,040.50 | 07-21-2023 | 426 | $ 04.36 | $ 1,857.40 | - | - | $ 01.29 | $ 183.09 | |
| 06-08-2023 | 1500 | 4.7399 | $ 7,109.85 | 07-21-2023 | 1500 | $ 04.45 | $ 6,675.00 | - | - | $ 01.29 | $ 434.85 | |
| 06-09-2023 | 300 | 4.785 | $ 1,435.50 | 07-21-2023 | 300 | $ 04.45 | $ 1,335.00 | - | - | $ 01.29 | $ 100.50 | |
| 06-09-2023 | 700 | 4.7872 | $ 3,351.04 | 07-21-2023 | 700 | $ 04.45 | $ 3,115.00 | - | - | $ 01.29 | $ 236.04 | |
| 06-09-2023 | 1000 | 4.7099 | $ 4,709.90 | 07-21-2023 | 1000 | $ 04.45 | $ 4,450.00 | - | - | $ 01.29 | $ 259.90 | |
| 06-14-2023 | 500 | 4.7597 | $ 2,379.85 | 07-21-2023 | 500 | $ 04.45 | $ 2,225.00 | - | - | $ 01.29 | $ 154.85 | |
| 06-15-2023 | 500 | 4.7199 | $ 2,359.95 | 07-21-2023 | 500 | $ 04.45 | $ 2,225.00 | - | - | $ 01.29 | $ 134.95 | |
| 06-16-2023 | 100 | 4.5 | $ 450.00 | 07-21-2023 | 100 | $ 04.45 | $ 445.00 | - | - | $ 01.29 | $ 05.00 | |
| 06-16-2023 | 900 | 4.4999 | $ 4,049.91 | 07-21-2023 | 900 | $ 04.45 | $ 4,005.00 | - | - | $ 01.29 | $ 44.91 | |
| 06-16-2023 | 1000 | 4.4199 | $ 4,419.90 | 07-21-2023 | 1000 | $ 04.45 | $ 4,450.00 | - | - | $ 01.29 | -$ 30.10 | -$ 30.10 |
| 06-23-2023 | 500 | 4.055 | $ 2,027.50 | 07-21-2023 | 500 | $ 04.45 | $ 2,225.00 | - | - | $ 01.29 | -$ 197.50 | -$ 197.50 |
| 06-23-2023 | 3500 | 4.0599 | $ 14,209.65 | 07-21-2023 | 3500 | $ 04.45 | $ 15,575.00 | - | - | $ 01.29 | -$ 1,365.35 | -$ 1,365.35 |
| 06-28-2023 | 500 | 4.1578 | $ 2,078.90 | 07-21-2023 | 500 | $ 04.45 | $ 2,225.00 | - | - | $ 01.29 | -$ 146.10 | -$ 146.10 |
| 06-28-2023 | 500 | 4.1695 | $ 2,084.75 | 07-21-2023 | 500 | $ 04.45 | $ 2,225.00 | - | - | $ 01.29 | -$ 140.25 | -$ 140.25 |
| 06-28-2023 | 1000 | 4.1799 | $ 4,179.90 | 07-21-2023 | 1000 | $ 04.45 | $ 4,450.00 | - | - | $ 01.29 | -$ 270.10 | -$ 270.10 |
| 07-06-2023 | 200 | 3.7999 | $ 759.98 | 07-21-2023 | 200 | $ 04.45 | $ 890.00 | - | - | $ 01.29 | -$ 130.02 | -$ 130.02 |
| 07-06-2023 | 500 | 3.8399 | $ 1,919.95 | 07-21-2023 | 500 | $ 04.45 | $ 2,225.00 | - | - | $ 01.29 | -$ 305.05 | -$ 305.05 |
| 07-06-2023 | 500 | 3.8399 | $ 1,919.95 | 07-21-2023 | 500 | $ 04.45 | $ 2,225.00 | - | - | $ 01.29 | -$ 305.05 | -$ 305.05 |
| 07-06-2023 | 800 | 3.795 | $ 3,036.00 | 07-21-2023 | 800 | $ 04.45 | $ 3,560.00 | - | - | $ 01.29 | -$ 524.00 | -$ 524.00 |
| 07-06-2023 | 1000 | 3.7499 | $ 3,749.90 | 07-21-2023 | 1000 | $ 04.45 | $ 4,450.00 | - | - | $ 01.29 | -$ 700.10 | -$ 700.10 |
| 07-06-2023 | 1000 | 3.7898 | $ 3,789.80 | 07-21-2023 | 1000 | $ 04.45 | $ 4,450.00 | - | - | $ 01.29 | -$ 660.20 | -$ 660.20 |
| 07-06-2023 | 1000 | 3.9999 | $ 3,999.90 | 07-21-2023 | 1000 | $ 04.45 | $ 4,450.00 | - | - | $ 01.29 | -$ 450.10 | -$ 450.10 |
| 07-24-2023 | 1000 | 4.39 | $ 4,390.00 | 08-03-2023 | 1000 | $ 04.31 | $ 4,305.00 | - | - | $ 01.29 | $ 85.00 | |
| 07-24-2023 | 1000 | 4.39 | $ 4,390.00 | 08-21-2023 | 1000 | $ 01.38 | | $ 1,380.60 | 1000 | - | $ 01.29 | $ 3,009.40 | $ 3,009.40 |
| 07-24-2023 | 2000 | 4.4299 | $ 8,859.80 | 08-03-2023 | 2000 | $ 04.31 | $ 8,610.00 | - | - | $ 01.29 | $ 249.80 | |
| 08-01-2023 | 1000 | 4.395 | $ 4,395.00 | 08-03-2023 | 1000 | $ 04.31 | $ 4,305.00 | - | - | $ 01.29 | $ 90.00 | |
| 08-01-2023 | 1000 | 4.4199 | $ 4,419.90 | 08-03-2023 | 1000 | $ 04.31 | $ 4,305.00 | - | - | $ 01.29 | $ 114.90 | |
| 08-03-2023 | 3000 | 4.18 | $ 12,540.00 | 08-09-2023 | 3000 | $ 04.32 | $ 12,960.30 | - | - | $ 01.29 | -$ 420.30 | -$ 420.30 |
| 08-07-2023 | 2000 | 4.3399 | $ 8,679.80 | 08-09-2023 | 2000 | $ 04.41 | $ 8,820.20 | - | - | $ 01.29 | -$ 140.40 | -$ 140.40 |
| 08-08-2023 | 312 | 4.265 | $ 1,330.68 | 08-09-2023 | 312 | $ 04.41 | $ 1,375.95 | - | - | $ 01.29 | -$ 45.27 | -$ 45.27 |
| 08-08-2023 | 500 | 4.2382 | $ 2,119.10 | 08-09-2023 | 500 | $ 04.41 | $ 2,205.05 | - | - | $ 01.29 | -$ 85.95 | -$ 85.95 |
| 08-08-2023 | 312 | 4.2487 | $ 1,325.59 | 08-09-2023 | 312 | $ 04.29 | $ 1,338.51 | - | - | $ 01.29 | -$ 12.92 | -$ 12.92 |
| 08-08-2023 | 188 | 4.2487 | $ 798.76 | 08-09-2023 | 188 | $ 04.41 | $ 829.10 | - | - | $ 01.29 | -$ 30.34 | -$ 30.34 |
| 08-08-2023 | 500 | 4.2899 | $ 2,144.95 | 08-09-2023 | 500 | $ 04.29 | $ 2,145.05 | - | - | $ 01.29 | -$ 00.10 | -$ 00.10 |
| 08-08-2023 | 500 | 4.3299 | $ 2,164.95 | 08-09-2023 | 500 | $ 04.29 | $ 2,145.05 | - | - | $ 01.29 | $ 19.90 | |
| 08-08-2023 | 1000 | 4.33 | $ 4,330.00 | 08-09-2023 | 1000 | $ 04.29 | $ 4,290.10 | - | - | $ 01.29 | $ 39.90 | |
| 08-08-2023 | 1000 | 4.35 | $ 4,350.00 | 08-09-2023 | 1000 | $ 04.29 | $ 4,290.10 | - | - | $ 01.29 | $ 59.90 | |
| 08-08-2023 | 1688 | 4.2697 | $ 7,207.25 | 08-09-2023 | 1688 | $ 04.29 | $ 7,241.69 | - | - | $ 01.29 | -$ 34.44 | -$ 34.44 |
| 08-09-2023 | 2000 | 1.96 | $ 3,920.00 | 08-21-2023 | 2000 | $ 01.38 | | $ 2,761.20 | 2000 | - | $ 01.29 | $ 1,158.80 | $ 1,158.80 |
| 08-09-2023 | 1000 | 2.17 | $ 2,170.00 | 08-17-2023 | 1000 | $ 01.36 | | $ 1,360.00 | 1000 | - | $ 01.29 | $ 810.00 | $ 810.00 |
| 08-09-2023 | 1000 | 2.17 | $ 2,170.00 | 08-21-2023 | 1000 | $ 01.38 | | $ 1,380.60 | 1000 | - | $ 01.29 | $ 789.40 | $ 789.40 |
| 08-09-2023 | 2000 | 4.3382 | $ 8,676.40 | 08-17-2023 | 2000 | $ 01.36 | | $ 2,720.00 | 2000 | - | $ 01.29 | $ 5,956.40 | $ 5,956.40 |

| 08-09-2023 | 2000 | 2.97 | $ 5,940.00 | 08-15-2023 | 2000 | $ 01.39 | | $ 2,783.00 | 2000 | - | $ 01.29 | $ 3,157.00 | $ 3,157.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-09-2023 | 2000 | 2.97 | $ 5,940.00 | 08-14-2023 | 2000 | $ 01.34 | | $ 2,720.00 | 2000 | - | $ 01.29 | $ 3,220.00 | $ 3,220.00 |
| Matched against pre class period holdings | | | | 03-15-2023 | 1000 | $ 03.89 | $ 3,890.10 | | | | $ 01.29 | | |
| **Total:** | **97,000** | | **$394,413.31** | | **51,000** | **27000** | | **$221,816.35** | **$38,029** | **47,000** | **20,000** | **$25,878.62** | **$112,579.45** **$107,246.63** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

# EXHIBIT C

**BLOCK & LEVITON LLP**

*Source:* Block & Leviton LLP

*August 25, 2023 14:10 ET*

# Origin Materials Sued By Block & Leviton LLP for Securities Law Violations

BOSTON, Aug. 25, 2023 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Origin Materials, Inc. (NASDAQ: ORGN) and certain of its executives, for securities fraud. The complaint was brought in United States District Court for the Eastern District of California and is captioned *Soto v. Origin Materials, Inc., et al.,* No. 2:23-cv-00838 (E.D. Cal.) and is brought on behalf of investors that incurred damages on their purchases in Origin Materials, Inc. securities between February 23, 2023 and August 9, 2023, inclusive.

A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased Origin Materials, Inc. shares between February 23, 2023 and August 9, 2023 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or to visit our website for information on the case.

The deadline to seek appointment as lead plaintiff is October 24, 2023.

**What is this all about?**

After the market closed on August 9, 2023, Origin Materials announced that it was significantly delaying the timeline for construction on its Origin 2 commercial plant and changing the product slate at Origin 2 from paraxylene ("PX") to furandicarboxylic acid ("FDCA"). The Company disclosed that it "now expects Origin 2 to be completed in two phases, with Phase 1 estimated to be completed in late 2026 to 2027, and Phase 2 estimated to be completed in 2028, compared with our initial expectation for a mid-2025 completion."

Origin further revealed that the construction of Origin 2 would cost more and yield less capacity than previously announced.

On this news, Origin's stock price fell 66.5% on August 10, 2023.

Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants misled investors by failing to disclose that: (1) Origin would not be able to meet its previously announced timeline for the construction of the Origin 2 plant; (2) demand for PX had dropped such that it would not be the production focus of Origin 2; (3) Origin could not construct Origin 2 at its previously disclosed cost; (4) Origin could not construct Origin 2 at the scale it had previously identified; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or acquired Origin Materials, Inc. shares between February 23, 2023 and August 9, 2023 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is October 24, 2023.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional

investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP
www.blockleviton.com

# EXHIBIT D

**BRODSKY SMITH, LLP**
Evan J. Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
esmith@brodskysmith.com
Tel.: 877.534.2590

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671wh
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Nicholas Agapis*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Master File No.: 2:23-cv-01816-WBS-JDP **DECLARATION OF NICHOLAS AGAPIS IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** |

Date:          December 11, 2023
Time:          1:30 p.m.
Courtroom:  5-14th Floor
Judge:         Hon. William B. Shubb

DECLARATION OF NICHOLAS AGAPIS IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF

I, Nicholas Agapis, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against Origin Materials, Inc. ("Origin" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in York, Pennsylvania. I possess a doctorate degree in dentistry. I am self-employed as a dentist and own my own practice, Greater York Family Dentistry, where I oversee seventeen employees. I have been investing in securities for ten years.

3.      I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is

2

DECLARATION OF NICHOLAS AGAPIS IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: 10/04/2023

Signed:

Name: nicholas agapis

---

3

DECLARATION OF NICHOLAS AGAPIS IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

# EXHIBIT E



# Levi & Korsinsky

## Firm Resume

## Representation.
## Where & When You Need.

### New York

33 Whitehall Street
17th Floor
New York, NY 10004
Tel : 212-363-7500
Fax : 212-363-7171

### Washington D.C.

1101 Vermont Ave. NW
Suite 700
Washington, D.C. 20005
Tel: 202-524-4290
Fax: 202-333-2121

### Connecticut

1111 Summer Street,
Suite 403
Stamford, CT 06905
Tel : 203-992-4523

### California, LA

445 South Figueroa Street
31st Floor
Los Angeles, CA 90071
Tel: 213-985-7290

### California, San Fran.

1160 Battery Street East,
Suite 100 - #3425
San Francisco, CA 94111
Tel: 415-373-1671
Fax: 415-484-1294

in  Levi&Korsinsky LLP

🐦  Merger Alerts

🌐  Www.Zlk.Com

# Contents

## About The Firm

### Practice Areas

Securities Fraud Class Actions

Derivative, Corporate Governance & Executive Compensation
Mergers & Acquisitions

Consumer Litigation

### Our Attorneys

**Managing Partners**
- EDUARD KORSINSKY
- JOSEPH E. LEVI

**Partners**
- ADAM M. APTON
- DONALD J. ENRIGHT
- SHANNON L. HOPKINS
- GREGORY M. NESPOLE
- GREGORY M. POTREPKA
- NICHOLAS I. PORRITT
- MARK S. REICH
- DANIEL TEPPER
- ELIZABETH K. TRIPODI

**Counsel**
- ANDREW E. LENCYK
- COURTNEY E. MACCARONE

## Our Attorneys

**Associates**
- RACHEL BERGER
- JORDAN A. CAFRITZ
- MORGAN EMBLETON
- NOAH GEMMA
- DEVYN R. GLASS
- GARY ISHIMOTO
- DAVID C. JAYNES
- ALEXANDER KROT
- NICHOLAS LANGE
- ADAM C. MCCALL
- AMANDA MILLER
- MELISSA MULLER
- CINAR ONEY
- COLE VON RICHTHOFEN
- BRIAN STEWART
- CORREY A. SUK
- MAX WEISS

**Staff Attorneys**
- KATHY AMES-VALDIVIESO
- KAROLINA CAMPBELL
- CHRISTINA FUHRMAN
- RUBEN MARQUEZ
- COLIN BROWN

**Law Clerks**
- AARON PARNAS



# About The Firm

Levi & Korsinsky, LLP is a national law firm with decades of combined experience litigating complex securities, class, and consumer actions in state and federal courts throughout the country. Our main office is located in New York City and we also maintain offices in Connecticut, California, and Washington, D.C.

We represent the interests of aggrieved shareholders in class action and derivative litigation through the vigorous prosecution of corporations that have committed securities fraud and boards of directors who have breached their fiduciary duties. We have served as Lead and Co-Lead Counsel in many precedent–setting litigations, recovered hundreds of millions of dollars for shareholders via securities fraud lawsuits, and obtained fair value, multi-billion dollar settlements in merger transactions.

We also represent clients in high-stakes consumer class actions against some of the largest corporations in America. Our legal team has a long and successful track record of litigating high-stakes, resource-intensive cases and consistently achieving results for our clients.

Our attorneys are highly skilled and experienced in the field of securities class action litigation. They bring a vast breadth of knowledge and skill to the table and, as a result, are frequently appointed Lead Counsel in complex shareholder and consumer litigations in various jurisdictions. We are able to allocate substantial resources to each case, reviewing public documents, interviewing witnesses, and consulting with experts concerning issues particular to each case. Our attorneys are supported by exceptionally qualified professionals including financial experts, investigators, and administrative staff, as well as cutting-edge technology and e-discovery systems. Consequently, we are able to quickly mobilize and produce excellent litigation results. Our ability to try cases, and win them, results in substantially better recoveries than our peers.

We do not shy away from uphill battles – indeed, we routinely take on complex and challenging cases, and we prosecute them with integrity, determination, and professionalism.












# Practice Areas

- Securities Fraud Class Actions
- Derivative, Corporate Governance & Executive Compensation Mergers & Acquisitions
- Consumer Litigation



**Practice Areas**



# Securities Class Action

Over the last four years, Levi & Korsinsky has been lead, or co-lead counsel in 35 separate settlements that have resulted in nearly $200 million in recoveries for shareholders. During that time, Levi & Korsinsky has consistently ranked in the Top 10 in terms of number of settlements achieved for shareholders each year, according to reports published by ISS. In Lex Machina's Securities Litigation Report, Levi & Korsinsky ranked as one of the Top 5 Securities Firms for the period from 2018 to 2020. Law360 dubbed the Firm one of the "busiest securities firms" in what is "on track to be one of the busiest years for federal securities litigation" in 2018. In 2019, Lawdragon Magazine ranked multiple members of Levi & Korsinsky among the 500 Leading Plaintiff Financial Lawyers in America. Our firm has been appointed Lead Counsel in a significant number of class actions filed in both federal and state courts across the country.

In **In re Tesla Inc. Securities Litigation**, No. 3:18-cv-4865-EMC (N.D. Cal.), the firm represents a certified class of Tesla investors who sustained damages when Elon Musk tweeted "Am considering taking Tesla private at $420. Funding secured," on August 7, 2018. In a monumental win for the class, our attorneys successfully obtained partial summary judgment against Mr. Musk on

the issues of falsity and scienter, meaning that trial will primarily focus on damages, which are presently estimated to be well in excess of $2 billion.

In **In re U.S. Steel Consolidated Cases**, No. 2:17-579-CB (W.D. Pa.), the firm represents a certified class of U.S. Steel investors who sustained damages in connection with the company's false and materially misleading statements about its Carnegie Way initiative.

In two related actions, **In re Nutanix, Inc. Securities Litigation**, No. 3:19-cv-01651-WHO (the "Stock Case") and **John P. Norton, on Behalf of the Norton Family Living Trust UAD 11/15/2002 v. Nutanix, Inc., et. al.**, No. 3:21-cv-04080-WHO (the "Options Case") Levi & Korsinsky achieved a settlement providing for the payment of $71 million to eligible class members. Lead Plaintiff of the Stock Case, California Ironworkers Field Pension Trust, and Lead Plaintiff of the Options Case, John P. Norton, alleged violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 based on false and misleading misstatements that the company made that allegedly concealed from shareholders its rapidly declining sales pipeline, revenue, and billings.





# Practice Areas

## Securities Class Action

As Lead Counsel in **In re Avon Products Inc. Securities Litigation**, No. 1:19-cv-1420-MKV (S.D.N.Y.), having been commenced in the U.S. District Court for the Southern District of New York, the Firm achieved a $14.5 million cash settlement to successfully end claims alleged by a class of investors that the beauty company loosened its recruiting standards in its critical market in Brazil, eventually causing the company's stock price to crater. The case raised important issues concerning the use of confidential witnesses located abroad in support of scienter allegations and the scope of the attorney work product doctrine with respect to what discovery could be sought of confidential sources who are located in foreign countries.

In **Rougier v. Applied Optoelectronics, Inc.,** No. 4:17-cv-2399-GHC-CAB (S.D. Tex.), the Firm served as sole Lead Counsel, prevailed against Defendants' Motion to Dismiss, and achieved class certification before the Parties reached a settlement. The Court granted final approval of a $15.5 million settlement on November 24, 2020.

> "Plaintiffs' selected Class Counsel, the law firm of Levi & Korsinsky, LLP, has demonstrated the zeal and competence required to adequately represent the interests of the Class. The attorneys at Levi & Korsinsky have experience in securities and class actions issues and have been appointed lead counsel in a significant number of securities class actions across the country."

The Honorable Christina Bryan in Rougier v. Applied Optoelectronics, Inc., No. 4:17-cv-02399-GHC-CAB (S.D. Tex. Nov. 13, 2019)

In **In Re Helios and Matheson Analytics, Inc. Sec. Litig.,** No. 1:18-cv-6965-JGK (S.D.N.Y.), the Firm served as sole Lead Counsel. Although the company had filed a voluntary Bankruptcy petition for liquidation and had numerous creditors (including private parties and various state and federal regulatory agencies), the Firm was able to reach a settlement. The settlement was obtained at a time when a motion to dismiss filed by the defendants was still pending and a risk to the Class. In its role as Lead Counsel, the Firm achieved a settlement of $8.25 million on behalf of the class. The Court granted final approval of the settlement on May 13, 2021.



# Practice Areas



## Securities Class Action

In **In re Restoration Robotics, Inc. Sec. Litig.,** No. 5:18-cv-3712-EJD (N.D. Cal.), the Firm was sole Lead Counsel and acheived a settlement of $4,175,000 for shareholders.

In **Kirkland, et al. v. WideOpenWest, Inc.,** et al., Index No. 653248/2018 (N.Y. Sup.) the Firm was Co-Lead Counsel and acheived a settlement of $7,025,000 for shareholders.

In **Stein v. U.S. Xpress Enterprises, Inc.,** et al., No. 1:19-cv-98-TRM-CHS (E.D. Tenn.), the Firm is Co-Lead Counsel representing a certified class of USX investors and has prevailed on a Motion to Dismiss. The class action is in the early stages of discovery and shareholders stand to recover damages in connection with an Initial Public Offering.



## "I find the firm to be well-qualified to serve as Lead Counsel."

The Honorable Andrew L. Carter, Jr. In Snyder v. Baozun Inc., No. 1:19-cv-11290-ALC-KNF (S.D.N.Y. Sept. 8, 2020)



# Practice Areas

 ## Securities Class Action

Appointed Lead or Co-Lead Counsel in the following securities class actions:

- **Villanueva v. Proterra Inc. et al.,**

No. 5:23-cv-03519-BLF (N.D. Cal. October 23nd, 2023)

- **Scott Petersen V. Stem, Inc,**

No. 23-cv-02329-MMC (C.N.D.C. August 22nd, 2023)

- **Solomon v. Peloton Interactive, Inc. et al.,**

No. 1:23-cv-04279-MKB-JRC (E.D.N.Y. September 7th, 2023)

- **Thant et al. v. Veru, Inc., et al.,**

No. 1:22-cv-23960-KMW (S.D. Fla. July 27, 2023)

- **Joshua Zhang V. gaotu techedu inc. f/k/a GSX techedu inc., xiangdong chen and nan shen**

No. 1:22-cv-07966-PKC-CLP (E.D.N.Y. July 16, 2023)

- **Miguel Jaramillo V. Dish Network Corporation, Et Al.,**

No. 1:23-cv-00734-GPG-SKC (U.S.D.C. Colorado July 16, 2023)

- **Howard M. Rensin, Trustee Of The Rensin Joint Trust v. United States Cellular Corporation, et al.,**

No. 1:23-cv-02764-MMR (N.D. Ill. July 11, 2023)

- **Holland et al., v. Rite Aid Corporation, et al.,**

No. 23-cv-589 (N.D. Ohio June 22, 2023)

 In appointing the Firm Lead Counsel, the Honorable Analisa Torres noted our "extensive experience" in securities litigation.

White Pine Invs. v. CVR Ref., LP, No. 1:20-CV-2863-AT (S.D.N.Y. Jan. 5, 2021)

- **Rhonda Baylor v. Honda Motor Co., Ltd., et al.,**

No. 2:23-cv-00794-GW-AGR (C.D. Cal. May 8, 2023)

- **Sophia Olsson v. PLDT Inc. et al.,**

No. 2:23-cv-00885-CJC-MAA (C.D. Cal. April 26, 2023)

- **Sean Ryan v. FIGS, Inc. et al.,**

No. 2:22-cv-07939-ODW (C.D. Cal. February 14, 2023)

- **Schoen v. Eiger Biopharmaceuticals, Inc., et al.,**

No. 3:22-cv-6985-RS (N.D. Cal. February 3, 2023)

- **Jamia Fernandes v. Centessa Pharmaceuticals plc, et al.,**

No. 1:22-cv-08805-GHW-SLC (S.D.N.Y. December 12, 2022)

- **Gilbert v. Azure Power Global Limited, et al.,**

No. 1:22-cv-07432-GHW (S.D.N.Y. December 8, 2022

- **Pugley v. Fulgent Genetics, Inc. et al.,**

No. 2:22-cv-06764-CAS-KLS (C.D. Cal. November 30, 2022)



## Practice Areas

### Securities Class Action

- **Michalski v. Weber Inc., et al.,**

  No. 1:22-cv-03966-EEB (N.D. Ill. November 29, 2022)

- **Edge v. Tupperware Brands Corporation, et al.,**

  No. 6:22-cv-1518-RBD-LHP (M.D. Fla. September 16, 2022)

- **Carpenter v. Oscar Health, Inc., et al.,**

  No. 1:22-cv-03885-VSB-VF (S.D.N.Y. September 27, 2022)

- **In re Nano-X Imagining Ltd. Securities Litigation,**

  No. 1:20-cv-04355-WFK-MMH (E.D.N.Y. August 30, 2022)

- **Patterson v. Cabaletto Bio, Inc., et al.,**

  No. 2:22-cv-00737-JMY (E.D. Pa. August 10, 2022)

- **Rose v. Butterfly Network, Inc., et al.,**

  No. 2:22-cv-00854-MEF-JBC (D.N.J. August 8, 2022)

- **Winter v. Stronghold Digital Mining, Inc., et al.,**

  No. 1:22-cv-03088-RA (S.D.N.Y. August 4, 2022)

- **Poirer v. Bakkt Holdings, Inc.,**

  No. 1:22-cv-02283-EK-PK (E.D.N.Y. August 3, 2022)

- **In re Meta Materials Inc. Securities Litigation,**

  No. 1:21-cv-07203-CBA-JRC (E.D.N.Y. July 15, 2022)



### "I find the firm to be well-qualified to serve as Lead Counsel."

The Honorable Andrew L. Carter, Jr. In Snyder v. Baozun Inc., No. 1:19-CV-11290 (S.D.N.Y. Sept. 8, 2020)

- **Deputy v. Akebia Therapeutics, Inc. et al.,**

  No. 1:22-cv-01411-AMD-VMS (E.D.N.Y. June 28, 2022)

- **In re Grab Holdings Limited Securities Litigation,**

  No. 1:22-cv-02189-JLR (S.D.N.Y. June 7, 2022)

- **Jiang v. Bluecity Holdings Limited et al.,**

  No. 1:21-cv-04044-FB-CLP (E.D.N.Y. December 22, 2021)

- **In re AppHarvest Securities Litigation,**

  No. 1:21-cv-07985-LJL (S.D.N.Y. December 13, 2021)

- **In re Coinbase Global, Inc. Securities Litigation,**

  No. 3:21-cv-05634-TLT (N.D. Cal. November 5, 2021)

- **Miller v. Rekor Systems, Inc. et al.,**

  No. 1:21-cv-01604-GLR (D. Md. September 16, 2021)

- **Zaker v. Ebang International Holdings Inc. et al.,**

  No. 1:21-cv-03060-KPF (S.D.N.Y. July 21, 2021)



# Practice Areas



## Securities Class Action

- **Valdes v. Kandi Technologies Group, Inc. et al.,**

No. 2:20-cv-06042-LDH-AYS (E.D.N.Y. April 20, 2021)

- **John P. Norton, On Behalf Of The Norton Family Living Trust UAD 11/15/2002 V. Nutanix, Inc. Et Al,**

No. 3:21-cv-04080-WHO (N.D. Cal. September 8, 2021)

- **The Daniels Family 2001 Revocable Trust v. Las Vegas Sands Corp., et al.,**

No. 1:20-cv-08062-JMF (D. Nev. Jan. 5, 2021)

- **In re QuantumScape Securities Class Action Litigation,**

No. 3:21-cv-00058-WHO (N.D. Cal. April 20, 2021)

- **In re Minerva Neurosciences, Inc. Sec. Litig.,**

No. 1:20-cv-12176-GAO (D. Mass. March 5, 2021)

- **White Pine Investments v. CVR Refining, LP, et al.,**

No. 1:20-cv-02863-AT (S.D.N.Y Jan. 5, 2021)

- **Yaroni v. Pintec Technology Holdings Limited, et al.,**

No. 1:20-cv-08062-JMF (S.D.N.Y. Dec. 15, 2020)

- **Nickerson v. American Electric Power Company, Inc., et al.,**

No. 2:20-cv-04243-SDM-EPD (S.D. Ohio Nov. 24, 2020)



> **"Class Counsel have demonstrated that they are skilled in this area of the law and therefore adequate to represent the Settlement Class as well."**

The Honorable Barry Ted Moskowitz in In re Regulus Therapeutics Inc. Sec. Litig., No. 3:17-CV-182-BTM-RBB (S.D. Cal. Oct. 30, 2020)

- **Ellison v. Tufin Software Technologies Ltd., et al.,**

No. 1:20-cv-05646-GHW (S.D.N.Y. Oct. 19, 2020)

- **Hartel v. The GEO Group, Inc., et al.,**

No. 9:20-cv-81063-RS-SMM (S.D. Fla. Oct. 1, 2020)

- **Posey, Sr. v. Brookdale Senior Living, Inc., et al.,**

No. 3:20-cv-00543-AAT (M.D. Tenn. Sept. 14, 2020)

- **Snyder v. Baozun Inc.,**

No. 1:19-cv-11290-ALC-KNF (S.D.N.Y. Sept. 8, 2020)

- **In re eHealth Inc. Sec. Litig.,**

No. 4:20-cv-02395-JST-LJC (N.D. Cal. Jun. 24, 2020)

- **Mehdi v. Karyopharm Therapeutics Inc.,**

No. 1:19-cv-11972-NMG (D. Mass. Apr. 29, 2020)

- **Brown v. Opera Ltd.,**

No. 1:20-cv-00674-JGK (S.D.N.Y. Apr. 17, 2020)



# Practice Areas

 ## Securities Class Action

· **In re Dropbox Sec. Litig.,**

No. 5:19-cv-06348-BLF-SVK (N.D. Cal. Jan. 16, 2020)

· **In re Yunji Inc. Sec. Litig.,**

No. 1:19-cv-6403-LDH-RML (E.D.N.Y. Feb. 3, 2020)

· **Zhang v. Valaris plc,**

No. 1:19-cv-7816-NRB (S.D.N.Y. Dec. 23, 2019)

· **In re Sundial Growers Inc. Sec. Litig.,**

No. 1:19-cv-08913-ALC-SN (S.D.N.Y. Dec. 20, 2019)

· **Costanzo v. DXC Technology Co.,**

No. 5:19-cv-05794-BLF-VKD (N.D. Cal. Nov. 20, 2019)

· **Ferraro Family Foundation, Inc. v. Corcept Therapeutics Incorporated,**

No. 5:19-cv-1372-LHK-SVK (N.D. Cal. Oct. 7, 2019)

· **Roberts v. Bloom Energy Corp.,**

No. 4:19-cv-02935-HSG (N.D. Cal. Sept. 3, 2019)

· **Luo v. Sogou Inc.,**

No. 1:19-cv-00230-LJL (S.D.N.Y. Apr. 2, 2019)

· **In re Aphria Inc. Sec. Litig.,**

No. 1:18-cv-11376-GBD-JEW (S.D.N.Y. Mar. 27, 2019)

· **Chew v. MoneyGram International, Inc.,**

No. 1:18-cv-07537-MMP (N.D. Ill. Feb. 12, 2019)



Vice Chancellor Sam Glasscock, III said "it's always a pleasure to have counsel who are articulate and exuberant..." and referred to our approach to merger litigation as "wholesome" and "a model of... plaintiffs' litigation in the merger arena."

Ocieczanek v. Thomas Properties Group, C.A. No. 9029-VCG (Del. Ch. May 15, 2014)

· **Johnson v. Costco Wholesale Corp.,**

No. 2:18-cv-01611-TSZ (W.D. Wash. Jan. 30, 2019)

· **Tung v. Dycom Industries, Inc.,**

No. 9:18-cv-81448-RS-WM (S.D. Fla. Jan. 11, 2019)

· **Guyer v. MGT Capital Investments, Inc.,**

No. 1:18-cv-09228-ER (S.D.N.Y. Jan. 9, 2019)

· **In re Adient plc Sec. Litig.,**

No. 1:18-cv-09116-RA (S.D.N.Y. Dec. 21, 2018)

· **In re Prothena Corp. plc Sec. Litig.,**

No. 1:18-cv-06425-ALC (S.D.N.Y. Oct. 31, 2018)

· **Pierrelouis v. Gogo Inc.,**

No. 1:18-cv-04473-JLA (N.D. Ill. Oct. 10, 2018)





# Practice Areas

## Securities Class Action

· **Balestra v. Cloud With Me Ltd.,**

No. 2:18-cv-00804-MRH-LPL (W.D. Pa. Oct. 18, 2018)

· **Balestra v. Giga Watt, Inc.,**

No. 2:18-cv-00103-MKD (E.D. Wash. June 28, 2018)

· **Chandler v. Ulta Beauty, Inc.,**

No. 1:18-cv-01577-MMP (N.D. Ill. June 26, 2018)

· **In re Longfin Corp. Sec. Litig.,**

No. 1:18-cv-2933-DLC (S.D.N.Y. June 25, 2018)

· **Chahal v. Credit Suisse Group AG,**

No. 1:18-cv-02268-AT-SN (S.D.N.Y. June 21, 2018)

· **In re Bitconnect Sec. Litig.,**

No. 9:18-cv-80086-DMM-DLB (S.D. Fla. June 19, 2018)

· **In re Aqua Metals Sec. Litig.,**

No. 4:17-cv-07142-HSG (N.D. Cal. May 23, 2018)

· **Davy v. Paragon Coin, Inc.,**

No. 4:18-cv-00671-JSW (N.D. Cal. May 10, 2018)

· **Rensel v. Centra Tech, Inc.,**

No. 1:17-cv-24500-RNS-JB (S.D. Fla. Apr. 11, 2018)

· **Cullinan v. Cemtrex, Inc.**

No. 2:17-cv-01067-SJF-AYS (E.D.N.Y. Mar. 3, 2018)

· **In re Navient Corporation Sec. Litig.,**

No. 1:17-cv-08373-RBK-AMD (D.N.J. Feb. 2, 2018)

· **Huang v. Depomed, Inc.,**

No. 3:17-cv-04830-JST (N.D. Cal. Dec. 8, 2017)

· **In re Regulus Therapeutics Inc. Sec. Litig.,**

No. 3:17-cv-00182-BTM-RBB (S.D. Cal. Oct. 26, 2017)

· **Murphy III v. JBS S.A.,**

No. 1:17-cv-03084-ILG-RER (E.D.N.Y. Oct. 10, 2017)

· **Ohren v. Amyris, Inc.,**

No. 3:17-cv-002210-WHO (N.D. Cal. Aug. 8, 2017)

· **Beezley v. Fenix Parts, Inc.,**

No. 2:17-cv-00233-SRC-CLW (D.N.J. June 28, 2017)

· **M & M Hart Living Trust v. Global Eagle Entertainment, Inc.,**

No. 2:17-cv-01479-PA-MRW (C.D. Cal. June 26, 2017)

· **In re Insys Therapeutics, Inc.,**

No. 1:17-cv-1954-PAC (S.D.N.Y. May 31, 2017)

· **Clevlen v. Anthera Pharmaceuticals, Inc.,**

No. 3:17-cv-00715-RS (N.D. Cal. May 18, 2017)

· **In re Agile Therapeutics, Inc. Sec. Litig.,**

No. 3:17-cv-00119-AET-LHG (D.N.J. May 15, 2017)



11

# Practice Areas

 ## Securities Class Action

- **Roper v. SITO Mobile Ltd.,**

No. 2:17-cv-01106-ES-MAH (D.N.J. May 8, 2017)

- **In re Illumina, Inc. Sec. Litig.,**

No. 3:16-cv-03044-JL-MSB (S.D. Cal. Mar. 30, 2017)

- **In re PTC Therapeutics, Inc.,**

No. 2:16-cv-01224-KM-MAH (D.N.J. Nov. 14, 2016)

- **The TransEnterix Investor Group v. TransEnterix, Inc.,**

No. 5:16-cv-00313-JCD (E.D.N.C. Aug. 30, 2016)

- **Gormley v. magicJack VocalTec Ltd.,**

No. 1:16-cv-01869-VM (S.D.N.Y. July 12, 2016)

- **Azar v. Blount Int'l Inc.,**

No. 3:16-cv-00483-MHS (D. Or. July 1, 2016)

- **Plumley v. Sempra Energy,**

No. 3:16-cv-00512-RTB-AGS (S.D. Cal. June 6, 2016)

- **Francisco v. Abengoa, S.A.,**

No. 1:15-cv-06279-ER (S.D.N.Y. May 24, 2016)

- **De Vito v. Liquid Holdings Group, Inc.,**

No. 2:15-cv-06969-KM-JBC (D.N.J. Apr. 7, 2016)

- **Ford v. Natural Health Trends Corp.,**

No. 2:16-cv-00255-TJH-AFM (C.D. Cal. Mar. 29, 2016)

- **Levin v. Resource Capital Corp.,**

No. 1:15-cv-07081-LLS (S.D.N.Y. Nov. 24, 2015)

- **Martin v. Altisource Residential Corp.,**

No. 1:15-cv-00024-AET-GWC (D.V.I. Oct. 7, 2015)

- **Paggos v. Resonant, Inc.,**

No. 2:15-cv-01970-SJO-MRW (C.D. Cal. Aug. 7, 2015)

- **Fragala v. 500.com Ltd.,**

No. 2:15-cv-01463-JFW-CFE (C.D. Cal. July 7, 2015)

- **Stevens v. Quiksilver Inc.,**

No. 8:15-cv-00516-JVS-JCG (C.D. Cal. June 26, 2015)

- **In re Ocean Power Technologies, Inc. Sec. Litig.,**

No. 3:14-cv-3799-FLW-LHG (D.N.J. Mar. 17, 2015)

- **In re Energy Recovery Inc. Sec. Litig.,**

No. 3:15-cv-00265-EMC-LB (N.D. Cal. Jan. 20, 2015)

- **Ford v. TD Ameritrade Holding Corporation, et al.,**

No. 8:14-cv-00396-JFB-SMB (D. Neb. Dec. 2, 2014)

- **In re China Commercial Credit Sec. Litig.,**

No. 1:15-cv-00557-ALC (D.N.J. Oct. 31, 2014)

- **In re Violin Memory, Inc. Sec. Litig.,**

No. 4:13 cv-05486-YGR (N.D. Cal. Feb. 26, 2014)



# Practice Areas

 ## Securities Class Action

· **Berry v. KiOR, Inc.,**

No. 4:13-cv-02443-LHR (S.D. Tex. Nov. 25, 2013)

· **In re OCZ Technology Group, Inc. Sec. Litig.,**

No. 3:12-cv-05265-RS (N.D. Cal. Jan. 4, 2013)

· **In re Digital Domain Media Group, Inc. Sec. Litig.,**

No. 2:12-cv-14333-JEM-FJL (S.D. Fla. Sept. 20, 2012)



# Practice Areas



## Derivative, Corporate Governance & Executive Compensation

As a leader in achieving important corporate governance reforms for the benefit of shareholders, the Firm protects shareholders by enforcing the obligations of corporate fiduciaries. Our efforts include the prosecution of derivative actions in courts around the country, making pre-litigation demands on corporate boards to investigate misconduct, and taking remedial action for the benefit of shareholders. In situations where a company's board responds to a demand by commencing its own investigation, we frequently work with the board's counsel to assist with and monitor the investigation, ensuring that the investigation is thorough and conducted in an appropriate manner.

We have also successfully prosecuted derivative and class action cases to hold corporate executives and board members accountable for various abuses and to help preserve corporate assets through longlasting and meaningful corporate governance changes, thus ensuring that prior misconduct does not reoccur. We have extensive experience challenging executive compensation and recapturing assets for the benefit of companies and their shareholders. We have secured corporate governance changes to ensure that executive compensation is consistent with shareholder-approved compensation plans, company performance, and federal securities laws.

In **Franchi v. Barabe**, No. 2020-0648-KSJM (Del. Ch.), the Firm secured $6.7 million in economic benefits for Selecta Biosciences, Inc. in connection with insiders' participation in a private placement while in possession of material non-public information as well as the adoption of significant governance reforms designed to prevent a recurrence of the alleged misconduct.

"The Firm was lead counsel in the derivative action styled **Police & Retirement System of the City of Detroit et al. v. Robert Greenberg et al.**, C.A No. 2019-0578-MTZ (Del. Ch.). The action resulted in a settlement where Skechers Inc. cancelled approximately $20 million in equity awards issued to Skechers' founder Robert Greenberg and two top officers in 2019 and 2020. Also, under the settlement. Skechers' board of directors must retain a consultant to advise on compensation decisions going forward."



# Practice Areas



## Derivative, Corporate Governance & Executive Compensation

In **In re Google Inc. Class C Shareholder Litigation**, C.A. No. 7469-CS (Del. Ch.), we challenged a stock recapitalization transaction to create a new class of nonvoting shares and strengthen the corporate control of the Google founders. We helped achieve an agreement that provided an adjustment payment to existing shareholders harmed by the transaction as well as providing enhanced board scrutiny of the Google founders' ability to transfer stock. Ultimately, Google's shareholders received payments of $522 million.

In **In re Activision, Inc. Shareholder Derivative Litigation**, No. 06-cv-04771-MRP-JTL (C.D. Cal.), we were Co-Lead Counsel and challenged executive compensation related to the dating of options. This effort resulted in the recovery of more than $24 million in excessive compensation and expenses, as well as the implementation of substantial corporate governance changes.

 **"…A Model For How [The] Great Legal Profession Should Conduct Itself."**

Justice Timothy S. Driscoll in Grossman v. State Bancorp, Inc., Index No. 600469/2011 (N.Y. Sup. Ct. Nassau Cnty. Nov. 29, 2011)

In **Pfeiffer v. Toll** (Toll Brothers Derivative Litigation), No. 4140-VCL (Del. Ch.), we prevailed in defeating defendants' motion to dismiss in a case seeking disgorgement of profits that company insiders reaped through a pattern of insider-trading. After extensive discovery, we secured a settlement returning $16.25 million in cash to the company, including a significant contribution from the individuals who traded on inside information.

In **Rux v. Meyer,** No. 11577-CB (Del. Ch.), we challenged the re-purchase by Sirius XM of its stock from its controlling stockholder, Liberty Media, at an inflated, above-market price. After defeating a motion to dismiss and discovery, we obtained a settlement where SiriusXM recovered $8.25 million, a substantial percentage of its over-payment.

"In **In re EZCorp Inc. Consulting Agreement Derivative Litig.**, C.A. No. 9962-VCL (Del. Ch.), we challenged lucrative consulting agreements between EZCorp and its controlling stockholders. After surviving multiple motions to dismiss. We obtained a settlement where EZCorp was repaid $6.45 million it had paid in consulting fees, or approximately 33% of the total at issue and the consulting agreements were discontinued."

# Practice Areas



## Derivative, Corporate Governance & Executive Compensation

In **Scherer v. Lu** (Diodes Incorporated), No. 13-358-GMS (D. Del.), we secured the cancellation of $4.9 million worth of stock options granted to the company's CEO in violation of a shareholder-approved plan, and obtained additional disclosures to enable shareholders to cast a fullyinformed vote on the adoption of a new compensation plan at the company's annual meeting.

In **MacCormack v. Groupon, Inc.,** No. 13-940-GMS (D. Del.), we caused the cancellation of $2.3 million worth of restricted stock units granted to a company executive in violation of a shareholder-approved plan, as well as the adoption of enhanced corporate governance procedures designed to ensure that the board of directors complies with the terms of the plan; we also obtained additional material disclosures to shareholders in connection with a shareholder vote on amendments to the plan.

In **Edwards v. Benson** (Headwaters Incorporated), No. 13-cv-330 (D. Utah), we caused the cancellation of $3.2 million worth of stock appreciation rights granted to the company's CEO in violation of a shareholder-approved plan and the adoption of enhanced corporate governance procedures designed to ensure that the board of directors complies with the terms of the plan.

In **Pfeiffer v. Begley** (DeVry, Inc.), No. 12-CH-5105 (Ill. Cir. Ct. DuPage Cty.), we secured the cancellation of $2.1 million worth of stock options granted to the company's CEO in 2008-2012 in violation of a shareholder-approved incentive plan.

In **Basch v. Healy** (EnerNOC), No. 13-cv-766 (D. Del.), we obtained a cash payment to the company to compensate for equity awards issued to officers in violation of the company's compensation plan and caused significant changes in the company's compensation policies and procedures designed to ensure that future compensation decisions are made consistent with the company's plans, charters and policies. We also impacted the board's creation of a new compensation plan and obtained additional disclosures to stockholders concerning the board's administration of the company's plan and the excess compensation.

In **Kleba v. Dees,** No. 3-1-13 (Tenn. Cir. Ct. Knox Cty.), we recovered approximately $9 million in excess compensation given to insiders and the cancellation of millions of shares of stock options issued in violation of a shareholder-approved compensation plan. In addition, we obtained the adoption of formal corporate governance procedures designed to ensure that future compensation decisions are made independently and consistent with the plan.

Levi & Korsinsky



## Derivative, Corporate Governance & Executive Compensation

In **Lopez v. Nudelman** (CTI BioPharma Corp.), No. 14-2-18941-9 SEA (Wash. Super. Ct. King Cty.), we recovered approximately $3.5 million in excess compensation given to directors and obtained the adoption of a cap on director compensation, as well as other formal corporate governance procedures designed to implement best practices with regard to director and executive compensation.

In **In re Corinthian Colleges, Inc. Shareholder Derivative Litigation**, No. 06-cv-777-AHS (C.D. Cal.), we were Co-Lead Counsel and achieved a $2 million benefit for the company, resulting in the re-pricing of executive stock options and the establishment of extensive corporate governance changes.

In **In re Corinthian Colleges, Inc. Shareholder Derivative Litigation**, No. 06-cv-777-AHS (C.D. Cal.), we were Co-Lead Counsel and achieved a $2 million benefit for the company, resulting in the re-pricing of executive stock options and the establishment of extensive corporate governance changes.

In **Pfeiffer v. Alpert (Beazer Homes Derivative Litigation)**, No. 10-cv-1063-PD (D. Del.), we successfully challenged certain aspects of the company's executive compensation structure, ultimately forcing the company to improve its compensation practices.

In **In re Cincinnati Bell, Inc., Derivative Litigation**, No. A1105305 (Ohio, Hamilton Cty. C.P.), we achieved significant corporate governance changes and enhancements related to the company's compensation policies and practices in order to better align executive compensation with company performance. Reforms included the formation of an entirely independent compensation committee with staggered terms and term limits for service.

In **Woodford v. Mizel** (M.D.C. Holdings, Inc.), No. 1:11-cv-879 (D. Del.), we challenged excessive executive compensation, ultimately obtaining millions of dollars in reductions of that compensation, as well as corporate governance enhancements designed to implement best practices with regard to executive compensation and increased shareholder input.



# Practice Areas

 **Mergers & Acquisitions**

**Levi & Korsinsky has achieved an impressive record in obtaining injunctive relief for shareholders, and we are one of the premier law firms engaged in mergers & acquisitions and takeover litigation, consistently striving to maximize shareholder value. In these cases, we regularly fight to obtain settlements that enable the submission of competing buyout bid proposals, thereby increasing consideration for shareholders.**

**We have litigated landmark cases that have altered the landscape of mergers & acquisitions law and resulted in multi-million dollar awards to aggrieved shareholders.**

In **In re Schuff International, Inc. Stockholders Litigation**, No. 10323-VCZ (Del. Ch.), we served as Co-Lead Counsel for the plaintiff class in achieving the largest recovery as a percentage of the underlying transaction consideration in Delaware Chancery Court merger class action history, obtaining an aggregate recovery of more than $22 million -- a gross increase from $31.50 to $67.45 in total consideration per share (a 114% increase) for tendering stockholders.

In **In re Bluegreen Corp. Shareholder Litigation**, No. 502011CA018111 (Cir. Ct. for Palm Beach Cty., FL), as Co-Lead Counsel, we achieved a common fund recovery of $36.5 million for minority shareholders in connection with a management-led buyout, increasing gross consideration to shareholders in connection with the transaction by 25% after three years of intense litigation.

In **In re CNX Gas Corp. Shareholder Litigation**, No. 5377-VCL (Del. Ch.), as Plaintiffs' Executive Committee Counsel, we obtained a landmark ruling from the Delaware Chancery Court that set forth a unified standard for assessing the rights of shareholders in the context of freeze-out transactions and ultimately led to a common fund recovery of over $42.7 million for the company's shareholders.

In **Chen v. Howard-Anderson**, No. 5878-VCL (Del. Ch.), we represented shareholders in challenging the merger between Occam Networks, Inc. and Calix, Inc., obtaining a preliminary injunction against the merger after showing that the proxy statement by which the shareholders were solicited to vote for the merger was materially false and misleading. Post-closing, we took the case to trial and recovered an additional $35 million for the shareholders.



# Practice Areas

## 🤝 Mergers & Acquisitions

In **In re Sauer-Danfoss Stockholder Litig**., No. 8396 (Del. Ch.), as one of plaintiffs' co-lead counsel, we recovered a $10 million common fund settlement in connection with a controlling stockholder merger transaction.

In **In re Yongye International, Inc. Shareholders' Litigation**, No. A-12-670468-B (District Court, Clark County, Nevada), as one of plaintiffs' co-lead counsel, we recovered a $6 million common fund settlement in connection with a management-led buyout of minority stockholders in a China-based company incorporated under Nevada law.

In **In re Great Wolf Resorts, Inc. Shareholder Litigation**, No. 7328-VCN (Del. Ch.), we achieved tremendous results for shareholders, including partial responsibility for a $93 million (57%) increase in merger consideration and the waiver of several "don't-ask-don't-waive" standstill agreements that were restricting certain potential bidders from making a topping bid for the company.
In In re Talecris Biotherapeutics Holdings Shareholder Litigation, C.A. No. 5614-VCL (Del. Ch.), we served as counsel for one of the Lead Plaintiffs, achieving a settlement that increased the merger consideration to Talecris shareholders by an additional 500,000 shares of the acquiring company's stock and providing shareholders with appraisal rights.

In **In re Minerva Group LP v. Mod-Pac Corp.**, Index No. 800621/2013 (N.Y. Sup. Ct. Erie Cty.), we obtained a settlement in which defendants increased the price of an insider buyout from $8.40 to $9.25 per share, representing a recovery of $2.4 million for shareholders.

In **Stephen J. Dannis v. J.D. Nichols**, No. 13-CI-00452 (Ky. Cir. Ct. Jefferson Cty.), as Co-Lead Counsel, we obtained a 23% increase in the merger consideration (from $7.50 to $9.25 per unit) for shareholders of NTS Realty Holdings Limited Partnership. The total benefit of $7.4 million was achieved after two years of hard-fought litigation, challenging the fairness of the going-private, squeeze-out merger by NTS's controlling unitholder and Chairman, Defendant Jack Nichols. The unitholders bringing the action alleged that Nichols' proposed transaction grossly undervalued NTS's units. The 23% increase in consideration was a remarkable result given that on October 18, 2013, the Special Committee appointed by the Board of Directors had terminated the existing merger agreement with Nichols. Through counsel's tenacious efforts the transaction was resurrected and improved.



# Practice Areas

## 🤝 Mergers & Acquisitions

In **Dias v. Purches**, No. 7199-VCG (Del. Ch.), Vice Chancellor Sam Glasscock, III of the Delaware Chancery Court partially granted shareholders' motion for preliminary injunction and ordered that defendants correct a material misrepresentation in the proxy statement related to the acquisition of Parlux Fragrances, Inc. by Perfumania Holding, Inc.

In **In re Complete Genomics, Inc. Shareholder Litigation**, No. 7888-VCL (Del. Ch.), we obtained preliminary injunctions of corporate merger and acquisition transactions, and Plaintiffs successfully enjoined a "don't-ask-don't-waive" standstill agreement.

In **Forgo v. Health Grades, Inc.**, No. 5716-VCS (Del. Ch.), as Co-Lead Counsel, our attorneys established that defendants had likely breached their fiduciary duties to Health Grades' shareholders by failing to maximize value as required under Revlon, Inc. v. MacAndrews & Forbes Holdings, Inc., No. 506 A.2d 173 (Del. 1986). We secured an agreement with defendants to take numerous steps to seek a superior offer for the company, including making key modifications to the merger agreement, creating an independent committee to evaluate potential offers, extending the tender offer period, and issuing a "Fort Howard" release affirmatively stating that the company would participate in good faith discussions with any party making a bona fide acquisition proposal.

In **In re Pamrapo Bancorp Shareholder Litigation**, Docket C-89-09 (N.J. Ch. Hudson Cty.) & HUD-L-3608-12 (N.J. Law Div. Hudson Cty.), we defeated defendants' motion to dismiss shareholders' class action claims for money damages arising from the sale of Pamrapo Bancorp to BCB Bancorp at an allegedly unfair price through an unfair process. We then survived a motion for summary judgment, ultimately securing a settlement recovering $1.95 million for the Class plus the Class's legal fees and expenses up to $1 million (representing an increase in consideration of 15-23% for the members of the Class).

In **In re Integrated Silicon Solution, Inc. Stockholder Litigation**, No. 115CV279142 (Super. Ct. Santa Clara, Cal.), we won an injunction requiring corrective disclosures concerning "don't-ask-don't-waive" standstill agreements and certain financial advisor conflicts of interests, and contributed to the integrity of a post-agreement bidding contest that led to an increase in consideration from $19.25 to $23 per share, a bump of almost 25 percent.

> ❝ **"I think you've done a superb job and I really appreciate the way this case was handled."**
>
> Justice Timothy S. Driscoll in Grossman v. State Bancorp, Inc., Index No. 600469/2011 (N.Y. Sup. Ct. Nassau Cnty. Nov. 29, 2011)



# Practice Areas



## Consumer Litigation

**Levi & Korsinsky works hard to protect consumers by holding corporations accountable for defective products, false and misleading advertising, unfair or deceptive business practices, antitrust violations, and privacy right violations.**

**Our litigation and class action expertise combined with our in-depth understanding of federal and state laws enable us to fight for consumers who have been aggrieved by deceptive and unfair business practices and who purchased defective products, including automobiles, appliances, electronic goods, and other consumer products. The Firm also represents consumers in cases involving data breaches and privacy right violations. The Firm's attorneys have received a number of leadership appointments in consumer class action cases, including multidistrict litigation ("MDL"). Recently, Law.com identified the Firm as one of the top firms with MDL leadership appointments in the article titled, "There Are New Faces Leading MDLs. And They Aren't All Men" (July 6, 2020). Representative settled and ongoing cases include:**

In **NV Security, Inc. v. Fluke Networks**, No. CV05-4217 GW (SSx) (C.D. Cal. 2005), we negotiated a settlement on behalf of purchasers of Test Set telephones in an action alleging that the Test Sets contained a defective 3-volt battery. We benefited the consumer class by obtaining the following relief: free repair of the 3-volt battery, reimbursement for certain prior repair, an advisory concerning the 3-volt battery on the outside of packages of new Test Sets, an agreement that defendants would cease to market and/or sell certain Test Sets, and a 42-month warranty on the 3-volt battery contained in certain devices sold in the future.

In **Re: Apple Inc. Device Performance Litig.**, No. 5:18-md-02827-EJD (N.D. Cal.): Plaintiffs' Executive Committee Counsel in proposed nationwide class action alleging that Apple purposefully throttled iPhone; Apple has agreed to pay up to $310 million in cash (proposed settlement pending).





# Practice Areas

 **Consumer Litigation**

In **Re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litig.**, No. 3:18-MD-02828 (D. Or.): Co-Lead Interim Class Counsel in proposed nationwide class action alleging that Intel manufactured and sold defective central processing units that allowed unauthorized access to consumer stored confidential information.

In **Re: ZF-TRW Airbag Control Units Products Liability Litig.**, No. 2:19-ML-02905-JAK-FFM (C.D. Cal.): Plaintiffs' Steering Committee Counsel in proposed nationwide class action alleging that defendant auto manufacturers sold vehicles with defective airbags.

In **Re: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litig.**, No. 2:17-MD-02785 (D. Kan.): Plaintiffs' Executive Committee Counsel in action alleging that Mylan and Pfizer violated antitrust laws and committed other violations relating to the sale of EpiPens. Nationwide class and multistate classes certified.

**Sung, et al. v. Schurman Retail Group**, No. 3:17-cv-02760-LB (N.D. Cal.): Co-Lead Class Counsel in nationwide class action alleging unauthorized disclosure of employee financial information; obtained final approval of nationwide class action settlement providing credit monitoring and identity theft restoration services through 2022 and cash payments of up to $400.

**Scott, et al. v. JPMorgan Chase Bank, N.A.**, No. 1:17-cv-00249-APM (D.D.C.): Co-Lead Class Counsel in nationwide class action settlement of claims alleging improper fees deducted from payments awarded to jurors; 100% direct refund of improper fees collected.

In **Re: Citrix Data Breach Litig.**, No. 19-cv-61350-RKA-PMH (S.D. Fla.): Interim Class Counsel in action alleging company failed to implement reasonable security measures to protect employee financial information; common fund settlement of $2.25 million pending.

**Bustos v. Vonage America, Inc.**, No. 2:06-cv-2308-HAA-ES (D.N.J.): Common fund settlement of $1.75 million on behalf of class members who purchased Vonage Fax Service in an action alleging that Vonage made false and misleading statements in the marketing, advertising, and sale of Vonage Fax Service by failing to inform consumers that the protocol defendant used for the Vonage Fax Service was unreliable and unsuitable for facsimile communications.

**Masterson v. Canon U.S.A.**, No. BC340740 (Cal. Super. Ct. L.A. Cty.): Settlement providing refunds to Canon SD camera purchasers for certain broken LCD repair charges and important changes to the product warranty.





**Our Attorneys**

**Managing Partners**

- **EDUARD KORSINSKY**
- **JOSEPH E. LEVI**

Case 2:23-cv-01816-WBS-JDP   Document 13-2   Filed 10/24/23   Page 44 of 104

# EDUARD KORSINSKY
## Managing Partner



Eduard Korsinsky is the Managing Partner and Co-Founder of Levi & Korsinsky LLP, a national securities firm that has recovered billions of dollars for investors since its formation in 2003. For more than 24 years Mr. Korsinsky has represented investors and institutional shareholders in complex securities matters. He has achieved significant recoveries for stockholders, including a $79 million recovery for investors of E-Trade Financial Corporation and a payment ladder indemnifying investors of Google, Inc. up to $8 billion in losses on a ground-breaking corporate governance case. His firm serves as lead counsel in some of the largest securities matters involving Tesla, US Steel, Kraft Heinz and others. He has been named a New York "Super Lawyer" by Thomson Reuters and is recognized as one of the country's leading practitioners in class action and derivative matters.

Mr. Korsinsky is also a co- founder of CORE Monitoring Systems LLC, a technology platform designed to assist institutional clients more effectively monitor their investment portfolios and maximize recoveries on securities litigation.

**Cases he has litigated include:**

· **E-Trade Financial Corp. Sec. Litig.,** No. 07-cv-8538 (S.D.N.Y. 2007), $79 million recovery
· **In re Activision, Inc. S'holder Derivative Litig.,** No. 06-cv-04771-MRP (JTLX)(C.D. Cal. 2006), recovered $24 million in excess compensation
· **Corinthian Colleges, Inc., S'holder Derivative Litig.,** No. SACV-06-0777-AHS (C.D. Cal. 2009), obtained repricing of executive stock options providing more than $2 million in benefits to the company

· **Pfeiffer v. Toll,** No. 4140-VCL (Del. Ch. 2010), $16.25 million in insider trading profits recovered
· **In re Net2Phone, Inc. S'holder Litig.,** No. 1467-N (Del. Ch. 2005), obtained increase in tender offer price from $1.70 per share to $2.05 per share
· **In re Pamrapo Bancorp S'holder Litig.,** No. C-89-09 (N.J. Ch. Hudson Cty. 2011) & No. HUD-L-3608-12 (N.J. Law Div. Hudson Cty. 2015), obtained supplemental disclosures following the filing of a motion for preliminary injunction, pursued case post-closing, secured key rulings on issues of first impression in New Jersey and defeated motion for summary judgment



# EDUARD KORSINSKY
## Managing Partner

**Cases he has litigated include:**

· **In re Google Inc. Class C S'holder Litig.,** No. 19786 (Del. Ch. 2012), obtained payment ladder indemnifying investors up to $8 billion in losses stemming from trading discounts expected to affect the new stock
· **Woodford v. M.D.C. Holdings,** Inc., No. 1:2011cv00879 (D. Del. 2012), one of a few successful challenges to say on pay voting, recovered millions of dollars in reductions to compensation

· **Pfeiffer v. Alpert (Beazer Homes),** No. 10-cv-1063-PD (D. Del. 2011), obtained substantial revisions to an unlawful executive compensation structure
· **In re NCS Healthcare, Inc. Sec. Litig.,** No. CA 19786, (Del. Ch. 2002), case settled for approximately $100 million
· **Paraschos v. YBM Magnex Int'l, Inc.,** No. 98-CV-6444 (E.D. Pa.), United States and Canadian cases settled for $85 million Canadian

## PUBLICATIONS

· "Board Diversity: The Time for Change is Now, Will Shareholders Step Up?," *National Council on Teacher Retirement. FYI Newsletter* May 2021

· "The Dangers of Relying on Custodians to Collect Class Action Settlements.", *The Texas Association of Public Employee Retirement Systems (TEXPERS) Investment Insights* April-May Edition (2021)

· "The Dangers of Relying on Custodians to Collect Class Action Settlements.", *Michigan Association of Public Employee Retirement Systems* (MAPERS) Newsletter (2021)

· "The Dangers of Relying on Custodians to Collect Class Action Settlements.", *Florida Public Pension Trustees Association* (FPPTA) (2021)

·"NY Securities Rulings Don't Constitute Cyan Backlash", *Law360* (March 8, 2021)

· "Best Practices for Monitoring Your Securities Portfolio in 2021.", *Building Trades News Newsletter* (2020-2021)

· "Best Practices for Monitoring Your Securities Portfolio in 2021.", *The Texas Association of Public Employee Retirement Systems (TEXPERS) Monitor* (2021)

· "Best Practices for Monitoring Your Securities Portfolio in 2021.", *Michigan Association of Public Employee Retirement Systems (MAPERS) Newsletter* (2021)

· "Best Practices for Monitoring Your Securities Portfolio in 2021.", *Florida Public Pension Trustees Association (FPPTA)* (2021)

· Delaware Court Dismisses Compensation Case Against Goldman Sachs, ABA Section of Securities Litigation News & Developments (Nov. 7, 2011)

· SDNY Questions SEC Settlement Practices in Citigroup Settlement, ABA Section of Securities Litigation News & Developments (Nov. 7, 2011)

· New York Court Dismisses Shareholder Suit Against Goldman Sachs, ABA Section of Securities Litigation News & Developments (Oct. 31, 2011)



Case 2:23-cv-01816-WBS-JDP     Document 13-2     Filed 10/24/23     Page 46 of 104

# EDUARD KORSINSKY
## Managing Partner

### EDUCATION

· New York University School of Law, LL.M. Master of Law(s) Taxation (1997)
· Brooklyn Law School, J.D. (1995)
· Brooklyn College, B.S., Accounting, *summa cum laude* (1992)

### AWARDS

  

  

### ADMISSIONS

· New York (1996)
· New Jersey (1996)
· United States District Court for the Southern District of New York (1998)
· United States District Court for the Eastern District of New York (1998)
· United States Court of Appeals for the Second Circuit (2006)
· United States Court of Appeals for the Third Circuit (2010)
· United States District Court for the Northern District of New York (2011)
· United States District Court of New Jersey (2012)
· United States Court of Appeals for the Sixth Circuit (2013)



# JOSEPH E. LEVI
## Managing Partner



Joseph E. Levi is a central figure in shaping and managing the Firm's securities litigation practice. Mr. Levi has been lead or co-lead in dozens of cases involving the enforcement of shareholder rights in the context of mergers & acquisitions and securities fraud. In addition to his involvement in class action litigation, he has represented numerous patent holders in enforcing their patent rights in areas including computer hardware, software, communications, and information processing, and has been instrumental in obtaining substantial awards and settlements.

Mr. Levi and the Firm achieved success on behalf of the former shareholders of Occam Networks in litigation challenging the Company's merger with Calix, Inc., obtaining a preliminary injunction against the merger due to material representations and omissions in the proxy solicitation. **Chen v. Howard-Anderson**, No. 5878-VCL (Del. Ch.). Vigorous litigation efforts continued to trial, resulting in a $35 million recovery for shareholders.

Mr. Levi and the Firm served as lead counsel in **Weigard v. Hicks,** No. 5732-VCS (Del. Ch.), which challenged the acquisition of Health Grades by affiliates of Vestar Capital Partners. Mr. Levi successfully demonstrated to the Court of Chancery that the defendants had likely breached their fiduciary duties to Health Grades' shareholders by failing to maximize shareholder value. This ruling was used to reach a favorable settlement where defendants agreed to a host of measures designed to increase the likelihood of superior bid. Vice Chancellor Strine "applaud[ed]" the litigation team for their preparation and the extraordinary high-quality of the briefing.

 **"[The court] appreciated very much the quality of the argument..., the obvious preparation that went into it, and the ability of counsel..."**

Vice Chancellor Sam Glasscock, III In Dias V. Purches, No. 7199-VCG (Del. Ch. Apr. 5, 2012)



# JOSEPH E. LEVI
## Managing Partner

### EDUCATION

· Brooklyn Law School, J.D., *magna cum laude* (1995)
· Polytechnic University, B.S., Electrical Engineering, *summa cum laude* (1984); M.S. Systems Engineering (1986)

### AWARDS

  



### ADMISSIONS

· New York (1996)
· New Jersey (1996)
· United States Patent and Trademark Office (1997)
· United States District Court for the Southern District of New York (1997)
· United States District Court for the Eastern District of New York (1997)





# Our Attorneys

## Partners

### Levi & Korsinsky

- ADAM M. APTON
- DONALD J. ENRIGHT
- SHANNON L. HOPKINS
- GREGORY M. NESPOLE
- GREGORY M. POTREPKA
- NICHOLAS I. PORRITT
- MARK S. REICH
- DANIEL TEPPER
- ELIZABETH K. TRIPODI

29

# ADAM M. APTON
## Partner



Adam M. Apton focuses his practice on investor protection. He represents institutional investors and high net worth individuals in securities fraud, corporate governance, and shareholder rights litigation. Prior to joining the firm, Mr. Apton defended corporate clients against complex mass tort, commercial, and products liability lawsuits. Thomson Reuters has selected Mr. Apton to the Super Lawyers "Rising Stars" list every year since 2016, a distinction given to only the top 2.5% of lawyers. He has also been awarded membership to the prestigious Lawyers of Distinction for his excellence in the practice of law and named to the "Lawdragon 500 X" list out of thousands of candidates in recognition of his place at the forefront of the legal profession.

Mr. Apton's past representations and successes include:

· **In re Tesla, Inc. Securities Litigation**, No. 3:18-cv-04865-EMC (N.D. Cal.) (trial counsel in class action representing Tesla investors who were harmed by Elon Musk's "funding secured" tweet from August 7, 2018)

· **In re Navient Corp. Securities Litigation**, No. 17-8373 (RBK/AMD) (D.N.J.) (lead counsel in class action against leading provider of student loans for alleged false and misleading statements about compliance with consumer protection laws)

· **In re Prothena Corporation Plc Securities Litigation**, No. 1:18-cv-06425-ALC (S.D.N.Y.) ($15.75 million settlement fund against international drug company for false statements about development of lead biopharmaceutical product)

· **Martin v. Altisource Residential Corporation**, et al., No. 15-00024 (AET) (GWC) (D.V.I.) ($15. 5 million settlement fund against residential mortgage company for false statements about compliance with consumer regulations and corporate governance protocols)

· **Levin v. Resource Capital Corp., et al.**, No. 1:15-cv-07081-LLS (S.D.N.Y.) ($9.5 million settlement in class action over fraudulent statements about toxic mezzanine loan assets)



Case 2:23-cv-01816-WBS-JDP   Document 13-2   Filed 10/24/23   Page 51 of 104

# ADAM M. APTON
## Partner

• **Rux v. Meyer (Sirius XM Holdings Inc.)**, No. 11577 (Del. Ch.) (recovery of $8.25 million against SiriusXM's Board of Directors for engaging in harmful related-party transactions with controlling stockholder, John. C. Malone and Liberty Media Corp.)

**PUBLICATIONS**

• "Pleading Section 11 Liability for Secondary Offerings" *American Bar Association: Practice Points* (Jan. 4, 2017)
• "Second Circuit Rules in Indiana Public Retirement System v. SAIC, Inc." *American Bar Association: Practice Points* (Apr. 4, 2016)
• "Second Circuit Applies Omnicare to Statements of Opinion in Sanofi" *American Bar Association: Practice Points* (Mar. 30, 2016)
• "Second Circuit Rules in Action AG v. China North" American Bar Association: Practice Points (Sept. 14, 2015)

**EDUCATION**

• New York Law School, J.D., *cum laude* (2009), where he served as Articles Editor of the New York Law School Law Review and interned for the New York State Supreme Court, Commercial Division
• University of Minnesota, B.A., Entrepreneurial Management & Psychology, With Distinction (2006)

**ADMISSIONS**

• New York (2010)
• United States District Court for the Southern District of New York (2010)
• United States District Court for the Eastern District of New York (2010)
• United States Court of Appeals for the Ninth Circuit (2015)
• United States Court of Appeals for the Second Circuit (2016)
• United States Court of Appeals for the Third Circuit (2016)
• California (2017)
• United States District Court for the Northern District of California (2017)
• United States District Court for the Central District of California (2017)
• United States District Court for the Southern District of California (2017)
• New Jersey (2020)
• United States District Court for the District of New Jersey (2020)

**AWARDS**






Case 2:23-cv-01816-WBS-JDP    Document 13-2    Filed 10/24/23    Page 52 of 104

## DONALD J. ENRIGHT
### Partner



During his 26 years as a litigator and trial lawyer, Mr. Enright has handled matters in the fields of securities, commodities, consumer fraud and commercial litigation, with a particular emphasis on shareholder M&A and securities fraud class action litigation. He has been named as one of the leading financial litigators in the nation by Lawdragon, as a Washington, DC "Super Lawyer" by Thomson Reuters, and as one of the city's "Top Lawyers" by Washingtonian magazine.

Mr. Enright has shown a track record of achieving victories in federal trials and appeals, including:

- **Nathenson v. Zonagen**, Inc., No. 267 F. 3d 400, 413 (5th Cir. 2001)
- **SEC v. Butler**, No. 2005 U.S. Dist. LEXIS 7194 (W.D. Pa. April 18, 2005)
- **Belizan v. Hershon**, No. 434 F. 3d 579 (D.C. Cir. 2006)
- **Rensel v. Centra Tech, Inc.**, No. 2021 WL 2659784 (11th Cir. June 29, 2021)

Most recently, in **In re Schuff International, Inc. Stockholders Litigation**, No. 10323-VCZ, Mr. Enright served as Co-Lead Counsel for the plaintiff class in achieving the largest recovery as a percentage of the underlying transaction consideration in Delaware Chancery Court merger class action history, obtaining an aggregate recovery of more than $22 million -- a gross increase from $31.50 to $67.45 in total consideration per share (a 114% increase) for tendering stockholders.

Similarly, as Co-Lead Counsel in **In re Bluegreen Corp. Shareholder Litigation**, No. 502011CA018111 (Cir. Ct. for Palm Beach Cnty., Fla.), Mr. Enright achieved a $36.5 million common fund settlement in the wake of a majority shareholder buyout, representing a 25% increase in total consideration to the minority stockholders.



Case 2:23-cv-01816-WBS-JDP  Document 13-2  Filed 10/24/23  Page 53 of 104

# DONALD J. ENRIGHT
## Partner

Also, in **In re CNX Gas Corp. Shareholders Litigation**, No. 53377-VCL (Del. Ch. 2010), in which Levi & Korsinsky served upon plaintiffs' Executive Committee, Mr. Enright helped obtain the recovery of a common fund of over $42.7 million for stockholders.

Mr. Enright has also played a leadership role in numerous securities and shareholder class actions from inception to conclusion. Most recently, he has served as lead counsel in several cryptocurrency-related securities class actions. His leadership has produced multi-million-dollar recoveries in shareholder class actions involving such companies as:

- Allied Irish Banks PLC
- Iridium World Communications, Ltd.
- En Pointe Technologies, Inc.
- PriceSmart, Inc.
- Polk Audio, Inc.
- Meade Instruments Corp.

- Xicor, Inc.
- Streamlogic Corp.
- Interbank Funding Corp.
- Riggs National Corp.
- UTStarcom, Inc.
- Manugistics Group, Inc.

Mr. Enright also has a successful track record of obtaining injunctive relief in connection with shareholder M&A litigation, having won preliminary injunctions or other injunctive relief in the cases of:

- **In re Portec Rail Products, Inc. S'holder Litig.**, No. G.D. 10-3547 (Ct. Com. Pleas Pa. 2010)
- **In re Craftmade International, Inc. S'holder Litig.**, No. 6950-VCL (Del. Ch. 2011)
- **Dias v. Purches**, No. 7199-VCG (Del. Ch. 2012)
- **In re Complete Genomics, Inc. S'holder Litig.**, No. 7888-VCL (Del. Ch. 2012)
- **In re Integrated Silicon Solution, Inc. Stockholder Litig.**, No. 115CV279142 (Sup. Ct. Santa Clara, CA 2015)



# DONALD J. ENRIGHT
## Partner

Mr. Enright has also demonstrated considerable success in obtaining deal price increases for shareholders in M&A litigation. As Co-Lead Counsel in the matter of **In re Great Wolf Resorts, Inc. Shareholder Litigation**, No. 7328-VCN (Del. Ch. 2012), Mr. Enright was partially responsible for a $93 million (57%) increase in merger consideration and waiver of several "don't-ask-don't-waive" standstill agreements that were precluding certain potential bidders from making a topping bid for the company.

Similarly, Mr. Enright served as Co-Lead Counsel in the case of **Berger v. Life Sciences Research, Inc.**, No. SOM-C-12006-09 (NJ Sup. Ct. 2009), which caused a significant increase in the transaction price from $7.50 to $8.50 per share, representing additional consideration for shareholders of approximately $11.5 million.

Mr. Enright also served as Co-Lead Counsel in **Minerva Group, LP v. Keane**, Index No. 800621/2013 (NY Sup. Ct. of Erie Cnty.) and obtained a settlement in which Defendants increased the price of an insider buyout from $8.40 to $9.25 per share.

The courts have consistently recognized and praised the quality of Mr. Enright's work. In **In re Interbank Funding Corp. Securities Litigation** (D.D.C. 02-1490), Judge Bates of the United States District Court for the District of Columbia observed that Mr. Enright had "...skillfully, efficiently, and zealously represented the class, and... worked relentlessly throughout the course of the case."

Similarly, in **Freeland v. Iridium World Communications**, LTD, (D.D.C. 99-1002), Judge Nanette Laughrey stated that Mr. Enright had done "an outstanding job" in connection with the recovery of $43.1 million for the shareholder class.

And, in the matter of **Osieczanek v. Thomas Properties Group**, No. 9029-VCG (Del. Ch. 2013), Vice Chancellor Sam Glasscock of the Chancery Court of Delaware observed that "it's always a pleasure to have counsel [like Mr. Enright] who are articulate and exuberant in presenting their position," and that Mr. Enright's prosecution of a merger case was "wholesome" and served as "a model of . . . plaintiffs' litigation in the merger arena."



Case 2:23-cv-01816-WBS-JDP    Document 13-2    Filed 10/24/23    Page 55 of 104

# DONALD J. ENRIGHT
## Partner

**PUBLICATIONS**

· "SEC Enforcement Actions and Investigations in Private and Public Offerings," Securities: Public and Private Offerings, Second Edition, West Publishing 2007
· "Dura Pharmaceuticals: Loss Causation Redefined or Merely Clarified?" J. Tax'n & Reg. Fin. Inst. September/October 2007, Page 5

**EDUCATION**

· George Washington University School of Law, J.D. (1996), where he was a Member Editor of The George Washington University Journal of International Law and Economics from 1994 to 1996
· Drew University, B.A., Political Science and Economics, *cum laude* (1993)

**AWARDS**

**ADMISSIONS**

· Maryland (1996)
· New Jersey (1996)
· United States District Court for the District of Maryland (1997)
· United States District Court for the District of New Jersey (1997)
· District of Columbia (1999)
· United States Court of Appeals for the Fourth Circuit (1999)
· United States Court of Appeals for the Fifth Circuit (1999)
· United States District Court for the District of Columbia (1999)
· United States Court of Appeals for the District of Columbia (2004)
· United States Court of Appeals for the Second Circuit (2005)
· United States Court of Appeals for the Third Circuit (2006)
· United States District Court for the District of Colorado (2017)








## Our Attorneys — Partners

# SHANNON L. HOPKINS
## Partner



Shannon L. Hopkins manages the Firm's Connecticut office. She was selected in 2013 as a New York "Super Lawyer" by Thomson Reuters. For more than a decade Ms. Hopkins has been prosecuting a wide range of complex class action matters in securities fraud, mergers and acquisitions, and consumer fraud litigation on behalf of individuals and large institutional clients. Ms. Hopkins has played a lead role in numerous shareholder securities fraud and merger and acquisition matters and has been involved in recovering multimillion-dollar settlements on behalf of shareholders, including:

• **E-Trade Financial Corp. S'holder Litig.**, No. 07-cv-8538 (S.D.N.Y. 2007), $79 million recovery for the shareholder class
• **In re U.S. Steel Consolidated Cases**, No. 17-559-CB (W.D. Pa.), $40 million recovery for shareholder class
• **In re Nutanix, Inc. Securities Litigation**, No. 3:19-cv-01651-WHO (the "Stock Case"), $71 million for shareholder class

• **Rougier v. Applied Optoelectronics, Inc.,** No. 17-cv-2399 (S.D. Tex.), $15.5 million recovery for shareholder class
• **In Re Helios and Matheson Analytics, Inc. Sec. Litig.,** No. 18-cv-6965-JGK (S.D.N.Y.), $8.25 Million shareholder recovery
• **In re Restoration Robotics, Inc. Sec. Litig.,** No. 18-cv-03712-EJD (N.D. Cal.), $4.175 million shareholder recovery
• **In Stein v. U.S. Xpress Enterprises, Inc.,** et al., No. 1:19-cv-98-TRM-CHS (E.D. Tenn.), $4.3 million shareholder recovery
• **Kirkland, et al. v. WideOpenWest, Inc.,** et al., Index No. 653248/2018, $7.025 million recovery for shareholder class



## Our Attorneys — Partners

# SHANNON L. HOPKINS
## Partner

> "Plaintiffs' selected Class Counsel, the law firm of Levi & Korsinsky, LLP, has demonstrated the zeal and competence required to adequately represent the interests of the Class. The attorneys at Levi & Korsinsky have experience in securities and class actions issues and have been appointed lead counsel in a significant number of securities class actions across the country."

The Honorable Christina Bryan In Rougier V. Applied Optoelectronics, Inc., No. 4:17-CV-02399 (S.D. Tex. Nov. 13, 2019)

In addition to her legal practice, Ms. Hopkins is a Certified Public Accountant (1998 Massachusetts). Prior to becoming an attorney, Ms. Hopkins was a senior auditor with PricewaterhouseCoopers LLP, where she led audit engagements for large publicly held companies in a variety of industries.

> In appointing the Firm Lead Counsel, the Honorable Gary Allen Feess noted our "significant prior experience in securities litigation and complex class actions."

Zaghian V. THQ, Inc., No. 2:12-Cv-05227-GAF-JEM (C.D. Cal. Sept. 14, 2012)


Levi & Korsinsky

# SHANNON L. HOPKINS
## Partner

**PUBLICATIONS**

• "Cybercrime Convention: A Positive Beginning to a Long Road Ahead," 2 J. High Tech. L. 101 (2003)

**EDUCATION**

• Suffolk University Law School, J.D., *magna cum laude* (2003), where she served on the Journal for High Technology and as Vice Magister of the Phi Delta Phi International Honors Fraternity
• Bryant University, B.S.B.A., Accounting and Finance, *cum laude* (1995), where she was elected to the Beta Gamma Sigma Honor Society

**AWARDS**




**ADMISSIONS**

• Massachusetts (2003)
• United States District Court for the District of Massachusetts (2004)
• New York (2004)
• United States District Court for the Southern District of New York (2004)
• United States District Court for the Eastern District of New York (2004)
• United States District Court for the District of Colorado (2004)
• United States Court of Appeals for the First Circuit (2008)
• United States Court of Appeals for the Third Circuit (2010)
• Connecticut (2013)



# GREGORY M. NESPOLE
## Partner



Gregory Mark Nespole is a Partner of the Firm, having been previously a member of the management committee of one of the oldest firms in New York, as well as chair of that firm's investor protection practice. He specializes in complex class actions, derivative actions, and transactional litigation representing institutional investors such as public and labor pension funds, labor health and welfare benefit funds, and private institutions. Prior to practicing law, Mr. Nespole was a strategist on an arbitrage desk and an associate in a major international investment bank where he worked on structuring private placements and conducting transactional due diligence.

For over twenty years, Mr. Nespole has played a lead role in numerous shareholder securities fraud and merger and acquisition matters and has been involved in recovering multi-million-dollar settlements on behalf of shareholders, including:

- Served as co-chair of a Madoff Related Litigation Task Force that recovered over several hundred million dollars for wronged investors;
- Obtained a $90 million award on behalf of a publicly listed company against a global bank arising out of fraudulently marketed auction rated securities;
- Successfully obtained multi-million-dollar securities litigation recoveries and/or corporate governance reforms from Cablevision, JP Morgan, American Pharmaceutical Partners, Sepracor, and MBIA, among many others.

Mr. Nespole is a member of The Federalist Society, the Federal Bar Council, and the FBC's Securities Litigation Committee. Mr. Nespole's peers have elected him a "Super Lawyer" in the class action field annually since 2009. He is active in his community as a youth sports coach.



Case 2:23-cv-01816-WBS-JDP   Document 13-2   Filed 10/24/23   Page 60 of 104

# GREGORY M. NESPOLE
## Partner

### EDUCATION

· Brooklyn Law School, J.D. (1993)
· Bates College, B.A. (1989)

### AWARDS

  

### ADMISSIONS

· New York (1994)
· United States District Court for the Southern District of New York (1994)
· United States District Court for the Eastern District of New York (1994)
· United States Court of Appeals for the Second Circuit (1994)
· United States Court of Appeals for the Fourth Circuit (1994)
· United States Court of Appeals for the Fifth Circuit (1994)
· United States District Court for the Northern District of New York (2018)
· United States Court of Appeals for the Eighth Circuit (2019)
· United States Court of Appeals for the Third Circuit (2020)



# GREGORY M. POTREPKA
## Partner



Gregory M. Potrepka is a partner of the Firm in its Connecticut office. Mr. Potrepka's practice specializes in vindicating investor rights, including the interests of shareholders of publicly traded companies. Specifically, Mr. Potrepka has considerable experience prosecuting complex class actions, securities fraud matters, and similar commercial litigation. Mr. Potrepka's role in the Firm's securities litigation practice has significantly contributed to many of the Firm's successes, including the following representative matters:

· **In re Nutanix, Inc. Sec. Litig.,** No. 3:19-01651-WHO (N.D. Cal.); Norton v. Nutanix, Inc., 3:21-cv-04080-WHO (N.D. Cal.) ($71 million recovery)
· **In re U.S. Steel Consolidated Cases**, No. 17-579 (W.D. Pa.) ($40 million recovery)
· **Rougier v. Applied Optoelectronics, Inc.,** No. 4:17-cv-2399 (S.D. Tex.) ($15.5 million recovery)
· **In re Helios and Matheson Analytics, Inc. Securities Litigation**, No. 1:18-cv-06965 (S.D.N.Y.) ($8.25 million recovery)
· **In re Aqua Metals Securities Litigation**, No. 17-cv-07142-HSG (N.D. Cal.) ($7 million recovery)

## ADMISSIONS

· Connecticut (2015)
· Mashantucket Pequot Tribal Court (2015)
· United States District Court for the District of Connecticut (2016)
· United States District Court for the Southern District of New York (2018)
· United States District Court for the Eastern District of New York (2018)
· United States Court of Appeals for the Third Circuit (2020)
· New York (2023)
· United States District of Colorado (2023)

## EDUCATION

· University of Connecticut School of Law, J.D. (2015)
· University of Connecticut Department of Public Policy, M.P.A. (2015)
· University of Connecticut, B.A., Political Science (2010)

## AWARD





# NICHOLAS I. PORRITT
## Partner



Nicholas Porritt prosecutes securities class actions, shareholder class actions, derivative actions, and mergers and acquisitions litigation. He has extensive experience representing plaintiffs and defendants in a wide variety of complex commercial litigation, including civil fraud, breach of contract, and professional malpractice, as well as defending SEC investigations and enforcement actions. Mr. Porritt has helped recover hundreds of millions of dollars on behalf of shareholders. He was one of the Lead Counsel in **In re Google Inc. Class C Shareholder Litigation**, No. 7469-CS (Del. Ch.), which resulted in a payment of $522 million to shareholders and overall benefit of over $3 billion to Google's minority shareholders. He was one of the lead counsel in **Chen v. Howard-Anderson**, No. 5878-VCL (Del. Ch.) that settled during trial resulting in a $35 million payment to the former shareholders of Occam Networks, Inc., one of the largest quasi-appraisal recoveries for shareholders. Amongst other cases, he is currently lead counsel in In re Tesla, Inc. Securities Litigation, No. 3:18-cv-04865-EMC (N.D. Cal.), representing Tesla investors who were harmed by Elon Musk's "funding secured" tweet from August 7, 2018 as well as lead counsel in Ford v. TD Ameritrade Holding Corp., No. 14-cv-396 (D. Neb.), representing TD Ameritrade customers harmed by its improper routing of their orders. Both cases involve over $1 billion in estimated damages.

**Some of Mr. Porritt's recent cases include:**

- **In re Tesla, Inc. Sec. Litig.,** No. 2020 WL 1873441 (N.D. Cal.2020)
- **In Re Aphria, Inc. Securities Litigation,** No. 2020 WL 5819548 (S.D.N.Y. 2020)
- **Voulgaris, v. Array Biopharma Inc.,** No. 17CV02789KLMCONSOLID, 2020 WL 8367829 (D. Colo.2020)
- **In Re Aphria, Inc. Securities Litigation,** No. 18 CIV. 11376 (GBD), 2020 WL 5819548 (S.D.N.Y. 2020)

- **In re Clovis Oncology, Inc. Deriv. Litig.,** No. 2019 WL 4850188 (Del. Ch. 2019)
- **Martin v. Altisource Residential Corp.,** No. 2019 WL 2762923 (D.V.I. 2019)
- **In re Navient Corp. Sec. Litig.,** No. 2019 WL 7288881 (D.N.J.2019)
- **In re Bridgestone Inv. Corp.,** No. 789 Fed. App'x 13 (9th Cir. 2019)
- **Klein v. TD Ameritrade Holding Corp.,** No. 327 F.R.D. 283 (D. Neb. 2018)

 Levi & Korsinsky

# NICHOLAS I. PORRITT
## Partner

**Some of Mr. Porritt's recent cases include:**

- **Beezley v. Fenix Parts, Inc.,** No. 2018 WL 3454490 (N.D. Ill. 2018)
- **In re PTC Therapeutics Sec. Litig.,** No. 2017 WL 3705801 (D.N.J. 2017)
- **Zaghian v. Farrell,** No. 675 Fed. Appx. 718, (9th Cir. 2017)
- **SEC v. Cuban,** No. 620 F.3d 551 (5th Cir. 2010)
- **Cozzarelli v. Inspire Pharmaceuticals, Inc.,** No. 549 F.3d 618 (4th Cir. 2008)
- **Teachers' Retirement System of Louisiana v. Hunter,** No. 477 F.3d 162 (4th Cir. 2007)
- **In re PTC Therapeutics Sec. Litig.,** No. 2017 WL 3705801 (D.N.J. Aug. 28, 2017)

- **Gormley magicJack VocalTec Ltd.,** No. 220 F. Supp. 3d 510 (S.D.N.Y. 2016)
- **Carlton v. Cannon,** No. 184 F. Supp. 3d 428 (S.D. Tex. 2016)
- **Zola v. TD Ameritrade, Inc.,** No. 172 F. Supp. 3d 1055 (D. Neb. 2016)
- **In re Energy Recovery Sec. Litig.,** No. 2016 WL 324150 (N.D. Cal. Jan. 27, 2016)
- **In re EZCorp Inc. Consulting Agreement Deriv. Litig.,** No. 2016 WL 301245 (Del. Ch. Jan. 25, 2016)
- **In re Violin Memory Sec. Litig.,** No. 2014 WL 5525946 (N.D. Cal. Oct. 31, 2014)
- **Garnitschnig v. Horovitz,** No. 48 F. Supp. 3d 820 (D. Md. 2014)

## PUBLICATIONS

- "Current Trends in Securities Litigation: How Companies and Counsel Should Respond," *Inside the Minds. Recent Developments in Securities Law* (Aspatore Press 2010)

## EDUCATION

- University of Chicago Law School, J.D., With Honors (1996)
- University of Chicago Law School, LL.M. (1993)
- Victoria University of Wellington, LL.B. (Hons.), With First Class Honors, Senior Scholarship (1990)

## ADMISSIONS

- New York (1997)
- District of Columbia (1998)
- United States District Court for the District of Columbia (1999) · United States District Court for the Southern District of New York (2004)
- United States Court of Appeals for the Fourth Circuit (2004)
- United States Court of Appeals for the District of Columbia Circuit (2006)
- United States Supreme Court (2006)
- United States District Court for the District of Maryland (2007) · United States District Court for the Eastern District of New York (2012)
- United States Court of Appeals for the Second Circuit (2014)
- United States Court of Appeals for the Ninth Circuit (2015)
- United States District Court for the District of Colorado (2015) · United States Court of Appeals for the Tenth Circuit (2016)
- United States Court of Appeals for the Eleventh Circuit (2017) · United States Court of Appeals for the Eighth Circuit (2019)
- United States Court of Appeals for the Third Circuit (2019)

## AWARDS







# MARK S. REICH
## Partner



Mark Samuel Reich is a Partner of the Firm. Mark's practice focuses on consumer class actions, including cases involving privacy and data breach issues, deceptive and unfair trade practices, advertising injury, product defect, and antitrust violations. Mark, who has experience and success outside the consumer arena, also supports the Firm's securities and derivative practices.

Mark is attentive to clients' interests and fosters their activism on behalf of class members. Clients he has worked with consistently and enthusiastically endorse Mark's work:

> **Mark attentively guided me through each stage of the litigation, prepared me for my deposition, and ensured that I and other wronged consumers were compensated and that purchasers in the future could not be duped by the appliance manufacturer's misleading marketing tactics."**

Katherine Danielkiewicz, Michigan

> **After my experience working with Mark and his colleague, any hesitancy I may have had in the past about leading or participating in a class action has gone away. Mark expertly countered every roadblock that the corporate defendant tried using to dismiss our case and we ultimately reached a resolution that exceeded my expectations"**

Barry Garfinkle, Pennsylvania



# MARK S. REICH
## Partner

Before joining Levi Korsinsky, Mark practiced at the largest class action firm in the country for more than 15 years, including 8 years as a Partner. Prior to becoming a consumer and shareholder advocate, Mark practiced commercial litigation with an international law firm based in New York, where he defended litigations on behalf of a variety of corporate clients.

Mark has represented investors in securities litigation, devoted to protecting the rights of institutional and individual investors who were harmed by corporate misconduct. His case work involved **State Street Yield Plus Fund Litig.** ($6.25 million recovery); **In re Doral Fin. Corp. Sec. Litig., SDNY** ($129 million recovery); **Lockheed Martin Corp. Sec. Litig.** ($19.5 million recovery); **Tile Shop Holdings, Inc.** ($9.5 million settlement); **Curran v. Freshpet Inc.** ($10.1 million settlement); **In re Jakks Pacific, Inc.** ($3,925,000 settlement); **Fidelity Ultra Short Bond Fund Litig.** ($7.5 million recovery); and **Cha v. Kinross Gold Corp.** ($33 million settlement).

> **Never having been involved in a class action, I was uninformed and apprehensive. Mark and his colleagues not only explained the complexities, but maintained extensive ongoing, communications, involved us fully in all phases of the process; provided appropriate professional counsel and guidance to each participant, and achieved results that satisfied the original goals of the litigation"**
>
> Fred Sharp, New York

> **It was a pleasure being represented by Mark. Above all he was patient throughout the tedious process of litigation. He is a good listener and a good communicator, which enhanced my participation and understanding of the process. He also provided excellent follow up throughout, making the process feel more like a team effort."**
>
> Louise Miljenovic, New Jersey



Case 2:23-cv-01816-WBS-JDP    Document 13-2    Filed 10/24/23    Page 66 of 104

# MARK S. REICH
## Partner

At his prior firm, Mark achieved notable success challenging unfair mergers and acquisitions in courts throughout the country. Among the M&A litigation that Mark handled or participated in, his notable cases include: **In re Aramark Corp. S'holders Litig.,** where he attained a $222 million increase in consideration paid to shareholders of Aramark and a substantial reduction to management's voting power – from 37% to 3.5% – in connection with the approval of the going-private transaction; **In re Delphi Fin. Grp. S'holders Litig.,** resulting in a $49 million post-merger settlement for Class A Delphi shareholders; **In re TD Banknorth S'holders Litig.,** where Mark played a significant role in raising the inadequacy of the $3 million initial settlement, which the court rejected as wholly inadequate, and later resulted in a vastly increased $50 million recovery. Mark has also been part of ERISA litigation teams that led to meaningful results, including **In re Gen. Elec. Co. ERISA Litig.,** which resulting in structural changes to company's 401(k) plan valued at over $100 million, benefiting current and future plan participants.

> We contacted Mark about our concerns about our oven's failure to perform as advertised. He worked with us to formulate a strategy that ultimately led to a settlement that achieved our and others' goals and specific needs."

Candace Oliarny, Idaho

> My wife and I never having been involved with a law firm or Class Action had no idea what to expect. Within the first few phone meetings with Mark, we became assured as Mark explained in detail how the process worked, Mark is a great communicator. Mr. Reich is a true professional, his integrity through the years he worked with us was impeccable. Working with Mark was a truly positive experience, and have no reservations if we ever had to call on his services again."

Louise Miljenovic, New Jersey



# MARK S. REICH
## Partner

Before joining the Firm, Mark graduated with a Bachelor of Arts degree from Queens College in New York. He earned his Juris Doctor degree from Brooklyn Law School, where he served on the Moot Court Honor Society and The Journal of Law and Policy.

Mark regularly practices in federal and state courts throughout the country and is a member of the bar in New York. He has been recognized for his legal work by being named a New York Metro Super Lawyer by Super Lawyers Magazine every year since 2013. Mark is active in his local community and has been distinguished for his neighborhood support with a Certificate of Recognition by the Town of Hempstead.

### EDUCATION

- Brooklyn Law School, J.D. (2000)
- Queens College, B.A., Psychology and Journalism (1997)

### AWARDS

  

### ADMISSIONS

- New York (2001)
- United States District Court for the Southern District of New York (2001)
- United States District Court for the Eastern District of New York (2001)
- United States District Court for the Northern District of New York (2005)
- United States District Court for the Eastern District of Michigan (2017)



## DANIEL TEPPER
### Partner



Daniel Tepper is a Partner of the Firm with extensive experience in shareholder derivative suits, class actions and complex commercial litigation. Before he joined Levi & Korsinsky, Mr. Tepper was a partner in one of the oldest law firms in New York. He is an active member of the CPLR Committee of the New York State Bar Association and was an early member of its Electronic Discovery Committee. Mr. Tepper has been selected as a New York "Super Lawyer" in 2016 – 2023.

Some of the notable matters where Mr. Tepper had a leading role include:

• **Siegmund v. Bian**, No. 16-62506 (S.D. Fla.), achieving an estimated recovery of $29.93 per share on behalf of a class of public shareholders of Linkwell Corp. who were forced to sell their stock at $0.88 per share.
• **In re Platinum-Beechwood Litigation**, No. 18-06658 (S.D.N.Y.), achieved dismissal on behalf of an individual investor in Platinum Partners-affiliated investment fund.
• **Lakatamia Shipping Co. Ltd. v. Nobu Su**, Index No. 654860/2016 (Sup. Ct., N.Y. Co. 2016), achieved dismissal on suit attempting to domesticate a $40 million UK judgment in New York State.
• **Zelouf Int'l Corp. v. Zelouf**, No. 45 Misc.3d 1205(A) (Sup.Ct. N.Y. Co., 2014), representing the plaintiff in an appraisal proceeding triggered by freeze-out merger of closely-held corporation. Achieved a $10 million verdict after eleven day trial, with the Court rejecting a discount for lack of marketability.
• **Sacher v. Beacon Assocs. Mgmt. Corp.**, No. 114 A.D.3d 655 (2d Dep't 2014), affirming denial of defendants' motion to dismiss shareholder derivative suit by Madoff feeder fund against fund's auditor for accounting malpractice.
• **In re Belzberg**, No. 95 A.D.3d 713 (1st Dep't 2012), compelling a non-signatory to arbitrate brokerage agreement dispute arising under doctrine of direct benefits estoppel.
• **Estate of DeLeo**, No. 353758/A (Surrog. Ct., Nassau Co. 2011), achieving a full plaintiff's verdict after a seven day trial which restored a multi-million dollar family business to its rightful owner.



Case 2:23-cv-01816-WBS-JDP   Document 13-2   Filed 10/24/23   Page 69 of 104

# DANIEL TEPPER
## Partner

• **CMIA Partners Equity Ltd. v. O'Neill**, No. 2010 NY Slip Op 52068(U) (Sup. Ct. N.Y. Co., 2010). Representing the independent directors of a Cayman Islands investment fund, won a dismissal on the pleadings in the first New York State case examining shareholder derivative suits under Cayman Islands law.
• **Hecht v. Andover Assocs. Mgmt. Corp.**, No. 27 Misc 3d 1202(A) (Sup. Ct. Nassau Co., 2010), aff'd, 114 A.D.3d 638 (2d Dep't 2014). Participated in a $213 million global settlement in the first Madoff related lawsuit in the country to defeat a motion to dismiss.

### EDUCATION

• New York University School of Law, J.D. (2000)
• The University of Texas at Austin, B.A. with Honors (1997), National Merit Scholar

### AWARDS

  

### ADMISSIONS

• Massachusetts (2001)
• New York (2002)
• United States District Court for the Eastern District of New York (2004)
• United States District Court for the Southern District of New York (2010)
• United States District Court for the Western District of New York (2019)



# ELIZABETH K. TRIPODI
## Partner



Elizabeth K. Tripodi focuses her practice on shareholder protection, representing investors in securities fraud litigation, corporate derivative litigation, and litigation involving mergers, acquisitions, tender offers, and change-in-control transactions. Ms. Tripodi has been named as a Washington, D.C. "Super Lawyer" in the securities field and was selected as a "Rising Star" by Thomson Reuters for several consecutive years.

Ms. Tripodi's current representations include:

• **In re Tesla, Inc. Securities Litigation**, No. 3:18-cv-04865-EMC (N.D. Cal.) (lead counsel in class action representing Tesla investors who were harmed by Elon Musk's "funding secured" tweet from August 7, 2018)

Ms. Tripodi has played a lead role in obtaining monetary recoveries for shareholders in M&A litigation:

• **In re Schuff International, Inc. Stockholders Litigation**, No. 10323-VCZ, achieving the largest recovery as a percentage of the underlying transaction consideration in Delaware Chancery Court merger class action history, obtaining an aggregate recovery of more than $22 million -- a gross increase from $31.50 to $67.45 in total consideration per share (a 114% increase) for tendering stockholders
• **In re Bluegreen Corp. S'holder Litig.**, No. 502011CA018111 (Circuit Ct. for Palm Beach Cty., FL), creation of a $36.5 million common fund settlement in the wake of a majority shareholder buyout, representing a 25% increase in total consideration to the minority stockholders
• **In re Cybex International S'holder Litig**, Index No. 653794/2012 (N.Y. Sup. Ct. 2014), recovery of $1.8 million common fund, which represented an 8% increase in stockholder consideration in connection with management-led cash-out merger
• **In re Great Wolf Resorts, Inc. S'holder Litig**, No. 7328-VCN (Del. Ch. 2012), where there was a $93 million (57%) increase in merger consideration



# ELIZABETH K. TRIPODI
## Partner

• **Minerva Group, LP v. Keane**, Index No. 800621/2013 (N.Y. Sup. Ct. 2013), settlement in which Defendants increased the price of an insider buyout from $8.40 to $9.25 per share

Ms. Tripodi has played a key role in obtaining injunctive relief while representing shareholders in connection with M&A litigation, including obtaining preliminary injunctions or other injunctive relief in the following actions:

• **In re Portec Rail Products, Inc. S'holder Litig**, No. G.D. 10-3547 (Ct. Com. Pleas Pa. 2010)
• **In re Craftmade International, Inc. S'holder Litig**, No. 6950-VCL (Del. Ch. 2011) • Dias v. Purches, et al., No. 7199-VCG (Del. Ch. 2012)
• **In re Complete Genomics, Inc. S'holder Litig**, No. 7888-VCL (Del. Ch. 2012)
• **In re Integrated Silicon Solution, Inc. Stockholder Litig.**, No. 115CV279142 (Sup. Ct. Santa Clara, CA 2015)

Prior to joining Levi & Korsinsky, Ms. Tripodi was a member of the litigation team that served as Lead Counsel in, and was responsible for, the successful prosecution of numerous class actions, including: **Rudolph v. UTStarcom** (stock option backdating litigation obtaining a $9.5 million settlement); **Grecian v. Meade Instruments** (stock option backdating litigation obtaining a $3.5 million settlement).



Case 2:23-cv-01816-WBS-JDP    Document 13-2    Filed 10/24/23    Page 72 of 104

# ELIZABETH K. TRIPODI
## Partner

### EDUCATION

- American University Washington College of Law, *cum laude* (2006), where she served as Co-Editor in Chief of the Business Law Journal (f/k/a Business Law Brief), was a member of the National Environmental Moot Court team, and interned for Environmental Enforcement Section at the Department of Justice
- Davidson College, B.A., Art History (2000)

### ADMISSIONS

- Virginia (2006)
- United States District Court for the Eastern District of Virginia (2006)
- District of Columbia (2008)
- United States District Court for the District of Columbia (2010)
- United States Court of Appeals for the Seventh Circuit (2018)

### AWARDS

 





**Our Attorneys**

Counsel

# Levi & Korsinsky

- **ANDREW E. LENCYK**
- **COURTNEY E. MACCARONE**

53

# ANDREW E. LENCYK
## Counsel



Andrew E. Lencyk is Counsel to the Firm. Prior to joining the Firm, Mr. Lencyk was a partner in an established boutique firm in New York specializing in securities litigation. He was graduated magna cum laude from Fordham College, New York, with a B.A. in Economics and History, where he was a member of the College's Honors Program, and was elected to Phi Beta Kappa. Mr. Lencyk received his J.D. from Fordham University School of Law, where he was a member of the Fordham Urban Law Journal. He was named to the 2013, 2014, 2015, 2016, 2017, 2018 and 2019 Super Lawyers®, New York Metro Edition.

Mr. Lencyk has co-authored the following articles for the Practicing Law Institute's Accountants' Liability Handbooks:

- *Liability in Forecast and Projection Engagements: Impact of Luce v. Edelstein*
- *An Accountant's Duty to Disclose Internal Control Weaknesses*
- *Whistle-blowing: An Accountants' Duty to Disclose A Client's Illegal Acts*
- *Pleading Motions under the Private Securities Litigation Reform Act of 1995*
- *Discovery Issues in Cases Involving Auditors (co-authored and appeared in the 2002 PLI Handbook on Accountants' Liability After Enron.)*

In addition, he co-authored the following article for the Association of the Bar of the City of New York, Corporate & Securities Law Updates:

• Safe Harbor Provisions for Forward-Looking Statements (co-authored and published by the Association of the Bar of the City of New York, Corporate & Securities Law Updates, Vol. II, May 12, 2000)



# ANDREW E. LENCYK
## Counsel

Cases in which Mr. Lencyk actively represented plaintiffs include:

- **Kirkland et al. v. WideOpenWest, Inc.,** No. 653248/2018 (Sup. Ct, NY County) (substantially denying defendants' motion to dismiss Section 11 and 12(a)(2) claims)
- **In re Community Psychiatric Centers Securities Litigation**, No. SA CV-91-533-AHS (Eex) (C.D. Cal.) and McGann v. Ernst & Young, SA CV-93-0814-AHS (Eex) (C.D. Cal.)(recovery of $54.5 million against company and its outside auditors)
- **In re Danskin Securities Litigation**, Master File No. 92 CIV. 8753 (JSM) (S.D.N.Y.);
- **In re JWP Securities Litigation**, Master File No. 92 Civ. 5815 (WCC) (S.D.N.Y.) (class recovery of approximately $36 million)
- **In re Porta Systems Securities Litigation**, Master File No. 93 Civ. 1453 (TCP) (E.D.N.Y.);
- **In re Leslie Fay Cos. Securities Litigation**, No. 92 Civ. 8036 (S.D.N.Y.)($35 million recovery)
- **Berke v. Presstek, Inc.,** No. 96-347-M (MDL Docket No. 1140) (D.N.H.) ($22 million recovery)
- **In re Micro Focus Securities Litigation**, No. C-01-01352-SBA-WDB (N.D. Cal.)
- **Dusek v. Mattel, Inc., et al.,** No. CV99-10864 MRP (C.D. Cal.) ($122 million global settlement)
- **In re Sonus Networks, Inc. Securities Litigation-II**, No. 06-CV-10040 (MLW) (D. Mass.)
- **In re AIG ERISA Litigation**, No. 04 Civ. 9387 (JES) (S.D.N.Y.) ($24.2 million recovery)
- **In re Mutual Funds Investment Litigation**, MDL No. 1586 (D. Md.)
- **In re Alger, Columbia, Janus, MFS, One Group, Putnam, Allianz Dresdner**, MDL No. 15863-JFM - Allianz Dresdner subtrack (D. Md.)
- **In re Alliance, Franklin/Templeton, Bank of America/Nations Funds and Pilgrim Baxter**, MDL No. 15862-AMD – Franklin/Templeton subtrack (D. Md.)
- **In re AIG ERISA Litigation II**, No. 08 Civ. 5722 (LTS) (S.D.N.Y.) ($40 million recovery); and
- **Flynn v. Sientra, Inc.,** No. CV-15-07548 SJO (RAOx) (C.D. Cal.) ($10.9 million recovery) (co-lead counsel)

Court decisions in which Mr. Lencyk played an active role on behalf of plaintiffs include:
- **Pub. Empls' Ret. Sys. of Miss. v. TreeHouse Foods**, No. 2018 U.S. Dist. LEXIS 22717 (N.D. Ill. Feb. 12, 2018) (denying defendants' motion to dismiss in its entirety)



# ANDREW E. LENCYK
## Counsel

- **Flynn v. Sientra, Inc.,** No. 2016 U.S. Dist. LEXIS 83409 (C.D. Cal. June 9, 2016) (denying in substantial part defendants' motions to dismiss Section 10(b), Section 11 and 12(b)(2) claims), motion for reconsideration denied, slip op. (C.D. Cal. Aug 12, 2016)
- **In re Principal U.S. Property Account ERISA Litigation**, No. 274 F.R.D. 649 (S.D. Iowa 2011) (denying defendants' motion to dismiss)
- **In re AIG ERISA Litigation II**, No. 08 Civ. 5722(LTS), 2011 U.S. Dist. LEXIS 35717 (S.D.N.Y. May 31, 2011) (denying in substantial part defendants' motions to dismiss), renewed motion to dismiss denied, slip op. (S.D.N.Y. June 26, 2014)
- **In re Mutual Funds Investment Litigation**, No. 384 F. Supp. 2d 845 (D. Md. 2005) (denying in substantial part defendants' motions to dismiss), In re Alger, Columbia, Janus, MFS, One Group, Putnam, Allianz Dresdner, MDL No. 15863-JFM - Allianz Dresdner subtrack (D. Md. Nov. 3, 2005) (denying in substantial part defendants' motions to dismiss), and In re Alliance, Franklin/Templeton, Bank of America/Nations Funds and Pilgrim Baxter, MDL No. 15862-AMD – Franklin/Templeton subtrack (D. Md. June 27, 2008) (same)
- **In re AIG ERISA Litigation**, No. 04 Civ. 9387 (JES) (S.D.N.Y. Dec. 12, 2006) (denying defendants' motions to dismiss in their entirety)
- **Dusek v. Mattel, Inc., et al.,** No. CV99-10864 MRP (C.D. Cal. Dec. 17, 2001) (denying defendants' motions to dismiss Section 14(a) complaint in their entirety) • In re Micro Focus Sec. Litig., Case No. C-00-20055 SW (N.D. Cal. Dec. 20, 2000) (denying motion to dismiss Section 11 complaint);
- **Zuckerman v. FoxMeyer Health Corp.,** No. 4 F. Supp.2d 618 (N.D. Tex. 1998) (denying defendants' motion to dismiss in its entirety in one of the first cases decided in the Fifth Circuit under the Private Securities Litigation Reform Act of 1995)
- **In re U.S. Liquids Securities Litigation**, Master File No. H-99-2785 (S.D. Tex. Jan. 23, 2001) (denying motion to dismiss Section 11 claims)
- **Sands Point Partners, L.P., et al. v. Pediatrix Medical Group, Inc., et al.,** No. 99-6181-CIV-Zloch (S.D. Fla. June 6, 2000) (denying defendants' motion to dismiss in its entirety)
- **Berke v. Presstek, Inc.,** No. 96-347-M (MDL Docket No. 1140) (D.N.H. Mar. 30, 1999) (denying defendants' motion to dismiss)
- **Chalverus v. Pegasystems, Inc.,** No. 59 F. Supp. 2d 226 (D. Mass. 1999) (denying defendants' motion to dismiss);



56

Case 2:23-cv-01816-WBS-JDP    Document 13-2    Filed 10/24/23    Page 77 of 104

# ANDREW E. LENCYK
## Counsel

· **Danis v. USN Communications, Inc.,** No. 73 F. Supp. 2d 923 (N.D. Ill. 1999) (denying defendants' motion to dismiss)

### EDUCATION

· Fordham University School of Law, J.D. (1992)
· Fordham College, B.A. *magna cum laude*, 1988

### AWARDS




### ADMISSIONS

· Connecticut (1992)
· New York (1993)
· United States District Court for the Southern District of New York (2004)
· United States District Court for the Eastern District of New York (2004)
· United States Court of Appeals for the Second Circuit (2015)



# COURTNEY E. MACCRONE
## Counsel



Courtney E. Maccarone focuses her practice on prosecuting consumer class actions. Prior to joining Levi & Korsinsky, Ms. Maccarone was an associate at a boutique firm in New York specializing in class action litigation. While attending Brooklyn Law School, Ms. Maccarone served as the Executive Symposium Editor of the Brooklyn Journal of International Law and was a member of the Moot Court Honor Society. Her note, "Crossing Borders: A TRIPS-Like Treaty on Quarantines and Human Rights" was published in the Spring 2011 edition of the Brooklyn Journal of International Law.

Ms. Maccarone also gained experience in law school as an intern to the Honorable Martin Glenn of the Southern District of New York Bankruptcy Court and as a law clerk at a New York City-based class action firm. Ms. Maccarone has been recognized as a Super Lawyer "Rising Star" for the New York Metro area every year since 2014.

**EDUCATION**

• Brooklyn Law School, J.D., *magna cum laude* (2011)
• New York University, B.A., *magna cum laude* (2008)

**AWARDS**




**ADMISSIONS**

• New Jersey (2011)
• New York (2012)
• United States District Court for the District of New Jersey (2012)
• United States District Court for the Eastern District of New York (2012)
• United States District Court for the Southern District of New York (2012)





**Levi & Korsinsky**

## Our Attorneys
### Associates

- RACHEL BERGER
- JORDAN A. CAFRITZ
- MORGAN EMBLETON
- NOAH GEMMA
- DEVYN R. GLASS
- GARY ISHIMOTO
- DAVID C. JAYNES
- ALEXANDER KROT
- NICHOLAS R. LANGE
- ADAM C. MCCALL
- AMANDA MILLER
- MELISSA MULLER
- CINAR ONEY
- BRIAN STEWART
- CORREY A. SUK
- COLE VON RICHTHOEFEN
- MAX WEISS

59

# RACHEL BERGER
## Associate



Rachel Berger is an Associate with the Firm's Connecticut office. Her practice focuses on prosecuting securities fraud class actions on behalf of aggrieved investors.

Prior to joining Levi & Korsinsky, Ms. Berger practiced securities litigation with another top New York class action firm, where she represented classes of aggrieved shareholders and cryptocurrency purchasers against prominent defendants, including multiple Fortune 500 companies.

While in law school, Ms. Berger interned with a leading ESG institute, focusing on the intersection of ESG and securities law. She was also a member of the Fordham Urban Law Journal, the Fordham Mediation and Tax Clinics, and the Immigration Advocacy Project. Ms. Berger received the Paul R. Brenner Scholarship Award, as well as the Archibald R. Murray Public Service Award, cum laude, in recognition of her significant pro bono work.

Ms. Berger practices remotely from her home in St. Louis, Missouri.

**EDUCATION**

· Fordham University School of Law, J.D. (2019)
· Stern College for Women, Yeshiva University, B.A. Economics (2015)

**ADMISSIONS**

· New York (2020)
· United States District Court for the Southern District of New York (2020)
· District of Colorado (2023)



Case 2:23-cv-01816-WBS-JDP    Document 13-2    Filed 10/24/23    Page 81 of 104

# JORDAN A. CAFRITZ
## Associate



Jordan Cafritz is an Associate with the Firm's Washington, D.C. office. While attending law school at American University he was an active member of the American University Business Law Review and worked as a Rule 16 attorney in the Criminal Justice Defense Clinic. After graduating from law school, Mr. Cafritz clerked for the Honorable Paul W. Grimm in the U.S. District Court for the District of Maryland.

**EDUCATION**

- American University Washington College of Law, J.D. (2014)
- University of Wisconsin-Madison, B.A., Economics & History (2010)

**ADMISSIONS**

- Maryland (2014)
- District of Columbia (2018)



# MORGAN EMBLETON
## Associate



Morgan M. Embleton is an associate in the Firm's Connecticut office. Since 2018, Ms. Embleton has focused her practice on federal securities class actions and protecting the interests of shareholders of publicly traded companies.

Prior to that, Ms. Embleton litigated matters arising under the False Claims Act, Jones Act, Longshore Harbor Workers' Compensation Act, Louisiana Whistleblower Act, and Louisiana Environmental Whistleblower Act, as well as pharmaceutical mass torts and products liability claims. Ms. Embleton has extensive experience prosecuting securities fraud matters, complex class actions, and multidistrict litigations.

Ms. Embleton received her J.D. and Environmental Law Certificate from Tulane University Law School in 2014. During her time in law school, Ms. Embleton was a student attorney in the Tulane Environmental Law Clinic, a member of the Journal of Technology and Intellectual Property, and the Assistant Director of Research and Development for the Durationator.

**EDUCATION**

• Tulane University Law School, J.D. and Environmental Law Certificate (2014)
• University of Colorado at Boulder, B.A., *cum laude*, Sociology (2010)

**ADMISSIONS**

• Louisiana (2014)
• United States District Court for the Eastern District of Louisiana (2015)
• United States District Court for the Middle District of Louisiana (2016)
• United States District Court for the Western District of Louisiana (2016)
• United States Court of Federal Claims (2016)
• United States Court of Appeals for the Fifth Circuit (2016)
• United States Court of Appeals for the Ninth Circuit (2017)
• United States District Court for the Eastern District of Michigan (2020)



Case 2:23-cv-01816-WBS-JDP     Document 13-2     Filed 10/24/23     Page 83 of 104

# NOAH GEMMA
## Associate



Noah Gemma worked previously as a summer associate at a boutique commercial litigation firm. There, Mr. Gemma drafted briefs and other legal memoranda on behalf of national and closely held corporations in complex federal and state court litigation. In particular, Mr. Gemma helped the firm: (i) win multiple motions to dismiss on behalf of a national bank and a national bonding company in federal court cases involving alleged fraud and other alleged improprieties; (ii) settle an avoidable preference action on behalf of a national hauling company in a federal bankruptcy proceeding for a small fraction of the alleged damages; (iii) settle a negligence action on behalf of a court appointed fiduciary against officers of a defunct company and its insurance carrier on advantageous terms; and (iv) secure a favorable decision on behalf of a national bonding company before the state supreme court.

Mr. Gemma also served as a judicial intern for the Honorable Judge Bruce M. Selya in the United States Court of Appeals for the First Circuit and for the Honorable Judge Virginia M. Hernandez Covington in the United States District Court for the Middle District of Florida. Using his experience representing the interests of national and closely held corporations to analyze and assess potential cases of corporate impropriety, Mr. Gemma currently prosecutes corporate and director malfeasance through the preparation and filing of shareholder mergers and acquisitions actions and corporate governance litigation.

## EDUCATION

- Georgetown University Law Center, J.D., Editor for *The Georgetown Law Journal* (2021)
- Providence College, B.A. (2018)

## ADMISSIONS

- Rhode Island (2021)
- District of Columbia (2022)



**Our Attorneys**   **Associates**

# DEVYN R. GLASS
## Associate



Devyn R. Glass currently focuses her practice on representing investors in federal securities fraud litigation.

Prior to joining the firm, Ms. Glass gained substantial experience at a national boutique firm specializing in complex litigation across a variety of practice areas representing both plaintiffs and defendants. Since 2017, Ms. Glass has focused her practice on consumer and shareholder protection, litigating numerous class action lawsuits across the country that involved data privacy and data breach, deceptive and unfair trade practices, and securities fraud.

At her prior firms, Ms. Glass played a pivotal role in obtaining monetary recoveries and/or injunctive relief on behalf of shareholders and consumers. Notable cases include: Lowry v. RTI Surgical Holdings, Inc. et al., (D. Ill.) (obtaining $10.5 million on behalf of a shareholder class alleging violations of the federal securities laws); In re Google Plus Profile Litigation, (N.D. Cal.) (obtaining $7.5 million on behalf of a consumer class exposed to a years-long data breach); and Barrett v. Pioneer Natural Resources USA, Inc., (D. Colo.) (obtaining $500,000 on behalf of more than 8,000 current and former 401(k) plan participants alleging violations of the Employee Retirement Income Security Act).

**EDUCATION**

• Loyola University College of Law, New Orleans, J.D., *cum laude* (2016), where she received a Certificate of Concentration in Law, Technology and Entrepreneurship, served as a member of the *Loyola Journal of Public Interest Law*, and interned for the Louisiana Second Circuit Court of Appeals
• Louisiana Tech University, B.A., *cum laude* (2013), Political Science, minor in English

**ADMISSIONS**

• New York (2017)
• District of Columbia (2017)
• United States District Court District of Columbia (2018)
• United States District Court District of Colorado (2018)
• United States Court of Appeals for the Ninth Circuit (2022)



64

Case 2:23-cv-01816-WBS-JDP    Document 13-2    Filed 10/24/23    Page 85 of 104

# GARY ISHIMOTO
## Associate



Gary Ishimoto is an Associate working remotely with Levi and Korsinsky's Consumer Litigation Team. During law school, he worked at the Small Business Law Clinic helping to draft incorporation papers, non-compete clauses, IP assignments, board consent, and stock purchase agreements for start-up businesses. He also interned for the Rossi Law Group.

**EDUCATION**

· Pepperdine School of Law, J.D. (2020)
· California State University, Northridge, B.S. (2013)

**ADMISSIONS**

· Massachusetts (2021)
· New Hampshire (2022)

# DAVID C. JAYNES
## Associate



David C. Jaynes focuses his practice on investor protection and securities fraud litigation. In addition to his law degree, Mr. Jaynes has graduate degrees in business administration and finance. Prior to joining the firm, David worked in the Enforcement Division of the U.S. Securities and Exchange Commission in the Salt Lake Regional Office as part of the Student Honors Program. Mr. Jaynes began his career as a prosecutor and has significant trial experience.

While at Levi & Korsinsky, Mr. Jaynes has actively represented plaintiffs in the following securities class actions:

• **In re U. S. Steel Consolidated Cases**, No. 17-579 (W.D. Pa.)
• **Stein v. U.S. Xpress Enterprises, Inc.,** et al., No. 1:19-cv-98-TRM-CHS (E.D. Tenn.)
• **John P. Norton, On Behalf Of The Norton Family Living Trust** UAD 11/15/2002 v. Nutanix, Inc. et al, No. 3:21-cv-04080 (N.D. Cal.)

Mr. Jaynes has also had a role in litigating the following securities actions:

• **Ferraro Family Foundation, Inc. v. Corcept Therapeutics Incorporated**, No.5:19-cv-1372-LHK (N.D. Cal.)
• **The Daniels Family 2001 Revocable Trust v. Las Vegas Sands Corp.,** et al., No. 1:20-cv-08062-JMF (D. Nev.)
• **Dan Kohl v. Loma Negra Compania Industrial Argentina Sociedad Anonima**, et al., Index No. 653114/2018 (Sup. Ct., County of New York)

### EDUCATION

• University of Utah, M.S., Finance (2020)
• University of Utah, M.B.A (2020)
• The George Washington University Law School, J.D. (2015)
• Brigham Young University, B.A., Middle East Studies and Arabic (2009)

### ADMISSIONS

• Maryland (2015)
• Utah (2016)
• United States District Court for the District of Utah (2016)
• California (2021)
• United States District Court for the Northern District of California (2022)
• United States District Court for the Central District of California (2023)
• District of Colorado (2023)



66

Case 2:23-cv-01816-WBS-JDP    Document 13-2    Filed 10/24/23    Page 87 of 104

# ALEXANDER KROT
## Associate



### EDUCATION

- American University, Kogod School of Business, M.B.A. (2012)
- Georgetown University Law Center, LL.M., Securities and Financial Regulation, With Distinction (2011)
- American University Washington College of Law, J.D. (2010)
- The George Washington University, B.B.A., concentrations in Finance and International Business (2003)

### ADMISSIONS

- Maryland (2011)
- District of Columbia (2014)
- United States District Court for the District of Colorado (2015)
- United States Court of Appeals for the Tenth Circuit (2016)
- United States District Court for the Eastern District of Wisconsin (2017)
- United States Court of Appeals for the Third Circuit (2018)
- United States Court of Appeals for the Ninth Circuit (2020)



# NICHOLAS R. LANGE
## Associate



Based in Chicago, Illinois, Nicholas R. Lange is a remote member of the Firm's Connecticut office, where he focuses his practice in investor fraud and federal securities litigation. Prior to joining the Firm, Nicholas specialized in complex class action litigation and multi-district proceedings, including participation in some of the country's largest actions, with a focus in technology and consumer privacy.

As recognition for his class action work, Nicholas R. Lange received the Super Lawyers Rising Star award for 2023 (Class Action/Mass Torts).

**EDUCATION**

- DePaul University College of Law, J.D. (2014)
- University of Illinois and Urbana/Champaign, B.A. (2011)

**AWARDS**




**ADMISSIONS**

- Illinois (2014)
- United States District Court for the Northern District of Illinois (2016)
- United States District Court for the Southern District of Illinois (2020)
- United States District Court for the District of Colorado (2020)



Case 2:23-cv-01816-WBS-JDP    Document 13-2    Filed 10/24/23    Page 89 of 104

# ADAM C. MCCALL
## Associate



Mr. McCall is an Associate with the Firm. Prior to joining Levi & Korsinsky, Mr. McCall was an extern at the Securities and Exchange Commission's Division of Corporate Finance.

### EDUCATION

- Georgetown University Law Center, LL.M., Securities and Financial Regulation (2015)
- California Western School of Law, J.D., *cum laude* (2013)
- Santa Clara University, Certificate of Advanced Accounting Proficiency (2010)
- University of Southern California, B.A. Economics (2008)

### ADMISSIONS

- California (2014)
- United States District Court for the Central District of California (2015)
- United States District Court for the Eastern District of California (2015)
- United States District Court for the Northern District of California (2015)
- United States District Court for the Southern District of California (2015)
- United States Court of Appeals for the Ninth Circuit (2016)
- District of Columbia (2017)

Case 2:23-cv-01816-WBS-JDP    Document 13-2    Filed 10/24/23    Page 90 of 104

# AMANDA MILLER
## Associate



Amanda Miller is an Associate in Levi and Korsinsky's Stamford office where she focuses her practice on federal securities litigation.
Prior to joining Levi & Korsinsky, Amanda gained substantial experience at a boutique Boston firm where she was trained in securities and business litigation.

Amanda received her Juris Doctorate degree from Suffolk University Law School with an International Law concentration with Distinction and was selected to join the International Legal Honor Society of Phi Delta Phi. While in law school, Amanda focused her legal education on securities law & regulation, international investment law & arbitration, and business law.

**EDUCATION**

• Suffolk University Law School, J.D. (2021)
• Colorado State University, B.S. (2011)

**ADMISSIONS**

• Massachusetts (2021)
• United States District Court for the District of Massachusetts (2022)



Case 2:23-cv-01816-WBS-JDP   Document 13-2   Filed 10/24/23   Page 91 of 104

# MELISSA MULLER
## Associate



Melissa Muller is an Associate with the Firm's New York Office focusing on federal securities litigation. Ms. Muller previously worked as a paralegal for the New York office while attending law school.

### EDUCATION

• New York Law School, J.D., Dean's Scholar Award, member of the Dean's Leadership Council (2018)
• John Jay College of Criminal Justice, B.A. (2013), *magna cum laude*

### ADMISSIONS

• New York (2019)
• United States District Court for the Southern District of New York (2020)



# CINAR ONEY
## Associate



Cinar Oney is an Associate in Levi & Korsinsky's New York office. His practice focuses on investigation and analysis of various forms of corporate misconduct, including excessive compensation, insider trading, unfair self-dealing, and corporate waste. He develops litigation strategies through which shareholders can pursue recoveries.

Prior to joining Levi & Korsinsky, Mr. Oney practiced with top firms in Turkey, where he represented shareholders, corporations, and governmental entities in commercial disputes and transactional matters.

### PUBLICATIONS

• *FinTech Industrial Banks and Beyond: How Banking Innovations Affect the Federal Safety Net*, 23 FORDHAM J. CORP. & FIN. L. 541 (2018)

### EDUCATION

• Fordham University School of Law, J.D. (2019)
• International University College of Turin, LL.M. (2014)
• Istanbul University Faculty of Law, Undergraduate Degree in Law (2011)

### ADMISSIONS

• New York (2020)



# BRIAN STEWART
## Associate



Brian Stewart is an Associate with the Firm practicing in the Washington, D.C. office. Prior to joining the firm, Mr. Stewart was an associate at a small litigation firm in Washington D.C. and a regulatory analyst at the Financial Industry Regulatory Authority (FINRA). During law school, he interned for the Enforcement Divisions of the SEC and CFPB.

### EDUCATION

• American University Washington College of Law, J.D. (2012)
• University of Washington, B.S., Economics and Mathematics (2008)

### ADMISSIONS

• Maryland (2012)
• District of Columbia (2014)
• United States District Court for the District of Maryland (2017)
• United States District Court for the District of Colorado (2017)



## CORREY A. SUK
### Associate



Correy A. Suk is an experienced litigator with a focus on shareholder derivative suits, class actions, and complex commercial litigation. Correy began her career with the Investor Protection Bureau of the Office of the New York State Attorney General and spent four years prosecuting shareholder derivative actions and securities fraud litigation at one of the oldest firms in the country. Prior to joining Levi & Korsinsky, Correy represented both individuals and corporations in complex business disputes at a New York litigation boutique. Correy's unflappable disposition and composure reflect a pragmatic approach to both litigation and negotiation. She thrives under pressure and serves as an aggressive advocate for her clients in the most high-stakes situations. Correy has been recognized as a Super Lawyers Rising Star every year since 2017.

### PUBLICATIONS

• "Unsafe Sexting: The Dangerous New Trend and the Need for Comprehensive Legal Reform," 9 Ohio St. J. Crim. L. 405 (2011)

### EDUCATION

• The Ohio State University Moritz College of Law, J.D. (2011)
• Georgetown University, B.S.B.A. (2008)

### AWARDS




### ADMISSIONS

• New Jersey (2011)
• New York (2012)
• United States District Court for the Southern District of New York (2015)
• United States District Court for the Eastern District of New York (2015)
• United States District Court for the District of New Jersey (2016)



# COLE VON RICHTHOFEN
## Associate



Cole von Richthofen is an Associate in Levi & Korsinsky's Connecticut office. As a law student, he interned with the honorable Judge Thomas Farrish in the District of Connecticut's Hartford courthouse with an emphasis on settlements. He has also interned with the Office of the Attorney General for the State of Connecticut in the Employment Rights Division. While attending law school, Cole served as an Executive Editor of the Connecticut Public Interest Law Journal and as a member of the Connecticut Moot Court Board.

### EDUCATION

- University of Connecticut School of Law, J.D. (2022)
- University of Connecticut, B.S., Business & Marketing (2015)

### ADMISSIONS

- Connecticut (2022)



## MAX WEISS
### Associate



Max Weiss focuses his practice on investor protection and securities fraud litigation. He is proficient in litigation, legal research, motion practice, case evaluation and settlement negotiation. Prior to joining the firm, Max practiced in the general liability area and has extensive experience litigating high-exposure personal injury claims in New York State and federal trial and appellate courts. While in law school, Max gained experience helping pro se debtors prepare and file Chapter 7 and Chapter 13 petitions with the New York Legal Assistance Group **(NYLAG)** Bankruptcy Project and served as an intern to the Honorable Sean Lane of the Southern District of New York Bankruptcy Court.

### EDUCATION

• St. John's School of Law, J.D. (2018), where he served as the Senior Executive Editor of the Journal of Civil Rights & Economic Development
• Colgate University, B.A., Political Science (2011)

### ADMISSIONS

• New York (2019)
• United States District Court for the Southern District of New York (2019)
• United States District Court for the Eastern District of New York (2019)





### Our Attorneys
### Law Clerks

- **AARON PARNAS**

# AARON PARNAS
## Law Clerk



Aaron Parnas is a law clerk in the firm's Washington, D.C. office. Prior to joining Levi & Korsinsky, Aaron served as a law clerk for the Honorable Sheri Polster Chappell in the United States District Court for the Middle District of Florida.

While in law school, Aaron was a student attorney for the Criminal Appeals and Post-Conviction Series Clinic along with the Vaccine Injury Litigation Clinic, where he litigated matters in front of the Maryland Court of Special Appeals and the Court of Federal Claims, respectively. As a result of his successes, Aaron was named the top advocate in his graduating class and received the Graduation Award for Excellence in Pre-Trial and Trial Advocacy.

## EDUCATION

• The George Washington University Law School, with Honors (2020), where he served as the Managing Editor, Vol. 52 of The George Washington International Law Review
• Florida Atlantic University, B.A., Political Science and Criminal Justice, with Honors (2017)

## ADMISSIONS

• Florida (2020)
• United States District Court for the Southern District of Florida (2021)



LAW OFFICES
# BRODSKY SMITH

**9595 WILSHIRE BOULEVARD, SUITE 900**
**BEVERLY HILLS, CA 90212**
—
877-534-2590
FAX 310-247-0160
www.brodskysmith.com

| PENNSYLVANIA OFFICE | NEW YORK OFFICE | NEW JERSEY OFFICE |
|---|---|---|
| TWO BALA PLAZA, SUITE 805 | 240 Mineola Blvd. | 1040 KINGS HIGHWAY NORTH, STE. 601 |
| BALA CYNWYD, PA 19004 | Mineola, NY 11501 | CHERRY HILL, NJ 08034 |
| 610-667-6200 | 516.741.4977 | 856.795.7250 |

Brodsky Smith attorneys are licensed to practice in both state and federal courts in the State of California, the Commonwealth of Pennsylvania, the State of New Jersey, the District of Columbia, and the State of New York.

For years, Brodsky & Smith has represented California Citizen Enforcers motivated to eliminate and/or materially reduce harmful levels of Proposition 65 listed toxic chemicals including but not limited to phthalates, lead, bisphenol A, diethanolamine, chromium (hexavalent compounds), and others. During this time, Brodsky Smith has litigated countless Proposition 65 enforcement actions involving myriad product types and exposure pathways. These enforcement actions have resulted in exposure warning labeling and/or reformulation of innumerable products.

In addition to the Proposition 65 practice, Brodsky Smith represents or has represented individuals and businesses in various types of complex litigation matters including, but not limited to, securities class action and shareholder derivative litigation, merger and acquisition litigation, civil rights litigation, commercial litigation, consumer protection litigation, ERISA litigation, and personal injury litigation.

The firm has offices in Beverly Hills, California; Bala Cynwyd, Pennsylvania; Cherry Hill, New Jersey; and Mineola, New York.

# *QUALIFICATIONS OF ATTORNEYS*

## *EVAN J. SMITH*

Evan Jason Smith is a founding member of Brodsky Smith who has over twenty five years of experience representing plaintiffs in various complex litigation matters. His current areas of practice include Proposition 65 litigation, class action civil rights litigation, class action securities litigation, derivative shareholder litigation, merger and acquisition litigation, commercial litigation, and Clean Water Act litigation.

He was co-lead counsel in *In re Hansen Medical, Inc. Shareholder Litigation,* Superior Court of California, Santa Clara County, No. 16-cv-294288, which secured $7.5 million dollars for the shareholder class in a post-merger damages case. The settlement received court approval in 2019.

In 2015, he was co-Lead counsel *In re Bluegreen Shareholder Litigation*, 502011CA018111, 15th Judicial Circuit, Palm Beach County, Florida, which secured $36.5 million dollar settlement for a class of shareholders (25% more consideration than originally given in the merger) in a post-merger damages case. This settlement received Court approval in September 2015 and is the largest post-merger damages settlement in Florida history.

In January 2011, after a two-week jury trial, he and his partner Jason Brodsky obtained a $3.0 million dollar verdict in the Pennsylvania Court of Common Pleas - Philadelphia County for their client in a construction site accident personal injury case.

In 2010, he represented two named class representatives, was Settlement Counsel and acted as a lead negotiator for the shareholder class in *In re Allied Capital Shareholder Litigation*, Circuit Court of Maryland, Montgomery County, No. 322639. This settlement resulted in a dividend in the amount of $0.20 per share, increasing the consideration received in the merger to Allied shareholders by approximately $36 million. Allied also agreed to include certain supplemental disclosures that related to the sales process and background of the merger, as well as the financial analyses of the Acquisition.

He was Lead Counsel in *In re Ryland Securities Litigation* which settled for $1.2 Million Dollars (2008) and in *In re A Million Little Pieces Litigation* which settled for $2.35 Million Dollars (2007).

In May 2002, he convinced the court, in *McCain v. Beverly Enterprises, Inc.,* CV-02-657 (E.D.Pa.), to reverse long standing and prevailing case law that precluded injured plaintiffs from bringing a claim for damages under a negligence per se theory against medical facilities for violations of state and federal statutes regarding standard of care towards patients. This reversal lowered the burden of proof in civil cases for injured plaintiffs when a governmental agency has found a defendant in violation of state and/or federal standard of care statutes. This case has been cited by many jurisdictions across the country in nursing home neglect litigation.

He has also been Lead Counsel in several disability class action lawsuits that have resulted in thousands of public accommodations throughout the country being remediated to ensure accessibility on behalf of the mobility impaired, and millions of dollars obtained on behalf of the same mobility impaired classes.

He was selected as a Pennsylvania Super Lawyers' Rising Star (Attorneys Under 40), an honor bestowed upon less than 2.5% of Pennsylvania attorneys for each of the years 2005-2009. He began his legal career as an attorney at a Philadelphia boutique litigation law firm where he worked on complex commercial litigation matters for both plaintiffs and defendants. Prior to forming Brodsky Smith, he was an attorney at a Philadelphia insurance defense law firm in the premises and casualty liability litigation department.

Upon graduating law school, he served as a judicial law clerk for the Honorable Albert W. Sheppard, Jr. of the Philadelphia Court of Common Pleas, First Judicial District. Evan also served as a student law clerk for the Honorable William H. Yohn of the United States District Court for the Eastern District of Pennsylvania and the Honorable John T.J. Kelly, Jr. of the Commonwealth of Pennsylvania Superior Court.

He received his Juris Doctor from Temple University School of Law (1996) where he was a member of the Moot Court Honor Society and the Political and Civil Rights Law Review. He also served as a clinical intern at the Philadelphia District Attorney's Office. He received his Bachelor of Arts in International Politics and a minor degree in Spanish from Pennsylvania State University (1993).

He is licensed to practice in state courts for the State of California (2006), the Commonwealth of Pennsylvania (1996), the State of New Jersey (1996), the District of Columbia (1999), and the State of New York (2002). He is also licensed to practice in federal courts for the United States Supreme Court (2003), United States Court of Appeals for the Third Circuit (1998), United States Court of Appeals for the Second Circuit (2007), United States Court of Appeals for the Ninth Circuit (2007), United States District Court for the Eastern District of Pennsylvania (1998), United States District Court of New Jersey (1996), United States District Court for the Southern District of New York (2002), United States Court for the Eastern District of New York (2003), United States District Court for the Northern District of New York (2003), United States District Court for the District of Colorado (2003), United States District Courts for the Northern, Southern, Central and Eastern Districts of California (2006). He has also been admitted *pro hac vice* in state and federal courts across the country in various matters.

## *JASON L. BRODSKY*

Jason Lawrence Brodsky is a founding member of Brodsky Smith and has over twenty five years of experience representing plaintiffs in complex litigation. His current areas of practice include Proposition 65 litigation, class action civil rights litigation, class action securities litigation, derivative shareholder litigation, merger and acquisition litigation, commercial litigation, catastrophic injury litigation, and workers' compensation litigation.

He is an experienced trial attorney who has successfully obtained consent decrees, verdicts, and settlements in various state and federal courts around the country on behalf of injured, wronged, or discriminated against individuals and businesses. In January 2011, after a two-week jury trial in the Pennsylvania Court of Common Pleas - Philadelphia Court, he obtained a $3.0 million dollar verdict on behalf of a Brodsky Smith client in a construction accident negligence claim. Prior to forming Brodsky Smith, Jason represented Fortune 500 clients, insurance companies, and municipal entities - including the City of Philadelphia - at a 150-attorney size insurance defense firm in Philadelphia.

He received his Juris Doctor from Widener University School of Law (1996) where he was a member of the Trial Advocacy Honor Society. He also received his Bachelor of Arts in Criminology from Pennsylvania State University (1993). He is licensed to practice in the Commonwealth of Pennsylvania (1996) and the State of New Jersey (1996). He is also licensed to practice in the United States Court of Appeals for the Ninth Circuit (2008); United States District Court for the Eastern District of Pennsylvania (1998) and United States District Court of New Jersey (1996). He has been admitted *pro hac vice* in state and federal courts across the country in various matters.

## *MARC L. ACKERMAN*

Marc L. Ackerman joined Brodsky Smith as a partner in October 2002. Marc has over thirty five years of experience representing plaintiffs and defendants in complex litigation. His current areas of practice include class action shareholder litigation, derivative and merger and acquisition litigation, commercial litigation, and civil rights litigation.

He began his legal career as an associate in the litigation department of a 250-attorney Philadelphia law firm. After working for the Department of Justice as a Special Assistant United States Attorney for the Eastern District of Pennsylvania, he joined a 300-attorney Philadelphia law firm where he concentrated his practice in insurance and commercial litigation matters. As a partner he represented Fortune 500 clients in insurance fraud, RICO, wrongful death and other complex insurance matters. Prior to joining Brodsky Smith, he was Pennsylvania resident counsel for a small boutique class action firm based in Connecticut.

He received his Juris Doctor from Temple University School of Law (1989) where he served as the Director of Temple - LEAP, an organization dedicated to introducing secondary school students to the profession and practice of law. He received his Bachelor of Arts from Villanova University (1986, cum laude).

He is licensed to practice in state courts for the Commonwealth of Pennsylvania (1989) and the State of New Jersey (1990). He is also licensed to practice in federal courts for the United States Supreme Court (2003), United States Court of Appeals for the Third Circuit (1995), the United States Court of Appeals for the Ninth Circuit, Eastern District of Pennsylvania (1990) and United States District Court of New Jersey (1990). Marc has also been admitted *pro hac vice* in state and federal courts across the country in various matters.

## *JORDAN A. SCHATZ*

Jordan A. Schatz joined Brodsky Smith as an associate in 2010 and became a partner in 2018. His current practice areas include Proposition 65 litigation, class action shareholder litigation, derivative and merger and acquisition litigation, and Civil Rights litigation.

He received his Juris Doctor from Drexel University Earl Mack School of Law (2009) where he received a full academic scholarship. He received his Bachelor of Science in Finance and a minor in International Business from Pennsylvania State University (2006).  He is licensed to practice in the Commonwealth of Pennsylvania (2009) and the United States Court of Appeals for the Ninth Circuit.

## RYAN P. CARDONA

Ryan P. Cardona joined Brodsky Smith in 2015 as an associate and became a partner in 2023. His current areas of practice include class action shareholder litigation, Civil Rights litigation, and Clean Water Act litigation.

He received his Juris Doctorate from Villanova University School of Law (2013) where he received the Deidre L. Bailey Leadership Scholarship. He received his Bachelor of Arts in Political Science and a minor in History from Sonoma State University (2010). He is licensed to practice in state courts for the Commonwealth of Pennsylvania (2013), the State of New Jersey (2013), and the State of California (2014).

## KYLE AUCHINLECK

Kyle Auchinleck joined Brodsky Smith in 2023 as an Associate. His current areas of practice include Environmental Enforcement and Consumer Protection Litigation.  He received his Juris Doctorate from Villanova University School of Law (2022). He received his Bachelor of Science in Business Administration from Duquesne University (2018). He is licensed to practice in the Commonwealth of Pennsylvania (2022).

## LANCE G. GREENE

Lance G. Greene joined Brodsky Smith as of counsel in March 2008 and has worked with the firm since 2007. His current practice areas include commercial litigation, business litigation, and personal injury litigation.

Prior to opening his own litigation practice in Los Angeles, he was a senior associate in the business litigation department of a mid-sized, full-service law firm based in Irvine, California. He is a member of the California State Bar and the Los Angeles County Bar Association.

He is a successful trial counsel as partially reflected by his $1.5 million unanimous jury verdict in federal court in the employment discrimination matter of *Martin v. Arrow Electronics*, which was the second largest federal trial verdict in Orange County in 2006.

He received his Juris Doctor from the University of Minnesota School of Law (1992), and his Bachelor of Science from Arizona State University (1985, History). Lance is a former United States Naval officer, having obtained his commission as Ensign

5

in 1985, he served on the USS Dwight D. Eisenhower, CVN 69 from 1985- 1989, where he attained the rank of Lieutenant and completed his inactive reserve service in 1993.

He is licensed to practice in the State of California (1993), the United States District Court for the Central District of California (1993), and the United States District Court for the Eastern District of Michigan (2002).