Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

Corey D. Holzer (*pro hac vice* application forthcoming)
**HOLZER & HOLZER, LLC**
211 Perimeter Center Pkwy NE, Suite 1010
Atlanta, GA 30346
(770) 392-0090 phone
cholzer@holzerlaw.com

*Co-Counsel to Movant Carter Family Investors
and Proposed Lead Co-Counsel*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Master File No. 2:23-cv-01816-WBS-JDP |
| --- | --- |
| This Document Relates to: | CLASS ACTION |
| ALL ACTIONS. | **[PROPOSED] ORDER GRANTING CARTER FAMILY INVESTORS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTED COUNSEL** |

1

[PROPOSED] ORDER
No. 2:23-CV-01816-WBS-JDP

Having considered Carter Family Investors' Motion for Appointment as Lead Plaintiff and Approval of Selected Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), Carter Family Investors are appointed as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Block & Leviton LLP and Holzer & Holzer, LLC are appointed Co-Lead Counsel. As Co-Lead Counsel, Block & Leviton LLP and Holzer & Holzer, LLC shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

   a. the briefing and argument of any and all motions;

   b. the preparation and filing of all pleadings;

   c. the conduct of any and all discovery proceedings;

   d. settlement negotiations with counsel for Defendants;

   e. the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

[PROPOSED] ORDER
No. 2:23-CV-01816-WBS-JDP

2

f. the supervision of all other matters concerning this prosecution or resolution of this action.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                       THE HONORABLE WILLIAM B. SHUBB
                                       UNITED STATES SENIOR DISTRICT JUDGE

3

[PROPOSED] ORDER
No. 2:23-CV-01816-WBS-JDP