Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo, CA 94402
(650) 781-0025 phone
jake@blockleviton.com

Corey D. Holzer (*pro hac vice* application forthcoming)
**HOLZER & HOLZER, LLC**
211 Perimeter Center Pkwy NE, Suite 1010
Atlanta, GA 30346
(770) 392-0090 phone
cholzer@holzerlaw.com

*Co-Counsel to Movant Carter Family Investors
and Proposed Lead Co-Counsel*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION<br><br>_____<br>This Document Relates to:<br><br>    ALL ACTIONS. | Master File No. 2:23-cv-01816-WBS-JDP<br><br>CLASS ACTION<br><br>**DECLARATION OF JACOB A. WALKER IN SUPPORT OF CARTER FAMILY INVESTORS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTED COUNSEL** |

1

I, Jacob A. Walker, declare as follows:

1.  I am an attorney licensed to practice before all the courts of the State of California, and this Court. I am a partner at Block & Leviton LLP, proposed lead counsel for proposed lead plaintiff Carter Family Investors in the above-captioned action. I make this Declaration in support of Carter Family Investors' Motion for Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

**Exhibit A:** the August 25, 2023 press release issued by Block & Leviton LLP announcing the filing of the first of the above-captioned class actions against the above-referenced defendants, announcing a class period of February 23, 2023 to August 9, 2023, and noticing that the filing date for appointment as Lead Plaintiff is October 24, 2023;

**Exhibit B:** the October 5, 2023 press release issued by Pomerantz LLP announcing the filing of the second of the above-captioned class actions against the above-referenced defendants, announcing a class period of February 23, 2023 to August 9, 2023, and noticing that the filing date for appointment as Lead Plaintiff is October 24, 2023;

**Exhibit C:** Declaration of Thomas Carter;

**Exhibit D:** Carter Family Investors' PSLRA Certifications;

**Exhibit E:** Carter Family Investors' Loss Charts;

**Exhibit F:** Block & Leviton LLP's firm resumé;

**Exhibit G:** Holzer & Holzer, LLC's firm resumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

October 24, 2023.

Respectfully submitted,

/s/ Jacob A. Walker
Jacob A. Walker

DECLARATION OF JACOB A. WALKER
No. 2:23-CV-01816-WBS-JDP

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jacob A. Walker
Jacob A. Walker

DECLARATION OF JACOB A. WALKER
NO. 2:23-CV-01816-WBS-JDP