# EXHIBIT A

# Origin Materials Sued By Block & Leviton LLP for Securities Law Violations

August 25, 2023 14:10 ET| Source: **Block & Leviton LLP**

BOSTON, Aug. 25, 2023 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Origin Materials, Inc. (NASDAQ: ORGN) and certain of its executives, for securities fraud. The complaint was brought in United States District Court for the Eastern District of California and is captioned *Soto v. Origin Materials, Inc., et al.*, No. 2:23-cv-00838 (E.D. Cal.) and is brought on behalf of investors that incurred damages on their purchases in Origin Materials, Inc. securities between February 23, 2023 and August 9, 2023, inclusive.

A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased Origin Materials, Inc. shares between February 23, 2023 and August 9, 2023 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or to visit our website for information on the case.

The deadline to seek appointment as lead plaintiff is October 24, 2023.

**What is this all about?**

After the market closed on August 9, 2023, Origin Materials announced that it was significantly delaying the timeline for construction on its Origin 2 commercial plant and changing the product slate at Origin 2 from paraxylene ("PX") to furandicarboxylic acid ("FDCA"). The Company disclosed that it "now expects Origin 2 to be completed in two phases, with Phase 1 estimated to be completed in late 2026 to 2027, and Phase 2 estimated to be completed in 2028, compared with our initial expectation for a mid-2025 completion."

Origin further revealed that the construction of Origin 2 would cost more and yield less capacity than previously announced.

On this news, Origin's stock price fell 66.5% on August 10, 2023.

Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants misled investors by failing to disclose that: (1) Origin would not be able to meet its previously announced timeline for the construction of the Origin 2 plant; (2) demand for PX had dropped such that it would not be the production focus of Origin 2; (3) Origin could not construct Origin 2 at its previously disclosed cost; (4) Origin could not construct Origin 2 at the scale it had previously identified; and (5) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or acquired Origin Materials, Inc. shares between February 23, 2023 and August 9, 2023 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is October 24, 2023.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP
www.blockleviton.com