# EXHIBIT C

DocuSign Envelope ID: 0183C8FF-2A3D-4FE6-AE3D-1F2667939248

**DECLARATION OF THOMAS CARTER IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Thomas Carter, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel of Holzer & Holzer, LLC ("Holzer") and Block & Leviton LLP ("Block & Leviton") in the instant class action on behalf of Origin Materials, Inc. ("Origin") investors pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge about the information in this Declaration.

2.      I reside in Cumming, Georgia and I am 61 years old. I attended the University at Buffalo where I received a Bachelor of Arts in Statistics (1984) and a Bachelor of Arts in Geology (1985). In 2004 I received a Certification in Strategy Value Creation from the London School of Business in London, England. I have been investing in the market for approximately forty years. I am a recently retired Chief Information Officer.

3.      I made all relevant investment decisions with regards to the disclosed transactions involving Origin stock. I am a trustee for and have authority to act on behalf of the Carter Family Trust. I also have power of attorney for my wife's account.

4.      I have discussed this case with my counsel, and I am aware of the current status of the litigation. I believe that the securities class action against Origin is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. I suffered a substantial loss on my investments in Origin securities, and I have the ability and competency to oversee this litigation to a successful conclusion. It is for this reason that I decided to seek appointment as lead plaintiff in this action and authorized the filing of a motion seeking my appointment.

5.      I am informed of and understand the requirements and duties imposed by the PSLRA. I understand the responsibilities of being a lead plaintiff, including my fiduciary duty to the class. I understand that if I am appointed as lead plaintiff, I will owe a duty to all members of the putative class to provide fair and adequate representation and to work with counsel to obtain the best possible recovery in good faith and with vigorous advocacy. I am committed to the prosecution of this case and will remain actively involved. I believe that my resources and ability to engage in sound decision-making as well as my proactive and goal-oriented approach will materially benefit and advance the interests of the class in this case.

6.      I have selected counsel in this action based upon their experience and I am confident in their ability to work with me to protect the interest of the class. I understand that one of my primary responsibilities will be overseeing counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation. I will continue to supervise counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, conferring with my counsel regarding litigation strategy and other matters, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

7.      I understand that, as the lead plaintiff in this action, I will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

8.      I understand that a lead plaintiff's share of any recovery is the same as every other potential Class member.  As my certification states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses directly related to the Class representation as ordered or approved by the Court pursuant to the PSLRA.

DocuSign Envelope ID: 0183C8FF-2A3D-4FE6-AE3D-1F2667939248

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on ___10/23/2023___.

DocuSigned by:

*Thomas Carter*

71DFBB76C6DE4BB...

Thomas Carter