# EXHIBIT E

**LIFO Loss Chart Report**

| | |
|---|---|
| TR Carter Trust Account | Class Period Beginning: 02/23/2023 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Class Period End: 08/09/2023 |
| Security: 68622D106 | Lookback Period Beginning: 08/10/2023 |
| Class Period: February 23,2023 - August 09,2023 | Lookback Period End: 11/08/2023 |
| Currency: USD | Days in Lookback Period: 90 |
| | Lookback Period Average Closing Price: 1.30 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 8,902.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| Pre-Class Period Holdin | | 8,902.0000 | | | Sale | 03/10/2023 | 8,902.0000 | 4.07 | 36,310.36 | 0.00 | |
| **1A. Total** | | **8,902.0000** | | | | | **8,902.0000** | | **36,310.36** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0.0000** | | | | | **0.0000** | | **0.00** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | **0.0000** | | | | | | | | **0.0000** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | **0.0000** | **0.00** | | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 06/22/2023 | 176.0000 | 4.22 | 743.91 | | | | | | 176.0000 | (515.10) |
| Purchase | 06/16/2023 | 356.0000 | 4.52 | 1,611.93 | | | | | | 356.0000 | (1,149.11) |
| Purchase | 06/13/2023 | 70.0000 | 5.05 | 353.66 | | | | | | 70.0000 | (262.66) |
| Purchase | 04/18/2023 | 5,787.0000 | 4.31 | 24,941.96 | | | | | | 5,787.0000 | (17,418.57) |
| Purchase | 04/18/2023 | 8,802.0000 | 4.35 | 38,305.42 | | | | | | 8,802.0000 | (26,862.37) |
| Purchase | 04/18/2023 | 6,697.0000 | 4.35 | 29,194.90 | | | | | | 6,697.0000 | (20,488.46) |
| Purchase | 04/10/2023 | 18,750.0000 | 4.00 | 75,108.75 | | | | | | 18,750.0000 | (50,732.79) |
| **2C. Total** | | **40,638.0000** | | **170,260.56** | | | **0.000** | | **$0.00** | **40,638.0000** | **(117,429.09)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 40,638.0000 | | 170,260.56 | | | 0.0000 | | 0.00 | 40,638.0000 | (117,429.09) |
| Grand Total | | 40,638.0000 | | 170,260.56 | | | 8,902.0000 | | 36,310.36 | 40,638.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(117,429.09)** |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.

**LIFO Loss Chart Report**

| | |
|---|---|
| TR Carter Account 1 | Class Period Beginning: 02/23/2023 |
| | Class Period End: 08/09/2023 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 08/10/2023 |
| Security: 68622D106 | Lookback Period End: 11/08/2023 |
| Class Period: February 23,2023 - August 09,2023 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 1.30 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 50,218.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| | | 50,218.0000 | | | | | | | | | |
| **1C. Total** | | 50,218.0000 | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | 0.0000 | 0.00 | | | | 0.0000 | | 0.00 | 0.00 | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 06/22/2023 | 162.0000 | 4.23 | 686.66 | | | | | | 162.0000 | (476.06) |
| Purchase | 06/16/2023 | 508.0000 | 4.52 | 2,299.41 | | | | | | 508.0000 | (1,638.98) |
| Purchase | 06/13/2023 | 126.0000 | 4.98 | 628.02 | | | | | | 126.0000 | (464.21) |
| Purchase | 03/31/2023 | 9,026.0000 | 4.21 | 38,009.38 | | | | | | 9,026.0000 | (26,275.12) |
| Purchase | 03/30/2023 | 2,078.0000 | 4.09 | 8,507.53 | | | | | | 2,078.0000 | (5,806.03) |
| Purchase | 03/30/2023 | 7,674.0000 | 4.17 | 32,074.25 | | | | | | 7,674.0000 | (22,097.65) |
| **2C. Total** | | **19,574.0000** | | **82,205.28** | | | **0.000** | | **$0.00** | **19,574.0000** | **(56,758.08)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 19,574.0000 | | 82,205.28 | | | 0.0000 | | 0.00 | 19,574.0000 | (56,758.08) |
| Grand Total | | 19,574.0000 | | 82,205.28 | | | 0.0000 | | 0.00 | 19,574.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(56,758.08)** |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**

Using as reported by Custodian.

**LIFO Loss Chart Report**

| | |
|---|---|
| TR Carter Account 2 | Class Period Beginning: 02/23/2023 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Class Period End: 08/09/2023 |
| | Lookback Period Beginning: 08/10/2023 |
| Security: 68622D106 | Lookback Period End: 11/08/2023 |
| Class Period: February 23,2023 - August 09,2023 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 1.30 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 18,181.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | **0.0000** | | | | | **0.0000** | **0.00** | **0.00** | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0.0000** | | | | | **0.0000** | **0.00** | **0.00** | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| | | 18,181.0000 | | | | | | | | | |
| **1C. Total** | | **18,181.0000** | | | | | | | | **0.0000** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| | | | | | | | | | | | |
| **2A. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| | | | | | | | | | | | |
| **2B. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 06/22/2023 | 100.0000 | 4.27 | 427.50 | | | | | | 100.0000 | (297.49) |
| Purchase | 06/13/2023 | 65.0000 | 5.06 | 329.13 | | | | | | 65.0000 | (244.63) |
| **2C. Total** | | **165.0000** | | **756.63** | | | **0.000** | | **$0.00** | **165.0000** | **(542.12)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 165.0000 | | 756.63 | | | 0.0000 | | 0.00 | 165.0000 | (542.12) |
| Grand Total | | 165.0000 | | 756.63 | | | 0.0000 | | 0.00 | 165.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(542.12)** |

**Loss Methodology:**

1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.

**LIFO Loss Chart Report**

| | |
|---|---|
| TR Carter Account 3 | Class Period Beginning: 02/23/2023 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Class Period End: 08/09/2023 |
| Security: 68622D106 | Lookback Period Beginning: 08/10/2023 |
| Class Period: February 23,2023 - August 09,2023 | Lookback Period End: 11/08/2023 |
| Currency: USD | Days in Lookback Period: 90 |
| | Lookback Period Average Closing Price: 1.30 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 17,923.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| Pre-Class Period Holding | | 5,149.0000 | | | Sale | 03/10/2023 | 5,149.0000 | 4.10 | 21,110.89 | 0.00 | |
| **1A. Total** | | **5,149.0000** | | | | | **5,149.0000** | | **21,110.89** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0.0000** | | | | | **0.0000** | | **0.00** | **0.00** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| | | 12,774.0000 | | | | | | | | | |
| **1C. Total** | | **12,774.0000** | | | | | | | | **0.0000** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2A. ClassPeriod Purchases Sold Prior to End of Class Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

**2.B ClassPeriod Purchases Sold During Lookback Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2B. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

**2.C ClassPeriod Purchases Held at the End of Lookback Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 08/08/2023 | 65.0000 | 4.26 | 276.90 | | | | | | 65.0000 | (192.39) |
| Purchase | 06/22/2023 | 62.0000 | 4.18 | 259.15 | | | | | | 62.0000 | (178.55) |
| Purchase | 06/16/2023 | 56.0000 | 4.49 | 251.44 | | | | | | 56.0000 | (178.63) |
| Purchase | 06/13/2023 | 106.0000 | 4.92 | 521.52 | | | | | | 106.0000 | (383.71) |
| Purchase | 03/31/2023 | 3,341.0000 | 4.28 | 14,299.48 | | | | | | 3,341.0000 | (9,956.00) |
| Purchase | 03/30/2023 | 3,606.0000 | 4.18 | 15,073.07 | | | | | | 3,606.0000 | (10,385.09) |
| **2C. Total** | | **7,236.0000** | | **30,681.58** | | | **0.000** | | **$0.00** | **7,236.0000** | **(21,274.41)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/08/23 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 7,236.0000 | | 30,681.58 | | | 0.0000 | | 0.00 | 7,236.0000 | (21,274.41) |
| Grand Total | | 7,236.0000 | | 30,681.58 | | | 5,149.0000 | | 21,110.89 | 7,236.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(21,274.41)** |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.