UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. Securities Litigation | ) ) ) |
| | Master File No. 2:23-cv-01816-WBS-JDP |
| This Document Relates To: | ) ) |
| | CLASS ACTION |
| ALL ACTIONS. | ) ) ) |
| | [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

Having considered FNY Partners Fund LP and Peter Di Murro's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints FNY Partners Fund LP and Peter Di Murro as Lead Plaintiff;

3.    All securities class actions arising out of the same facts and claims against any or all of the defendants subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL - Master File No. 2:23-cv-01816-WBS-JDP                                                                    - 1 -
4857-1942-2089.v2

such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.  This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown; and

4.    FNY Partners Fund LP and Peter Di Murro's selection of Entwistle Cappucci LLP and Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)  the preparation and filing of all pleadings;

(b)  the briefing and argument of all motions;

(c)  the conduct of all discovery proceedings and depositions;

(d)  settlement negotiations;

(e)  the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f)  the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED:  _____    _____
THE HONORABLE WILLIAM B. SHUBB
UNITED STATES SENIOR DISTRICT COURT
JUDGE

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD        - 2 -
PLAINTIFF'S SELECTION OF LEAD COUNSEL - Master File No. 2:23-cv-01816-
WBS-JDP
4857-1942-2089.v2