ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

ENTWISTLE & CAPPUCCI LLP
VINCENT R. CAPPUCCI
ROBERT N. CAPPUCCI
230 Park Avenue, 3rd Floor
New York, NY  10169
Telephone:  212/894-7200
212/894-7272 (fax)
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com

Proposed Lead Counsel for Proposed Lead Plaintiff
and the Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In re ORIGIN MATERIALS, INC. Securities Litigation | ) ) ) | Master File No. 2:23-cv-01816-WBS-JDP |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| | | Date:      December 11, 2023<br>Time:      1:30 P.M..<br>Ctrm:      5, 14th Floor<br>Judge:     Hon. William B. Shubb |

I, DANIELLE S. MYERS, declare as follows:

DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR    - 1 -
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL -
Master File No. 2:23-cv-01816-WBS-JDP
4890-9190-4905.v1

1.   I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for FNY Partners Fund LP and Peter Di Murro ("FNY and Di Murro"), and proposed lead counsel for the class.  I make this declaration in support of FNY and Di Murro's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of first-filed class action and lead plaintiff deadline published on *Globe Newswire*, a national business-oriented wire service, on August 25, 2023;

Exhibit B:   FNY and Di Murro's Sworn Certifications;

Exhibit C:   FNY and Di Murro's estimate of losses, prepared by counsel; and

Exhibit D:   FNY and Di Murro's Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of October, 2023, at San Diego, California.

s/ Danielle S. Myers
DANIELLE S. MYERS

DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR   - 2 -
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL -
Master File No. 2:23-cv-01816-WBS-JDP
4890-9190-4905.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 24, 2032, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers

DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dmyers@rgrdlaw.com

4890-9190-4905.v1

Case 2:23-cv-01816-WBS-JDP    Document 18    Filed 10/24/23    Page 4 of 4

# Mailing Information for a Case 2:23-cv-01816-WBS-JDP Soto v. Origin Materials, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Boris Feldman**
  boris.feldman@freshfields.com,filing_notice@freshfields.com

- **Doru Gavril**
  doru.gavril@freshfields.com

- **Carl Patrick Hudson**
  carlhudson@paulhastings.com

- **Evan Jason Smith**
  esmith@brodskysmith.com

- **Jacob Walker**
  jake@blockleviton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)