# EXHIBIT B

## CERTIFICATION

I, Shawn Fischman, on behalf of FNY Partners Fund LP ("FNY Partners Fund"), hereby certify, as to the claims asserted under the federal securities laws in the Class Action Complaint (the "Complaint"), that:

1.      I am General Counsel and Chief Compliance Officer of FNY Investment Advisers, LLC, the investment adviser to FNY Partners Fund. I have reviewed the Complaint in this action and have authorized the filing by counsel of the motion for appointment of FNY Partners Fund as lead plaintiff in this action.

2.      FNY Partners Fund did not acquire any of the securities that are the subject of this action at the direction of its counsel, or in order to participate in this action or any other litigation under the federal securities laws.

3.      FNY Partners Fund is willing to serve as a lead plaintiff in the proposed leadership group in this action and recognizes its duty as such to act as a representative party on behalf of class members in monitoring and directing the action, and, if necessary, testifying at deposition and trial.

4.      FNY Partners Fund will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

5.      FNY Partners Fund has not served or sought to serve as a representative party for a class in any action under the federal securities laws within the three-year period prior to the date of this Certification, except: *Bajjuri v. Raytheon Technologies Corporation, et al.*, No. 20-cv-00468 (D. Ariz.); *FNY Partners Fund LP et al v. BC Partners LLP et al.*, No. 20-cv-03741-JSW (N.D. Cal.); *In re Dynagas LNG Partners LP Securities Litigation*, No. 1:19-cv-04512-AJN (S.D.N.Y.); *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 19-CV-00957 (S.D. Tex.); and *The Arbitrage Event-Driven Fund v. Tribune Media Company, et al.*, Case No. 1:18-cv-06175 (N.D. Ill.).

6.      FNY Partners Fund's transactions during the relevant period in Origin Materials, Inc. securities that are the subject of this action are reflected in Schedule A hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October 2023

FNY Partners Fund LP
By: Shawn Fischman
General Counsel and Chief Compliance Officer of
FNY Investment Advisers, LLC, investment
advisor to FNY Partners Fund LP

2

**Schedule A**
**FNY Partners Fund LP**
**Class Period:  February 23, 2023 - August 9, 2023**

| Security | Option Symbol | Expiration | Exercise Price | Transaction | Date | Price | Options | Total | Note |
|---|---|---|---|---|---|---|---|---|---|
| ORGN Common Stock | NA | NA | NA | Sale | 03/09/2023 | $ 4.26 | 4,750 | $ 20,258.28 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 03/16/2023 | $ 3.98 | 1,212 | $ 4,822.55 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 03/16/2023 | $ 3.98 | 24,247 | $ 96,604.90 | |
| ORGN Common Stock | NA | NA | NA | Sale | 03/20/2023 | $ 3.82 | 250 | $ 956.10 | |
| ORGN Common Stock | NA | NA | NA | Sale | 03/20/2023 | $ 3.82 | 5,000 | $ 19,117.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/10/2023 | $ 4.00 | 20,753 | $ 82,989.17 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/10/2023 | $ 4.00 | 1,038 | $ 4,151.48 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/10/2023 | $ 3.95 | 1,000 | $ 3,952.50 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/10/2023 | $ 3.95 | 20,000 | $ 79,098.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/11/2023 | $ 4.02 | 10,000 | $ 40,200.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/11/2023 | $ 4.02 | 500 | $ 2,010.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/12/2023 | $ 4.00 | 10,000 | $ 40,000.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/12/2023 | $ 4.00 | 500 | $ 2,000.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/18/2023 | $ 4.41 | 250 | $ 1,102.50 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/18/2023 | $ 4.36 | 1,900 | $ 8,285.14 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/18/2023 | $ 4.25 | 1,500 | $ 6,378.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/18/2023 | $ 4.42 | 5,000 | $ 22,094.50 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/18/2023 | $ 4.25 | 30,000 | $ 127,554.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/18/2023 | $ 4.37 | 5,000 | $ 21,850.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/18/2023 | $ 4.23 | 1,900 | $ 8,041.75 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/18/2023 | $ 4.37 | 250 | $ 1,092.50 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/19/2023 | $ 4.17 | 1,000 | $ 4,165.30 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/19/2023 | $ 4.19 | 20,000 | $ 83,868.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/27/2023 | $ 3.84 | 35,000 | $ 134,340.50 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 04/27/2023 | $ 3.84 | 1,750 | $ 6,714.93 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/27/2023 | $ 3.79 | 1,000 | $ 3,792.10 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/27/2023 | $ 3.80 | 20,000 | $ 76,068.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/28/2023 | $ 3.96 | 250 | $ 990.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 04/28/2023 | $ 3.96 | 5,000 | $ 19,800.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 05/10/2023 | $ 4.39 | 10,000 | $ 43,949.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 05/10/2023 | $ 4.39 | 1,000 | $ 4,387.70 | |
| ORGN Common Stock | NA | NA | NA | Sale | 05/10/2023 | $ 4.38 | 10,000 | $ 43,822.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 05/12/2023 | $ 4.90 | 250 | $ 1,226.03 | |
| ORGN Common Stock | NA | NA | NA | Sale | 05/12/2023 | $ 4.91 | 5,000 | $ 24,525.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 06/07/2023 | $ 4.86 | 250 | $ 1,215.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 06/07/2023 | $ 4.86 | 5,000 | $ 24,300.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/21/2023 | $ 4.10 | 20,000 | $ 81,962.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/21/2023 | $ 4.10 | 1,000 | $ 4,100.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/27/2023 | $ 4.67 | 5,846 | $ 27,328.88 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/27/2023 | $ 4.48 | 2,200 | $ 9,852.48 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/27/2023 | $ 4.60 | 3,114 | $ 14,336.23 | |

**Schedule A**
**FNY Partners Fund LP**
**Class Period:  February 23, 2023 - August 9, 2023**

| Security | Option Symbol | Expiration | Exercise Price | Transaction | Date | Price | Options | Total | Note |
|---|---|---|---|---|---|---|---|---|---|
| ORGN Common Stock | NA | NA | NA | Purchase | 06/27/2023 | $ 4.60 | 7,000 | $ 32,180.40 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/27/2023 | $ 4.72 | 2,500 | $ 11,800.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/27/2023 | $ 4.57 | 60,000 | $ 274,218.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 06/27/2023 | $ 4.33 | 25,000 | $ 108,255.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 06/27/2023 | $ 4.35 | 1,250 | $ 5,437.50 | |
| ORGN Common Stock | NA | NA | NA | Sale | 06/27/2023 | $ 4.35 | 10,000 | $ 43,540.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 06/27/2023 | $ 4.35 | 504 | $ 2,194.72 | |
| ORGN Common Stock | NA | NA | NA | Sale | 06/27/2023 | $ 4.45 | 15,346 | $ 68,354.15 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/29/2023 | $ 4.29 | 640 | $ 2,744.70 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/29/2023 | $ 4.29 | 10,590 | $ 45,384.50 | |
| ORGN Common Stock | NA | NA | NA | Sale | 06/29/2023 | $ 4.32 | 5 | $ 21.60 | |
| ORGN Common Stock | NA | NA | NA | Sale | 06/29/2023 | $ 4.31 | 92 | $ 396.52 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/30/2023 | $ 4.29 | 12,210 | $ 52,328.40 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 06/30/2023 | $ 4.28 | 611 | $ 2,617.95 | |
| ORGN Common Stock | NA | NA | NA | Sale | 06/30/2023 | $ 4.33 | 14 | $ 60.62 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 07/31/2023 | $ 4.27 | 5,000 | $ 21,350.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 07/31/2023 | $ 4.47 | 2,000 | $ 8,949.00 | |
| ORGN Common Stock | NA | NA | NA | Sale | 08/01/2023 | $ 4.39 | 3,000 | $ 13,170.60 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 08/09/2023 | $ 4.34 | 500 | $ 2,168.60 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 08/09/2023 | $ 4.40 | 20,000 | $ 87,956.00 | |
| ORGN Common Stock | NA | NA | NA | Purchase | 08/09/2023 | $ 4.34 | 25 | $ 108.41 | |

**Schedule A**
**FNY Partners Fund LP**
**Class Period:  February 23, 2023 - August 9, 2023**

| Security | Option Symbol | Expiration | Exercise Price | Transaction | Date | Price | Options | Total | Note |
|---|---|---|---|---|---|---|---|---|---|
| ORGN Common Stock Call Option | ORGND212300500 | 4/21/2023 | $ 5.00 | Purchase | 03/16/2023 | $ 0.10 | 152 | $ 1,520.00 | |
| ORGN Common Stock Call Option | ORGND212300500 | 4/21/2023 | $ 5.00 | Sale | 04/21/2023 | $ - | 152 | $ - | Expiration |
| | | | | | | | | | |
| ORGN Common Stock Call Option | ORGNE192300500 | 5/19/2023 | $ 5.00 | Purchase | 03/09/2023 | $ 0.33 | 200 | $ 6,500.00 | |
| ORGN Common Stock Call Option | ORGNE192300500 | 5/19/2023 | $ 5.00 | Purchase | 03/31/2023 | $ 0.20 | 500 | $ 10,000.00 | |
| ORGN Common Stock Call Option | ORGNE192300500 | 5/19/2023 | $ 5.00 | Purchase | 05/04/2023 | $ 0.05 | 25 | $ 125.00 | |
| ORGN Common Stock Call Option | ORGNE192300500 | 5/19/2023 | $ 5.00 | Sale | 05/19/2023 | $ - | 300 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNE192300500 | 5/19/2023 | $ 5.00 | Sale | 05/19/2023 | $ - | 25 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNE192300500 | 5/19/2023 | $ 5.00 | Sale | 05/19/2023 | $ - | 500 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNE192300500 | 5/19/2023 | $ 5.00 | Sale | 05/19/2023 | $ - | 200 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNE192300500 | 5/19/2023 | $ 5.00 | Sale | 05/19/2023 | $ - | 100 | $ - | Expiration |
| | | | | | | | | | |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Purchase | 05/19/2023 | $ 0.30 | 250 | $ 7,500.00 | |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Purchase | 06/12/2023 | $ 0.35 | 12 | $ 420.00 | |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Purchase | 06/16/2023 | $ 0.20 | 103 | $ 2,060.00 | |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Purchase | 06/20/2023 | $ 0.20 | 5 | $ 100.00 | |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Purchase | 06/21/2023 | $ 0.20 | 647 | $ 12,940.00 | |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Purchase | 06/21/2023 | $ 0.19 | 31 | $ 596.13 | |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Purchase | 06/27/2023 | $ 0.30 | 40 | $ 1,200.00 | |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Sale | 06/27/2023 | $ 0.20 | 40 | $ 800.00 | |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Sale | 07/21/2023 | $ - | 5 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Sale | 07/21/2023 | $ - | 12 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Sale | 07/21/2023 | $ - | 31 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Sale | 07/21/2023 | $ - | 647 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Sale | 07/21/2023 | $ - | 103 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300500 | 7/21/2023 | $ 5.00 | Sale | 07/21/2023 | $ - | 250 | $ - | Expiration |
| | | | | | | | | | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Purchase | 06/14/2023 | $ 0.10 | 2,000 | $ 20,000.00 | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Purchase | 06/14/2023 | $ 0.10 | 100 | $ 1,000.00 | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Purchase | 06/15/2023 | $ 0.05 | 1 | $ 5.00 | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Purchase | 06/16/2023 | $ 0.05 | 2 | $ 10.00 | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Purchase | 06/20/2023 | $ 0.05 | 2,097 | $ 10,485.00 | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Purchase | 06/20/2023 | $ 0.05 | 104 | $ 520.00 | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Purchase | 06/21/2023 | $ 0.05 | 45 | $ 225.00 | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Purchase | 06/21/2023 | $ 0.05 | 283 | $ 1,415.00 | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Purchase | 06/22/2023 | $ 0.05 | 100 | $ 500.00 | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Purchase | 06/22/2023 | $ 0.05 | 5 | $ 25.00 | |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Sale | 07/21/2023 | $ - | 104 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Sale | 07/21/2023 | $ - | 100 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Sale | 07/21/2023 | $ - | 5 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Sale | 07/21/2023 | $ - | 45 | $ - | Expiration |

**Schedule A**
**FNY Partners Fund LP**
**Class Period:  February 23, 2023 - August 9, 2023**

| Security | Option Symbol | Expiration | Exercise Price | Transaction | Date | Price | Options | Total | Note |
|---|---|---|---|---|---|---|---|---|---|
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Sale | 07/21/2023 | $ - | 100 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Sale | 07/21/2023 | $ - | 283 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Sale | 07/21/2023 | $ - | 2,097 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Sale | 07/21/2023 | $ - | 2 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Sale | 07/21/2023 | $ - | 1 | $ - | Expiration |
| ORGN Common Stock Call Option | ORGNG212300750 | 7/21/2023 | $ 7.50 | Sale | 07/21/2023 | $ - | 2,000 | $ - | Expiration |
| | | | | | | | | | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 05/19/2023 | $ 0.45 | 750 | $ 33,750.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 06/01/2023 | $ 0.35 | 41 | $ 1,435.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 06/12/2023 | $ 0.50 | 39 | $ 1,950.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 06/21/2023 | $ 0.34 | 25 | $ 850.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 06/21/2023 | $ 0.35 | 500 | $ 17,500.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 06/27/2023 | $ 0.40 | 209 | $ 8,360.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 06/27/2023 | $ 0.39 | 11 | $ 429.99 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 06/29/2023 | $ 0.30 | 5 | $ 150.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 06/29/2023 | $ 0.30 | 101 | $ 3,030.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 08/07/2023 | $ 0.20 | 399 | $ 7,980.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 08/07/2023 | $ 0.20 | 19 | $ 380.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 08/08/2023 | $ 0.20 | 15 | $ 300.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 08/08/2023 | $ 0.20 | 316 | $ 6,320.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 08/09/2023 | $ 0.20 | 5 | $ 100.00 | |
| ORGN Common Stock Call Option | ORGNH182300500 | 8/18/2023 | $ 5.00 | Purchase | 08/09/2023 | $ 0.20 | 100 | $ 2,000.00 | |
| | | | | | | | | | |
| ORGN Common Stock Call Option | ORGNH182300750 | 8/18/2023 | $ 7.50 | Purchase | 06/21/2023 | $ 0.10 | 24 | $ 240.00 | |
| ORGN Common Stock Call Option | ORGNH182300750 | 8/18/2023 | $ 7.50 | Purchase | 07/18/2023 | $ 0.05 | 2,000 | $ 10,000.00 | |
| ORGN Common Stock Call Option | ORGNH182300750 | 8/18/2023 | $ 7.50 | Purchase | 07/18/2023 | $ 0.05 | 100 | $ 500.00 | |
| | | | | | | | | | |
| ORGN Common Stock Call Option | ORGNI152300500 | 9/15/2023 | $ 5.00 | Purchase | 08/09/2023 | $ 0.35 | 250 | $ 8,750.00 | |
| ORGN Common Stock Call Option | ORGNI152300500 | 9/15/2023 | $ 5.00 | Purchase | 08/09/2023 | $ 0.35 | 12 | $ 420.00 | |
| | | | | | | | | | |
| ORGN Common Stock Call Option | ORGNA192400500 | 1/19/2024 | $ 5.00 | Purchase | 08/08/2023 | $ 0.70 | 12 | $ 840.00 | |
| ORGN Common Stock Call Option | ORGNA192400500 | 1/19/2024 | $ 5.00 | Purchase | 08/08/2023 | $ 0.70 | 36 | $ 2,520.00 | |
| | | | | | | | | | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 02/27/2023 | $ 0.60 | 50 | $ 3,000.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 02/28/2023 | $ 0.60 | 5 | $ 300.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 03/07/2023 | $ 0.50 | 100 | $ 5,000.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 03/09/2023 | $ 0.45 | 100 | $ 4,500.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 03/16/2023 | $ 0.40 | 108 | $ 4,280.04 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 03/17/2023 | $ 0.39 | 6 | $ 235.02 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 03/28/2023 | $ 0.30 | 50 | $ 1,500.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 04/05/2023 | $ 0.30 | 231 | $ 6,930.00 | |

**Schedule A**
**FNY Partners Fund LP**
**Class Period:  February 23, 2023 - August 9, 2023**

| Security | Option Symbol | Expiration | Exercise Price | Transaction | Date | Price | Options | Total | Note |
|---|---|---|---|---|---|---|---|---|---|
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 04/28/2023 | $ 0.30 | 10 | $ 300.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 05/02/2023 | $ 0.29 | 30 | $ 875.10 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 06/12/2023 | $ 0.40 | 47 | $ 1,880.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 06/13/2023 | $ 0.40 | 25 | $ 1,000.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 06/14/2023 | $ 0.40 | 25 | $ 1,000.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 06/15/2023 | $ 0.40 | 10 | $ 400.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 06/15/2023 | $ 0.40 | 1 | $ 40.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 06/16/2023 | $ 0.30 | 44 | $ 1,320.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 06/20/2023 | $ 0.30 | 2 | $ 60.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 06/20/2023 | $ 0.30 | 6 | $ 180.00 | |
| ORGN Common Stock Call Option | ORGNA192400750 | 1/19/2024 | $ 7.50 | Purchase | 08/09/2023 | $ 0.35 | 1 | $ 35.00 | |
| ORGN Common Stock Call Option | ORGNA192401000 | 1/19/2024 | $ 10.00 | Purchase | 06/12/2023 | $ 0.18 | 3 | $ 54.00 | |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Peter Di Murro ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct  Executed this 24th day of October, 2023.

_____
Peter Di Murro

ORIGIN MATERIALS

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/03/2023 | 40,000 | $4.80 |
| 03/06/2023 | 20,000 | $4.72 |
| 03/06/2023 | 4,552 | $4.60 |
| 03/07/2023 | 20,000 | $4.43 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 05/16/2023 | 552 | $4.72 |
| 06/13/2023 | 4,000 | $4.98 |
| 06/13/2023 | 2,900 | $5.00 |
| 06/13/2023 | 1,100 | $4.97 |
| 06/13/2023 | 1,000 | $5.01 |

Prices listed are rounded up to two decimal places.