# EXHIBIT C

Movants' Purchases and Losses (LIFO)  Class Period: 02/23/2023 - 08/09/2023  Origin Materials, Inc.

Case 2:23-cv-01816-WBS-JDP   Document 18-3   Filed 10/24/23   Page 2 of 6

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|-----------|--------|-----------------|-------|----------------|--------------------|
| **FNY Partners Fund LP** | 08/09/2023 | 25 | $4.34 | $108.41 | 08/10/2023 | 25 | $1.65 | $41.25 | |
| | 08/09/2023 | 9,975 | $4.40 | $43,868.06 | 08/10/2023 | 9,975 | $1.65 | $16,458.75 | |
| | 08/09/2023 | 10,025 | $4.40 | $44,087.95 | 10/09/2023 | 10,025 | $1.35 | $13,529.74 | |
| | 08/09/2023 | 500 | $4.34 | $2,168.60 | 10/09/2023 | 500 | $1.35 | $674.80 | |
| | 07/31/2023 | 2,000 | $4.27 | $8,540.00 | 07/31/2023 | 2,000 | $4.47 | $8,949.00 | |
| | 07/31/2023 | 3,000 | $4.27 | $12,810.00 | 08/01/2023 | 3,000 | $4.39 | $13,170.60 | |
| | 06/30/2023 | 14 | $4.28 | $59.99 | 06/30/2023 | 14 | $4.33 | $60.62 | |
| | 06/30/2023 | 597 | $4.28 | $2,557.97 | 10/09/2023 | 597 | $1.35 | $805.71 | |
| | 06/30/2023 | 12,210 | $4.29 | $52,328.40 | 10/09/2023 | 12,210 | $1.35 | $16,478.62 | |
| | 06/29/2023 | 5 | $4.29 | $21.43 | 06/29/2023 | 5 | $4.32 | $21.60 | |
| | 06/29/2023 | 92 | $4.29 | $394.28 | 06/29/2023 | 92 | $4.31 | $396.52 | |
| | 06/29/2023 | 1,668 | $4.29 | $7,148.38 | 10/09/2023 | 1,668 | $1.35 | $2,251.13 | |
| | 06/29/2023 | 1,250 | $4.29 | $5,357.00 | 10/09/2023 | 1,250 | $1.35 | $1,687.00 | |
| | 06/29/2023 | 7,575 | $4.29 | $32,463.42 | 10/10/2023 | 7,575 | $1.34 | $10,156.56 | |
| | 06/29/2023 | 640 | $4.29 | $2,744.70 | 10/10/2023 | 640 | $1.34 | $858.11 | |
| | 06/27/2023 | 25,000 | $4.57 | $114,257.50 | 06/27/2023 | 25,000 | $4.33 | $108,255.00 | |
| | 06/27/2023 | 1,250 | $4.57 | $5,712.88 | 06/27/2023 | 1,250 | $4.35 | $5,437.50 | |
| | 06/27/2023 | 10,000 | $4.57 | $45,703.00 | 06/27/2023 | 10,000 | $4.35 | $43,540.00 | |
| | 06/27/2023 | 504 | $4.57 | $2,303.43 | 06/27/2023 | 504 | $4.35 | $2,194.72 | |
| | 06/27/2023 | 15,346 | $4.57 | $70,135.82 | 06/27/2023 | 15,346 | $4.45 | $68,354.15 | |
| | 06/27/2023 | 7,900 | $4.57 | $36,105.37 | 10/10/2023 | 7,900 | $1.34 | $10,592.32 | |
| | 06/27/2023 | 2,500 | $4.72 | $11,800.00 | 10/10/2023 | 2,500 | $1.34 | $3,352.00 | |
| | 06/27/2023 | 6,885 | $4.60 | $31,651.72 | 10/10/2023 | 6,885 | $1.34 | $9,231.41 | |
| | 06/27/2023 | 115 | $4.60 | $528.68 | 10/10/2023 | 115 | $1.34 | $154.19 | |
| | 06/27/2023 | 1,160 | $4.60 | $5,340.41 | 10/10/2023 | 1,160 | $1.34 | $1,555.33 | |
| | 06/27/2023 | 261 | $4.60 | $1,201.59 | 10/11/2023 | 261 | $1.34 | $348.93 | |
| | 06/27/2023 | 1,693 | $4.60 | $7,794.23 | held | 1,693 | $1.30 | $2,200.99 | |
| | 06/27/2023 | 2,200 | $4.48 | $9,852.48 | held | 2,200 | $1.30 | $2,860.11 | |
| | 06/27/2023 | 5,846 | $4.67 | $27,328.88 | held | 5,846 | $1.30 | $7,600.10 | |
| | 06/21/2023 | 1,000 | $4.10 | $4,100.00 | held | 1,000 | $1.30 | $1,300.05 | |
| | 06/21/2023 | 20,000 | $4.10 | $81,962.00 | held | 20,000 | $1.30 | $26,001.02 | |
| | 04/27/2023 | 1,000 | $3.84 | $3,837.10 | 04/27/2023 | 1,000 | $3.79 | $3,792.10 | |
| | 04/27/2023 | 750 | $3.84 | $2,877.83 | 04/27/2023 | 750 | $3.80 | $2,852.55 | |
| | 04/27/2023 | 19,250 | $3.84 | $73,887.28 | 04/27/2023 | 19,250 | $3.80 | $73,215.45 | |
| | 04/27/2023 | 250 | $3.84 | $959.58 | 04/28/2023 | 250 | $3.96 | $990.00 | |
| | 04/27/2023 | 5,000 | $3.84 | $19,191.50 | 04/28/2023 | 5,000 | $3.96 | $19,800.00 | |
| | 04/27/2023 | 10,000 | $3.84 | $38,383.00 | 05/10/2023 | 10,000 | $4.39 | $43,949.00 | |
| | 04/27/2023 | 500 | $3.84 | $1,919.15 | 05/10/2023 | 500 | $4.39 | $2,193.85 | |
| | 04/18/2023 | 5,000 | $4.25 | $21,259.00 | 04/18/2023 | 5,000 | $4.37 | $21,850.00 | |
| | 04/18/2023 | 1,900 | $4.25 | $8,078.42 | 04/18/2023 | 1,900 | $4.23 | $8,041.75 | |
| | 04/18/2023 | 250 | $4.25 | $1,062.95 | 04/18/2023 | 250 | $4.37 | $1,092.50 | |
| | 04/18/2023 | 1,000 | $4.25 | $4,251.80 | 04/19/2023 | 1,000 | $4.17 | $4,165.30 | |
| | 04/18/2023 | 20,000 | $4.25 | $85,036.00 | 04/19/2023 | 20,000 | $4.19 | $83,868.00 | |
| | 04/18/2023 | 500 | $4.25 | $2,125.90 | 05/10/2023 | 500 | $4.39 | $2,193.85 | |
| | 04/18/2023 | 1,350 | $4.25 | $5,739.93 | 05/10/2023 | 1,350 | $4.38 | $5,915.97 | |
| | 04/18/2023 | 5,000 | $4.42 | $22,094.50 | 05/10/2023 | 5,000 | $4.38 | $21,911.00 | |
| | 04/18/2023 | 1,500 | $4.25 | $6,378.00 | 05/10/2023 | 1,500 | $4.38 | $6,573.30 | |
| | 04/18/2023 | 1,900 | $4.36 | $8,285.14 | 05/10/2023 | 1,900 | $4.38 | $8,326.18 | |
| | 04/18/2023 | 250 | $4.41 | $1,102.50 | 05/10/2023 | 250 | $4.38 | $1,095.55 | |

Movants' Purchases and Losses (LIFO)                    Class Period: 02/23/2023 - 08/09/2023                    Origin Materials, Inc.

Case 2:23-cv-01816-WBS-JDP    Document 18-3    Filed 10/24/23    Page 3 of 6

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 04/11/2023 | 500 | $4.02 | $2,010.00 | 04/12/2023 | 500 | $4.00 | $2,000.00 | |
| 04/11/2023 | 9,500 | $4.02 | $38,190.00 | 04/12/2023 | 9,500 | $4.00 | $38,000.00 | |
| 04/11/2023 | 500 | $4.02 | $2,010.00 | 04/12/2023 | 500 | $4.00 | $2,000.00 | |
| 04/10/2023 | 1,000 | $4.00 | $3,999.50 | 04/10/2023 | 1,000 | $3.95 | $3,952.50 | |
| 04/10/2023 | 38 | $4.00 | $151.98 | 04/10/2023 | 38 | $3.95 | $150.29 | |
| 04/10/2023 | 19,962 | $4.00 | $79,826.04 | 04/10/2023 | 19,962 | $3.95 | $78,947.71 | |
| 04/10/2023 | 250 | $4.00 | $999.73 | 05/12/2023 | 250 | $4.90 | $1,226.03 | |
| 04/10/2023 | 541 | $4.00 | $2,163.40 | 05/12/2023 | 541 | $4.91 | $2,653.61 | |
| 03/16/2023 | 250 | $3.98 | $996.05 | 03/20/2023 | 250 | $3.82 | $956.10 | |
| 03/16/2023 | 5,000 | $3.98 | $19,921.00 | 03/20/2023 | 5,000 | $3.82 | $19,117.00 | |
| 03/16/2023 | 4,459 | $3.98 | $17,765.55 | 05/12/2023 | 4,459 | $4.91 | $21,871.40 | |
| 03/16/2023 | 250 | $3.98 | $996.05 | 06/07/2023 | 250 | $4.86 | $1,215.00 | |
| 03/16/2023 | 5,000 | $3.98 | $19,921.00 | 06/07/2023 | 5,000 | $4.86 | $24,300.00 | |
| 03/16/2023 | 9,288 | $3.98 | $37,005.25 | held | 9,288 | $1.30 | $12,074.87 | |
| 03/16/2023 | 1,212 | $3.98 | $4,822.55 | held | 1,212 | $1.30 | $1,575.66 | |
| | **284,386** | | **$1,207,684.22** | | **284,386** | | **$900,384.34** | **($307,299.88)** |

**FNY Partners Fund LP (C5 08/18/23)**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | 39 | $0.20 | $780.00 | 08/18/2023 | 39 | $0.00 | | |
| 08/09/2023 | 5 | $0.20 | $100.00 | 08/18/2023 | 5 | $0.00 | | |
| 08/09/2023 | 15 | $0.20 | $300.00 | 08/18/2023 | 15 | $0.00 | | |
| 08/09/2023 | 19 | $0.20 | $380.00 | 08/18/2023 | 19 | $0.00 | | |
| 08/09/2023 | 5 | $0.20 | $100.00 | 08/18/2023 | 5 | $0.00 | | |
| 08/09/2023 | 11 | $0.20 | $220.00 | 08/18/2023 | 11 | $0.00 | | |
| 08/09/2023 | 6 | $0.20 | $120.00 | 08/18/2023 | 6 | $0.00 | | |
| 08/09/2023 | 5 | $0.20 | $100.00 | 08/18/2023 | 5 | $0.00 | | |
| 08/08/2023 | 14 | $0.20 | $280.00 | 08/18/2023 | 14 | $0.00 | | |
| 08/08/2023 | 100 | $0.20 | $2,000.00 | 08/18/2023 | 100 | $0.00 | | |
| 08/08/2023 | 202 | $0.20 | $4,040.00 | 08/18/2023 | 202 | $0.00 | | |
| 08/08/2023 | 15 | $0.20 | $300.00 | 08/18/2023 | 15 | $0.00 | | |
| 08/07/2023 | 19 | $0.20 | $380.00 | 08/18/2023 | 19 | $0.00 | | |
| 08/07/2023 | 80 | $0.20 | $1,600.00 | 08/18/2023 | 80 | $0.00 | | |
| 08/07/2023 | 319 | $0.20 | $6,380.00 | 08/18/2023 | 319 | $0.00 | | |
| 06/29/2023 | 80 | $0.30 | $2,400.00 | 08/18/2023 | 80 | $0.00 | | |
| 06/29/2023 | 21 | $0.30 | $630.00 | 08/18/2023 | 21 | $0.00 | | |
| 06/29/2023 | 5 | $0.30 | $150.00 | 08/18/2023 | 5 | $0.00 | | |
| 06/27/2023 | 11 | $0.39 | $429.99 | 08/18/2023 | 11 | $0.00 | | |
| 06/27/2023 | 64 | $0.40 | $2,560.00 | 08/18/2023 | 64 | $0.00 | | |
| 06/27/2023 | 145 | $0.40 | $5,800.00 | 08/18/2023 | 145 | $0.00 | | |
| 06/21/2023 | 64 | $0.35 | $2,240.00 | 08/18/2023 | 64 | $0.00 | | |
| 06/21/2023 | 436 | $0.35 | $15,260.00 | 08/18/2023 | 436 | $0.00 | | |
| 06/21/2023 | 25 | $0.34 | $850.00 | 08/18/2023 | 25 | $0.00 | | |
| 06/12/2023 | 39 | $0.50 | $1,950.00 | 08/18/2023 | 39 | $0.00 | | |
| 06/01/2023 | 41 | $0.35 | $1,435.00 | 08/18/2023 | 41 | $0.00 | | |
| 05/19/2023 | 750 | $0.45 | $33,750.00 | 08/18/2023 | 750 | $0.00 | | |
| | **2,535** | | **$84,534.99** | | **2,535** | | **$0.00** | **($84,534.99)** |

**FNY Partners Fund LP (C7.5 07/21/23)**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 06/22/2023 | 5 | $0.05 | $25.00 | 07/21/2023 | 5 | $0.00 | | |
| 06/22/2023 | 99 | $0.05 | $495.00 | 07/21/2023 | 99 | $0.00 | | |
| 06/22/2023 | 1 | $0.05 | $5.00 | 07/21/2023 | 1 | $0.00 | | |

Movants' Purchases and Losses (LIFO)  Class Period: 02/23/2023 - 08/09/2023  Origin Materials, Inc.

Case 2:23-cv-01816-WBS-JDP  Document 18-3  Filed 10/24/23  Page 4 of 6

| | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 06/21/2023 | 99 | $0.05 | $495.00 | 07/21/2023 | 99 | $0.00 | | |
| | 06/21/2023 | 5 | $0.05 | $25.00 | 07/21/2023 | 5 | $0.00 | | |
| | 06/21/2023 | 45 | $0.05 | $225.00 | 07/21/2023 | 45 | $0.00 | | |
| | 06/21/2023 | 100 | $0.05 | $500.00 | 07/21/2023 | 100 | $0.00 | | |
| | 06/21/2023 | 34 | $0.05 | $170.00 | 07/21/2023 | 34 | $0.00 | | |
| | 06/21/2023 | 45 | $0.05 | $225.00 | 07/21/2023 | 45 | $0.00 | | |
| | 06/20/2023 | 104 | $0.05 | $520.00 | 07/21/2023 | 104 | $0.00 | | |
| | 06/20/2023 | 100 | $0.05 | $500.00 | 07/21/2023 | 100 | $0.00 | | |
| | 06/20/2023 | 1,997 | $0.05 | $9,985.00 | 07/21/2023 | 1,997 | $0.00 | | |
| | 06/16/2023 | 2 | $0.05 | $10.00 | 07/21/2023 | 2 | $0.00 | | |
| | 06/15/2023 | 1 | $0.05 | $5.00 | 07/21/2023 | 1 | $0.00 | | |
| | 06/14/2023 | 97 | $0.10 | $970.00 | 07/21/2023 | 97 | $0.00 | | |
| | 06/14/2023 | 2 | $0.10 | $20.00 | 07/21/2023 | 2 | $0.00 | | |
| | 06/14/2023 | 1 | $0.10 | $10.00 | 07/21/2023 | 1 | $0.00 | | |
| | 06/14/2023 | 2,000 | $0.10 | $20,000.00 | 07/21/2023 | 2,000 | $0.00 | | |
| | | **4,737** | | **$34,185.00** | | **4,737** | | **$0.00** | **($34,185.00)** |
| **FNY Partners Fund LP (C7.5 01/19/24)** | 08/09/2023 | 1 | $0.35 | $35.00 | held | 1 | $0.03 | $2.86 | |
| | 06/20/2023 | 6 | $0.30 | $180.00 | held | 6 | $0.03 | $17.14 | |
| | 06/20/2023 | 2 | $0.30 | $60.00 | held | 2 | $0.03 | $5.71 | |
| | 06/16/2023 | 44 | $0.30 | $1,320.00 | held | 44 | $0.03 | $125.71 | |
| | 06/15/2023 | 1 | $0.40 | $40.00 | held | 1 | $0.03 | $2.86 | |
| | 06/15/2023 | 10 | $0.40 | $400.00 | held | 10 | $0.03 | $28.57 | |
| | 06/14/2023 | 25 | $0.40 | $1,000.00 | held | 25 | $0.03 | $71.43 | |
| | 06/13/2023 | 25 | $0.40 | $1,000.00 | held | 25 | $0.03 | $71.43 | |
| | 06/12/2023 | 47 | $0.40 | $1,880.00 | held | 47 | $0.03 | $134.29 | |
| | 05/02/2023 | 30 | $0.29 | $875.10 | held | 30 | $0.03 | $85.71 | |
| | 04/28/2023 | 10 | $0.30 | $300.00 | held | 10 | $0.03 | $28.57 | |
| | 04/05/2023 | 231 | $0.30 | $6,930.00 | held | 231 | $0.03 | $660.00 | |
| | 03/28/2023 | 50 | $0.30 | $1,500.00 | held | 50 | $0.03 | $142.86 | |
| | 03/17/2023 | 6 | $0.39 | $235.02 | held | 6 | $0.03 | $17.14 | |
| | 03/16/2023 | 108 | $0.40 | $4,280.04 | held | 108 | $0.03 | $308.57 | |
| | 03/09/2023 | 100 | $0.45 | $4,500.00 | held | 100 | $0.03 | $285.71 | |
| | 03/07/2023 | 100 | $0.50 | $5,000.00 | held | 100 | $0.03 | $285.71 | |
| | 02/28/2023 | 5 | $0.60 | $300.00 | held | 5 | $0.03 | $14.29 | |
| | 02/27/2023 | 50 | $0.60 | $3,000.00 | held | 50 | $0.03 | $142.86 | |
| | | **851** | | **$32,835.16** | | **851** | | **$2,431.43** | **($30,403.73)** |
| **FNY Partners Fund LP (C5 07/21/23)** | 06/27/2023 | 40 | $0.30 | $1,200.00 | 06/27/2023 | 40 | $0.20 | $800.00 | |
| | 06/21/2023 | 5 | $0.19 | $96.15 | 07/21/2023 | 5 | $0.00 | | |
| | 06/21/2023 | 12 | $0.19 | $230.76 | 07/21/2023 | 12 | $0.00 | | |
| | 06/21/2023 | 14 | $0.19 | $269.22 | 07/21/2023 | 14 | $0.00 | | |
| | 06/21/2023 | 17 | $0.20 | $340.00 | 07/21/2023 | 17 | $0.00 | | |
| | 06/21/2023 | 630 | $0.20 | $12,600.00 | 07/21/2023 | 630 | $0.00 | | |
| | 06/20/2023 | 5 | $0.20 | $100.00 | 07/21/2023 | 5 | $0.00 | | |
| | 06/16/2023 | 12 | $0.20 | $240.00 | 07/21/2023 | 12 | $0.00 | | |
| | 06/16/2023 | 91 | $0.20 | $1,820.00 | 07/21/2023 | 91 | $0.00 | | |
| | 06/12/2023 | 12 | $0.35 | $420.00 | 07/21/2023 | 12 | $0.00 | | |
| | 05/19/2023 | 250 | $0.30 | $7,500.00 | 07/21/2023 | 250 | $0.00 | | |

Movants' Purchases and Losses (LIFO)　　Class Period: 02/23/2023 - 08/09/2023　　Origin Materials, Inc.

Case 2:23-cv-01816-WBS-JDP　　Document 18-3　　Filed 10/24/23　　Page 5 of 6

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1,088 | | $24,816.13 | | 1,088 | | $800.00 | ($24,016.13) |
| **FNY Partners Fund LP (C5 05/19/23)** | 05/04/2023 | 25 | $0.05 | $125.00 | 05/19/2023 | 25 | $0.00 | | |
| | 03/31/2023 | 275 | $0.20 | $5,500.00 | 05/19/2023 | 275 | $0.00 | | |
| | 03/31/2023 | 25 | $0.20 | $500.00 | 05/19/2023 | 25 | $0.00 | | |
| | 03/31/2023 | 200 | $0.20 | $4,000.00 | 05/19/2023 | 200 | $0.00 | | |
| | 03/09/2023 | 200 | $0.33 | $6,500.00 | 05/19/2023 | 200 | $0.00 | | |
| | | 725 | | $16,625.00 | | 725 | | $0.00 | ($16,625.00) |
| **FNY Partners Fund LP (C7.5 08/18/23)** | 07/18/2023 | 100 | $0.05 | $500.00 | 08/18/2023 | 100 | $0.00 | | |
| | 07/18/2023 | 2,000 | $0.05 | $10,000.00 | 08/18/2023 | 2,000 | $0.00 | | |
| | 06/21/2023 | 24 | $0.10 | $240.00 | 08/18/2023 | 24 | $0.00 | | |
| | | 2,124 | | $10,740.00 | | 2,124 | | $0.00 | ($10,740.00) |
| **FNY Partners Fund LP (C5 09/15/23)** | 08/09/2023 | 12 | $0.35 | $420.00 | 09/15/2023 | 12 | $0.00 | | |
| | 08/09/2023 | 250 | $0.35 | $8,750.00 | 09/15/2023 | 250 | $0.00 | | |
| | | 262 | | $9,170.00 | | 262 | | $0.00 | ($9,170.00) |
| **FNY Partners Fund LP (C5 01/19/24)** | 08/08/2023 | 36 | $0.70 | $2,520.00 | held | 36 | $0.04 | $134.61 | |
| | 08/08/2023 | 12 | $0.70 | $840.00 | held | 12 | $0.04 | $44.87 | |
| | | 48 | | $3,360.00 | | 48 | | $179.48 | ($3,180.52) |
| **FNY Partners Fund LP (C5 04/21/23)** | 03/16/2023 | 152 | $0.10 | $1,520.00 | 04/21/2023 | 152 | $0.00 | | |
| | | 152 | | $1,520.00 | | 152 | | $0.00 | ($1,520.00) |
| **FNY Partners Fund LP (C10 01/19/24)** | 06/12/2023 | 3 | $0.18 | $54.00 | held | 3 | $0.03 | $7.50 | |
| | | 3 | | $54.00 | | 3 | | $7.50 | ($46.50) |
| **Di Murro, Peter** | 03/07/2023 | 552 | $4.43 | $2,445.26 | 05/16/2023 | 552 | $4.72 | $2,605.44 | |
| | 03/07/2023 | 4,000 | $4.43 | $17,719.30 | 06/13/2023 | 4,000 | $4.98 | $19,920.00 | |
| | 03/07/2023 | 2,900 | $4.43 | $12,846.49 | 06/13/2023 | 2,900 | $5.00 | $14,500.00 | |
| | 03/07/2023 | 1,100 | $4.43 | $4,872.81 | 06/13/2023 | 1,100 | $4.97 | $5,469.31 | |
| | 03/07/2023 | 1,000 | $4.43 | $4,429.83 | 06/13/2023 | 1,000 | $5.01 | $5,010.00 | |
| | 03/07/2023 | 10,448 | $4.43 | $46,282.81 | 08/14/2023 | 10,448 | $1.40 | $14,670.47 | |
| | 03/06/2023 | 4,552 | $4.60 | $20,939.20 | 08/14/2023 | 4,552 | $1.40 | $6,391.65 | |
| | 03/06/2023 | 20,000 | $4.72 | $94,358.21 | 08/14/2023 | 20,000 | $1.40 | $28,082.83 | |
| | 03/03/2023 | 29,900 | $4.80 | $143,520.00 | 08/14/2023 | 29,900 | $1.40 | $41,983.83 | |
| | 03/03/2023 | 10,100 | $4.80 | $48,480.00 | 08/17/2023 | 10,100 | $1.37 | $13,871.26 | |
| | | 84,552 | | $395,893.91 | | 84,552 | | $152,504.79 | ($243,389.12) |
| **Movants' Total** | | 381,463 | | $1,821,418.41 | | 381,463 | | $1,056,307.54 | *($765,110.88)* |

Movants' Purchases and Losses (LIFO)  Class Period: 02/23/2023 - 08/09/2023  Origin Materials, Inc.

Case 2:23-cv-01816-WBS-JDP    Document 18-3    Filed 10/24/23    Page 6 of 6

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
  during the 90 calendar days after the end of the class period.  The price used is $1.30 as of October 20, 2023 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
   will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.