**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore (SBN #228474)
passmore@bespc.com
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 214-0506 (fax)

*Local Counsel for Todd Frega and Proposed Liaison*
*Counsel for the Proposed Class*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Master File No. 2:23-cv-01816-WBS-JDP |
| | CLASS ACTION |
| This Document Relates To: | **NOTICE OF MOTION OF TODD FREGA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS CHOICE OF COUNSEL** |
| ALL ACTIONS. | |
| | Judge:   William B. Shubb |
| | Date:    December 11, 2023 |
| | Time     1:30 P.M. |
| | Crtrm:   5 |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that a time convenient for the Court, before the Honorable William B. Shubb in the United States District Court for the Eastern District of California, Robert T. Matsui United States Courthouse, 501 I Street, Courtroom 5, 14th Floor, Sacramento, California, movant Todd Frega ("Frega") will, and hereby does, move this Court for an order granting his motion to:

(a)   appoint Frega as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and

(b)   approve Frega's selection of Bernstein Liebhard LLP as Lead Counsel and Bragar Eagel & Squire, P.C. as Liaison Counsel.

This Motion is made on the grounds that Frega is the most adequate plaintiff to serve as Lead Plaintiff in the action. This Motion is supported by the accompanying Memorandum of Points and Authorities, the supporting Declaration of Marion C. Passmore and exhibits thereto, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated: October 24, 2023                Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

*/s/ Marion C. Passmore*
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 214-0506 (fax)
passmore@bespc.com

*Local Counsel for Todd Frega and*
*Proposed Liaison Counsel for the Proposed*
*Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY  10016
(212) 779-1414 (phone)

NOTICE OF MOTION OF TODD FREGA FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF HIS CHOICE OF COUNSEL

(212) 779-3218 (fax)
lhasson@bernlieb.com
seidman@bernlieb.com

*Counsel for Todd Frega and Proposed*
*Lead Counsel for the Proposed Class*

**PROOF OF SERVICE**

I HEREBY CERTIFY that, on October 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 24, 2023.

*/s/ Marion C. Passmore*
Marion C. Passmore

NOTICE OF MOTION OF TODD FREGA FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF HIS CHOICE OF COUNSEL