**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore (SBN #228474)
passmore@bespc.com
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 214-0506 (fax)

*Local Counsel for Todd Frega and Proposed Liaison*
*Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Master File No. 2:23-cv-01816-WBS-JDP |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **DECLARATION OF MARION C. PASSMORE IN SUPPORT OF TODD FREGA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS CHOICE OF COUNSEL** |
| ALL ACTIONS. | |
| | Judge:  William B. Shubb |
| | Date:  December 11, 2023 |
| | Time  1:30 P.M. |
| | Crtrm:  5 |

DECL. OF MARION C. PASSMORE IN SUPPORT OF TODD FREGA'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS CHOICE OF COUNSEL

I, MARION C. PASSMORE, hereby declare under penalties of perjury that:

1.    I am a Partner with Bragar Eagel & Squire, P.C., proposed liaison counsel in this action.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    The first notice announcing the pendency of the action;

Exhibit B:    Todd Frega's sworn certification;

Exhibit C:    Todd Frega's Loss Chart;

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E:    Firm Résumé of Bragar Eagel & Squire, P.C.

Dated: October 24, 2023                    /s/ Marion C. Passmore
                                           Marion C. Passmore

DECL. OF MARION C. PASSMORE IN SUPPORT OF TODD FREGA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS CHOICE OF COUNSEL

1

**PROOF OF SERVICE**

I HEREBY CERTIFY that, on October 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 24, 2023.

/s/ Marion C. Passmore
Marion C. Passmore

PROOF OF SERVICE