# EXHIBIT B

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

TODD FREGA ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1. Plaintiff has reviewed a complaint filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff. Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2. Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4. Plaintiff's transactions in Origin Materials, Inc. securities during the relevant period as specified in the complaint are set forth in "Schedule A" to this Certification.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 10/19/2023

DocuSigned by:

_Todd Frega_
56E3C7E46DD142C

TODD FREGA

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

## SCHEDULE A

| Date | Transaction Type | Quantity | Price Per Share |
|---|---|---|---|
| 6/8/2023 | PURCHASE | 811 | $4.7150 |
| 6/8/2023 | PURCHASE | 189 | $4.7196 |
| 6/8/2023 | PURCHASE | 1,000 | $4.7196 |
| 6/8/2023 | PURCHASE | 2,000 | $4.7692 |
| 6/8/2023 | PURCHASE | 2,000 | $4.7291 |
| 6/8/2023 | PURCHASE | 2,000 | $4.7189 |
| 6/8/2023 | PURCHASE | 2,000 | $4.7200 |
| 6/9/2023 | PURCHASE | 100 | $4.7050 |
| 6/9/2023 | PURCHASE | 100 | $4.7000 |
| 6/9/2023 | PURCHASE | 100 | $4.6850 |
| 6/9/2023 | PURCHASE | 1,900 | $4.7000 |
| 6/9/2023 | PURCHASE | 1,900 | $4.6893 |
| 6/9/2023 | PURCHASE | 1,000 | $4.7100 |
| 6/9/2023 | PURCHASE | 900 | $4.7099 |
| 6/9/2023 | PURCHASE | 2,000 | $4.7183 |
| 6/9/2023 | PURCHASE | 2,000 | $4.7000 |
| 6/9/2023 | PURCHASE | 2,000 | $4.7090 |
| 6/12/2023 | PURCHASE | 700 | $4.8899 |
| 6/12/2023 | PURCHASE | 590 | $4.9099 |
| 6/12/2023 | PURCHASE | 500 | $4.8900 |
| 6/12/2023 | PURCHASE | 447 | $4.8899 |
| 6/12/2023 | PURCHASE | 179 | $4.8750 |
| 6/12/2023 | PURCHASE | 100 | $4.8850 |
| 6/12/2023 | PURCHASE | 100 | $4.8799 |
| 6/12/2023 | PURCHASE | 1,821 | $4.8799 |
| 6/12/2023 | PURCHASE | 1,453 | $4.8899 |
| 6/12/2023 | PURCHASE | 1,410 | $4.9050 |
| 6/12/2023 | PURCHASE | 1,000 | $4.8799 |
| 6/12/2023 | PURCHASE | 900 | $4.8800 |
| 6/12/2023 | PURCHASE | 800 | $4.8950 |
| 6/13/2023 | PURCHASE | 2,000 | $4.9000 |
| 6/13/2023 | PURCHASE | 100 | $4.9290 |
| 6/13/2023 | PURCHASE | 1,200 | $4.9600 |
| 6/13/2023 | PURCHASE | 1,000 | $4.9300 |
| 6/13/2023 | PURCHASE | 900 | $4.9300 |
| 6/13/2023 | PURCHASE | 800 | $4.9599 |
| 6/13/2023 | PURCHASE | 2,000 | $4.9299 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 6/13/2023 | PURCHASE | 2,000 | $4.9294 |
|---|---|---|---|
| 6/13/2023 | PURCHASE | 2,000 | $4.9100 |
| 6/13/2023 | SELL | 2,000 | $4.9598 |
| 6/14/2023 | PURCHASE | 1,400 | $4.7350 |
| 6/14/2023 | PURCHASE | 200 | $4.7399 |
| 6/14/2023 | PURCHASE | 400 | $4.7400 |
| 6/14/2023 | PURCHASE | 609 | $4.9099 |
| 6/14/2023 | PURCHASE | 598 | $4.9600 |
| 6/14/2023 | PURCHASE | 512 | $4.9799 |
| 6/14/2023 | PURCHASE | 408 | $4.9599 |
| 6/14/2023 | PURCHASE | 202 | $4.9599 |
| 6/14/2023 | PURCHASE | 200 | $4.9600 |
| 6/14/2023 | PURCHASE | 100 | $4.7950 |
| 6/14/2023 | PURCHASE | 1,900 | $4.7950 |
| 6/14/2023 | PURCHASE | 1,592 | $4.9550 |
| 6/14/2023 | PURCHASE | 1,488 | $4.9800 |
| 6/14/2023 | PURCHASE | 1,391 | $4.9100 |
| 6/14/2023 | PURCHASE | 1,000 | $4.9297 |
| 6/14/2023 | PURCHASE | 1,000 | $4.9600 |
| 6/14/2023 | PURCHASE | 1,000 | $4.9297 |
| 6/14/2023 | PURCHASE | 2,000 | $4.9200 |
| 6/14/2023 | PURCHASE | 2,000 | $4.9250 |
| 6/14/2023 | PURCHASE | 2,000 | $4.7990 |
| 6/15/2023 | PURCHASE | 900 | $4.7099 |
| 6/15/2023 | PURCHASE | 1,000 | $4.7285 |
| 6/15/2023 | PURCHASE | 1,000 | $4.7257 |
| 6/15/2023 | PURCHASE | 2,000 | $4.6999 |
| 6/15/2023 | PURCHASE | 1,251 | $4.7100 |
| 6/15/2023 | PURCHASE | 447 | $4.7099 |
| 6/15/2023 | PURCHASE | 800 | $4.7095 |
| 6/15/2023 | PURCHASE | 1,200 | $4.7099 |
| 6/15/2023 | PURCHASE | 553 | $4.7099 |
| 6/15/2023 | PURCHASE | 300 | $4.7050 |
| 6/15/2023 | PURCHASE | 100 | $4.7099 |
| 6/15/2023 | PURCHASE | 400 | $4.7090 |
| 6/15/2023 | PURCHASE | 49 | $4.7157 |
| 6/15/2023 | PURCHASE | 2,000 | $4.7100 |
| 6/15/2023 | PURCHASE | 2,000 | $4.7097 |
| 6/15/2023 | PURCHASE | 2,000 | $4.7000 |
| 6/15/2023 | PURCHASE | 1,000 | $4.7089 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 6/15/2023 | PURCHASE | 1,000 | $4.7089 |
|-----------|----------|-------|---------|
| 6/15/2023 | SELL | 1,000 | $4.7748 |
| 6/15/2023 | SELL | 1,000 | $4.7748 |
| 6/15/2023 | SELL | 1,400 | $4.7748 |
| 6/15/2023 | SELL | 2,000 | $4.7298 |
| 6/15/2023 | SELL | 1,251 | $4.7100 |
| 6/15/2023 | SELL | 800 | $4.7318 |
| 6/15/2023 | SELL | 1,200 | $4.7318 |
| 6/15/2023 | SELL | 200 | $4.7748 |
| 6/15/2023 | SELL | 300 | $4.7348 |
| 6/15/2023 | SELL | 400 | $4.7348 |
| 6/15/2023 | SELL | 400 | $4.7748 |
| 6/15/2023 | SELL | 49 | $4.7348 |
| 6/16/2023 | PURCHASE | 800 | $4.5899 |
| 6/16/2023 | PURCHASE | 520 | $4.4299 |
| 6/16/2023 | PURCHASE | 1,000 | $4.5900 |
| 6/16/2023 | PURCHASE | 1,000 | $4.4000 |
| 6/16/2023 | PURCHASE | 780 | $4.4250 |
| 6/16/2023 | PURCHASE | 1,000 | $4.6500 |
| 6/16/2023 | PURCHASE | 546 | $4.6500 |
| 6/16/2023 | PURCHASE | 500 | $4.5900 |
| 6/16/2023 | PURCHASE | 763 | $4.4000 |
| 6/16/2023 | PURCHASE | 480 | $4.4300 |
| 6/16/2023 | PURCHASE | 600 | $4.5899 |
| 6/16/2023 | PURCHASE | 320 | $4.5850 |
| 6/16/2023 | PURCHASE | 180 | $4.5850 |
| 6/16/2023 | PURCHASE | 220 | $4.4300 |
| 6/16/2023 | PURCHASE | 200 | $4.5850 |
| 6/16/2023 | PURCHASE | 250 | $4.6500 |
| 6/16/2023 | PURCHASE | 200 | $4.3950 |
| 6/16/2023 | PURCHASE | 200 | $4.5900 |
| 6/16/2023 | PURCHASE | 104 | $4.6499 |
| 6/16/2023 | PURCHASE | 37 | $4.4000 |
| 6/16/2023 | PURCHASE | 100 | $4.5850 |
| 6/16/2023 | PURCHASE | 100 | $4.5900 |
| 6/16/2023 | PURCHASE | 50 | $4.6500 |
| 6/16/2023 | PURCHASE | 50 | $4.6500 |
| 6/16/2023 | SELL | 600 | $4.5899 |
| 6/16/2023 | SELL | 320 | $4.5850 |
| 6/20/2023 | PURCHASE | 900 | $4.3700 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 6/20/2023 | PURCHASE | 2,000 | $4.1898 |
|---|---|---|---|
| 6/20/2023 | PURCHASE | 2,000 | $4.3050 |
| 6/20/2023 | PURCHASE | 400 | $4.3700 |
| 6/20/2023 | PURCHASE | 2,000 | $4.1573 |
| 6/20/2023 | PURCHASE | 900 | $4.2197 |
| 6/20/2023 | PURCHASE | 2,000 | $4.2761 |
| 6/20/2023 | PURCHASE | 250 | $4.3699 |
| 6/20/2023 | PURCHASE | 500 | $4.2199 |
| 6/20/2023 | PURCHASE | 500 | $4.2198 |
| 6/20/2023 | PURCHASE | 2,000 | $4.2893 |
| 6/20/2023 | PURCHASE | 250 | $4.3700 |
| 6/20/2023 | PURCHASE | 100 | $4.3700 |
| 6/20/2023 | PURCHASE | 45 | $4.3699 |
| 6/20/2023 | PURCHASE | 50 | $4.3700 |
| 6/20/2023 | PURCHASE | 100 | $4.2150 |
| 6/20/2023 | PURCHASE | 5 | $4.3699 |
| 6/20/2023 | SELL | 2,000 | $4.3234 |
| 6/20/2023 | SELL | 2,000 | $4.3410 |
| 6/20/2023 | SELL | 1,000 | $4.4799 |
| 6/20/2023 | SELL | 2,000 | $4.2017 |
| 6/20/2023 | SELL | 900 | $4.3223 |
| 6/20/2023 | SELL | 2,000 | $4.3237 |
| 6/20/2023 | SELL | 500 | $4.3223 |
| 6/20/2023 | SELL | 500 | $4.3223 |
| 6/20/2023 | SELL | 763 | $4.4799 |
| 6/20/2023 | SELL | 2,000 | $4.3206 |
| 6/20/2023 | SELL | 250 | $4.3700 |
| 6/20/2023 | SELL | 200 | $4.5398 |
| 6/20/2023 | SELL | 100 | $4.3223 |
| 6/20/2023 | SELL | 37 | $4.5398 |
| 6/21/2023 | PURCHASE | 1,700 | $4.0090 |
| 6/21/2023 | PURCHASE | 2,000 | $4.1150 |
| 6/21/2023 | PURCHASE | 1,200 | $4.0850 |
| 6/21/2023 | PURCHASE | 300 | $4.0050 |
| 6/21/2023 | PURCHASE | 800 | $4.0870 |
| 6/21/2023 | SELL | 1,700 | $4.0829 |
| 6/21/2023 | SELL | 2,000 | $4.1150 |
| 6/21/2023 | SELL | 1,200 | $4.1012 |
| 6/21/2023 | SELL | 300 | $4.0829 |
| 6/21/2023 | SELL | 800 | $4.1012 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 6/22/2023 | PURCHASE | 2,000 | $4.1950 |
|-----------|----------|-------|---------|
| 6/22/2023 | PURCHASE | 2,000 | $4.1750 |
| 6/22/2023 | PURCHASE | 2,000 | $4.1200 |
| 6/22/2023 | PURCHASE | 2,000 | $4.2091 |
| 6/22/2023 | PURCHASE | 2,000 | $4.1800 |
| 6/22/2023 | PURCHASE | 2,000 | $4.1950 |
| 6/22/2023 | PURCHASE | 2,000 | $4.1800 |
| 6/22/2023 | PURCHASE | 2,000 | $4.1800 |
| 6/22/2023 | PURCHASE | 2,000 | $4.1750 |
| 6/22/2023 | SELL | 2,000 | $4.2505 |
| 6/22/2023 | SELL | 2,000 | $4.2127 |
| 6/22/2023 | SELL | 2,000 | $4.1598 |
| 6/22/2023 | SELL | 2,000 | $4.2606 |
| 6/22/2023 | SELL | 2,000 | $4.2099 |
| 6/22/2023 | SELL | 2,000 | $4.1950 |
| 6/22/2023 | SELL | 2,000 | $4.1800 |
| 6/22/2023 | SELL | 2,000 | $4.1800 |
| 6/22/2023 | SELL | 2,000 | $4.1898 |
| 6/23/2023 | PURCHASE | 2,000 | $4.0896 |
| 6/23/2023 | PURCHASE | 2,000 | $4.0850 |
| 6/23/2023 | PURCHASE | 1,000 | $4.1000 |
| 6/23/2023 | PURCHASE | 1,200 | $4.1000 |
| 6/23/2023 | PURCHASE | 2,000 | $4.0700 |
| 6/23/2023 | PURCHASE | 2,000 | $4.0800 |
| 6/23/2023 | PURCHASE | 1,000 | $4.1000 |
| 6/23/2023 | PURCHASE | 800 | $4.1099 |
| 6/23/2023 | SELL | 2,000 | $4.1333 |
| 6/23/2023 | SELL | 2,000 | $4.1310 |
| 6/23/2023 | SELL | 1,000 | $4.1000 |
| 6/23/2023 | SELL | 1,200 | $4.1000 |
| 6/23/2023 | SELL | 2,000 | $4.0700 |
| 6/23/2023 | SELL | 2,000 | $4.0906 |
| 6/23/2023 | SELL | 1,000 | $4.1298 |
| 6/26/2023 | PURCHASE | 1,000 | $4.1800 |
| 6/26/2023 | PURCHASE | 1,000 | $4.1800 |
| 6/26/2023 | PURCHASE | 818 | $4.1799 |
| 6/26/2023 | PURCHASE | 747 | $4.1799 |
| 6/26/2023 | PURCHASE | 174 | $4.1799 |
| 6/26/2023 | PURCHASE | 253 | $4.1799 |
| 6/26/2023 | PURCHASE | 8 | $4.1799 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 6/26/2023 | SELL | 800 | $4.1298 |
|---|---|---|---|
| 6/27/2023 | PURCHASE | 2,000 | $4.4198 |
| 6/27/2023 | PURCHASE | 900 | $4.3798 |
| 6/27/2023 | PURCHASE | 1,000 | $4.3798 |
| 6/27/2023 | PURCHASE | 1,000 | $4.3799 |
| 6/27/2023 | PURCHASE | 1,622 | $4.4099 |
| 6/27/2023 | PURCHASE | 1,600 | $4.4099 |
| 6/27/2023 | PURCHASE | 900 | $4.4099 |
| 6/27/2023 | PURCHASE | 2,000 | $4.4000 |
| 6/27/2023 | PURCHASE | 1,100 | $4.4099 |
| 6/27/2023 | PURCHASE | 378 | $4.4050 |
| 6/27/2023 | PURCHASE | 1,000 | $4.3799 |
| 6/27/2023 | PURCHASE | 400 | $4.4099 |
| 6/27/2023 | PURCHASE | 100 | $4.3798 |
| 6/27/2023 | PURCHASE | 2,000 | $4.5350 |
| 6/27/2023 | SELL | 1,000 | $4.5499 |
| 6/27/2023 | SELL | 1,000 | $4.5499 |
| 6/27/2023 | SELL | 818 | $4.5598 |
| 6/27/2023 | SELL | 747 | $4.5598 |
| 6/27/2023 | SELL | 800 | $4.7199 |
| 6/27/2023 | SELL | 900 | $4.5398 |
| 6/27/2023 | SELL | 520 | $4.5599 |
| 6/27/2023 | SELL | 174 | $4.5798 |
| 6/27/2023 | SELL | 1,000 | $4.6599 |
| 6/27/2023 | SELL | 400 | $4.5598 |
| 6/27/2023 | SELL | 900 | $4.7998 |
| 6/27/2023 | SELL | 780 | $4.5498 |
| 6/27/2023 | SELL | 253 | $4.5698 |
| 6/27/2023 | SELL | 1,000 | $4.7499 |
| 6/27/2023 | SELL | 2,000 | $4.4699 |
| 6/27/2023 | SELL | 250 | $4.5499 |
| 6/27/2023 | SELL | 546 | $4.7498 |
| 6/27/2023 | SELL | 500 | $4.6998 |
| 6/27/2023 | SELL | 480 | $4.5599 |
| 6/27/2023 | SELL | 1,000 | $4.3799 |
| 6/27/2023 | SELL | 1,622 | $4.4099 |
| 6/27/2023 | SELL | 1,600 | $4.4099 |
| 6/27/2023 | SELL | 900 | $4.4099 |
| 6/27/2023 | SELL | 2,000 | $4.4000 |
| 6/27/2023 | SELL | 1,100 | $4.4099 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 6/27/2023 | SELL | 447 | $4.7498 |
|---|---|---|---|
| 6/27/2023 | SELL | 100 | $4.5498 |
| 6/27/2023 | SELL | 180 | $4.6998 |
| 6/27/2023 | SELL | 220 | $4.5498 |
| 6/27/2023 | SELL | 200 | $4.7199 |
| 6/27/2023 | SELL | 250 | $4.7598 |
| 6/27/2023 | SELL | 553 | $4.7598 |
| 6/27/2023 | SELL | 45 | $4.5496 |
| 6/27/2023 | SELL | 200 | $4.6398 |
| 6/27/2023 | SELL | 50 | $4.5696 |
| 6/27/2023 | SELL | 100 | $4.8098 |
| 6/27/2023 | SELL | 104 | $4.7498 |
| 6/27/2023 | SELL | 400 | $4.4398 |
| 6/27/2023 | SELL | 5 | $4.5380 |
| 6/27/2023 | SELL | 8 | $4.5688 |
| 6/27/2023 | SELL | 100 | $4.6398 |
| 6/27/2023 | SELL | 100 | $4.6498 |
| 6/27/2023 | SELL | 50 | $4.7696 |
| 6/27/2023 | SELL | 50 | $4.7796 |
| 6/28/2023 | PURCHASE | 2,000 | $4.2100 |
| 6/28/2023 | PURCHASE | 2,000 | $4.2169 |
| 6/28/2023 | PURCHASE | 1,182 | $4.2299 |
| 6/28/2023 | PURCHASE | 2,000 | $4.2399 |
| 6/28/2023 | PURCHASE | 1,300 | $4.1850 |
| 6/28/2023 | PURCHASE | 1,000 | $4.1650 |
| 6/28/2023 | PURCHASE | 1,000 | $4.1650 |
| 6/28/2023 | PURCHASE | 818 | $4.2250 |
| 6/28/2023 | PURCHASE | 700 | $4.1800 |
| 6/28/2023 | PURCHASE | 700 | $4.1350 |
| 6/28/2023 | PURCHASE | 1,000 | $4.1350 |
| 6/28/2023 | PURCHASE | 20 | $4.1350 |
| 6/28/2023 | PURCHASE | 280 | $4.1350 |
| 6/28/2023 | SELL | 2,000 | $4.2448 |
| 6/28/2023 | SELL | 1,182 | $4.2748 |
| 6/28/2023 | SELL | 2,000 | $4.2698 |
| 6/28/2023 | SELL | 1,300 | $4.1850 |
| 6/28/2023 | SELL | 1,000 | $4.1650 |
| 6/28/2023 | SELL | 1,000 | $4.1650 |
| 6/28/2023 | SELL | 818 | $4.2250 |
| 6/29/2023 | PURCHASE | 4,000 | $4.2499 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 6/29/2023 | PURCHASE | 1,900 | $4.2989 |
|-----------|----------|-------|---------|
| 6/29/2023 | PURCHASE | 1,100 | $4.2989 |
| 6/29/2023 | PURCHASE | 2,700 | $4.2399 |
| 6/29/2023 | PURCHASE | 100 | $4.2400 |
| 6/29/2023 | PURCHASE | 200 | $4.2350 |
| 6/29/2023 | SELL | 2,000 | $4.2598 |
| 6/29/2023 | SELL | 4,000 | $4.2615 |
| 6/29/2023 | SELL | 1,100 | $4.2989 |
| 6/29/2023 | SELL | 700 | $4.2104 |
| 6/29/2023 | SELL | 700 | $4.1698 |
| 6/29/2023 | SELL | 1,000 | $4.1598 |
| 6/29/2023 | SELL | 2,700 | $4.2501 |
| 6/29/2023 | SELL | 20 | $4.1495 |
| 6/29/2023 | SELL | 100 | $4.2501 |
| 6/29/2023 | SELL | 200 | $4.2501 |
| 6/29/2023 | SELL | 280 | $4.1598 |
| 6/30/2023 | PURCHASE | 3,000 | $4.2900 |
| 6/30/2023 | PURCHASE | 2,533 | $4.2700 |
| 6/30/2023 | PURCHASE | 2,947 | $4.2690 |
| 6/30/2023 | PURCHASE | 1,000 | $4.3088 |
| 6/30/2023 | PURCHASE | 1,000 | $4.3088 |
| 6/30/2023 | PURCHASE | 367 | $4.2699 |
| 6/30/2023 | PURCHASE | 100 | $4.2650 |
| 6/30/2023 | PURCHASE | 1,100 | $4.3088 |
| 6/30/2023 | PURCHASE | 637 | $4.2690 |
| 6/30/2023 | PURCHASE | 900 | $4.3088 |
| 6/30/2023 | PURCHASE | 100 | $4.2690 |
| 6/30/2023 | PURCHASE | 116 | $4.2650 |
| 6/30/2023 | PURCHASE | 200 | $4.2690 |
| 6/30/2023 | SELL | 3,000 | $4.3322 |
| 6/30/2023 | SELL | 2,533 | $4.3348 |
| 6/30/2023 | SELL | 1,900 | $4.3299 |
| 6/30/2023 | SELL | 1,000 | $4.3088 |
| 6/30/2023 | SELL | 1,000 | $4.3088 |
| 6/30/2023 | SELL | 367 | $4.3348 |
| 6/30/2023 | SELL | 100 | $4.3348 |
| 7/5/2023 | PURCHASE | 4,000 | $4.2000 |
| 7/5/2023 | PURCHASE | 2,007 | $4.1999 |
| 7/5/2023 | PURCHASE | 1,451 | $4.2000 |
| 7/5/2023 | PURCHASE | 42 | $4.1950 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| Date | Type | Quantity | Price |
|------|------|----------|-------|
| 7/5/2023 | SELL | 4,000 | $4.2298 |
| 7/5/2023 | SELL | 1,451 | $4.2000 |
| 7/6/2023 | PURCHASE | 2,000 | $3.8899 |
| 7/6/2023 | PURCHASE | 2,000 | $3.7399 |
| 7/6/2023 | PURCHASE | 2,000 | $3.9200 |
| 7/6/2023 | PURCHASE | 1,800 | $3.8150 |
| 7/6/2023 | PURCHASE | 900 | $3.7750 |
| 7/6/2023 | PURCHASE | 800 | $3.7797 |
| 7/6/2023 | PURCHASE | 300 | $3.7799 |
| 7/6/2023 | PURCHASE | 200 | $3.8199 |
| 7/6/2023 | SELL | 2,000 | $3.7898 |
| 7/6/2023 | SELL | 1,800 | $3.8499 |
| 7/6/2023 | SELL | 900 | $3.7948 |
| 7/6/2023 | SELL | 800 | $3.7948 |
| 7/6/2023 | SELL | 300 | $3.7948 |
| 7/6/2023 | SELL | 200 | $3.8499 |
| 7/10/2023 | SELL | 2,000 | $3.9318 |
| 7/10/2023 | SELL | 2,000 | $3.9498 |
| 7/11/2023 | PURCHASE | 4,000 | $4.2150 |
| 7/11/2023 | SELL | 4,000 | $4.2537 |
| 7/11/2023 | SELL | 2,947 | $4.2898 |
| 7/11/2023 | SELL | 2,007 | $4.2309 |
| 7/11/2023 | SELL | 1,100 | $4.3198 |
| 7/11/2023 | SELL | 637 | $4.2899 |
| 7/11/2023 | SELL | 900 | $4.3248 |
| 7/11/2023 | SELL | 42 | $4.2309 |
| 7/11/2023 | SELL | 100 | $4.2908 |
| 7/11/2023 | SELL | 116 | $4.2898 |
| 7/11/2023 | SELL | 200 | $4.2948 |
| 7/12/2023 | PURCHASE | 1,629 | $4.3300 |
| 7/12/2023 | PURCHASE | 4,000 | $4.2650 |
| 7/12/2023 | PURCHASE | 259 | $4.3300 |
| 7/12/2023 | PURCHASE | 112 | $4.3299 |
| 7/12/2023 | SELL | 900 | $4.4306 |
| 7/12/2023 | SELL | 1,000 | $4.4298 |
| 7/12/2023 | SELL | 1,629 | $4.3648 |
| 7/12/2023 | SELL | 4,000 | $4.2799 |
| 7/12/2023 | SELL | 259 | $4.3599 |
| 7/12/2023 | SELL | 1,000 | $4.3898 |
| 7/12/2023 | SELL | 112 | $4.3599 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 7/12/2023 | SELL | 100 | $4.4348 |
|---|---|---|---|
| 7/14/2023 | PURCHASE | 5,000 | $4.0885 |
| 7/14/2023 | PURCHASE | 5,000 | $4.0600 |
| 7/14/2023 | PURCHASE | 4,934 | $4.0800 |
| 7/14/2023 | PURCHASE | 66 | $4.0800 |
| 7/14/2023 | SELL | 5,000 | $4.1130 |
| 7/17/2023 | SELL | 5,000 | $4.1999 |
| 7/17/2023 | SELL | 4,934 | $4.2000 |
| 7/17/2023 | SELL | 66 | $4.1997 |
| 7/20/2023 | SELL | 378 | $4.4303 |
| 7/21/2023 | PURCHASE | 600 | $4.3950 |
| 7/21/2023 | PURCHASE | 1,100 | $4.3999 |
| 7/21/2023 | PURCHASE | 300 | $4.3999 |
| 7/21/2023 | SELL | 600 | $4.4098 |
| 7/21/2023 | SELL | 1,100 | $4.4148 |
| 7/21/2023 | SELL | 300 | $4.4098 |
| 7/25/2023 | PURCHASE | 2,000 | $4.2583 |
| 7/25/2023 | PURCHASE | 2,000 | $4.2598 |
| 7/25/2023 | SELL | 2,000 | $4.2998 |
| 7/25/2023 | SELL | 2,000 | $4.2898 |
| 7/26/2023 | PURCHASE | 2,000 | $4.3000 |
| 7/26/2023 | PURCHASE | 1,098 | $4.3100 |
| 7/26/2023 | PURCHASE | 2,000 | $4.3194 |
| 7/26/2023 | PURCHASE | 1,926 | $4.3292 |
| 7/26/2023 | PURCHASE | 2,000 | $4.2699 |
| 7/26/2023 | PURCHASE | 2,000 | $4.2690 |
| 7/26/2023 | PURCHASE | 502 | $4.3099 |
| 7/26/2023 | PURCHASE | 400 | $4.3100 |
| 7/26/2023 | PURCHASE | 74 | $4.3292 |
| 7/26/2023 | SELL | 2,000 | $4.2998 |
| 7/26/2023 | SELL | 2,000 | $4.2998 |
| 7/26/2023 | SELL | 502 | $4.3099 |
| 7/27/2023 | PURCHASE | 2,000 | $4.3150 |
| 7/27/2023 | PURCHASE | 1,547 | $4.3181 |
| 7/27/2023 | PURCHASE | 2,000 | $4.3150 |
| 7/27/2023 | PURCHASE | 2,000 | $4.3150 |
| 7/27/2023 | PURCHASE | 2,000 | $4.3195 |
| 7/27/2023 | PURCHASE | 1,500 | $4.3180 |
| 7/27/2023 | PURCHASE | 443 | $4.3181 |
| 7/27/2023 | PURCHASE | 2,000 | $4.3068 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 7/27/2023 | PURCHASE | 500 | $4.3180 |
|---|---|---|---|
| 7/27/2023 | PURCHASE | 10 | $4.3181 |
| 7/27/2023 | SELL | 2,000 | $4.3698 |
| 7/27/2023 | SELL | 2,000 | $4.3598 |
| 7/27/2023 | SELL | 1,098 | $4.3698 |
| 7/27/2023 | SELL | 2,000 | $4.3617 |
| 7/27/2023 | SELL | 2,000 | $4.3698 |
| 7/27/2023 | SELL | 1,926 | $4.3598 |
| 7/27/2023 | SELL | 443 | $4.3181 |
| 7/27/2023 | SELL | 2,000 | $4.3068 |
| 7/27/2023 | SELL | 400 | $4.3648 |
| 7/27/2023 | SELL | 74 | $4.3647 |
| 7/28/2023 | PURCHASE | 1,738 | $4.2300 |
| 7/28/2023 | PURCHASE | 2,000 | $4.2595 |
| 7/28/2023 | PURCHASE | 1,253 | $4.2299 |
| 7/28/2023 | PURCHASE | 1,258 | $4.2294 |
| 7/28/2023 | PURCHASE | 547 | $4.2250 |
| 7/28/2023 | PURCHASE | 747 | $4.2250 |
| 7/28/2023 | PURCHASE | 100 | $4.2250 |
| 7/28/2023 | PURCHASE | 162 | $4.2299 |
| 7/28/2023 | PURCHASE | 195 | $4.2300 |
| 7/28/2023 | SELL | 1,738 | $4.2698 |
| 7/28/2023 | SELL | 2,000 | $4.2595 |
| 7/28/2023 | SELL | 1,253 | $4.2299 |
| 7/28/2023 | SELL | 1,258 | $4.2294 |
| 7/28/2023 | SELL | 547 | $4.2648 |
| 7/28/2023 | SELL | 747 | $4.2612 |
| 7/28/2023 | SELL | 100 | $4.2698 |
| 7/28/2023 | SELL | 162 | $4.2698 |
| 7/28/2023 | SELL | 195 | $4.2648 |
| 7/31/2023 | SELL | 1,547 | $4.3898 |
| 7/31/2023 | SELL | 2,000 | $4.3719 |
| 7/31/2023 | SELL | 2,000 | $4.3799 |
| 7/31/2023 | SELL | 1,500 | $4.3799 |
| 7/31/2023 | SELL | 500 | $4.3748 |
| 7/31/2023 | SELL | 10 | $4.3940 |
| 8/3/2023 | PURCHASE | 1,900 | $4.3300 |
| 8/3/2023 | PURCHASE | 1,799 | $4.2100 |
| 8/3/2023 | PURCHASE | 1,900 | $4.3099 |
| 8/3/2023 | PURCHASE | 2,000 | $4.3050 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 8/3/2023 | PURCHASE | 2,000 | $4.2693 |
|---|---|---|---|
| 8/3/2023 | PURCHASE | 2,000 | $4.2650 |
| 8/3/2023 | PURCHASE | 2,000 | $4.2650 |
| 8/3/2023 | PURCHASE | 2,000 | $4.3399 |
| 8/3/2023 | PURCHASE | 1,454 | $4.3600 |
| 8/3/2023 | PURCHASE | 546 | $4.3600 |
| 8/3/2023 | PURCHASE | 1,100 | $4.2600 |
| 8/3/2023 | PURCHASE | 700 | $4.2599 |
| 8/3/2023 | PURCHASE | 900 | $4.2600 |
| 8/3/2023 | PURCHASE | 900 | $4.2600 |
| 8/3/2023 | PURCHASE | 400 | $4.2650 |
| 8/3/2023 | PURCHASE | 100 | $4.3050 |
| 8/3/2023 | PURCHASE | 201 | $4.2099 |
| 8/3/2023 | PURCHASE | 2,000 | $4.3000 |
| 8/3/2023 | PURCHASE | 100 | $4.3300 |
| 8/3/2023 | SELL | 1,799 | $4.2898 |
| 8/3/2023 | SELL | 2,000 | $4.3028 |
| 8/3/2023 | SELL | 2,000 | $4.3007 |
| 8/3/2023 | SELL | 2,000 | $4.3048 |
| 8/3/2023 | SELL | 546 | $4.3600 |
| 8/3/2023 | SELL | 1,100 | $4.2600 |
| 8/3/2023 | SELL | 700 | $4.2848 |
| 8/3/2023 | SELL | 900 | $4.2848 |
| 8/3/2023 | SELL | 900 | $4.2898 |
| 8/3/2023 | SELL | 400 | $4.2848 |
| 8/3/2023 | SELL | 201 | $4.2898 |
| 8/3/2023 | SELL | 2,000 | $4.3018 |
| 8/4/2023 | PURCHASE | 1,190 | $4.3400 |
| 8/4/2023 | PURCHASE | 2,000 | $4.3400 |
| 8/4/2023 | PURCHASE | 951 | $4.3499 |
| 8/4/2023 | PURCHASE | 1,500 | $4.3350 |
| 8/4/2023 | PURCHASE | 700 | $4.3600 |
| 8/4/2023 | PURCHASE | 1,049 | $4.3450 |
| 8/4/2023 | PURCHASE | 2,000 | $4.3200 |
| 8/4/2023 | PURCHASE | 2,000 | $4.3493 |
| 8/4/2023 | PURCHASE | 1,570 | $4.3300 |
| 8/4/2023 | PURCHASE | 1,230 | $4.3400 |
| 8/4/2023 | PURCHASE | 420 | $4.3299 |
| 8/4/2023 | PURCHASE | 110 | $4.3400 |
| 8/4/2023 | PURCHASE | 270 | $4.3350 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| 8/4/2023 | PURCHASE | 400 | $4.3399 |
|---|---|---|---|
| 8/4/2023 | PURCHASE | 500 | $4.3350 |
| 8/4/2023 | PURCHASE | 10 | $4.3250 |
| 8/4/2023 | PURCHASE | 100 | $4.3390 |
| 8/4/2023 | PURCHASE | 577 | $4.4000 |
| 8/4/2023 | PURCHASE | 100 | $4.5351 |
| 8/4/2023 | PURCHASE | 48 | $4.5354 |
| 8/4/2023 | PURCHASE | 23 | $4.3952 |
| 8/4/2023 | PURCHASE | 2 | $4.5500 |
| 8/4/2023 | PURCHASE | 900 | $4.5300 |
| 8/4/2023 | PURCHASE | 2,350 | $4.4050 |
| 8/4/2023 | SELL | 1,190 | $4.4399 |
| 8/4/2023 | SELL | 1,900 | $4.3948 |
| 8/4/2023 | SELL | 1,900 | $4.4098 |
| 8/4/2023 | SELL | 2,000 | $4.4299 |
| 8/4/2023 | SELL | 2,000 | $4.3798 |
| 8/4/2023 | SELL | 1,454 | $4.4198 |
| 8/4/2023 | SELL | 700 | $4.4399 |
| 8/4/2023 | SELL | 2,000 | $4.3798 |
| 8/4/2023 | SELL | 1,570 | $4.3708 |
| 8/4/2023 | SELL | 1,230 | $4.3400 |
| 8/4/2023 | SELL | 420 | $4.3708 |
| 8/4/2023 | SELL | 110 | $4.4097 |
| 8/4/2023 | SELL | 270 | $4.3708 |
| 8/4/2023 | SELL | 100 | $4.4098 |
| 8/4/2023 | SELL | 400 | $4.3708 |
| 8/4/2023 | SELL | 10 | $4.3708 |
| 8/4/2023 | SELL | 100 | $4.3708 |
| 8/4/2023 | SELL | 100 | $4.3899 |
| 8/7/2023 | PURCHASE | 1,600 | $4.3299 |
| 8/7/2023 | PURCHASE | 690 | $4.2999 |
| 8/7/2023 | PURCHASE | 400 | $4.3300 |
| 8/7/2023 | PURCHASE | 410 | $4.3000 |
| 8/7/2023 | PURCHASE | 400 | $4.2950 |
| 8/7/2023 | PURCHASE | 500 | $4.3050 |
| 8/7/2023 | PURCHASE | 2,000 | $4.3200 |
| 8/7/2023 | PURCHASE | 2,000 | $4.3077 |
| 8/7/2023 | PURCHASE | 1,000 | $4.3250 |
| 8/7/2023 | PURCHASE | 1,000 | $4.3250 |
| 8/7/2023 | SELL | 1,600 | $4.3748 |

00760037;V1

DocuSign Envelope ID: B3EEAD36-0925-4B18-9B44-4D91DC981103

| | | | |
|---|---|---|---|
| 8/7/2023 | SELL | 2,000 | $4.3898 |
| 8/7/2023 | SELL | 951 | $4.3998 |
| 8/7/2023 | SELL | 1,500 | $4.3698 |
| 8/7/2023 | SELL | 1,049 | $4.3998 |
| 8/7/2023 | SELL | 2,000 | $4.3499 |
| 8/7/2023 | SELL | 690 | $4.2999 |
| 8/7/2023 | SELL | 400 | $4.3748 |
| 8/7/2023 | SELL | 410 | $4.3599 |
| 8/7/2023 | SELL | 400 | $4.3599 |
| 8/7/2023 | SELL | 500 | $4.3599 |
| 8/7/2023 | SELL | 500 | $4.3598 |
| 8/8/2023 | PURCHASE | 1,000 | $4.2800 |
| 8/8/2023 | PURCHASE | 1,000 | $4.2395 |
| 8/8/2023 | PURCHASE | 1,000 | $4.2300 |
| 8/8/2023 | PURCHASE | 1,000 | $4.2400 |
| 8/9/2023 | PURCHASE | 1,000 | $4.4299 |
| 8/9/2023 | PURCHASE | 2 | $4.4299 |
| 8/9/2023 | PURCHASE | 400 | $4.4700 |
| 8/9/2023 | PURCHASE | 300 | $4.4600 |
| 8/9/2023 | PURCHASE | 249 | $4.4599 |
| 8/9/2023 | PURCHASE | 100 | $4.4599 |
| 8/9/2023 | PURCHASE | 48 | $4.4299 |
| 8/9/2023 | PURCHASE | 1,600 | $4.4600 |
| 8/9/2023 | PURCHASE | 1,351 | $4.4600 |
| 8/9/2023 | PURCHASE | 950 | $4.4299 |
| 8/9/2023 | SELL | 1,000 | $4.4098 |
| 8/9/2023 | SELL | 1,000 | $4.3999 |
| 8/9/2023 | SELL | 1,000 | $4.3998 |
| 8/9/2023 | SELL | 1,000 | $4.4099 |
| 8/9/2023 | SELL | 1,000 | $4.2998 |
| 8/9/2023 | SELL | 2 | $4.2850 |
| 8/9/2023 | SELL | 48 | $4.2996 |

00760037;V1