# EXHIBIT C

FIFO/LIFO Losses
Class Period: 02/23/2023 - 08/09/2023

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| TODD FREGA | 06/08/23 | 811 | 4.7150 | 3,823.87 | 06/13/23 | 2,000 | 4.9598 | 9,919.60 | | | |
| | 06/08/23 | 189 | 4.7196 | 892.00 | 06/15/23 | 1,000 | 4.7748 | 4,774.80 | | | |
| | 06/08/23 | 1,000 | 4.7196 | 4,719.60 | 06/15/23 | 1,000 | 4.7748 | 4,774.80 | | | |
| | 06/08/23 | 2,000 | 4.7692 | 9,538.40 | 06/15/23 | 1,400 | 4.7748 | 6,684.72 | | | |
| | 06/08/23 | 2,000 | 4.7291 | 9,458.20 | 06/15/23 | 2,000 | 4.7298 | 9,459.60 | | | |
| | 06/08/23 | 2,000 | 4.7189 | 9,437.80 | 06/15/23 | 1,251 | 4.7100 | 5,892.21 | | | |
| | 06/08/23 | 2,000 | 4.7200 | 9,440.00 | 06/15/23 | 800 | 4.7318 | 3,785.44 | | | |
| | 06/09/23 | 100 | 4.7050 | 470.50 | 06/15/23 | 1,200 | 4.7318 | 5,678.16 | | | |
| | 06/09/23 | 100 | 4.7000 | 470.00 | 06/15/23 | 200 | 4.7748 | 954.96 | | | |
| | 06/09/23 | 100 | 4.6850 | 468.50 | 06/15/23 | 300 | 4.7348 | 1,420.44 | | | |
| | 06/09/23 | 1,900 | 4.7000 | 8,930.00 | 06/15/23 | 400 | 4.7348 | 1,893.92 | | | |
| | 06/09/23 | 1,900 | 4.6893 | 8,909.67 | 06/15/23 | 400 | 4.7748 | 1,909.92 | | | |
| | 06/09/23 | 1,000 | 4.7100 | 4,710.00 | 06/15/23 | 49 | 4.7348 | 232.01 | | | |
| | 06/09/23 | 900 | 4.7099 | 4,238.91 | 06/16/23 | 600 | 4.5899 | 2,753.94 | | | |
| | 06/09/23 | 2,000 | 4.7183 | 9,436.60 | 06/16/23 | 320 | 4.5850 | 1,467.20 | | | |
| | 06/09/23 | 2,000 | 4.7000 | 9,400.00 | 06/20/23 | 2,000 | 4.3234 | 8,646.80 | | | |
| | 06/09/23 | 2,000 | 4.7090 | 9,418.00 | 06/20/23 | 2,000 | 4.3410 | 8,682.00 | | | |
| | 06/12/23 | 700 | 4.8899 | 3,422.93 | 06/20/23 | 1,000 | 4.4799 | 4,479.90 | | | |
| | 06/12/23 | 590 | 4.9099 | 2,896.84 | 06/20/23 | 2,000 | 4.2017 | 8,403.40 | | | |
| | 06/12/23 | 500 | 4.8900 | 2,445.00 | 06/20/23 | 900 | 4.3223 | 3,890.07 | | | |
| | 06/12/23 | 447 | 4.8899 | 2,185.79 | 06/20/23 | 2,000 | 4.3237 | 8,647.40 | | | |
| | 06/12/23 | 179 | 4.8750 | 872.63 | 06/20/23 | 500 | 4.3223 | 2,161.15 | | | |
| | 06/12/23 | 100 | 4.8850 | 488.50 | 06/20/23 | 500 | 4.3223 | 2,161.15 | | | |
| | 06/12/23 | 100 | 4.8799 | 487.99 | 06/20/23 | 763 | 4.4799 | 3,418.16 | | | |
| | 06/12/23 | 1,821 | 4.8799 | 8,886.30 | 06/20/23 | 2,000 | 4.3206 | 8,641.20 | | | |
| | 06/12/23 | 1,453 | 4.8899 | 7,105.02 | 06/20/23 | 250 | 4.3700 | 1,092.50 | | | |
| | 06/12/23 | 1,410 | 4.9050 | 6,916.05 | 06/20/23 | 200 | 4.5398 | 907.96 | | | |
| | 06/12/23 | 1,000 | 4.8799 | 4,879.90 | 06/20/23 | 100 | 4.3223 | 432.23 | | | |
| | 06/12/23 | 900 | 4.8800 | 4,392.00 | 06/20/23 | 37 | 4.5398 | 167.97 | | | |
| | 06/12/23 | 800 | 4.8950 | 3,916.00 | 06/21/23 | 1,700 | 4.0829 | 6,940.93 | | | |
| | 06/13/23 | 2,000 | 4.9000 | 9,800.00 | 06/21/23 | 2,000 | 4.1150 | 8,230.00 | | | |
| | 06/13/23 | 100 | 4.9290 | 492.90 | 06/21/23 | 1,200 | 4.1012 | 4,921.44 | | | |
| | 06/13/23 | 1,200 | 4.9600 | 5,952.00 | 06/21/23 | 300 | 4.0829 | 1,224.87 | | | |
| | 06/13/23 | 1,000 | 4.9300 | 4,930.00 | 06/21/23 | 800 | 4.1012 | 3,280.96 | | | |
| | 06/13/23 | 900 | 4.9300 | 4,437.00 | 06/22/23 | 2,000 | 4.2505 | 8,501.00 | | | |
| | 06/13/23 | 800 | 4.9599 | 3,967.92 | 06/22/23 | 2,000 | 4.2127 | 8,425.40 | | | |
| | 06/13/23 | 2,000 | 4.9299 | 9,859.80 | 06/22/23 | 2,000 | 4.1598 | 8,319.60 | | | |
| | 06/13/23 | 2,000 | 4.9294 | 9,858.80 | 06/22/23 | 2,000 | 4.2606 | 8,521.20 | | | |
| | 06/13/23 | 2,000 | 4.9100 | 9,820.00 | 06/22/23 | 2,000 | 4.2099 | 8,419.80 | | | |
| | 06/14/23 | 1,400 | 4.7350 | 6,629.00 | 06/22/23 | 2,000 | 4.1950 | 8,390.00 | | | |
| | 06/14/23 | 200 | 4.7399 | 947.98 | 06/22/23 | 2,000 | 4.1800 | 8,360.00 | | | |
| | 06/14/23 | 400 | 4.7400 | 1,896.00 | 06/22/23 | 2,000 | 4.1800 | 8,360.00 | | | |
| | 06/14/23 | 609 | 4.9099 | 2,990.13 | 06/22/23 | 2,000 | 4.1898 | 8,379.60 | | | |
| | 06/14/23 | 598 | 4.9600 | 2,966.08 | 06/23/23 | 2,000 | 4.1333 | 8,266.60 | | | |
| | 06/14/23 | 512 | 4.9799 | 2,549.71 | 06/23/23 | 2,000 | 4.1310 | 8,262.00 | | | |
| | 06/14/23 | 408 | 4.9599 | 2,023.64 | 06/23/23 | 1,000 | 4.1000 | 4,100.00 | | | |
| | 06/14/23 | 202 | 4.9599 | 1,001.90 | 06/23/23 | 1,200 | 4.1000 | 4,920.00 | | | |
| | 06/14/23 | 200 | 4.9600 | 992.00 | 06/23/23 | 2,000 | 4.0700 | 8,140.00 | | | |
| | 06/14/23 | 100 | 4.7950 | 479.50 | 06/23/23 | 2,000 | 4.0906 | 8,181.20 | | | |

FIFO/LIFO Losses
Class Period: 02/23/2023 - 08/09/2023

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| | 06/14/23 | 1,900 | 4.7950 | 9,110.50 | 06/23/23 | 1,000 | 4.1298 | 4,129.80 | | | |
| | 06/14/23 | 1,592 | 4.9550 | 7,888.36 | 06/26/23 | 800 | 4.1298 | 3,303.84 | | | |
| | 06/14/23 | 1,488 | 4.9800 | 7,410.24 | 06/27/23 | 1,000 | 4.5499 | 4,549.90 | | | |
| | 06/14/23 | 1,391 | 4.9100 | 6,829.81 | 06/27/23 | 1,000 | 4.5499 | 4,549.90 | | | |
| | 06/14/23 | 1,000 | 4.9297 | 4,929.70 | 06/27/23 | 818 | 4.5598 | 3,729.92 | | | |
| | 06/14/23 | 1,000 | 4.9600 | 4,960.00 | 06/27/23 | 747 | 4.5598 | 3,406.17 | | | |
| | 06/14/23 | 1,000 | 4.9297 | 4,929.70 | 06/27/23 | 800 | 4.7199 | 3,775.92 | | | |
| | 06/14/23 | 2,000 | 4.9200 | 9,840.00 | 06/27/23 | 900 | 4.5398 | 4,085.82 | | | |
| | 06/14/23 | 2,000 | 4.9250 | 9,850.00 | 06/27/23 | 520 | 4.5599 | 2,371.15 | | | |
| | 06/14/23 | 2,000 | 4.7990 | 9,598.00 | 06/27/23 | 174 | 4.5798 | 796.89 | | | |
| | 06/15/23 | 900 | 4.7099 | 4,238.91 | 06/27/23 | 1,000 | 4.6599 | 4,659.90 | | | |
| | 06/15/23 | 1,000 | 4.7285 | 4,728.50 | 06/27/23 | 400 | 4.5598 | 1,823.92 | | | |
| | 06/15/23 | 1,000 | 4.7257 | 4,725.70 | 06/27/23 | 900 | 4.7998 | 4,319.82 | | | |
| | 06/15/23 | 2,000 | 4.6999 | 9,399.80 | 06/27/23 | 780 | 4.5498 | 3,548.84 | | | |
| | 06/15/23 | 1,251 | 4.7100 | 5,892.21 | 06/27/23 | 253 | 4.5698 | 1,156.16 | | | |
| | 06/15/23 | 447 | 4.7099 | 2,105.33 | 06/27/23 | 1,000 | 4.7499 | 4,749.90 | | | |
| | 06/15/23 | 800 | 4.7095 | 3,767.60 | 06/27/23 | 2,000 | 4.4699 | 8,939.80 | | | |
| | 06/15/23 | 1,200 | 4.7099 | 5,651.88 | 06/27/23 | 250 | 4.5499 | 1,137.48 | | | |
| | 06/15/23 | 553 | 4.7099 | 2,604.57 | 06/27/23 | 546 | 4.7498 | 2,593.39 | | | |
| | 06/15/23 | 300 | 4.7050 | 1,411.50 | 06/27/23 | 500 | 4.6998 | 2,349.90 | | | |
| | 06/15/23 | 100 | 4.7099 | 470.99 | 06/27/23 | 480 | 4.5599 | 2,188.75 | | | |
| | 06/15/23 | 400 | 4.7090 | 1,883.60 | 06/27/23 | 1,000 | 4.3799 | 4,379.90 | | | |
| | 06/15/23 | 49 | 4.7157 | 231.07 | 06/27/23 | 1,622 | 4.4099 | 7,152.86 | | | |
| | 06/15/23 | 2,000 | 4.7100 | 9,420.00 | 06/27/23 | 1,600 | 4.4099 | 7,055.84 | | | |
| | 06/15/23 | 2,000 | 4.7097 | 9,419.40 | 06/27/23 | 900 | 4.4099 | 3,968.91 | | | |
| | 06/15/23 | 2,000 | 4.7000 | 9,400.00 | 06/27/23 | 2,000 | 4.4000 | 8,800.00 | | | |
| | 06/15/23 | 1,000 | 4.7089 | 4,708.90 | 06/27/23 | 1,100 | 4.4099 | 4,850.89 | | | |
| | 06/15/23 | 1,000 | 4.7089 | 4,708.90 | 06/27/23 | 447 | 4.7498 | 2,123.16 | | | |
| | 06/16/23 | 800 | 4.5899 | 3,671.92 | 06/27/23 | 100 | 4.5498 | 454.98 | | | |
| | 06/16/23 | 520 | 4.4299 | 2,303.55 | 06/27/23 | 180 | 4.6998 | 845.96 | | | |
| | 06/16/23 | 1,000 | 4.5900 | 4,590.00 | 06/27/23 | 220 | 4.5498 | 1,000.96 | | | |
| | 06/16/23 | 1,000 | 4.4000 | 4,400.00 | 06/27/23 | 200 | 4.7199 | 943.98 | | | |
| | 06/16/23 | 780 | 4.4250 | 3,451.50 | 06/27/23 | 250 | 4.7598 | 1,189.95 | | | |
| | 06/16/23 | 1,000 | 4.6500 | 4,650.00 | 06/27/23 | 553 | 4.7598 | 2,632.17 | | | |
| | 06/16/23 | 546 | 4.6500 | 2,538.90 | 06/27/23 | 45 | 4.5496 | 204.73 | | | |
| | 06/16/23 | 500 | 4.5900 | 2,295.00 | 06/27/23 | 200 | 4.6398 | 927.96 | | | |
| | 06/16/23 | 763 | 4.4000 | 3,357.20 | 06/27/23 | 50 | 4.5696 | 228.48 | | | |
| | 06/16/23 | 480 | 4.4300 | 2,126.40 | 06/27/23 | 100 | 4.8098 | 480.98 | | | |
| | 06/16/23 | 600 | 4.5899 | 2,753.94 | 06/27/23 | 104 | 4.7498 | 493.98 | | | |
| | 06/16/23 | 320 | 4.5850 | 1,467.20 | 06/27/23 | 400 | 4.4398 | 1,775.92 | | | |
| | 06/16/23 | 180 | 4.5850 | 825.30 | 06/27/23 | 5 | 4.5380 | 22.69 | | | |
| | 06/16/23 | 220 | 4.4300 | 974.60 | 06/27/23 | 8 | 4.5688 | 36.55 | | | |
| | 06/16/23 | 200 | 4.5850 | 917.00 | 06/27/23 | 100 | 4.6398 | 463.98 | | | |
| | 06/16/23 | 250 | 4.6500 | 1,162.50 | 06/27/23 | 100 | 4.6498 | 464.98 | | | |
| | 06/16/23 | 200 | 4.3950 | 879.00 | 06/27/23 | 50 | 4.7696 | 238.48 | | | |
| | 06/16/23 | 200 | 4.5900 | 918.00 | 06/27/23 | 50 | 4.7796 | 238.98 | | | |
| | 06/16/23 | 104 | 4.6499 | 483.59 | 06/28/23 | 2,000 | 4.2448 | 8,489.60 | | | |
| | 06/16/23 | 37 | 4.4000 | 162.80 | 06/28/23 | 1,182 | 4.2748 | 5,052.81 | | | |
| | 06/16/23 | 100 | 4.5850 | 458.50 | 06/28/23 | 2,000 | 4.2698 | 8,539.60 | | | |
| | 06/16/23 | 100 | 4.5900 | 459.00 | 06/28/23 | 1,300 | 4.1850 | 5,440.50 | | | |

FIFO/LIFO Losses
Class Period: 02/23/2023 - 08/09/2023

| | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | SHARES | ESTIMATED | **ESTIMATED** |
|---|---|---|---|---|---|---|---|---|---|---|
| MOVANT | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | HELD | VALUE | **LOSSES** |
| | 06/16/23 | 50 | 4.6500 | 232.50 | 06/28/23 | 1,000 | 4.1650 | 4,165.00 | | | |
| | 06/16/23 | 50 | 4.6500 | 232.50 | 06/28/23 | 1,000 | 4.1650 | 4,165.00 | | | |
| | 06/20/23 | 900 | 4.3700 | 3,933.00 | 06/28/23 | 818 | 4.2250 | 3,456.05 | | | |
| | 06/20/23 | 2,000 | 4.1898 | 8,379.60 | 06/29/23 | 2,000 | 4.2598 | 8,519.60 | | | |
| | 06/20/23 | 2,000 | 4.3050 | 8,610.00 | 06/29/23 | 4,000 | 4.2615 | 17,046.00 | | | |
| | 06/20/23 | 400 | 4.3700 | 1,748.00 | 06/29/23 | 1,100 | 4.2989 | 4,728.79 | | | |
| | 06/20/23 | 2,000 | 4.1573 | 8,314.60 | 06/29/23 | 700 | 4.2104 | 2,947.28 | | | |
| | 06/20/23 | 900 | 4.2197 | 3,797.73 | 06/29/23 | 700 | 4.1698 | 2,918.86 | | | |
| | 06/20/23 | 2,000 | 4.2761 | 8,552.20 | 06/29/23 | 1,000 | 4.1598 | 4,159.80 | | | |
| | 06/20/23 | 250 | 4.3699 | 1,092.48 | 06/29/23 | 2,700 | 4.2501 | 11,475.27 | | | |
| | 06/20/23 | 500 | 4.2199 | 2,109.95 | 06/29/23 | 20 | 4.1495 | 82.99 | | | |
| | 06/20/23 | 500 | 4.2198 | 2,109.90 | 06/29/23 | 100 | 4.2501 | 425.01 | | | |
| | 06/20/23 | 2,000 | 4.2893 | 8,578.60 | 06/29/23 | 200 | 4.2501 | 850.02 | | | |
| | 06/20/23 | 250 | 4.3700 | 1,092.50 | 06/29/23 | 280 | 4.1598 | 1,164.74 | | | |
| | 06/20/23 | 100 | 4.3700 | 437.00 | 06/30/23 | 3,000 | 4.3322 | 12,996.60 | | | |
| | 06/20/23 | 45 | 4.3699 | 196.65 | 06/30/23 | 2,533 | 4.3348 | 10,980.05 | | | |
| | 06/20/23 | 50 | 4.3700 | 218.50 | 06/30/23 | 1,900 | 4.3299 | 8,226.81 | | | |
| | 06/20/23 | 100 | 4.2150 | 421.50 | 06/30/23 | 1,000 | 4.3088 | 4,308.80 | | | |
| | 06/20/23 | 5 | 4.3699 | 21.85 | 06/30/23 | 1,000 | 4.3088 | 4,308.80 | | | |
| | 06/21/23 | 1,700 | 4.0090 | 6,815.30 | 06/30/23 | 367 | 4.3348 | 1,590.87 | | | |
| | 06/21/23 | 2,000 | 4.1150 | 8,230.00 | 06/30/23 | 100 | 4.3348 | 433.48 | | | |
| | 06/21/23 | 1,200 | 4.0850 | 4,902.00 | 07/05/23 | 4,000 | 4.2298 | 16,919.20 | | | |
| | 06/21/23 | 300 | 4.0050 | 1,201.50 | 07/05/23 | 1,451 | 4.2000 | 6,094.20 | | | |
| | 06/21/23 | 800 | 4.0870 | 3,269.60 | 07/06/23 | 2,000 | 3.7898 | 7,579.60 | | | |
| | 06/22/23 | 2,000 | 4.1950 | 8,390.00 | 07/06/23 | 1,800 | 3.8499 | 6,929.82 | | | |
| | 06/22/23 | 2,000 | 4.1750 | 8,350.00 | 07/06/23 | 900 | 3.7948 | 3,415.32 | | | |
| | 06/22/23 | 2,000 | 4.1200 | 8,240.00 | 07/06/23 | 800 | 3.7948 | 3,035.84 | | | |
| | 06/22/23 | 2,000 | 4.2091 | 8,418.20 | 07/06/23 | 300 | 3.7948 | 1,138.44 | | | |
| | 06/22/23 | 2,000 | 4.1800 | 8,360.00 | 07/06/23 | 200 | 3.8499 | 769.98 | | | |
| | 06/22/23 | 2,000 | 4.1950 | 8,390.00 | 07/10/23 | 2,000 | 3.9318 | 7,863.60 | | | |
| | 06/22/23 | 2,000 | 4.1800 | 8,360.00 | 07/10/23 | 2,000 | 3.9498 | 7,899.60 | | | |
| | 06/22/23 | 2,000 | 4.1800 | 8,360.00 | 07/11/23 | 4,000 | 4.2537 | 17,014.80 | | | |
| | 06/22/23 | 2,000 | 4.1750 | 8,350.00 | 07/11/23 | 2,947 | 4.2898 | 12,642.04 | | | |
| | 06/23/23 | 2,000 | 4.0896 | 8,179.20 | 07/11/23 | 2,007 | 4.2309 | 8,491.42 | | | |
| | 06/23/23 | 2,000 | 4.0850 | 8,170.00 | 07/11/23 | 1,100 | 4.3198 | 4,751.78 | | | |
| | 06/23/23 | 1,000 | 4.1000 | 4,100.00 | 07/11/23 | 637 | 4.2899 | 2,732.67 | | | |
| | 06/23/23 | 1,200 | 4.1000 | 4,920.00 | 07/11/23 | 900 | 4.3248 | 3,892.32 | | | |
| | 06/23/23 | 2,000 | 4.0700 | 8,140.00 | 07/11/23 | 42 | 4.2309 | 177.70 | | | |
| | 06/23/23 | 2,000 | 4.0800 | 8,160.00 | 07/11/23 | 100 | 4.2908 | 429.08 | | | |
| | 06/23/23 | 1,000 | 4.1000 | 4,100.00 | 07/11/23 | 116 | 4.2898 | 497.62 | | | |
| | 06/23/23 | 800 | 4.1099 | 3,287.92 | 07/11/23 | 200 | 4.2948 | 858.96 | | | |
| | 06/26/23 | 1,000 | 4.1800 | 4,180.00 | 07/12/23 | 900 | 4.4306 | 3,987.54 | | | |
| | 06/26/23 | 1,000 | 4.1800 | 4,180.00 | 07/12/23 | 1,000 | 4.4298 | 4,429.80 | | | |
| | 06/26/23 | 818 | 4.1799 | 3,419.16 | 07/12/23 | 1,629 | 4.3648 | 7,110.26 | | | |
| | 06/26/23 | 747 | 4.1799 | 3,122.39 | 07/12/23 | 4,000 | 4.2799 | 17,119.60 | | | |
| | 06/26/23 | 174 | 4.1799 | 727.30 | 07/12/23 | 259 | 4.3599 | 1,129.21 | | | |
| | 06/26/23 | 253 | 4.1799 | 1,057.51 | 07/12/23 | 1,000 | 4.3898 | 4,389.80 | | | |
| | 06/26/23 | 8 | 4.1799 | 33.44 | 07/12/23 | 112 | 4.3599 | 488.31 | | | |
| | 06/27/23 | 2,000 | 4.4198 | 8,839.60 | 07/12/23 | 100 | 4.4348 | 443.48 | | | |
| | 06/27/23 | 900 | 4.3798 | 3,941.82 | 07/14/23 | 5,000 | 4.1130 | 20,565.00 | | | |

FIFO/LIFO Losses
Class Period: 02/23/2023 - 08/09/2023

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| | 06/27/23 | 1,000 | 4.3798 | 4,379.80 | 07/17/23 | 5,000 | 4.1999 | 20,999.50 | | | |
| | 06/27/23 | 1,000 | 4.3799 | 4,379.90 | 07/17/23 | 4,934 | 4.2000 | 20,722.80 | | | |
| | 06/27/23 | 1,622 | 4.4099 | 7,152.86 | 07/17/23 | 66 | 4.1997 | 277.18 | | | |
| | 06/27/23 | 1,600 | 4.4099 | 7,055.84 | 07/20/23 | 378 | 4.4303 | 1,674.65 | | | |
| | 06/27/23 | 900 | 4.4099 | 3,968.91 | 07/21/23 | 600 | 4.4098 | 2,645.88 | | | |
| | 06/27/23 | 2,000 | 4.4000 | 8,800.00 | 07/21/23 | 1,100 | 4.4148 | 4,856.28 | | | |
| | 06/27/23 | 1,100 | 4.4099 | 4,850.89 | 07/21/23 | 300 | 4.4098 | 1,322.94 | | | |
| | 06/27/23 | 378 | 4.4050 | 1,665.09 | 07/25/23 | 2,000 | 4.2998 | 8,599.60 | | | |
| | 06/27/23 | 1,000 | 4.3799 | 4,379.90 | 07/25/23 | 2,000 | 4.2898 | 8,579.60 | | | |
| | 06/27/23 | 400 | 4.4099 | 1,763.96 | 07/26/23 | 2,000 | 4.2998 | 8,599.60 | | | |
| | 06/27/23 | 100 | 4.3798 | 437.98 | 07/26/23 | 2,000 | 4.2998 | 8,599.60 | | | |
| | 06/27/23 | 2,000 | 4.5350 | 9,070.00 | 07/26/23 | 502 | 4.3099 | 2,163.57 | | | |
| | 06/28/23 | 2,000 | 4.2100 | 8,420.00 | 07/27/23 | 2,000 | 4.3698 | 8,739.60 | | | |
| | 06/28/23 | 2,000 | 4.2169 | 8,433.80 | 07/27/23 | 2,000 | 4.3598 | 8,719.60 | | | |
| | 06/28/23 | 1,182 | 4.2299 | 4,999.74 | 07/27/23 | 1,098 | 4.3698 | 4,798.04 | | | |
| | 06/28/23 | 2,000 | 4.2399 | 8,479.80 | 07/27/23 | 2,000 | 4.3617 | 8,723.40 | | | |
| | 06/28/23 | 1,300 | 4.1850 | 5,440.50 | 07/27/23 | 2,000 | 4.3698 | 8,739.60 | | | |
| | 06/28/23 | 1,000 | 4.1650 | 4,165.00 | 07/27/23 | 1,926 | 4.3598 | 8,396.97 | | | |
| | 06/28/23 | 1,000 | 4.1650 | 4,165.00 | 07/27/23 | 443 | 4.3181 | 1,912.92 | | | |
| | 06/28/23 | 818 | 4.2250 | 3,456.05 | 07/27/23 | 2,000 | 4.3068 | 8,613.60 | | | |
| | 06/28/23 | 700 | 4.1800 | 2,926.00 | 07/27/23 | 400 | 4.3648 | 1,745.92 | | | |
| | 06/28/23 | 700 | 4.1350 | 2,894.50 | 07/27/23 | 74 | 4.3647 | 322.99 | | | |
| | 06/28/23 | 1,000 | 4.1350 | 4,135.00 | 07/28/23 | 1,738 | 4.2698 | 7,420.91 | | | |
| | 06/28/23 | 20 | 4.1350 | 82.70 | 07/28/23 | 2,000 | 4.2595 | 8,519.00 | | | |
| | 06/28/23 | 280 | 4.1350 | 1,157.80 | 07/28/23 | 1,253 | 4.2299 | 5,300.06 | | | |
| | 06/29/23 | 4,000 | 4.2499 | 16,999.60 | 07/28/23 | 1,258 | 4.2294 | 5,320.59 | | | |
| | 06/29/23 | 1,900 | 4.2989 | 8,167.91 | 07/28/23 | 547 | 4.2648 | 2,332.85 | | | |
| | 06/29/23 | 1,100 | 4.2989 | 4,728.79 | 07/28/23 | 747 | 4.2612 | 3,183.12 | | | |
| | 06/29/23 | 2,700 | 4.2399 | 11,447.73 | 07/28/23 | 100 | 4.2698 | 426.98 | | | |
| | 06/29/23 | 100 | 4.2400 | 424.00 | 07/28/23 | 162 | 4.2698 | 691.71 | | | |
| | 06/29/23 | 200 | 4.2350 | 847.00 | 07/28/23 | 195 | 4.2648 | 831.64 | | | |
| | 06/30/23 | 3,000 | 4.2900 | 12,870.00 | 07/31/23 | 1,547 | 4.3898 | 6,791.02 | | | |
| | 06/30/23 | 2,533 | 4.2700 | 10,815.91 | 07/31/23 | 2,000 | 4.3719 | 8,743.80 | | | |
| | 06/30/23 | 2,947 | 4.2690 | 12,580.74 | 07/31/23 | 2,000 | 4.3799 | 8,759.80 | | | |
| | 06/30/23 | 1,000 | 4.3088 | 4,308.80 | 07/31/23 | 1,500 | 4.3799 | 6,569.85 | | | |
| | 06/30/23 | 1,000 | 4.3088 | 4,308.80 | 07/31/23 | 500 | 4.3748 | 2,187.40 | | | |
| | 06/30/23 | 367 | 4.2699 | 1,567.05 | 07/31/23 | 10 | 4.3940 | 43.94 | | | |
| | 06/30/23 | 100 | 4.2650 | 426.50 | 08/03/23 | 1,799 | 4.2898 | 7,717.35 | | | |
| | 06/30/23 | 1,100 | 4.3088 | 4,739.68 | 08/03/23 | 2,000 | 4.3028 | 8,605.60 | | | |
| | 06/30/23 | 637 | 4.2690 | 2,719.35 | 08/03/23 | 2,000 | 4.3007 | 8,601.40 | | | |
| | 06/30/23 | 900 | 4.3088 | 3,877.92 | 08/03/23 | 2,000 | 4.3048 | 8,609.60 | | | |
| | 06/30/23 | 100 | 4.2690 | 426.90 | 08/03/23 | 546 | 4.3600 | 2,380.56 | | | |
| | 06/30/23 | 116 | 4.2650 | 494.74 | 08/03/23 | 1,100 | 4.2600 | 4,686.00 | | | |
| | 06/30/23 | 200 | 4.2690 | 853.80 | 08/03/23 | 700 | 4.2848 | 2,999.36 | | | |
| | 07/05/23 | 4,000 | 4.2000 | 16,800.00 | 08/03/23 | 900 | 4.2848 | 3,856.32 | | | |
| | 07/05/23 | 2,007 | 4.1999 | 8,429.20 | 08/03/23 | 900 | 4.2898 | 3,860.82 | | | |
| | 07/05/23 | 1,451 | 4.2000 | 6,094.20 | 08/03/23 | 400 | 4.2848 | 1,713.92 | | | |
| | 07/05/23 | 42 | 4.1950 | 176.19 | 08/03/23 | 201 | 4.2898 | 862.25 | | | |
| | 07/06/23 | 2,000 | 3.8899 | 7,779.80 | 08/03/23 | 2,000 | 4.3018 | 8,603.60 | | | |
| | 07/06/23 | 2,000 | 3.7399 | 7,479.80 | 08/04/23 | 1,190 | 4.4399 | 5,283.48 | | | |

FIFO/LIFO Losses
Class Period: 02/23/2023 - 08/09/2023

| | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | SHARES | ESTIMATED | **ESTIMATED** |
|---|---|---|---|---|---|---|---|---|---|---|
| MOVANT | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | HELD | VALUE | **LOSSES** |
| | 07/06/23 | 2,000 | 3.9200 | 7,840.00 | 08/04/23 | 1,900 | 4.3948 | 8,350.12 | | | |
| | 07/06/23 | 1,800 | 3.8150 | 6,867.00 | 08/04/23 | 1,900 | 4.4098 | 8,378.62 | | | |
| | 07/06/23 | 900 | 3.7750 | 3,397.50 | 08/04/23 | 2,000 | 4.4299 | 8,859.80 | | | |
| | 07/06/23 | 800 | 3.7797 | 3,023.76 | 08/04/23 | 2,000 | 4.3798 | 8,759.60 | | | |
| | 07/06/23 | 300 | 3.7799 | 1,133.97 | 08/04/23 | 1,454 | 4.4198 | 6,426.39 | | | |
| | 07/06/23 | 200 | 3.8199 | 763.98 | 08/04/23 | 700 | 4.4399 | 3,107.93 | | | |
| | 07/11/23 | 4,000 | 4.2150 | 16,860.00 | 08/04/23 | 2,000 | 4.3798 | 8,759.60 | | | |
| | 07/12/23 | 1,629 | 4.3300 | 7,053.57 | 08/04/23 | 1,570 | 4.3708 | 6,862.16 | | | |
| | 07/12/23 | 4,000 | 4.2650 | 17,060.00 | 08/04/23 | 1,230 | 4.3400 | 5,338.20 | | | |
| | 07/12/23 | 259 | 4.3300 | 1,121.47 | 08/04/23 | 420 | 4.3708 | 1,835.74 | | | |
| | 07/12/23 | 112 | 4.3299 | 484.95 | 08/04/23 | 110 | 4.4097 | 485.07 | | | |
| | 07/14/23 | 5,000 | 4.0885 | 20,442.50 | 08/04/23 | 270 | 4.3708 | 1,180.12 | | | |
| | 07/14/23 | 5,000 | 4.0600 | 20,300.00 | 08/04/23 | 100 | 4.4098 | 440.98 | | | |
| | 07/14/23 | 4,934 | 4.0800 | 20,130.72 | 08/04/23 | 400 | 4.3708 | 1,748.32 | | | |
| | 07/14/23 | 66 | 4.0800 | 269.28 | 08/04/23 | 10 | 4.3708 | 43.71 | | | |
| | 07/21/23 | 600 | 4.3950 | 2,637.00 | 08/04/23 | 100 | 4.3708 | 437.08 | | | |
| | 07/21/23 | 1,100 | 4.3999 | 4,839.89 | 08/04/23 | 100 | 4.3899 | 438.99 | | | |
| | 07/21/23 | 300 | 4.3999 | 1,319.97 | 08/07/23 | 1,600 | 4.3748 | 6,999.68 | | | |
| | 07/25/23 | 2,000 | 4.2583 | 8,516.60 | 08/07/23 | 2,000 | 4.3898 | 8,779.60 | | | |
| | 07/25/23 | 2,000 | 4.2598 | 8,519.60 | 08/07/23 | 951 | 4.3998 | 4,184.21 | | | |
| | 07/26/23 | 2,000 | 4.3000 | 8,600.00 | 08/07/23 | 1,500 | 4.3698 | 6,554.70 | | | |
| | 07/26/23 | 1,098 | 4.3100 | 4,732.38 | 08/07/23 | 1,049 | 4.3998 | 4,615.39 | | | |
| | 07/26/23 | 2,000 | 4.3194 | 8,638.80 | 08/07/23 | 2,000 | 4.3499 | 8,699.80 | | | |
| | 07/26/23 | 1,926 | 4.3292 | 8,338.04 | 08/07/23 | 690 | 4.2999 | 2,966.93 | | | |
| | 07/26/23 | 2,000 | 4.2699 | 8,539.80 | 08/07/23 | 400 | 4.3748 | 1,749.92 | | | |
| | 07/26/23 | 2,000 | 4.2690 | 8,538.00 | 08/07/23 | 410 | 4.3599 | 1,787.56 | | | |
| | 07/26/23 | 502 | 4.3099 | 2,163.57 | 08/07/23 | 400 | 4.3599 | 1,743.96 | | | |
| | 07/26/23 | 400 | 4.3100 | 1,724.00 | 08/07/23 | 500 | 4.3599 | 2,179.95 | | | |
| | 07/26/23 | 74 | 4.3292 | 320.36 | 08/07/23 | 500 | 4.3598 | 2,179.90 | | | |
| | 07/27/23 | 2,000 | 4.3150 | 8,630.00 | 08/09/23 | 1,000 | 4.4098 | 4,409.80 | | | |
| | 07/27/23 | 1,547 | 4.3181 | 6,680.10 | 08/09/23 | 1,000 | 4.3999 | 4,399.90 | | | |
| | 07/27/23 | 2,000 | 4.3150 | 8,630.00 | 08/09/23 | 1,000 | 4.3998 | 4,399.80 | | | |
| | 07/27/23 | 2,000 | 4.3150 | 8,630.00 | 08/09/23 | 1,000 | 4.4099 | 4,409.90 | | | |
| | 07/27/23 | 2,000 | 4.3195 | 8,639.00 | 08/09/23 | 1,000 | 4.2998 | 4,299.80 | | | |
| | 07/27/23 | 1,500 | 4.3180 | 6,477.00 | 08/09/23 | 2 | 4.2850 | 8.57 | | | |
| | 07/27/23 | 443 | 4.3181 | 1,912.92 | 08/09/23 | 48 | 4.2996 | 206.38 | | | |
| | 07/27/23 | 2,000 | 4.3068 | 8,613.60 | 08/17/23 | 1,000 | 1.3558 | 1,355.83 | | | |
| | 07/27/23 | 500 | 4.3180 | 2,159.00 | 08/17/23 | 2,000 | 1.3718 | 2,743.60 | | | |
| | 07/27/23 | 10 | 4.3181 | 43.18 | 08/18/23 | 1,000 | 1.4805 | 1,480.50 | | | |
| | 07/28/23 | 1,738 | 4.2300 | 7,351.74 | 08/21/23 | 1,000 | 1.3776 | 1,377.60 | | | |
| | 07/28/23 | 2,000 | 4.2595 | 8,519.00 | 08/21/23 | 1,000 | 1.4298 | 1,429.80 | | | |
| | 07/28/23 | 1,253 | 4.2299 | 5,300.06 | 08/23/23 | 1,000 | 1.4298 | 1,429.80 | | | |
| | 07/28/23 | 1,258 | 4.2294 | 5,320.59 | 08/28/23 | 1,000 | 1.3798 | 1,379.80 | | | |
| | 07/28/23 | 547 | 4.2250 | 2,311.08 | 08/30/23 | 1,000 | 1.4221 | 1,422.10 | | | |
| | 07/28/23 | 747 | 4.2250 | 3,156.08 | 09/08/23 | 1,000 | 1.4598 | 1,459.80 | | | |
| | 07/28/23 | 100 | 4.2250 | 422.50 | 09/26/23 | 741 | 1.4011 | 1,038.19 | | | |
| | 07/28/23 | 162 | 4.2299 | 685.24 | 09/26/23 | 259 | 1.4011 | 362.87 | | | |
| | 07/28/23 | 195 | 4.2300 | 824.85 | 09/29/23 | 1,000 | 1.3915 | 1,391.53 | | | |
| | 08/03/23 | 1,900 | 4.3300 | 8,227.00 | 10/03/23 | 1,000 | 1.3793 | 1,379.34 | | | |
| | 08/03/23 | 1,799 | 4.2100 | 7,573.79 | 10/09/23 | 811 | 1.0448 | 847.33 | | | |

FIFO/LIFO Losses
Class Period: 02/23/2023 - 08/09/2023

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| | 08/03/23 | 1,900 | 4.3099 | 8,188.81 | 10/09/23 | 700 | 1.1404 | 798.28 | | | |
| | 08/03/23 | 2,000 | 4.3050 | 8,610.00 | 10/09/23 | 609 | 1.1437 | 696.51 | | | |
| | 08/03/23 | 2,000 | 4.2693 | 8,538.60 | 10/09/23 | 598 | 1.1502 | 687.82 | | | |
| | 08/03/23 | 2,000 | 4.2650 | 8,530.00 | 10/09/23 | 1,000 | 1.1100 | 1,110.00 | | | |
| | 08/03/23 | 2,000 | 4.2650 | 8,530.00 | 10/09/23 | 590 | 1.3496 | 796.28 | | | |
| | 08/03/23 | 2,000 | 4.3399 | 8,679.80 | 10/09/23 | 512 | 1.3496 | 691.00 | | | |
| | 08/03/23 | 1,454 | 4.3600 | 6,339.44 | 10/09/23 | 577 | 1.3496 | 778.73 | | | |
| | 08/03/23 | 546 | 4.3600 | 2,380.56 | 10/09/23 | 500 | 1.3496 | 674.81 | | | |
| | 08/03/23 | 1,100 | 4.2600 | 4,686.00 | 10/09/23 | 1,000 | 1.3496 | 1,349.62 | | | |
| | 08/03/23 | 700 | 4.2599 | 2,981.93 | 10/09/23 | 1,000 | 1.3496 | 1,349.62 | | | |
| | 08/03/23 | 900 | 4.2600 | 3,834.00 | 10/09/23 | 447 | 1.3496 | 603.28 | | | |
| | 08/03/23 | 900 | 4.2600 | 3,834.00 | 10/09/23 | 1,000 | 1.3496 | 1,349.62 | | | |
| | 08/03/23 | 400 | 4.2650 | 1,706.00 | 10/09/23 | 408 | 1.3496 | 550.64 | | | |
| | 08/03/23 | 100 | 4.3050 | 430.50 | 10/09/23 | 400 | 1.3496 | 539.85 | | | |
| | 08/03/23 | 201 | 4.2099 | 846.19 | 10/09/23 | 800 | 1.3496 | 1,079.70 | | | |
| | 08/03/23 | 2,000 | 4.3000 | 8,600.00 | 10/09/23 | 300 | 1.3496 | 404.89 | | | |
| | 08/03/23 | 100 | 4.3300 | 433.00 | 10/09/23 | 249 | 1.3496 | 336.06 | | | |
| | 08/04/23 | 1,190 | 4.3400 | 5,164.60 | 10/09/23 | 202 | 1.3496 | 272.62 | | | |
| | 08/04/23 | 2,000 | 4.3400 | 8,680.00 | 10/09/23 | 200 | 1.3496 | 269.92 | | | |
| | 08/04/23 | 951 | 4.3499 | 4,136.75 | 10/09/23 | 189 | 1.3496 | 255.08 | | | |
| | 08/04/23 | 1,500 | 4.3350 | 6,502.50 | 10/09/23 | 179 | 1.3496 | 241.58 | | | |
| | 08/04/23 | 700 | 4.3600 | 3,052.00 | 10/09/23 | 100 | 1.3496 | 134.96 | | | |
| | 08/04/23 | 1,049 | 4.3450 | 4,557.91 | 10/09/23 | 100 | 1.3496 | 134.96 | | | |
| | 08/04/23 | 2,000 | 4.3200 | 8,640.00 | 10/09/23 | 100 | 1.3496 | 134.96 | | | |
| | 08/04/23 | 2,000 | 4.3493 | 8,698.60 | 10/09/23 | 100 | 1.3496 | 134.96 | | | |
| | 08/04/23 | 1,570 | 4.3300 | 6,798.10 | 10/09/23 | 100 | 1.3496 | 134.96 | | | |
| | 08/04/23 | 1,230 | 4.3400 | 5,338.20 | 10/09/23 | 100 | 1.3496 | 134.96 | | | |
| | 08/04/23 | 420 | 4.3299 | 1,818.56 | 10/09/23 | 100 | 1.3496 | 134.96 | | | |
| | 08/04/23 | 110 | 4.3400 | 477.40 | 10/09/23 | 100 | 1.3496 | 134.96 | | | |
| | 08/04/23 | 270 | 4.3350 | 1,170.45 | 10/09/23 | 100 | 1.3496 | 134.96 | | | |
| | 08/04/23 | 400 | 4.3399 | 1,735.96 | 10/09/23 | 200 | 1.3496 | 269.92 | | | |
| | 08/04/23 | 500 | 4.3350 | 2,167.50 | 10/09/23 | 48 | 1.3496 | 64.78 | | | |
| | 08/04/23 | 10 | 4.3250 | 43.25 | 10/09/23 | 23 | 1.3496 | 31.04 | | | |
| | 08/04/23 | 100 | 4.3390 | 433.90 | 10/09/23 | 2 | 1.3496 | 2.70 | | | |
| | 08/04/23 | 577 | 4.4000 | 2,538.80 | 10/09/23 | 2,000 | 1.3496 | 2,699.24 | | | |
| | 08/04/23 | 100 | 4.5351 | 453.51 | 10/09/23 | 2,000 | 1.3496 | 2,699.24 | | | |
| | 08/04/23 | 48 | 4.5354 | 217.70 | 10/09/23 | 2,000 | 1.3496 | 2,699.24 | | | |
| | 08/04/23 | 23 | 4.3952 | 101.09 | 10/09/23 | 1,900 | 1.3496 | 2,564.28 | | | |
| | 08/04/23 | 2 | 4.5500 | 9.10 | 10/09/23 | 1,900 | 1.3496 | 2,564.28 | | | |
| | 08/04/23 | 900 | 4.5300 | 4,077.00 | 10/09/23 | 1,900 | 1.3496 | 2,564.28 | | | |
| | 08/04/23 | 2,350 | 4.4050 | 10,351.75 | 10/09/23 | 2,000 | 1.3496 | 2,699.24 | | | |
| | 08/07/23 | 1,600 | 4.3299 | 6,927.84 | 10/09/23 | 1,821 | 1.3496 | 2,457.66 | | | |
| | 08/07/23 | 690 | 4.2999 | 2,966.93 | 10/09/23 | 2,000 | 1.3496 | 2,699.24 | | | |
| | 08/07/23 | 400 | 4.3300 | 1,732.00 | 10/09/23 | 2,000 | 1.3496 | 2,699.24 | | | |
| | 08/07/23 | 410 | 4.3000 | 1,763.00 | 10/09/23 | 1,592 | 1.3496 | 2,148.59 | | | |
| | 08/07/23 | 400 | 4.2950 | 1,718.00 | 10/09/23 | 1,488 | 1.3496 | 2,008.23 | | | |
| | 08/07/23 | 500 | 4.3050 | 2,152.50 | 10/09/23 | 1,453 | 1.3496 | 1,961.00 | | | |
| | 08/07/23 | 2,000 | 4.3200 | 8,640.00 | 10/09/23 | 1,600 | 1.3496 | 2,159.39 | | | |
| | 08/07/23 | 2,000 | 4.3077 | 8,615.40 | 10/09/23 | 1,410 | 1.3496 | 1,902.96 | | | |
| | 08/07/23 | 1,000 | 4.3250 | 4,325.00 | 10/09/23 | 1,391 | 1.3496 | 1,877.32 | | | |

FIFO/LIFO Losses
Class Period: 02/23/2023 - 08/09/2023

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| | 08/07/23 | 1,000 | 4.3250 | 4,325.00 | *10/09/23* | *1,200* | *1.3496* | *1,619.54* | | | |
| | 08/08/23 | 1,000 | 4.2800 | 4,280.00 | *10/09/23* | *1,351* | *1.3496* | *1,823.34* | | | |
| | 08/08/23 | 1,000 | 4.2395 | 4,239.50 | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | 08/08/23 | 1,000 | 4.2300 | 4,230.00 | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | 08/08/23 | 1,000 | 4.2400 | 4,240.00 | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | 08/09/23 | 1,000 | 4.4299 | 4,429.90 | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | 08/09/23 | 400 | 4.4700 | 1,788.00 | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | 08/09/23 | 300 | 4.4600 | 1,338.00 | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | 08/09/23 | 1,600 | 4.4600 | 7,136.00 | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | 08/09/23 | 1,351 | 4.4600 | 6,025.46 | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | 08/09/23 | 249 | 4.4599 | 1,110.52 | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | 08/09/23 | 100 | 4.4599 | 445.99 | *10/09/23* | *900* | *1.3496* | *1,214.66* | | | |
| | 08/09/23 | 2 | 4.4299 | 8.86 | *10/09/23* | *900* | *1.3496* | *1,214.66* | | | |
| | 08/09/23 | 48 | 4.4299 | 212.64 | *10/09/23* | *900* | *1.3496* | *1,214.66* | | | |
| | 08/09/23 | 950 | 4.4299 | 4,208.41 | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | | | | | *10/09/23* | *1,000* | *1.3496* | *1,349.62* | | | |
| | | | | | *10/09/23* | *950* | *1.3496* | *1,282.14* | | | |
| | | | | | *10/09/23* | *900* | *1.3496* | *1,214.66* | | | |
| | | | | | *10/09/23* | *800* | *1.3496* | *1,079.70* | | | |
| | | | | | *10/09/23* | *800* | *1.3496* | *1,079.70* | | | |
| | | | | | *10/09/23* | *2,350* | *1.3496* | *3,171.60* | | | |
| | | | | | *10/09/23* | *2,000* | *1.3496* | *2,699.24* | | | |
| | | | | | *10/09/23* | *2,000* | *1.3496* | *2,699.24* | | | |
| | | | | | *10/09/23* | *2,000* | *1.3496* | *2,699.24* | | | |
| | | | | | *10/09/23* | *2,000* | *1.3496* | *2,699.24* | | | |
| **TODD FREGA Totals** | | 346,500 | | $1,518,967.67 | | 346,500 | | $1,243,054.80 | | | ($275,912.87) |

Shares sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale