# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE ORIGIN MATERIALS, INC.
SECURITIES LITIGATION

This Document Relates To:

ALL ACTIONS.

Case No. 2:23-cv-01816-WBS-JDP

CLASS ACTION

**(PROPOSED) ORDER APPOINTING TODD FREGA AS LEAD PLAINTIFF AND APPROVING HIS CHOICE OF COUNSEL**

Judge:     William B. Shubb
Date:      December 11, 2023
Time       1:30 P.M.
Crtrm:     5

(PROPOSED) ORDER APPOINTING TODD FREGA AS LEAD PLAINTIFF AND
APPROVING HIS CHOICE OF COUNSEL

**Upon Good cause shown, IT IS HEREBY ORDERED THAT:**

I.      The Motion of Todd Frega ("Frega") For Appointment as Lead Plaintiff and Approval of Lead Counsel is granted.

II.     Frega is hereby appointed as Lead Plaintiff for the proposed class pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

III.    Bernstein Liebhard LLP is hereby appointed as Lead Counsel and Bragar Eagel & Squire, P.C. is hereby appointed as Liaison Counsel for the proposed class.

DATED this _____ day of _____, 2023.

_____
William B. Shubb, U.S.D.J.

(PROPOSED) ORDER APPOINTING TODD FREGA AS LEAD PLAINTIFF AND APPROVING HIS CHOICE OF COUNSEL

1