POMERANTZ LLP
Ari Y. Basser (SBN 272618)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
abasser@pomlaw.com

*Attorney for Steven Park*

*(additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Master File No.  2:23-cv-01816 WBS JDP <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF MOTION AND MOTION OF STEVEN PARK FOR APPPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL |
| This Document Relates To: <br><br>     ALL ACTIONS. | DATE:     December 11, 2023 <br> TIME:     1:30 P.M. <br> JUDGE:   Hon. William B. Shubb <br> CTRM:    5, 14th Floor |

NOTICE OF MOTION AND MOTION OF STEVEN PARK FOR APPPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF COUNSEL - Master File No.  2:23-cv-01816 WBS JDP

**NOTICE OF MOTION AND MOTION**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Steven Park ("Park") by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, on December 11, 2023 at 1:30 P.M., for the entry of an Order filed contemporaneously with this motion: (1) appointing Park as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired Origin Materials, Inc. securities between February 23, 2023 and August 9, 2023, both dates inclusive (the "Class"); and (2) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Park submits a Memorandum of Points and Authorities, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated: October 24, 2023

POMERANTZ LLP

_/s/ Ari Y. Basser_
Ari Y. Basser (SBN 272618)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
abasser@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
(_pro hac vice_ application forthcoming)
J. Alexander Hood II
(_pro hac vice_ application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

_Counsel for Steven Park and Proposed_
_Lead Counsel for the Class_

NOTICE OF MOTION AND MOTION OF STEVEN PARK FOR APPPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL - Master File No.  2:23-cv-01816 WBS JDP

1