POMERANTZ LLP
Ari Y. Basser (SBN 272618)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
abasser@pomlaw.com

*Attorney for Steven Park*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Master File No. 2:23-cv-01816 WBS JDP |
| | CLASS ACTION |
| | DECLARATION OF ARI Y. BASSER IN SUPPORT OF STEVEN PARK FOR APPPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL |
| This Document Relates To: | |
| ALL ACTIONS. | DATE:        December 11, 2023 TIME:         1:30 P.M. JUDGE:      Hon. William B. Shubb CTRM:       5, 14th Floor |

DECLARATION OF ARI Y. BASSER IN SUPPORT OF STEVEN PARK FOR APPPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL - Master File No. 2:23-cv-01816 WBS JDP

I, Ari Y. Basser, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Steven Park ("Park"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Park's motion for appointment as Lead Plaintiff for the Class in the above-captioned consolidated action and approval of Park's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Park's financial interest in this litigation;

Exhibit B:    Press release published via *Globe Newswire* on August 25, 2023, announcing the pendency of the action *Soto v. Origin Materials, Inc. et al*, No. 2:23-cv-01816 (E.D. Cal.);

Exhibit C:    Shareholder Certification executed by Park;

Exhibit D:    Declaration executed by Park; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 24, 2023.

*Ari Y. Basser*
Ari Y. Basser

DECLARATION OF ARI Y. BASSER IN SUPPORT OF STEVEN PARK FOR APPPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL - Master File No. 2:23-cv-01816 WBS JDP

1