# EXHIBIT A

**Origin Materials, Inc. (ORGN)**
**Class Period: February 23, 2023 to August 9, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 75-Days* Mean Price $1.2939 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Steven Park | 3/1/2023 | 105 | $4.6850 | ($492) | | | | | | | |
| Steven Park | 3/1/2023 | 1,695 | $4.6899 | ($7,949) | | | | | | | |
| Steven Park | 3/1/2023 | 3,200 | $4.6800 | ($14,976) | | | | | | | |
| Steven Park | 3/7/2023 | 184 | $4.4400 | ($817) | | | | | | | |
| Steven Park | 3/7/2023 | 4,516 | $4.4396 | ($20,049) | | | | | | | |
| Steven Park | 3/7/2023 | 300 | $4.4350 | ($1,331) | | | | | | | |
| Steven Park | 7/6/2023 | 10,000 | $3.7500 | ($37,500) | | | | | | | |
| **Steven Park** | | **20,000** | | **($83,114)** | | **0** | | **$0** | **20,000** | **$25,878** | **($57,236)** |

*Avg Closing Prices from August 10, 2023 to October 23, 2023