```
 1  BORIS FELDMAN, State Bar No. 128838
    boris.feldman@freshfields.com
 2  DORU GAVRIL, State Bar No. 282309
    doru.gavril@freshfields.com
 3  CARL HUDSON, State Bar No. 317201
    carl.hudson@freshfields.com
 4  FRESHFIELDS BRUCKHAUS DERINGER US LLP
    855 Main Street
 5  Redwood City, CA 94063
    Telephone: (650) 618-9250
 6

 7  Attorneys for Defendants Origin Materials, Inc.,
    Richard J. Riley, John Bissell, and Nate S. Whaley
 8
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION _____ This Document Relates To: ALL ACTIONS. | Case No. 2:23-cv-01816-WBS-JDP  **STIPULATION REGARDING RESPONSE TO COMPLAINT** |

STIPULATION REGARDING RESPONSE TO COMPLAINT

1      WHEREAS, on August 25, 2023, plaintiff Antonio F. Soto ("Mr.
2 Soto") filed a putative securities class action complaint (the
3 "Soto Complaint") against defendants Origin Materials, Inc.,
4 Richard J. Riley, John Bissell, and Nate S. Whaley ("Defendants")
5 (ECF No. 1 for Case No. 2:23-cv-01816-WBS-JDP (the "Soto Action");
6      WHEREAS, on October 4, 2023, plaintiff Stephen Jones ("Mr.
7 Jones") filed a putative securities class action complaint (the
8 "Jones Complaint") against defendants Origin Materials, Inc.,
9 Richard J. Riley, John Bissell, and Nate S. Whaley ("Defendants")
10 (ECF No. 1 for Case No. 2:23-cv-02202-DJC-JDP (the "Jones
11 Action"));
12      WHEREAS, on October 19, 2023, this Court consolidated the Soto
13 and Jones Actions into *In re Origin Materials, Inc. Sec. Litig.*,
14 Master File No. 2:23-cv-01816-WBS-JDP (E.D. Cal.) (ECF No. 12);
15      WHEREAS, the Soto and Jones Complaints assert federal
16 securities claims arising under the Securities Exchange Act of
17 1934, which is governed by the Private Securities Litigation Reform
18 Act of 1995 (the "PSLRA"), 15 U.S.C § 78u-4;
19      WHEREAS, the PSLRA provides a procedure for the appointment by
20 the Court of a lead plaintiff and lead counsel following public
21 notice of the Complaints, 15 U.S.C. § 78u-4(a)(3), for which
22 opening briefs were filed on October 24, 2023, and for which a
23 hearing is set on December 11, 2023;
24      WHEREAS, Defendants anticipate that the lead plaintiff
25 appointed by the Court will file or designate a consolidated
26 complaint, making it unnecessary for Defendants to respond to the
27 Soto and Jones Complaints;
28

1
STIPULATION REGARDING RESPONSE TO COMPLAINT

WHEREAS, to conserve their resources and the Court's resources before the appointment of lead plaintiff and lead counsel, Mr. Jones, Mr. Soto, and Defendants (collectively, the "Parties") have agreed that Defendants need not respond to the Soto and Jones Complaints; and

WHEREAS, no party has previously requested or received time for an extension to respond to the Soto and Jones Complaints;

IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, and respectfully submitted for the Court's approval, as follows:

1. Defendants are not required to answer, move, or otherwise respond to the Soto or Jones Complaints, and do not waive any rights, arguments, or defenses by failing to answer, move, or otherwise respond to them.
2. Following appointment of Lead Plaintiff, Defendants will confer with Lead Plaintiff's counsel to propose a schedule for filing of a consolidated amended complaint and a briefing schedule on a motion to dismiss.
3. Pursuant to the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary," 15 U.S.C. § 78u-4(b)(3)(B). The Parties respectfully request that the Court vacate the related deadlines (ECF No. 3):
    1. November 27, 2023: Last day to: meet and confer re: discovery plan.
    2. December 4, 2023: Last day to file Joint Status Report.

```
 1
 2
 3  Dated: October 30, 2023        FRESHFIELDS BRUCKHAUS DERINGER US LLP
 4                                 /s/ Boris Feldman
                                   BORIS FELDMAN
 5                                 DORU GAVRIL
                                   CARL HUDSON
 6                                 855 Main Street
                                   Redwood City, CA 94063
 7                                 Telephone: 650/618-9250
                                   boris.feldman@freshfields.com
 8                                 doru.gavril@freshfields.com
                                   carl.hudson&freshfields.com
 9
10                                 Attorneys for Defendants Origin
                                   Materials, Inc.,
11                                 Richard J. Riley, John Bissell, and
                                   Nate S. Whaley
12
13                                 BLOCK & LEVITON LLP
14  Dated: October 30, 2023        /s/ Jacob A. Walker
                                    (as authorized on 10/30/2023)
15                                 Jacob A. Walker (SBN 271217)
                                   BLOCK & LEVITON LLP
16                                 400 Concar Drive
                                   San Mateo, CA 94402
17                                 (650) 781-0025 phone
                                   jake@blockleviton.com
18
19                                 Attorneys for Plaintiff Antonio F.
                                   Soto
20
21
22
23
24
25
26
27
28
                                        3
    STIPULATION REGARDING RESPONSE TO COMPLAINT
```

```
                                    POMERANTZ LLP

Dated: October 30, 2023      /s/ Ari Y. Basser
                                  (as authorized on 10/30/2023)
                             Ari Y. Basser (SBN 272618)
                             1100 Glendon Avenue, 15th Floor
                             Los Angeles, California 90024
                             Telephone: (310) 405-7190
                             abasser@pomlaw.com
                             POMERANTZ LLP
                             Jeremy A. Lieberman
                             (pro hac vice application forthcoming)
                             J. Alexander Hood II
                             (pro hac vice application forthcoming)
                             600 Third Avenue
                             New York, New York 10016
                             Telephone: (212) 661-1100
                             Facsimile: (917) 463-1044
                             jalieberman@pomlaw.com
                             ahood@pomlaw.com

                             Attorneys for Plaintiff Stephen Jones
```

4
STIPULATION REGARDING RESPONSE TO COMPLAINT

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED:

1. Defendants are not required to answer, move, or otherwise respond to the Soto or Jones Complaints, and do not waive any rights, arguments, or defenses by failing to answer, move, or otherwise respond to them.
2. Following appointment of Lead Plaintiff, Defendants will confer with Lead Plaintiff's counsel to propose a schedule for filing of a consolidated amended complaint and a briefing schedule on a motion to dismiss.
3. Pursuant to the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary," 15 U.S.C. § 78u-4(b)(3)(B).
4. The November 27, 2023 date to meet and confer re discovery plan is vacated.
5. **February 26, 2024**: Last day to file Joint Status Report.
6. The Scheduling Conference currently set for 12/18/2023 is continued to **March 11, 2024 at 1:30 p.m.**

Dated:   October 31, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5
STIPULATION REGARDING RESPONSE TO COMPLAINT