

# United States District Court
# Eastern District of California

| Antonio F. Soto, et al. | | Case Number: | 2:23-cv-01816-WBS-JDP |
|---|---|---|---|

Plaintiff(s)

V.

| Origin Materials, Inc., et al. |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Jeremy A. Lieberman** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Lead Plaintiff Movant Steven Park

On **09/17/2003** (date), I was admitted to practice and presently in good standing in the Supreme Court, State of New York, Second Department (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Jones v. Origin Materials, Inc. et al., Case No. 2:23-cv-02202-WBS-JDP (closed) - application submitted on 10/6/2023, application granted on 10/11/2023

Date: 11/01/2023      Signature of Applicant: /s/ Jeremy A. Lieberman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeremy A. Lieberman |
| Law Firm Name: | Pomerantz LLP |
| Address: | 600 Third Avenue, 20th Floor |
| City: | New York    State: NY    Zip: 10016 |
| Phone Number w/Area Code: | (212) 661-1100 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | jalieberman@pomlaw.com |
| Secondary E-mail Address: | jalieberman@pomlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ari Y. Basser |
| Law Firm Name: | Pomerantz LLP |
| Address: | 1100 Glendon Avenue, 15th Floor |
| City: | Los Angeles    State: CA    Zip: 90024 |
| Phone Number w/Area Code: | (310) 405-7190 |
| Bar #: | SBN 272618 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 1, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE