**EXHIBIT D**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIO EPELBAUM, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> DYNAGAS LNG PARTNERS LP, DYNAGAS GP, LLC, DYNAGAS HOLDING LTD., TONY LAURITZEN, MICHAEL GREGOS and GEORGE J. PROKOPIOU, <br><br> Defendants. | Civil Action No.: 1:19-cv-04512 <br><br> Hon. Alison J. Nathan |

**FIRST NEW YORK GROUP'S RESPONSE IN FURTHER SUPPORT OF ITS
UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

The First New York Group[1] respectfully submits this response in further support of its unopposed motion for appointment as Lead Plaintiff and approval of its selection of Lead Counsel. (ECF No. 27, the "Motion").

1.      On July 16, 2019, the First New York Group filed its Motion, a proposed order, a memorandum of law and two supporting declarations.  (ECF Nos. 27-31).

2.      On the same day, two competing motions for appointment as Lead Plaintiff were filed.  (ECF Nos. 24, 33).

3.      On July 30, 2019, both competing movants withdrew their applications (ECF Nos. 36, 37), recognizing they did not have the largest financial interest in the relief sought by the Class.

4.      Because the First New York Group is now the only applicant for appointment as Lead Plaintiff, and because its Motion is unopposed, and for the reasons stated in its opening

---

[1] The First New York Group is composed of Plaintiff Mario Epelbaum, FNY Partners Fund LP and Scott Dunlop. Capitalized terms herein not otherwise defined have the meanings assigned to them in the First New York Group's opening memorandum of law.  (ECF No. 29).

memorandum (ECF No. 29), the First New York Group respectfully submits that the Court should:

(i) appoint the First New York Group as Lead Plaintiff; (ii) approve its selection of Entwistle &

Cappucci LLP as Lead Counsel; (iii) consolidate all subsequently filed, transferred or removed

actions that are related to the claims asserted in this Action; and (iv) direct that all future pleadings

and papers filed in the Action bear the caption: "*In re Dynagas LNG Partners LP Securities*

*Litigation*."

5.      For the Court's convenience, a copy of the First New York Group's proposed order

(ECF No. 28) is attached hereto as Exhibit 1.


DATED:  July 30, 2019                    Respectfully submitted,

                                         */s/ Andrew J. Entwistle*
                                         Andrew J. Entwistle
                                         Robert N. Cappucci
                                         Brendan J. Brodeur
                                         Sean M. Riegert
                                         **ENTWISTLE & CAPPUCCI LLP**
                                         299 Park Avenue, 20th Floor
                                         New York, New York 10171
                                         Telephone:  (212) 894-7200

                                         *Counsel for Plaintiff Mario Epelbaum, FNY Partners*
                                         *Fund LP and Scott Dunlop and Proposed Lead*
                                         *Counsel for the Class*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARIO EPELBAUM, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>DYNAGAS LNG PARTNERS LP, DYNAGAS GP, LLC, DYNAGAS HOLDING LTD., TONY LAURITZEN, MICHAEL GREGOS and GEORGE J. PROKOPIOU,<br><br>          Defendants. | Civil Action No.: 1:19-cv-04512<br><br>Hon. Alison J. Nathan |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8.12.2019___

## [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

Having considered the motion of Plaintiff Mario Epelbaum, FNY Partners Fund LP and Scott Dunlop (collectively, the "First New York Group") for appointment as Lead Plaintiff, approval of selection of Lead Counsel for the Class and for consolidation of all related actions,

**IT IS HEREBY ORDERED THAT**:

1.     The First New York Group's motion is **GRANTED**.

2.     The First New York Group is **APPOINTED** to serve as Lead Plaintiff in the above-captioned action ("Action") and all related actions consolidated pursuant to paragraph 4 of this Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3.     The First New York Group's selection of Lead Counsel is **APPROVED**, and Entwistle & Cappucci LLP is **APPOINTED** as Lead Counsel for the Class.

4.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently

filed, removed or transferred actions that are related to the claims asserted in the above-captioned

Action are **CONSOLIDATED** for all purposes.

5.      This Action shall be captioned "*In re Dynagas LNG Partners LP Securities*

*Litigation*," and the file shall be maintained under Civ. A. No. 1:19-cv-04512.


**IT IS SO ORDERED**.

Dated: _Avgust 8ᵗʰ_, 2019

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE