# EXHIBIT H





### Shawn Fischman  2nd

General Counsel & Chief Compliance Officer at First New York

First New York

New York, New York, United States · Contact info

297 connections

Connect    Message    More

---

## Activity

301 followers

Shawn Fischman commented on a post • 6mo

Congrats!

Show all comments →

---

## Experience

**First New York**
9 yrs 4 mos
New York, NY

● **General Counsel & Chief Compliance Officer**
Jun 2018 - Present   5 yrs 6 mos

● **Associate General Counsel at First New York**
Aug 2014 - Present   9 yrs 4 mos

**Markets Compliance**
Deutsche Bank
Oct 2012 - Jun 2014   1 yr 9 mos

**Corporate Counsel**
Net Element, Inc.
Jan 2011 - Sep 2012   1 yr 9 mos

**Legal and Regulatory Compliance**
Goldman Sachs
May 2010 - Jan 2011   9 mos

**Corporate Associate**
Dewey & LeBoeuf LLP
Feb 2007 - Mar 2010   3 yrs 2 mos

Show all 7 experiences →





**Michael Pace**  3rd
Event Driven Portfolio Manager at FNY Capital

( View profile )

**Philip Brazil**  3rd
Vice President of Development at Center for Initiatives in Jewish Education (CIJE)

( View profile )

Show more ⌄

**People you may know**
From Shawn's industry

**Michele Roman**
Legal Assistant at Dorilton Capital

( 👤+ Connect )

**Lisa Blank**
Global Head of Employee Relations at BNY Mellon

( 👤+ Connect )

**Antoinette Kratenstein**
Paralegal at Labaton Sucharow

( 👤+ Connect )

**Daniel Workman**
Cybersecurity Analyst at UBS

( 👤+ Connect )

**Christine Lamberto**
--

( 👤+ Connect )

Show more ⌄

**You might like**
Pages for you

**U.S. Department of Justice**
Law Enforcement
216,846 followers

4 connections follow this page

( + Follow )

**Reuters Legal**
Media Production
28,214 followers

5 connections follow this page

( + Follow )

Show more ⌄