**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore (SBN #228474)
passmore@bespc.com
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 214-0506(fax)

*Local Counsel for Todd Frega and*
*Proposed Liaison Counsel for the*
*Proposed Class*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORIGIN MATERIALS, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 2:23-cv-01816-WBS-JDP<br><br>CLASS ACTION<br><br>**DECLARATION OF MARION C. PASSMORE IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF TODD FREGA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS CHOICE OF LEAD COUNSEL AND IN OPPOSITION TO ALL COMPETING MOTIONS**<br><br>Judge:    William B. Shubb<br>Date:     December 11, 2023<br>Time     1:30 P.M.<br>Crtrm:    5 |

DECLARATION OF MARION C. PASSMORE IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF TODD FREGA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS CHOICE OF LEAD COUNSEL AND IN OPPOSITION TO ALL COMPETING MOTIONS-Case No. 2:23-cv-01816-WBS-JDP

I, MARION C. PASSMORE, hereby declare under penalties of perjury that:

1.   I am a Partner with Bragar Eagel & Squire, P.C., proposed liaison counsel in this action.

2.   Attached hereto are true and correct copies of the following documents:

Exhibit A: *Hurst v. Enphase Energy, Inc.*, No. 20-cv-04036-BLF, (N.D. Cal. Aug. 17, 2020), Dkt. No. 18-2.

Exhibit B: *Reinschmidt v. Zillow*, No. 2:12-cv-02084-RSM (W.D. Wash. Apr. 24, 2013), Dkt. 48.

Exhibit C: *In re Alta Mesa Res., Inc. Sec. Litig.*, No. 4:19-cv-00957 (S.D. Tex. Jan. 24, 2022), Dkt. 241.

Dated: November 17, 2023     */s/ Marion C. Passmore*
                             Marion C. Passmore

DECLARATION OF MARION C. PASSMORE IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF TODD FREGA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS CHOICE OF LEAD COUNSEL AND IN OPPOSITION TO ALL COMPETING MOTIONS-Case No. 2:23-cv-01816-WBS-JDP

**PROOF OF SERVICE**

I HEREBY CERTIFY that, on November 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2023.

*/s/ Marion C. Passmore*
Marion C. Passmore
