# EXHIBIT A

Enphase Energy, Inc. (ENPH)
Class Period Begins: 02/26/2019
Class Period Ends: 06/17/2020
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares | Price | | Amount | Sales Date | Shares | Price | | Amount | | Total Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Renuka Indukuri | 3/18/2020 | 1,000 | $ 22.80 | $ | (22,800.00) | 3/18/2020 | (1,000) | $ 24.30 | $ | 24,299.34 | $ | 1,499.34 |
| Renuka Indukuri | 4/14/2020 | 300 | $ 40.50 | $ | (12,150.00) | 4/14/2020 | (300) | $ 40.65 | $ | 12,194.70 | $ | 44.70 |
| Renuka Indukuri | 4/15/2020 | 300 | $ 39.08 | $ | (11,724.00) | 4/15/2020 | (20) | $ 39.05 | $ | 780.98 | $ | (10,943.02) |
| Renuka Indukuri | | | | | | 4/15/2020 | (280) | $ 39.03 | $ | 10,928.16 | $ | 10,928.16 |
| Renuka Indukuri | 5/27/2020 | 500 | $ 53.24 | $ | (26,620.00) | 5/27/2020 | (800) | $ 54.93 | $ | 43,942.94 | $ | 17,322.94 |
| Renuka Indukuri | 5/27/2020 | 500 | $ 53.30 | $ | (26,650.00) | 5/27/2020 | (100) | $ 54.92 | $ | 5,491.56 | $ | (21,158.44) |
| Renuka Indukuri | | | | | | 5/27/2020 | (100) | $ 54.91 | $ | 5,490.87 | $ | 5,490.87 |
| Renuka Indukuri | 6/8/2020 | 500 | $ 53.28 | $ | (26,640.00) | | | | | | $ | (26,640.00) |
| Renuka Indukuri | 6/8/2020 | 500 | $ 53.32 | $ | (26,660.00) | | | | | | $ | (26,660.00) |
| Renuka Indukuri | 6/8/2020 | 500 | $ 52.78 | $ | (26,390.00) | | | | | | $ | (26,390.00) |
| Renuka Indukuri | 6/8/2020 | 500 | $ 52.45 | $ | (26,225.00) | | | | | | $ | (26,225.00) |
| Renuka Indukuri | 6/8/2020 | 500 | $ 52.22 | $ | (26,110.00) | | | | | | $ | (26,110.00) |
| Renuka Indukuri | 6/9/2020 | 500 | $ 51.64 | $ | (25,820.00) | | | | | | $ | (25,820.00) |
| Renuka Indukuri | 6/10/2020 | 500 | $ 49.19 | $ | (24,592.50) | | | | | | $ | (24,592.50) |
| Renuka Indukuri | 6/10/2020 | 500 | $ 48.82 | $ | (24,410.00) | | | | | | $ | (24,410.00) |
| Renuka Indukuri | 6/10/2020 | 500 | $ 48.64 | $ | (24,320.00) | | | | | | $ | (24,320.00) |
| Renuka Indukuri | 6/10/2020 | 500 | $ 47.94 | $ | (23,970.00) | | | | | | $ | (23,970.00) |
| Renuka Indukuri | 6/11/2020 | 202 | $ 48.58 | $ | (9,813.14) | | | | | | $ | (9,813.14) |
| Renuka Indukuri | 6/11/2020 | 500 | $ 48.10 | $ | (24,050.00) | | | | | | $ | (24,050.00) |
| Renuka Indukuri | 6/11/2020 | 298 | $ 48.09 | $ | (14,330.82) | | | | | | $ | (14,330.82) |
| Renuka Indukuri | 6/11/2020 | 500 | $ 47.57 | $ | (23,785.00) | | | | | | $ | (23,785.00) |
| Renuka Indukuri | 6/12/2020 | 500 | $ 47.18 | $ | (23,590.00) | 6/12/2020 | (1,000) | $ 48.72 | $ | 48,723.80 | $ | 25,133.80 |
| Renuka Indukuri | 6/12/2020 | 200 | $ 47.80 | $ | (9,560.00) | 6/12/2020 | (400) | $ 48.76 | $ | 19,503.52 | $ | 9,943.52 |
| Renuka Indukuri | | | | | | 6/15/2020 | (500) | $ 49.30 | $ | 24,649.40 | $ | 24,649.40 |
| Renuka Indukuri | | | | | | 6/15/2020 | (500) | $ 50.31 | $ | 25,154.38 | $ | 25,154.38 |
| Renuka Indukuri | | | | | | 6/15/2020 | (300) | $ 50.35 | $ | 15,104.64 | $ | 15,104.64 |
| Renuka Indukuri | | | | | | 6/15/2020 | (100) | $ 50.37 | $ | 5,037.38 | $ | 5,037.38 |
| Renuka Indukuri | | | | | | 6/15/2020 | (200) | $ 50.37 | $ | 10,073.80 | $ | 10,073.80 |
| Renuka Indukuri | | | | | | 6/15/2020 | (700) | $ 50.37 | $ | 35,258.14 | $ | 35,258.14 |
| Renuka Indukuri | | | | | | 6/16/2020 | (500) | $ 55.01 | $ | 27,504.33 | $ | 27,504.33 |
| Renuka Indukuri | 6/17/2020 | 1,000 | $ 48.76 | $ | (48,760.00) | 6/17/2020 | (7,000) | $ 40.04 | $ | 280,307.98 | $ | 231,547.98 |
| Renuka Indukuri | 6/17/2020 | 500 | $ 46.03 | $ | (23,015.00) | 6/17/2020 | (2,000) | $ 39.80 | $ | 79,598.01 | $ | 56,583.01 |
| Renuka Indukuri | 6/17/2020 | 500 | $ 46.16 | $ | (23,080.00) | | | | | | $ | (23,080.00) |
| Renuka Indukuri | 6/17/2020 | 500 | $ 44.41 | $ | (22,205.00) | | | | | | $ | (22,205.00) |
| Renuka Indukuri | 6/17/2020 | 500 | $ 44.13 | $ | (22,065.00) | | | | | | $ | (22,065.00) |

| Name | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|
| Renuka Indukuri | 6/17/2020 | 500 | $ 42.86 | $ (21,430.00) | | | | | $ (21,430.00) |
| Renuka Indukuri | 6/17/2020 | 500 | $ 42.24 | $ (21,120.00) | | | | | $ (21,120.00) |
| Renuka Indukuri | 6/17/2020 | 500 | $ 40.60 | $ (20,300.00) | | | | | $ (20,300.00) |
| Renuka Indukuri | 6/17/2020 | 500 | $ 40.60 | $ (20,300.00) | | | | | $ (20,300.00) |
| Renuka Indukuri | 6/17/2020 | 500 | $ 40.60 | $ (20,300.00) | | | | | $ (20,300.00) |
| Renuka Indukuri | 6/17/2020 | 500 | $ 40.44 | $ (20,220.00) | | | | | $ (20,220.00) |
| | | **15,800** | | $ **(723,005.46)** | | **(15,800)** | | $ **674,043.93** | $ **(48,961.53)** |
| | | | | | | | | | |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 100 | $ 34.41 | $ (3,440.50) | 3/12/2020 | (100) | $ 36.90 | $ 3,689.91 | $ 249.41 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 100 | $ 34.69 | $ (3,469.00) | 3/12/2020 | (100) | $ 36.89 | $ 3,688.91 | $ 219.91 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 100 | $ 34.69 | $ (3,469.00) | 3/12/2020 | (100) | $ 36.86 | $ 3,685.91 | $ 216.91 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 100 | $ 34.69 | $ (3,469.00) | 3/12/2020 | (300) | $ 36.78 | $ 11,033.75 | $ 7,564.75 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 100 | $ 34.67 | $ (3,467.43) | 3/12/2020 | (600) | $ 35.84 | $ 21,503.45 | $ 18,036.02 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 100 | $ 37.19 | $ (3,719.13) | 3/12/2020 | (1,400) | $ 35.83 | $ 50,160.86 | $ 46,441.73 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 500 | $ 36.24 | $ (18,121.30) | 3/12/2020 | (100) | $ 35.36 | $ 3,535.91 | $ (14,585.39) |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 500 | $ 36.14 | $ (18,070.00) | 3/12/2020 | (500) | $ 35.34 | $ 17,669.55 | $ (400.45) |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 500 | $ 36.00 | $ (18,000.00) | 3/12/2020 | (500) | $ 35.29 | $ 17,644.55 | $ (355.45) |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 500 | $ 36.24 | $ (18,117.50) | 3/12/2020 | (200) | $ 35.35 | $ 7,069.82 | $ (11,047.68) |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 1,300 | $ 35.72 | $ (46,435.61) | 3/12/2020 | (2,000) | $ 35.91 | $ 71,818.17 | $ 25,382.56 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 2,000 | $ 35.82 | $ (71,639.80) | 3/12/2020 | (100) | $ 35.24 | $ 3,524.41 | $ (68,115.39) |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 1,000 | $ 35.72 | $ (35,720.00) | 3/12/2020 | (1,900) | $ 35.21 | $ 66,897.48 | $ 31,177.48 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 900 | $ 35.67 | $ (32,103.00) | 3/12/2020 | (50) | $ 35.34 | $ 1,766.95 | $ (30,336.05) |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 500 | $ 35.47 | $ (17,735.00) | 3/12/2020 | (850) | $ 35.26 | $ 29,970.24 | $ 12,235.24 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 500 | $ 35.50 | $ (17,750.00) | 3/12/2020 | (1,000) | $ 35.16 | $ 35,159.10 | $ 17,409.10 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 500 | $ 34.66 | $ (17,329.10) | 3/12/2020 | (1) | $ 34.51 | $ 34.51 | $ (17,294.59) |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 500 | $ 34.64 | $ (17,320.00) | 3/12/2020 | (845) | $ 34.50 | $ 29,151.76 | $ 11,831.76 |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 1,000 | $ 34.66 | $ (34,663.90) | 3/12/2020 | (154) | $ 34.44 | $ 5,303.62 | $ (29,360.28) |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 1,000 | $ 34.55 | $ (34,550.00) | 3/12/2020 | (100) | $ 34.41 | $ 3,441.41 | $ (31,108.59) |
| Renuka Indukuri & Harish Patchametla | 3/12/2020 | 1,000 | $ 34.50 | $ (34,500.00) | 3/12/2020 | (340) | $ 34.40 | $ 11,695.70 | $ (22,804.30) |
| Renuka Indukuri & Harish Patchametla | | | | | 3/12/2020 | (260) | $ 34.38 | $ 8,938.57 | $ 8,938.57 |
| Renuka Indukuri & Harish Patchametla | | | | | 3/12/2020 | (300) | $ 34.37 | $ 10,310.74 | $ 10,310.74 |
| Renuka Indukuri & Harish Patchametla | | | | | 3/12/2020 | (626) | $ 34.59 | $ 21,652.79 | $ 21,652.79 |
| Renuka Indukuri & Harish Patchametla | | | | | 3/12/2020 | (374) | $ 34.55 | $ 12,921.37 | $ 12,921.37 |
| Renuka Indukuri & Harish Patchametla | 3/13/2020 | 1,000 | $ 33.82 | $ (33,820.00) | 3/13/2020 | (1,827) | $ 33.70 | $ 61,568.50 | $ 27,748.50 |
| Renuka Indukuri & Harish Patchametla | 3/13/2020 | 1,000 | $ 33.82 | $ (33,820.00) | 3/13/2020 | (173) | $ 33.70 | $ 5,829.95 | $ (27,990.05) |
| Renuka Indukuri & Harish Patchametla | 3/13/2020 | 200 | $ 33.88 | $ (6,775.10) | 3/13/2020 | (100) | $ 33.76 | $ 3,375.92 | $ (3,399.18) |
| Renuka Indukuri & Harish Patchametla | | | | | 3/13/2020 | (100) | $ 33.80 | $ 3,379.92 | $ 3,379.92 |
| Renuka Indukuri & Harish Patchametla | 3/17/2020 | 500 | $ 26.53 | $ (13,263.15) | 3/17/2020 | (500) | $ 26.76 | $ 13,379.64 | $ 116.49 |
| Renuka Indukuri & Harish Patchametla | 3/17/2020 | 500 | $ 26.13 | $ (13,065.00) | 3/17/2020 | (500) | $ 26.80 | $ 13,399.65 | $ 334.65 |
| Renuka Indukuri & Harish Patchametla | 3/17/2020 | 500 | $ 26.13 | $ (13,065.00) | 3/17/2020 | (500) | $ 27.94 | $ 13,969.63 | $ 904.63 |
| Renuka Indukuri & Harish Patchametla | 3/17/2020 | 186 | $ 26.22 | $ (4,876.92) | 3/17/2020 | (500) | $ 28.47 | $ 14,234.63 | $ 9,357.71 |

| Name | Date | Qty | Price | Amount | Date | Qty | Price | Amount | Net |
|---|---|---|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | 3/17/2020 | 314 | $ 26.30 | $ (8,258.20) | 3/17/2020 | (1,497) | $ 28.42 | $ 42,543.62 | $ 34,285.42 |
| Renuka Indukuri & Harish Patchametla | 3/17/2020 | 900 | $ 28.35 | $ (25,515.00) | 3/17/2020 | (3) | $ 28.41 | $ 85.23 | $ (25,429.77) |
| Renuka Indukuri & Harish Patchametla | 3/17/2020 | 100 | $ 28.41 | $ (2,840.67) | | | | | $ (2,840.67) |
| Renuka Indukuri & Harish Patchametla | 3/17/2020 | 500 | $ 28.41 | $ (14,205.00) | | | | | $ (14,205.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 300 | $ 28.65 | $ (8,595.00) | 3/18/2020 | (2,000) | $ 24.67 | $ 49,338.87 | $ 40,743.87 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 300 | $ 28.53 | $ (8,558.07) | 3/18/2020 | (569) | $ 24.71 | $ 14,059.61 | $ 5,501.54 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 500 | $ 28.08 | $ (14,037.50) | 3/18/2020 | (2,000) | $ 24.70 | $ 49,398.68 | $ 35,361.18 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 500 | $ 27.96 | $ (13,980.00) | 3/18/2020 | (2,000) | $ 24.71 | $ 49,418.68 | $ 35,438.68 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 300 | $ 27.91 | $ (8,373.00) | 3/18/2020 | (437) | $ 24.97 | $ 10,911.61 | $ 2,538.61 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,000 | $ 27.14 | $ (27,140.00) | 3/18/2020 | (1,994) | $ 24.88 | $ 49,619.35 | $ 22,479.35 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 100 | $ 26.76 | $ (2,676.00) | 3/18/2020 | (8,000) | $ 23.61 | $ 188,875.68 | $ 186,199.68 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 100 | $ 26.74 | $ (2,674.00) | 3/18/2020 | (1,200) | $ 24.11 | $ 28,931.24 | $ 26,257.24 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 100 | $ 26.55 | $ (2,655.00) | 3/18/2020 | (1,100) | $ 24.10 | $ 26,509.30 | $ 23,854.30 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 100 | $ 26.55 | $ (2,655.00) | 3/18/2020 | (5,391) | $ 24.07 | $ 129,779.42 | $ 127,124.42 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,000 | $ 26.30 | $ (26,300.00) | 3/18/2020 | (300) | $ 24.07 | $ 7,220.81 | $ (19,079.19) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 100 | $ 26.30 | $ (2,630.00) | 3/18/2020 | (100) | $ 24.06 | $ 2,405.94 | $ (224.06) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 100 | $ 26.30 | $ (2,630.00) | 3/18/2020 | (200) | $ 24.05 | $ 4,810.07 | $ 2,180.07 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 100 | $ 26.30 | $ (2,630.00) | 3/18/2020 | (100) | $ 24.05 | $ 2,404.94 | $ (225.06) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 100 | $ 26.30 | $ (2,630.00) | 3/18/2020 | (200) | $ 24.04 | $ 4,807.87 | $ 2,177.87 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 300 | $ 26.30 | $ (7,890.00) | 3/18/2020 | (500) | $ 24.03 | $ 12,014.68 | $ 4,124.68 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 500 | $ 26.30 | $ (13,150.00) | 3/18/2020 | (100) | $ 23.54 | $ 2,353.94 | $ (10,796.06) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 500 | $ 26.24 | $ (13,120.00) | 3/18/2020 | (100) | $ 23.51 | $ 2,350.94 | $ (10,769.06) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 500 | $ 26.26 | $ (13,130.00) | 3/18/2020 | (800) | $ 23.50 | $ 18,799.50 | $ 5,669.50 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 500 | $ 26.14 | $ (13,070.00) | 3/18/2020 | (200) | $ 23.49 | $ 4,698.08 | $ (8,371.92) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,000 | $ 24.00 | $ (24,000.00) | 3/18/2020 | (6,300) | $ 23.49 | $ 147,984.24 | $ 123,984.24 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,000 | $ 23.99 | $ (23,990.00) | 3/18/2020 | (4,500) | $ 23.49 | $ 105,702.13 | $ 81,712.13 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 100 | $ 23.27 | $ (2,327.00) | 3/18/2020 | (6) | $ 23.08 | $ 138.48 | $ (2,188.52) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,900 | $ 23.27 | $ (44,212.81) | 3/18/2020 | (400) | $ 23.07 | $ 9,227.76 | $ (34,985.05) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 2,000 | $ 23.28 | $ (46,560.00) | 3/18/2020 | (3,594) | $ 23.06 | $ 82,875.38 | $ 36,315.38 |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 700 | $ 23.31 | $ (16,317.00) | | | | | $ (16,317.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,300 | $ 23.30 | $ (30,289.61) | | | | | $ (30,289.61) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 2,000 | $ 23.27 | $ (46,540.00) | | | | | $ (46,540.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 591 | $ 23.79 | $ (14,059.83) | | | | | $ (14,059.83) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 300 | $ 23.78 | $ (7,135.32) | | | | | $ (7,135.32) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 2,000 | $ 23.91 | $ (47,819.80) | | | | | $ (47,819.80) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 2,000 | $ 23.88 | $ (47,762.00) | | | | | $ (47,762.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 2,000 | $ 23.84 | $ (47,680.00) | | | | | $ (47,680.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 200 | $ 23.81 | $ (4,762.00) | | | | | $ (4,762.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 2,000 | $ 23.89 | $ (47,780.00) | | | | | $ (47,780.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 5,000 | $ 23.78 | $ (118,900.00) | | | | | $ (118,900.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 2,000 | $ 23.74 | $ (47,480.00) | | | | | $ (47,480.00) |

| Name | Date | Qty | Price | | Amount | Date | Qty | Price | | Amount | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 2,000 | $ 23.72 | $ | (47,440.00) | | | | | | $ | (47,440.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 2,000 | $ 23.69 | $ | (47,380.00) | | | | | | $ | (47,380.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,000 | $ 23.54 | $ | (23,540.00) | | | | | | $ | (23,540.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,000 | $ 23.83 | $ | (23,825.00) | | | | | | $ | (23,825.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,000 | $ 23.85 | $ | (23,850.00) | | | | | | $ | (23,850.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,000 | $ 23.83 | $ | (23,825.00) | | | | | | $ | (23,825.00) |
| Renuka Indukuri & Harish Patchametla | 3/18/2020 | 1,000 | $ 23.38 | $ | (23,380.00) | | | | | | $ | (23,380.00) |
| Renuka Indukuri & Harish Patchametla | 3/19/2020 | 2,000 | $ 21.77 | $ | (43,540.00) | 3/19/2020 | (75) | $ 22.32 | $ | 1,673.95 | $ | (41,866.05) |
| Renuka Indukuri & Harish Patchametla | | | | | | 3/19/2020 | (105) | $ 22.30 | $ | 2,341.44 | $ | 2,341.44 |
| Renuka Indukuri & Harish Patchametla | | | | | | 3/19/2020 | (1,820) | $ 22.27 | $ | 40,530.28 | $ | 40,530.28 |
| Renuka Indukuri & Harish Patchametla | 5/1/2020 | 968 | $ 42.73 | $ | (41,362.06) | 5/1/2020 | (100) | $ 42.83 | $ | 4,283.40 | $ | (37,078.66) |
| Renuka Indukuri & Harish Patchametla | 5/1/2020 | 12 | $ 42.73 | $ | (512.75) | 5/1/2020 | (413) | $ 42.83 | $ | 17,688.36 | $ | 17,175.61 |
| Renuka Indukuri & Harish Patchametla | 5/1/2020 | 20 | $ 42.73 | $ | (854.50) | 5/1/2020 | (2,487) | $ 42.83 | $ | 106,508.10 | $ | 105,653.60 |
| Renuka Indukuri & Harish Patchametla | 5/1/2020 | 1,000 | $ 42.73 | $ | (42,725.00) | | | | | | $ | (42,725.00) |
| Renuka Indukuri & Harish Patchametla | 5/1/2020 | 1,000 | $ 42.73 | $ | (42,729.90) | | | | | | $ | (42,729.90) |
| Renuka Indukuri & Harish Patchametla | 5/5/2020 | 500 | $ 44.87 | $ | (22,435.00) | 5/5/2020 | (1,000) | $ 44.79 | $ | 44,788.99 | $ | 22,353.99 |
| Renuka Indukuri & Harish Patchametla | 5/5/2020 | 500 | $ 44.86 | $ | (22,430.00) | 5/5/2020 | (200) | $ 44.48 | $ | 8,896.78 | $ | (13,533.22) |
| Renuka Indukuri & Harish Patchametla | 5/5/2020 | 300 | $ 44.81 | $ | (13,443.00) | 5/5/2020 | (200) | $ 44.48 | $ | 8,895.98 | $ | (4,547.02) |
| Renuka Indukuri & Harish Patchametla | 5/5/2020 | 172 | $ 44.76 | $ | (7,698.72) | 5/5/2020 | (800) | $ 44.48 | $ | 35,583.69 | $ | 27,884.97 |
| Renuka Indukuri & Harish Patchametla | 5/5/2020 | 300 | $ 44.80 | $ | (13,441.41) | 5/5/2020 | (174) | $ 44.46 | $ | 7,735.85 | $ | (5,705.56) |
| Renuka Indukuri & Harish Patchametla | 5/5/2020 | 2 | $ 44.78 | $ | (89.56) | 5/5/2020 | (274) | $ 43.96 | $ | 12,045.01 | $ | 11,955.45 |
| Renuka Indukuri & Harish Patchametla | 5/5/2020 | 300 | $ 44.87 | $ | (13,461.00) | 5/5/2020 | (326) | $ 43.96 | $ | 14,330.89 | $ | 869.89 |
| Renuka Indukuri & Harish Patchametla | 5/5/2020 | 300 | $ 44.72 | $ | (13,416.00) | | | | | | $ | (13,416.00) |
| Renuka Indukuri & Harish Patchametla | 5/5/2020 | 300 | $ 44.04 | $ | (13,212.00) | | | | | | $ | (13,212.00) |
| Renuka Indukuri & Harish Patchametla | 5/5/2020 | 300 | $ 44.01 | $ | (13,203.00) | | | | | | $ | (13,203.00) |
| Renuka Indukuri & Harish Patchametla | 5/6/2020 | 2,000 | $ 47.96 | $ | (95,920.00) | 5/6/2020 | (500) | $ 48.44 | $ | 24,219.41 | $ | (71,700.59) |
| Renuka Indukuri & Harish Patchametla | 5/6/2020 | 500 | $ 48.05 | $ | (24,025.00) | 5/6/2020 | (1,000) | $ 47.79 | $ | 47,788.82 | $ | 23,763.82 |
| Renuka Indukuri & Harish Patchametla | 5/6/2020 | 500 | $ 47.67 | $ | (23,835.00) | 5/6/2020 | (1,000) | $ 47.89 | $ | 47,888.82 | $ | 24,053.82 |
| Renuka Indukuri & Harish Patchametla | 5/6/2020 | 500 | $ 47.42 | $ | (23,710.00) | 5/6/2020 | (500) | $ 47.93 | $ | 23,964.41 | $ | 254.41 |
| Renuka Indukuri & Harish Patchametla | | | | | | 5/6/2020 | (500) | $ 48.01 | $ | 24,004.41 | $ | 24,004.41 |
| Renuka Indukuri & Harish Patchametla | 5/13/2020 | 1,000 | $ 56.30 | $ | (56,300.00) | 5/13/2020 | (210) | $ 56.37 | $ | 11,837.42 | $ | (44,462.58) |
| Renuka Indukuri & Harish Patchametla | 5/13/2020 | 500 | $ 56.31 | $ | (28,155.00) | 5/13/2020 | (693) | $ 56.36 | $ | 39,056.55 | $ | 10,901.55 |
| Renuka Indukuri & Harish Patchametla | 5/13/2020 | 500 | $ 56.08 | $ | (28,040.00) | 5/13/2020 | (97) | $ 56.35 | $ | 5,465.82 | $ | (22,574.18) |
| Renuka Indukuri & Harish Patchametla | 5/13/2020 | 500 | $ 56.05 | $ | (28,025.00) | 5/13/2020 | (500) | $ 56.79 | $ | 28,394.31 | $ | 369.31 |
| Renuka Indukuri & Harish Patchametla | 5/13/2020 | 500 | $ 56.66 | $ | (28,330.00) | 5/13/2020 | (500) | $ 56.83 | $ | 28,414.31 | $ | 84.31 |
| Renuka Indukuri & Harish Patchametla | 5/13/2020 | 500 | $ 56.42 | $ | (28,210.00) | 5/13/2020 | (300) | $ 56.09 | $ | 16,826.60 | $ | (11,383.40) |
| Renuka Indukuri & Harish Patchametla | 5/13/2020 | 2,000 | $ 56.91 | $ | (113,820.00) | 5/13/2020 | (200) | $ 56.08 | $ | 11,215.73 | $ | (102,604.27) |
| Renuka Indukuri & Harish Patchametla | 5/13/2020 | 500 | $ 57.13 | $ | (28,565.00) | 5/13/2020 | (200) | $ 56.10 | $ | 11,219.72 | $ | (17,345.28) |
| Renuka Indukuri & Harish Patchametla | 5/13/2020 | 500 | $ 57.13 | $ | (28,565.00) | 5/13/2020 | (446) | $ 56.09 | $ | 25,015.54 | $ | (3,549.46) |
| Renuka Indukuri & Harish Patchametla | | | | | | 5/13/2020 | (354) | $ 56.06 | $ | 19,844.76 | $ | 19,844.76 |
| Renuka Indukuri & Harish Patchametla | | | | | | 5/13/2020 | (2,000) | $ 56.95 | $ | 113,897.25 | $ | 113,897.25 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | | | | | | 5/13/2020 | (1,000) | $ 56.77 | $ 56,768.73 | $ 56,768.73 |
| Renuka Indukuri & Harish Patchametla | 5/14/2020 | 1,000 | $ 55.98 | $ | (55,980.00) | 5/14/2020 | (100) | $ 55.58 | $ 5,557.87 | $ (50,422.13) |
| Renuka Indukuri & Harish Patchametla | 5/14/2020 | 1,000 | $ 55.87 | $ | (55,870.00) | 5/14/2020 | (1,900) | $ 55.76 | $ 105,941.62 | $ 50,071.62 |
| Renuka Indukuri & Harish Patchametla | 6/9/2020 | 1,000 | $ 51.77 | $ | (51,770.00) | 6/9/2020 | (3,000) | $ 52.18 | $ 156,536.48 | $ 104,766.48 |
| Renuka Indukuri & Harish Patchametla | 6/9/2020 | 1,000 | $ 51.78 | $ | (51,780.00) | | | | | $ (51,780.00) |
| Renuka Indukuri & Harish Patchametla | 6/9/2020 | 500 | $ 51.72 | $ | (25,860.00) | | | | | $ (25,860.00) |
| Renuka Indukuri & Harish Patchametla | 6/9/2020 | 500 | $ 51.64 | $ | (25,820.00) | | | | | $ (25,820.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.80 | $ | (49,800.00) | 6/10/2020 | (5,000) | $ 49.59 | $ 247,944.42 | $ 198,144.42 |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.70 | $ | (49,700.00) | 6/10/2020 | (1,000) | $ 49.40 | $ 49,398.80 | $ (301.20) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.66 | $ | (49,657.60) | 6/10/2020 | (100) | $ 49.01 | $ 4,900.88 | $ (44,756.72) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 500 | $ 49.66 | $ | (24,830.00) | 6/10/2020 | (1,800) | $ 49.00 | $ 88,199.64 | $ 63,369.64 |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 500 | $ 49.37 | $ | (24,684.30) | 6/10/2020 | (5,100) | $ 49.00 | $ 249,894.38 | $ 225,210.08 |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 400 | $ 49.21 | $ | (19,683.32) | 6/10/2020 | (6,701) | $ 49.29 | $ 330,284.20 | $ 310,600.88 |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 100 | $ 49.21 | $ | (4,920.74) | 6/10/2020 | (799) | $ 49.28 | $ 39,377.76 | $ 34,457.02 |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 500 | $ 49.14 | $ | (24,570.00) | 6/10/2020 | (1,500) | $ 49.39 | $ 74,083.33 | $ 49,513.33 |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.25 | $ | (49,250.00) | 6/10/2020 | (498) | $ 49.39 | $ 24,595.63 | $ (24,654.37) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.29 | $ | (49,290.00) | 6/10/2020 | (700) | $ 49.38 | $ 34,565.16 | $ (14,724.84) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.27 | $ | (49,270.00) | 6/10/2020 | (684) | $ 49.37 | $ 33,768.25 | $ (15,501.75) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.22 | $ | (49,220.00) | 6/10/2020 | (750) | $ 49.36 | $ 37,019.09 | $ (12,200.91) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.14 | $ | (49,140.00) | 6/10/2020 | (5,868) | $ 49.35 | $ 289,578.71 | $ 240,438.71 |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.15 | $ | (49,149.90) | | | | | $ (49,149.90) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.07 | $ | (49,070.00) | | | | | $ (49,070.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.02 | $ | (49,015.00) | | | | | $ (49,015.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 2,000 | $ 49.49 | $ | (98,979.80) | | | | | $ (98,979.80) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,737 | $ 49.49 | $ | (85,964.13) | | | | | $ (85,964.13) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 263 | $ 49.47 | $ | (13,010.58) | | | | | $ (13,010.58) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.37 | $ | (49,370.00) | | | | | $ (49,370.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 1,000 | $ 49.32 | $ | (49,320.00) | | | | | $ (49,320.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 300 | $ 49.26 | $ | (14,777.40) | | | | | $ (14,777.40) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 200 | $ 49.26 | $ | (9,851.48) | | | | | $ (9,851.48) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 500 | $ 49.03 | $ | (24,515.00) | | | | | $ (24,515.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 500 | $ 49.03 | $ | (24,515.00) | | | | | $ (24,515.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 2,000 | $ 49.48 | $ | (98,960.00) | | | | | $ (98,960.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 2,000 | $ 49.48 | $ | (98,960.00) | | | | | $ (98,960.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 2,000 | $ 49.44 | $ | (98,880.00) | | | | | $ (98,880.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 2,000 | $ 49.44 | $ | (98,880.00) | | | | | $ (98,880.00) |
| Renuka Indukuri & Harish Patchametla | 6/10/2020 | 2,000 | $ 49.44 | $ | (98,880.00) | | | | | $ (98,880.00) |
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 500 | $ 45.50 | $ | (22,749.90) | 6/11/2020 | (1,000) | $ 47.84 | $ 47,843.82 | $ 25,093.92 |
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 50 | $ 45.30 | $ | (2,265.00) | 6/11/2020 | (1,000) | $ 47.94 | $ 47,938.82 | $ 45,673.82 |
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 18 | $ 45.79 | $ | (824.22) | 6/11/2020 | (1,000) | $ 47.98 | $ 47,978.82 | $ 47,154.60 |
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 196 | $ 45.50 | $ | (8,918.00) | 6/11/2020 | (1,000) | $ 47.98 | $ 47,978.82 | $ 39,060.82 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 1 | $ 46.05 | $ | (46.05) | 6/11/2020 | (200) | $ 48.19 | $ 9,637.77 | $ 9,591.72 |
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 1,000 | $ 46.25 | $ | (46,245.00) | 6/11/2020 | (696) | $ 48.18 | $ 33,532.46 | $ (12,712.54) |
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 1,000 | $ 47.01 | $ | (47,010.00) | 6/11/2020 | (100) | $ 48.30 | $ 4,829.88 | $ (42,180.12) |
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 1,000 | $ 47.20 | $ | (47,200.00) | 6/11/2020 | (100) | $ 48.28 | $ 4,827.88 | $ (42,372.12) |
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 131 | $ 47.26 | $ | (6,191.06) | 6/11/2020 | (300) | $ 48.27 | $ 14,481.00 | $ 8,289.94 |
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 1,000 | $ 47.44 | $ | (47,439.90) | | | | | $ (47,439.90) |
| Renuka Indukuri & Harish Patchametla | 6/11/2020 | 500 | $ 48.46 | $ | (24,230.00) | | | | | $ (24,230.00) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 1,000 | $ 50.82 | $ | (50,820.00) | 6/17/2020 | (9,000) | $ 40.07 | $ 360,665.96 | $ 309,845.96 |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 1,000 | $ 50.58 | $ | (50,580.00) | 6/17/2020 | (300) | $ 40.34 | $ 12,101.70 | $ (38,478.30) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 500 | $ 50.27 | $ | (25,133.20) | 6/17/2020 | (200) | $ 40.33 | $ 8,066.00 | $ (17,067.20) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 500 | $ 50.20 | $ | (25,100.00) | 6/17/2020 | (500) | $ 40.33 | $ 20,164.50 | $ (4,935.50) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 500 | $ 50.15 | $ | (25,075.00) | 6/17/2020 | (1,000) | $ 40.09 | $ 40,088.99 | $ 15,013.99 |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 500 | $ 49.67 | $ | (24,835.00) | 6/17/2020 | (1,000) | $ 39.92 | $ 39,921.80 | $ 15,086.80 |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 500 | $ 49.52 | $ | (24,760.00) | 6/17/2020 | (1,000) | $ 39.89 | $ 39,894.00 | $ 15,134.00 |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 500 | $ 49.43 | $ | (24,715.00) | 6/17/2020 | (100) | $ 39.91 | $ 3,991.40 | $ (20,723.60) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 399 | $ 48.87 | $ | (19,499.09) | 6/17/2020 | (900) | $ 39.91 | $ 35,918.10 | $ 16,419.01 |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 101 | $ 48.86 | $ | (4,934.86) | 6/17/2020 | (1,000) | $ 40.09 | $ 40,089.09 | $ 35,154.23 |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 500 | $ 48.36 | $ | (24,180.00) | 6/17/2020 | (400) | $ 40.00 | $ 16,001.61 | $ (8,178.39) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 400 | $ 48.19 | $ | (19,276.76) | 6/17/2020 | (200) | $ 40.00 | $ 8,000.00 | $ (11,276.76) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 100 | $ 48.19 | $ | (4,819.03) | 6/17/2020 | (400) | $ 40.00 | $ 15,999.60 | $ 11,180.57 |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 500 | $ 47.39 | $ | (23,693.45) | 6/17/2020 | (600) | $ 40.09 | $ 24,053.40 | $ 359.95 |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 1,000 | $ 45.91 | $ | (45,910.00) | 6/17/2020 | (426) | $ 39.27 | $ 16,728.61 | $ (29,181.39) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 1,000 | $ 45.22 | $ | (45,220.00) | 6/17/2020 | (1,374) | $ 39.26 | $ 53,948.76 | $ 8,728.76 |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 2,000 | $ 40.31 | $ | (80,620.00) | 6/17/2020 | (200) | $ 39.25 | $ 7,849.81 | $ (72,770.19) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 2,000 | $ 40.58 | $ | (81,160.00) | 6/17/2020 | (400) | $ 39.24 | $ 15,695.60 | $ (65,464.40) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 2,000 | $ 40.62 | $ | (81,240.00) | | | | | $ (81,240.00) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 2,000 | $ 40.30 | $ | (80,600.00) | | | | | $ (80,600.00) |
| Renuka Indukuri & Harish Patchametla | 6/17/2020 | 2,000 | $ 40.29 | $ | (80,580.00) | | | | | $ (80,580.00) |
| | | **138,461** | | **$** | **(5,351,090.92)** | | **(138,461)** | | **$ 5,259,673.08** | **$ (91,417.84)** |

|  |  |  |
|---|---|---|
| | **Total Loss** | **$ (140,379.37)** |