BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin Materials, Inc., Richard J. Riley, John Bissell, and Nate S. Whaley*

*(Attorneys for Plaintiffs on Signature Page)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Case No.: 2:23-cv-01816 WBS JDP<br><br>**JOINT STIPULATION AND ORDER FOR BRIEFING SCHEDULE FOR AMENDED COMPLAINT AND MOTION TO DISMISS** |
|---|---|

STIPULATION AND ORDER RE BRIEFING SCHEDULE

WHEREAS, on August 25, 2023, Antonio F. Soto commenced a securities class action on behalf of a purported class of purchasers of Origin Materials Inc., ("Origin") securities. See Soto v. Origin Materials, Inc. et al., No. 2:23-cv-01816-WBS-JDP (E.D. Cal) (the "Soto Action");

WHEREAS, on October 4, 2023, Stephen Jones commenced a securities class action on behalf of a purported class of purchasers of Origin securities. See Jones v. Origin Materials, Inc. et al., No. 2:23-cv-02202-DJC-JDP (E.D. Cal.) (the "Jones Action");

WHEREAS, the Court ordered the two actions consolidated as In re Origin Materials, Inc. Securities Litigation, Case No. 2:23-cv-01816 WBS JDP, and ordered the Jones action administratively closed (ECF No. 12);

WHEREAS, pursuant to a stipulation among Defendants, Mr. Soto, and Mr. Jones, the Court ordered on November 1, 2023 that Defendants need not respond to the Soto or Jones Complaints, and that Defendants confer on a schedule for filing of an amended complaint and briefing on a motion to dismiss with Lead Plaintiff, after appointment by the Court (ECF No. 28);

WHEREAS, the Court heard argument on motions for appointment as Lead Plaintiff and Lead Counsel on December 11, 2023;

WHEREAS, the Court appointed Todd Frega as Lead Plaintiff, Bernstein Liebhard LLP as Lead Counsel, and Bragar Eagel & Squire, P.C., as Liaison Counsel, in an order signed December 14, 2023 (ECF No. 53); and

WHEREAS, the only extension previously sought in this case was

STIPULATION AND ORDER RE BRIEFING SCHEDULE

the one ordered by the Court, for further time to respond to the initial complaints (ECF Nos. 25 (stipulation), 28 (order)).

NOW THEREFORE, IT IS SO STIPULATED, by and between the undersigned, subject to approval of this Court, that the schedule for filing of Lead Plaintiff's consolidated amended complaint, and the motion to dismiss briefing schedule, will be as follows:

1. Lead Plaintiff shall file a consolidated amended complaint no later than March 1, 2024.
2. Defendants shall file a motion to dismiss no later than April 15, 2024.
3. Lead plaintiff shall file an opposition to the motion to dismiss no later than May 30, 2024.
4. Defendants shall file a reply brief in support of the motion to dismiss no later than July 1, 2024.
5. A hearing on the motion to dismiss shall be set for July 22, 2024 at 1:30 p.m. in Courtroom 5.
6. Pursuant to the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary," 15 U.S.C. § 78u-4(b)(3)(B). The related deadlines are reset as follows:
    a. September 23, 2024: Last day to file Joint Status Report.
    b. October 7, 2024, at 1:30 p.m.: Scheduling Conference.

STIPULATION AND ORDER RE BRIEFING SCHEDULE

| | |
|---|---|
| Dated:   1/16/24 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |

/s/ Boris Feldman
BORIS FELDMAN
DORU GAVRIL
CARL HUDSON
855 Main Street
Redwood City, CA 94063
Telephone: 650/618-9250
boris.feldman@freshfields.com
doru.gavril@freshfields.com
carl.hudson&freshfields.com

*Attorneys for Defendants Origin Materials, Inc.,
Richard J. Riley, John Bissell, and Nate S. Whaley*

BERNSTEIN LIEBHARD LLP

Dated:   1/16/2024

/s/ Michael S. Bigin
*(As authorized on 1/16/2024)*
Michael S. Bigin (SBN 3040540)
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, NY 10016
(212) 951-2026 phone
bigin@bernlieb.com

*Attorneys for Lead Plaintiff Todd Frega*

STIPULATION AND ORDER RE BRIEFING SCHEDULE

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: January 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE BRIEFING SCHEDULE