

# United States District Court
## Eastern District of California

In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION
This Document Relates To

| Antonio F. Soto, individually and on behalf of all others similary situated |
| --- |

Plaintiff(s)

Case Number: | 2:23-cv-01816-WBS-JDP |
| --- |

V.

| Origin Materials, Inc., Richard Riley, and John Bissell, |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Adam Michael Federer _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Lead Plaintiff Todd Frega

On __February 26, 2018__ (date), I was admitted to practice and presently in good standing in the

__NY App. Div. Sup. Ct. - First Judicial Dep't__ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have , [X] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: __3/11/2024__          Signature of Applicant: /s/ __Adam Michael Federer__

**Pro Hac Vice Attorney**

Applicant's Name: Adam Michael Federer

Law Firm Name: Bernstein Liebhard LLP

Address: 10 East 40th Street

City: New York     State: NY     Zip: 10016

Phone Number w/Area Code: (212} 779-1414

City and State of Residence: Brooklyn, New York

Primary E-mail Address: afederer@bernlieb.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Marion C. Passmore

Law Firm Name: Bragar Eagel & Squire, P.C.

Address: 580 California Street, Suite 1200

City: San Francisco     State: CA     Zip: 94104

Phone Number w/Area Code: (415} 568-2124     Bar # (SBN #228474}

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  March 18, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE