

# United States District Court
# Eastern District of California

In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION
This Document Relates To

| Antonio F. Soto, individually and on behalf of all others similary situated |

Plaintiff(s)

Case Number: 2:23-cv-01816-WBS-JDP

V.

| Origin Materials, Inc., Richard Riley, and John Bissell, |

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Michael Stephen Bigin** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Lead Plaintiff Todd Frega**

On **05/24/2000** (date), I was admitted to practice and presently in good standing in the **NY App. Div. Sup. Ct. - Second Judicial Dep't** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 3/11/2024       Signature of Applicant: /s/ Michael Stephen Bigin

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Michael Stephen Bigin |
| Law Firm Name: | Bernstein Liebhard LLP |
| Address: | 10 East 40th Street |
| City: | New York   State: NY   Zip: 10016 |
| Phone Number w/Area Code: | (212) 779-1414 |
| City and State of Residence: | Weston, Connecticut |
| Primary E-mail Address: | bigin@bernlieb.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Marion C. Passmore |
| Law Firm Name: | Bragar Eagel & Squire, P.C. |
| Address: | 580 California Street, Suite 1200 |
| City: | San Francisco   State: CA   Zip: 94104 |
| Phone Number w/Area Code: | (415) 568-2124 |
| Bar #: | (SBN #228474) |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 18, 2024

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE