**BRAGAR EAGEL & SQUIRE P.C.**
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 486-0462 (fax)
passmore@bespc.com

*Liaison Counsel for Lead Plaintiff, Lead Counsel,
and the Proposed Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION ) _____ ) ) This Document Relates To ) ) ALL ACTIONS CONSOLIDATED FROM: ) ) Antonio F. Soto, individually and ) on behalf of all others similarly ) situated, ) )     Plaintiff, ) )               v. ) ) Origin Materials, Inc., Richard J. ) Riley, and John Bissell, ) )     Defendants. ) ) ) ) ) | Master File No.: 2:23-cv-01816-WBS-JDP DECLARATION OF MARION C. PASSMORE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CORRECTED AMENDED COMPLAIN <u>CLASS ACTION</u> <u>JURY TRIAL DEMANDED</u> Date: August 5, 2024 Time: 1:30 p.m. Judge: Hon. William B. Shubb Courtroom: No. 5 |

PASSMORE DECL ISO OPP to MTD                    2:23-cv-01816-WBS-JDP

**DECLARATION OF MARION C. PASSMORE**

1. I am duly admitted to practice in the State of California and an attorney with the law firm Bragar Eagel & Squire, P.C. I am liaison counsel of record for Lead Plaintiff Todd Frega ("Plaintiff"), Lead Counsel, and the Proposed Class in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Corrected Amended Complaint.

2. Attached as Exhibit 1 is a true and correct copy of Origin's February 23, 2023 Press Release Titled, "Origin Materials, Inc. Reports Financial Results for Fourth Quarter 2022" which was publicly filed with the SEC on February 23, 2023 as an attachment to Origin's Form 8-K.

3. Attached as Exhibit 2 is a true and correct copy of Origin's Earnings Presentation titled "Fourth Quarter 2022 Earnings Call" dated February 23, 2023.

4. Attached as Exhibit 3 is a true and correct copy of Origin's Presentation titled "Company Overview" dated March 7, 2023.

5. Attached as Exhibit 4 is a true and correct copy of Origin's May 10, 2023 Press Release Titled, "Origin Materials, Inc. Reports Financial Results for First Quarter 2023" which was publicly filed with the SEC on May 10, 2023 as an attachment to Origin's Form 8-K.

6. Attached as Exhibit 5 is a true and correct copy of the transcript of a fireside chat involving Defendants Bissell and Riley

1

at the UBS Sustainable Packaging Materials ESG Virtual Conference on May 10, 2023.

7.    Attached as Exhibit 6 is a true and correct copy of Origin's Presentation titled "Company Overview" dated May 12, 2023.

8.    Attached as Exhibit 7 is a true and correct true and correct copy of the transcript of a fireside chat involving Defendants Bissell and Riley at the Morgan Stanley 8th Annual Sustainable Futures Conference on May 22, 2023.

9.    Attached as Exhibit 8 is a true and correct copy of the transcript of a fireside chat involving Defendants Bissell and Riley at the TD Cowen's Sustainability Week Conference on June 8, 2023.

10.    Attached as Exhibit 9 are true and correct excerpts from Origin's Form 10-Q, which was publicly filed with the SEC on November 22, 2022.

11.    Attached as Exhibit 10 are true and correct excerpts from Origin's Form 10-Q, which was publicly filed with the SEC on May 10, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 30, 2024.


*/s/ Marion C. Passmore*
Marion C. Passmore

PASSMORE DECL ISO OPP to MTD                2:23-cv-01816-WBS-JDP