# EXHIBIT 8

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

ORGN.OQ - Origin Materials Inc at TD Cowen Sustainability Conference (Virtual)

EVENT DATE/TIME: JUNE 08, 2023 / 3:30PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



## CORPORATE PARTICIPANTS

**John Bissell** *Origin Materials, Inc. - Co-Founder & Co-CEO*

**Rich Riley** *Origin Materials, Inc. - Co-CEO*

## CONFERENCE CALL PARTICIPANTS

**Thomas Boyes** *TD Cowen - Analyst*

## PRESENTATION

**Thomas Boyes** *- TD Cowen - Analyst*

Good morning and thank you for joining us on the third day of TD Cowen Sustainability Week. My name is Thomas Boyes, Vice President on the sustainability mobility team covering next-generation environmental services and long-duration energy storage. Today, we have the pleasure of hosting origin materials, Co-CEO, Rich Riley; and Co-CEO and Co-Founder of John Bissell.

Gentlemen, thank you so much for joining me today.

**John Bissell** *- Origin Materials, Inc. - Co-Founder & Co-CEO*

Thanks for having us.

**Thomas Boyes** *- TD Cowen - Analyst*

Before we start, I just wanted to call out the chat function in the top right-hand corner of everybody's screen. Feel free to submit questions, I can ask them anonymously on your behalf. There is a slight delay, so don't hold them to the end if you do have any questions.

## QUESTIONS AND ANSWERS

**Thomas Boyes** *- TD Cowen - Analyst*

Maybe the first to start out in a few minutes, just introduce your company to the audience for those who might not be familiar with Origin Materials and what you're doing today.

**Rich Riley** *- Origin Materials, Inc. - Co-CEO*

Sure. So Origin, we've spent over 10 years developing a highly proprietary technology platform that really has created a new fundamental chemical building block called CMF, chloro-methyl-furfural. And we set up from day one to be cost competitive with oil while using cellulose as our feedstock. So think the waste coming off a sawmill, agricultural waste as a feedstock we take in.

Highly efficient process that basically retains every carbon atom as a soluble product and produces three core intermediates, CMF, which I mentioned, which can go on to our flagship product, para-xylene, which go into PET plastic for example, which is a $100-billion market opportunity; solid called hydrothermal carbon, which can be used to make carbon black, which can go into tires and other things like that, and in the biofuel stream.

And so highly efficient platform technology. Pepsi, Nestlé, and Danone were early investors in the company, joined our Board and helped prove our materials all the way through to food-grade PET plastic, which was a significant milestone in our development. Since we went public, since we

2

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



started our go-public process, I should say, we've increased our demand from $1 billion entirely from the packaging space to now over $9 billion, and from a wide range of applications, automotive, textiles, other chemical companies. So really all kinds of things leveraging that platform to get to interest in higher value applications.

And in terms of scale-up, we've been running pilot plants for years. The plant on my background is our Origin 1 plant in Sarnia, Ontario, which is mechanically complete and scheduled to be turned on this month, which we're very excited about. We generated revenue for the first time, last quarter. And we are deep into the design process on our first world-scale plant called Origin 2, which will be in Geismar, Louisiana. And still a few years out. So that's our scale-up plan.

**Thomas Boyes** *- TD Cowen - Analyst*

Perfect. Maybe starting at the overall plastic problem. When investors are looking at it, a lot of times we're thinking about it from an end of the life standpoint where it's ending up in the environment and recycling and things of that nature. But your company's view and ability is more kind of broad-based with the carbon-emissions-related component for plastic production. Could you talk about maybe the circular economy, the cradle-to-grave approach that Origin enables versus what people maybe traditionally think about when they think about plastics.

**John Bissell** *- Origin Materials, Inc. - Co-Founder & Co-CEO*

Yeah, sure. So I think there are a couple of sort of different phases in the life of a material. There's the beginning of life, there's a way that it synthesize, there are the applications that it can be used for and the value described from those applications, and then there's the end of life. And as you said, the end of life has gotten a lot of attention recently with good reason.

I think the way to think about PET first is PET fits the end-of-life criteria and frankly, a lot of the application criteria, really, really well. So it is a very usable plastic. It doesn't have a lot of additives in it which costs sort of human health concerns and the same that you might see with polycarbonates or PVC or [methane] or something like that. And so it is sort of the plastic you want to go to that actually makes that data. You want to use this kind of plastic relative to other kinds of materials out there. It has great properties in terms of transparency. It's strong. It can work as a fiber. It's just a great material.

From an end-of-life perspective, it already has the largest recycling stream of any plastic, of any organic material -- or actually, synthetic organic material. And so it's really in a great spot from an end-of-life perspective, but we need to get better. Our view was if we're going to bring our platform, which is a pretty broad-based, carbon-negative platform, to a particular polymer, particular material; first, we wanted to take something that was already the best out there and we make it better. We weren't going to try to sort of drag up one of the less performance materials and try to make it average.

And so for us, going into PET was very intentional. Again, it's one of the best polymers out there from a performance perspective. It's clearly the best from an end-of-life perspective, then what we do is we make it carbon negative.

And that's important because even if we got -- as a species, we got spectacular at capturing and recycling all of our PET and all of our materials, a lot of our materials are going into durable applications. Stuff that isn't getting used once and thrown away. And so, we are throwing away as much material as we consume to make stuff. And so consequently, you're always going to have to make a lot of material.

Things like a t-shirt or apparel are often made of polyester, that's sort of the dominant material to expand supply of textiles. And ideally, you're not throwing those things away after one use. Something's gone horribly wrong if you throw it away after one year. And so we need ways to make these materials. Our view is take the best material that we can make, make it in a carbon-negative way, and then reuse it indefinitely.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Thomas Boyes** *- TD Cowen - Analyst*

That's very helpful. Could you talk about maybe from a technology perspective, the process that Origin chose, is using to convert the feedstock into usable product for customers. What type of feedstocks are you targeting? And you had talked about maybe the efficiency of the process. [Obviously], you have to dig in a bit more about that because some of the other process, that we hear about are not as efficient. There is some stuff that's unusable. And so I think that is kind of a key differentiator there, so I'd love to hear your perspective.

**Rich Riley** *- Origin Materials, Inc. - Co-CEO*

Yeah, sure. So the feeds that we can use are pretty much any plant-based kind of materials. So broadly speaking, the term is lignocellulosic. But the point being, we don't care about fiber length, don't care about the dimensions of the material coming in, which is pretty uncommon. Often if you're looking at biological or thermochemical methods, you want the smallest possible particulate size. If you're looking at using dimensional lumber for paper pulp, you want longer fiber lengths and larger dimensions; we don't care about any of that. All we care about is the mass of material coming in.

So we can take stuff that nobody else is willing to take. And we take that, we put into our process. It's sort of physically you could think of it a little bit like a pulping process, but we're actually doing very different chemistry in the inside. And so this is dumping wood chips or whatever material we've got into liquid phase reactor. It sort of stews in there. It dissolves off all the cellulose, the hemicellulose, fragments, the lignin; and then reacts the cellulose, the hemicellulose into our intermediate CMF, HTC, which is a sort of hydrotreater.

And then what we call oils and extractives, which is the biofuel precursor that we can make. Then we just separate those out on the other side.

So our process is a chemical process. And once we get to those intermediates, we sort of refine the biomass to those three intermediates and then from there on out, it's pretty typical certain catalytic methods to convert those intermediate into final products.

You talk about efficiency, one of the interesting things about our processes -- so zoom out a little bit. The process of using biomass and $CO_2$ and all those kinds of feedstocks, it's fundamentally deoxygenation. So you've got a pull oxygen out of the material and leave the carbon behind to be used for something. The way that we do that is by removing the oxygen as water. So you're pulling oxygen out, you're pulling hydrogen out, that's water, that ends up sort of de facto as a surplus material stream.

And you're left with the carbon. And we have a very -- the carbon efficiency is what matters. We have a very high carbon efficiency in the products. So essentially, we're making the CMF as much CMF as we can. The HTC ends up being the reservoir for a carbon that haven't been converted into CMF for the most part.

And so by the time you're done, no process is truly perfect. And it's conversion of carbon and reactants into carbon in the products. But we're about as close as you can get.

**Thomas Boyes** *- TD Cowen - Analyst*

Great. And you touched upon this at the beginning of the call here. What are the different opportunities for CMF and HTC? In the near term, it sounds like it's PET, fuel pellets, activated carbon; and longer-term, PEF, carbon black, and agriculture. Like how do you think about those different opportunities as far as which one is the kind of the largest component of that and how do you think that develops over time?

**Rich Riley** *- Origin Materials, Inc. - Co-CEO*

Yes, so CMF and HTC are both really important intermediates for us. So it's -- I make the analogy sometimes to gasoline and diesel -- Yeah. Big fractional components coming out of a refinery. If you want to be selling both to the high side, but you can't. So we sort of don't have a favorite child.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



CMF, as you said, para-xylene, which hopefully goes into PET, is kind of our flagship and our first product. It's effectively an unlimited market for our purposes. The great spot to be for all the reasons that I mentioned earlier. PEF is a really interesting polymer to us. So PEF performs better than PET in a whole bunch of applications. In fact, it enables the use of polymers in applications right now that you really can't very efficiently use either polymers or you can't use single polymers, which is a big deal for recycling. So just a momentary digression.

So multilayer barrier films are quite common in the world of food and beverages. And the problem with multilayer barrier films is that they are effectively unrecyclable. So a huge proportion of that meat packaging or juice packaging, those kinds of things that you see doesn't look any different to a consumer than a PET water bottle, but it's very different. It has multiple polymers all layered together to get the effects that you want. You can't recycle that material. It's fundamentally garbage on the other side.

So we'll be able to move those kinds of applications into a PET-like recyclable applications is a big deal. PEF enables a lot of that application migration. So you can go in and you can take these multilayer barrier films, which are really troublesome. And replaced them with PEF that is recyclable alongside PET. So you can take PEF, you can broaden the PET recycling stream that's already extent, and you actually get better performance out of the recycling on the other side.

So it's a really exciting polymer from our perspective. For that reason, it's also exciting because it's sort of fit into our platform, even more efficiently than para-xylene does. So when we're making para-xylene and traditional PET for sure, bending back to fossil-type chemical structures, when we make the PEF that aligns very nicely with our existing sort of platform structures.

And so it's more cost efficient for us to make PEF. And it's a more performant material. I mean, that's a pretty no-brainer kind of situation. So we're excited about that.

We originally thought that PEF was something that was a little ways off. We now think the customers are ready for that sooner than we expected. So we're pretty excited about that, and that will be something we're talking about in August sort of OM2 refresh.

On the HTC side. By the way, there's a whole slew of stuff that I could talk for hours on. Surfactants that you can make from our platform that you can't make from other stuff and why those are better. I could talk about epoxies, and I can go forever. But to be brief, on the HTC side, we're excited about carbon black. So carbon black is a really, really interesting product for us.

Carbon black is very difficult to make in a way that performs as well as it needs to for tires. So there are lots of guys out there that say, yeah, we've got some form of renewable carbon black. Usually, it's not. Usually, it is something that you can blend into the tires if you want, but it doesn't provide the properties the carbon black does. And carbon blacks are really important part of what makes tires work, the way that we think of them.

Our material actually performs better than N660 when you blended to the tire. N660 is the sort of standard benchmark for many of the tire grades. So we're excited about that. That has to do with the nanostructure material that we make. And again, we think that's something that is we thought would be ready later. I think it's more imminent, something that we'll see on the OM2. So that will be another thing that we'll talk about in August.

---

**Thomas Boyes** *- TD Cowen - Analyst*

Yeah, obviously, great to hear that kind of the PEF and that are both more near term than when we have even spoken last year. So that's great development there.

But before moving on, I just wanted to -- from the research that I've done, one of the points that kind of resonated with me about your product specifically is that when you're looking at more kind of esoteric solutions, there's like a validation process. And you have kind of a drop-in solution where this chemical structure is whatever the customer is already familiar with dealing with. I just wonder if you could just briefly comment on kind of how that's helpful and maybe how important that attribute is to your prospective customers?

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**John Bissell** *- Origin Materials, Inc. - Co-Founder & Co-CEO*

Yeah. I think it's really important. I think particular for PET, and then for the carbon black product we made from HTC or HTC, that also, we didn't change the formulations there. They're basically dropping that straight into their existing formulation system. So it's about as dropping as you can get for something like that.

What we find is it's just a hell of a lot easier to qualify the product initially. So your sales cycles are much shorter than you would ordinarily see for a new product, and they are decarbonizing without having to change their formulations. And so it's a really easy analysis for them to sort of mark down. Okay. Well, I'm just substituting X amount of material with Origin stuff that's going to drop my carbon footprint by this much.

But I think what we also have been seeing is more interest and willingness to spend time with new products. So that's what's leading to the acceleration of PEF and [FPCA]. And similarly, with some of our products on the HTC side. We're just seeing that customers want lower carbon materials. They want better performance. They want sustainability and renewable materials, all those kinds of things; and they're willing to do the work to incorporate those and get them to perform as best they can.

**Thomas Boyes** *- TD Cowen - Analyst*

And then maybe that dovetails well into kind of my next question. I mean, just the growth in customer demand over the past several quarters, years actually, has been pretty impressive. I mean, can you talk about getting even just the growth from 1Q of 2022 where it was like $7.4 billion to $9.3 billion in the first quarter of this year. Could you kind of could talk about how that growth has transpired and what that looks like?

**Rich Riley** *- Origin Materials, Inc. - Co-CEO*

Sure, we see companies are very serious about their net zero goals, and those goals are now held at the highest levels, taken seriously by boards, and really working their way through the organizations. And these organizations are tasked with what's our game plan for achieving these goals. What's our carbon footprint going to be in 2025, 2030, those kind of timeframes. And there really just aren't that many ways to solve the problem.

John talked a little bit about renewable -- I mean, recycled materials and things like that which are helpful, but still have a much higher carbon footprint than our materials and have reduced functional capabilities. And so we're sort of very unique solution to these companies' challenges and goals and its results. And the market is so huge that we get multi-hundred-million-dollar orders on a regular basis with companies saying, that's like my starter order.

These companies consume enormous amounts of these materials. And so that's enabled demand to grow faster than we ever thought it would just in terms of the numbers are so huge.

The other thing that's been great is other chemical companies showing up to be major customers of ours, which is not something we necessarily. We sort of started with brands because Nestlé, Danone, and Pepsi were investors on our Board. And then now we have all of these chemical companies who are eager, they're under pressure to offer low-carbon sustainable solutions to their customers. And they make great partners for us because they have incredible capabilities, they can take our intermediates, further engineer them into higher value applications, and so they're great partners for us.

And we're also very open to licensing our technology because we can only build these plants so fast and it will take us a while to satisfy $9-billion-plus in demand. A lot of companies would need multiple plants just for themselves. And so if we can partner with the ecosystem to enable more plants to get built by other people of other balance sheets and other talent bases and that kind of stuff, that would be great for us.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Thomas Boyes** - *TD Cowen - Analyst*

Great. And then maybe just before moving on just any kind of quick comments on just the overall pipeline, the composition. You talked about textiles and things with that nature. I also wanted to see if there's anything on the automotive front. I know that from kind of our side on mobility technology, there is a lot of greening of the powertrain, but we're also now seeing a lot of the Tier 1s being asked for by OEMs for other green kind of positioning into the vehicle. And are you starting to see that as well?

**Rich Riley** - *Origin Materials, Inc. - Co-CEO*

We are. So automotive is a very interesting market for us. A lot of the large OEMs have sort of net zero goals and also sustainability goals in terms of this percentage of the cars will be made from sustainable materials by the state. And there's a lot of addressable market for us in each car: tires, bumpers, dashboards. It would be a lot of components.

And in addition to the sustainability goals, they're trying to lightweight the cars because they transition to electric drivetrain. So that's also an opportunity for materials like ours to displace other kinds of materials because they're lighter. And so we view automotive is a really interesting opportunity. We've made a lot of progress there. It is a large, complicated supply chain. So it's not as quick moving as some of the other categories that we work on. But we see that as a huge one.

And another one, I'll just call it as textiles. I think most people don't appreciate enormous amount of PET or in this case, it's called polyester fibers that we are all wearing, and seemingly wear more and more of all this performance fabrics, and all of amazing qualities of all the clothes that we buy more and more; that's all coming from PET coming from oil. We can displace that with sustainable materials. And so there's a lot of interest around that as well.

**Thomas Boyes** - *TD Cowen - Analyst*

Perfect. We touched on it on the top of the call. But Origin 1 mechanically complete, so undergoing commissioning. Could you just kind of give us a status update there, capacity target for this facility, maybe for investors that don't know? And then just provide some insight and kind of what you envision that ramp period to look like as you restarted production?

**John Bissell** - *Origin Materials, Inc. - Co-Founder & Co-CEO*

Yeah, sure. So we're excited. We haven't changed our expectations around having it done by the end of this. So we'll get down to the end. We've got green and purple tags. All the green tags are we're going to go on that piece of equipment or pipe or whatever it's been commissioned and there aren't many purple tags left. So we're pretty excited about it.

Had some analysts and some investors out to the plant just last week. Was excited to show where everything was. I think they are excited to see it and excited to see the progress. So pretty good shape there, but it's never easy flicking a plant online as we take that pretty seriously.

In terms of ramp schedule, we're looking at typical plant ramp schedule for a first of a kind is couple of quarters, give or take. Hard to predict exactly how that's going to go because that sort of fundamental element of ramping up is that if you knew it was going to be an issue, you would have fixed it already. So you got to find out what your unknown unknowns are.

So could be really quick and easy and no problem whatsoever. And it could be that we've got some stuff we've got to figure out. It's the nature of the beast.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Thomas Boyes** - *TD Cowen - Analyst*

Of course. Have you disclosed or identified any like specific utilization rates that you would need maybe to hit EBITDA profitability at the plant level, not at the corporate level that you have in your mind or?

**Rich Riley** - *Origin Materials, Inc. - Co-CEO*

We haven't gone through and identified that publicly. But I would say generally speaking, we feel pretty comfortable that even if we take a while with our ramp, we'll be able to hit our revenue guidance. So we try to be very conservative there. Underpromise and overdeliver.

**Thomas Boyes** - *TD Cowen - Analyst*

Got it. And then in Origin 2, obviously it's progressing well. I believe last year when we spoke, we were talking about site selection and here we are fast forward. But maybe could you talk about how that process has gone? If you can discuss maybe a CapEx per pound number for that facility and are there learnings from Origin 1 where you can reduce costs or streamline the construction process or anything there to kind of improve the outlook.

**Rich Riley** - *Origin Materials, Inc. - Co-CEO*

Yeah, sure. So we haven't given a sort of holistic update on the numbers for Origin 2 since our go-public process. So we're expecting to do that in August. So that's sort of the big refresh where we pull in all of our and done a bunch of engineering on it. We've updated our product slate. The way I described it earlier, that's a particularly big element of it.

We're looking at what are the impacts of puts and takes associated with supply chain stuff. Not everything is the same price now that it was when we put all the stuff together. So we're tallying all of that up, and we'll give that update in August. So no real interim update to give on OM2 from that perspective.

Although from our progress perspective, we're sort of deep in engineering right now. So we're cranking our way through it. It's a lot of hours of engineering that go into these kinds of plants, a plant this size. It's hundreds and thousands of hours maturing and we're all up in that.

**Thomas Boyes** - *TD Cowen - Analyst*

Maybe just I know you're through the engineering component, but have you begun to order some lead time items? The reason I ask is I know that like there's essentially utility equipment lead times are very, very long right now. I'm just trying to think about any potential gating factors that maybe we should be aware of or that you're aware of and just kind of planning around or planning towards?

**Rich Riley** - *Origin Materials, Inc. - Co-CEO*

Yeah. So we've definitely seen long lead times both in OM1 and for OM2, particularly electrical equipment. So everything from controls, motor control centers, DFDs, transformers, switches, all that kind of stuff. There's pretty long lead time. We're planning around that actively.

**Thomas Boyes** - *TD Cowen - Analyst*

Got it. And then before we move on, just have you disclosed just how much feedstock has been secured to support Origin to offtake coverage for the planned capacity?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



JUNE 08, 2023 / 3:30PM, ORGN.OQ - Origin Materials Inc at TD Cowen Sustainability Conference (Virtual)

**Rich Riley** - *Origin Materials, Inc. - Co-CEO*

So we haven't. We don't have sort of a tally on that the way that we do for offtake. And part of the reason is because the supply agreements sort of they're going to be driven very much by the bond structure. So tying those up and sort of making sure that the agreements are structured exactly the way the bond issuance is going to require is what will sort of dock those two as we get closer.

And another piece of that is we're really not concerned about ability to get feedstock. We're going to be able to get it. We've been in the market, talking to people and looking around, and there's plenty of it out there. We don't see much risk there.

**Thomas Boyes** - *TD Cowen - Analyst*

Perfect. Now, I guess in the most recent [DECRA measures in CHUDEX], it looks like Origin Materials is going to -- stands to benefit from the IRA and I'm just wondering if you could for investors, particularly what credits are available for the PTC. And if there's any clarity that you're waiting on from the treasury for specifics that you're kind of waiting in the wings for?

**John Bissell** - *Origin Materials, Inc. - Co-Founder & Co-CEO*

Sure. So we're very active and think the IRA could have a very meaningful impact on us. There are really two primary opportunities. One is where you could propose a large grant for it. The spirit of it is very much to support technologies like ours, getting to the world scale. And so we have a team in Washington that's very active on that. And I would say the clarity has been really good from the government in terms of here's the process. And so we're in that process now.

And the other is the 48C tax credits, which is a program that's been around for a long time. But was depleted funding wise, got topped up pretty massively with the IRA. And that's up to 30% tax credit on CapEx to do things like we're doing and it's a very monetizable tax credit.

So those are the two sort of $100-million-plus opportunities that we're working on.

**Thomas Boyes** - *TD Cowen - Analyst*

Great. Can you just briefly talk maybe about the strength of your patents, your IP moat, the risk of fast followers. Obviously, it seems like a very unique thing. I'm just kind of wondering what your lay of the land looks like.

**Rich Riley** - *Origin Materials, Inc. - Co-CEO*

Yeah. So we've got more than two dozen patent families that we feel like are pretty strong, good solid patents. But really that the reality in this industry is that it's difficult to be a fast follower without some sort of enabling licensed technology or something along those lines. So that's sort of -- frankly, in some ways we want fast followers, which is one of those that's enabled by our technology.

And so our view is if somebody wanted to go to try to hold start replicate what we're doing, it's going to take a long time. This kind of technology development, it's long and it's expensive. There's nothing really a way around it. So we're not too concerned about that.

On the other side, we're building our own plants, obviously. We believe it's important for us to own and operate our own assets so that we're maximizing our learning cycles around this kind of technology. But we're very interested and in the sort of ordinary course of business, have lots of conversations about licensing this technology so other people would go build plants too. We've got an enormous market that we're going after.

Our primary constraint is ability to deploy capital at the rate that our customers want us to. So it sort of makes perfect sense that we're going to take what we've learned and help other people go deploy their capital and their project execution capabilities to go build assets as well.

9

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



JUNE 08, 2023 / 3:30PM, ORGN.OQ - Origin Materials Inc at TD Cowen Sustainability Conference (Virtual)

**Thomas Boyes** - *TD Cowen - Analyst*

Great. And I know we're coming up on time, so I want to squeeze one last one in here. Just because you exited 1Q with the $264 million in cash, you talked about the expectation to be fully funded towards reaching EBITDA profitability. Can you just talk about the refunding requirements through the growth plan? I assume obviously there's some project debt level component for the additional facilities as well.

And then maybe lastly, just what are the expectations for reaching EBITDA profitability for the company at large?

**Rich Riley** - *Origin Materials, Inc. - Co-CEO*

Yeah. So we expect to reach EBITDA profitability for the company at large with that sort of contemporaneous with the startup of Origin 2. So Origin 1 doesn't do it, it's not big enough. Origin 2 is big enough that does it.

In terms of funding for Origin 2, we have lots of cash on hand. We expect to use that for the equity for Origin 2. As we talked about, there are tax-exempt bonds that we can deploy to Origin 2, which we're pretty excited about. We got a $1.5 billion of tax-exempt bond allocation recently. And so that's more than enough to fill up the debt portion of the capital stack for that plant.

I think the interesting thing is that in our conversations with chemical companies and other kinds of partners, there's quite a bit of interest in participating in Origin 2 in some fashion. And so it will be interesting to see how that all hashes out to.

**Thomas Boyes** - *TD Cowen - Analyst*

Well. Great. I mean, that brings us to time. I just wanted to thank you both again for joining us. I really appreciate the discussion and the insight and I hope you have a great day.

**Rich Riley** - *Origin Materials, Inc. - Co-CEO*

Likewise, thanks.

**John Bissell** - *Origin Materials, Inc. - Co-Founder & Co-CEO*

Thanks.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

