**BRAGAR EAGEL & SQUIRE P.C.**
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 486-0462 (fax)
passmore@bespc.com

*Liaison Counsel for Lead Plaintiff, Lead Counsel,*
*and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Master File No.:  2:23-cv-01816-WBS-JDP |
| This Document Relates To | LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CORRECTED AMENDED COMPLAINT |
| ALL ACTIONS CONSOLIDATED FROM: | |
| Antonio F. Soto, individually and on behalf of all others similarly situated, | |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| Origin Materials, Inc., Richard J. Riley, and John Bissell, | Date: August 5, 2024 |
| Defendants. | Time: 1:30 p.m. Judge: Hon. William B. Shubb Courtroom: No. 5 |

Lead Plaintiff Todd Frega ("Plaintiff") hereby respectfully requests that the Court consider, in connection with Plaintiff's Opposition to Defendants' Motion to Dismiss the Corrected Amended Complaint ("Plaintiff's Opposition to the Motion to Dismiss"),[1] the following exhibits attached to the Declaration of Marion C. Passmore, Esq.:

- Exhibit 1: true and correct copy of Origin's February 23, 2023 Press Release Titled, "Origin Materials, Inc. Reports Financial Results for Fourth Quarter 2022" which was publicly filed with the SEC on February 23, 2023 as an attachment to Origin's Form 8-K, cited at ¶¶ 113-114, 121.

- Exhibit 2: true and correct copy of Origin's Earnings Presentation titled "Fourth Quarter 2022 Earnings Call" dated February 23, 2023, cited at ¶¶ 116-117, 121.

- Exhibit 3: true and correct copy of Origin's Presentation titled "Company Overview" dated March 7, 2023, cited at ¶¶ 125-126.

- Exhibit 4: true and correct copy of Origin's May 10, 2023 Press Release Titled, "Origin Materials, Inc. Reports Financial Results for First Quarter 2023" which was publicly filed with the SEC on May 10, 2023 as an attachment to Origin's Form 8-K, cited at ¶¶ 127, 133.

- Exhibit 5: true and correct copy of the transcript of a fireside chat involving Defendants Bissell and Riley at the

---

[1] The Corrected Amended Complaint ("AC") is cited herein as "¶ _."

LP's RJN ISO OPP to MTD                    2:23-cv-01816-WBS-JDP

UBS Sustainable Packaging Materials ESG Virtual Conference on May 10, 2023, cited at ¶¶ 136-138.

- Exhibit 6: true and correct copy of Origin's Presentation titled "Company Overview" dated May 12, 2023, cited at ¶¶ 139-140.

- Exhibit 7: true and correct copy of the transcript of a fireside chat involving Defendants Bissell and Riley at the Morgan Stanley 8th Annual Sustainable Futures Conference on May 22, 2023, cited at ¶¶ 141-144.

- Exhibit 8: true and correct copy of the transcript of a fireside chat involving Defendants Bissell and Riley at the TD Cowen's Sustainability Week Conference on June 8, 2023, cited at ¶¶ 145-148.

- Exhibit 9: true and correct excerpts from Origin's Form 10-Q, which was publicly filed with the SEC on November 22, 2022.

- Exhibit 10: true and correct excerpts from Origin's Form 10-Q, which was publicly filed with the SEC on May 10, 2023, cited at ¶¶ 130, 133.

## ARGUMENT

The Supreme Court has made clear that when considering a motion to dismiss a claim under Section 10(b) of the Securities Exchange Act of 1934, courts "must consider the complaint in its entirety, as well as…documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.,* 551 U.S. 308, 322 (2007). The incorporation by reference doctrine permits the Court to consider "documents whose

contents are alleged in" or relied upon in the Amended Complaint, whose "authenticity is not in question," and whose relevance is not in dispute. *Ferreira v. Funko Inc.,* 2021 WL 880400, at *7 (C.D. Cal. Feb. 25, 2021); *Khoja v. Orexigen Therapeutics, Inc.* 899 F.3d 988, 1002 (9th Cir. 2018) (the court may incorporate documents that were either "necessarily depended on" in the complaint or referenced in the complaint and not subject to reasonable dispute).

## I.   The Court Consider Documents Incorporated By Reference

Plaintiff's Exhibits 1-8, and 10 are subject to judicial notice pursuant to the incorporation by reference doctrine because they are "central to the complaint." *Siemers v. Wells Fargo & Co.,* 2006 WL 3041090, at *8 (N.D. Cal. Oct. 24, 2006) (granting the request for judicial notice for prospectuses relied upon in the complaint); *Elec. Workers Pension Fund., Loc. 103, I.B.E.W. v. HP Inc.*, 2021 WL 1056549, at *3 (N.D. Cal. Mar. 19, 2021) (granting plaintiffs' requests for judicial notice of documents that were necessarily depended on); *Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010) (on a motion to dismiss, the court may consider matters of public record integral to the complaint).

Accordingly, Plaintiff respectfully requests that the court consider the following documents because Plaintiff relies on these documents to form the basis of his allegations in the AC. Each of the exhibits contain statements issued by Origin during the Class Period that Plaintiff alleges is false and misleading. *See* Exhibit 1 (Origin's February 23, 2023 Press Release, publicly filed with SEC with Origin's Form 8-K on February 23, 2023) (cited at ¶¶ 113-114, 121); Exhibit 2 (Origin's "Fourth Quarter 2022 Earnings Call" PowerPoint Presentation

LP's RJN ISO OPP to MTD                                    2:23-cv-01816-WBS-JDP

dated February 23, 2023) (cited at ¶¶ 116-117, 121); Exhibit 3 (Origin's "Company Overview" PowerPoint Presentation dated March 7, 2023) (cited at ¶¶ 125-126); Exhibit 4 (Origin's May 10, 2023 Press Release, publicly filed with the SEC with Origin's 8-K on May 10, 2023) (cited at ¶¶ 127, 133); Exhibit 5 (Transcript of Origin's "Fireside Chat" at UBS Sustainable Packaging Materials ESG Virtual Conference dated May 10, 2023) (cited at ¶¶ 136-138); Exhibit 6 (Origin's "Company Overview" PowerPoint Presentation dated May 12, 2023) (cited at ¶¶ 139-140); Exhibit 7 (Transcript of Origin's "Fireside Chat" at the Morgan Stanley 8th Annual Sustainability Futures Conference dated May 22, 2023) (cited at ¶¶ 141-144); Exhibit 8 (Transcript of Origin's "Fireside Chat" at the TD Cowen's Sustainability Week Conference dated June 8, 2023) (cited at ¶¶ 145-148); and Exhibit 10 (Origin's Form 10-Q, which was publicly filed with the SEC on May 10, 2023) (cited at ¶¶ 130, 133).

## II.   The Court May Take Notice of Origin's SEC Filings

Exhibit 9, which is Origin's Form 10-Q filed with the SEC on November 22, 2022, is incorporated by reference into the Class Period by statements alleged to be false and misleading in the AC. (*see* Exs. 1 and 2). Origin's 10-Q is the proper subject of judicial notice pursuant to Federal Rule of Evidence 201. "The court may judicially notice a fact that is not subject to reasonable dispute." Fed. R. Evid. 201(b). A fact is "not subject to reasonable dispute" if it "is generally known" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). The Court may judicially notice SEC filings, "even those 'not specifically mentioned' in the complaint," because "they

are 'public disclosure documents required by law to be filed.'" *Mendoza v. HF Foods Grp., Inc.*, 2021 WL 3772850, at *2 (C.D. Cal. Aug. 25, 2021).

Accordingly, Plaintiff respectfully requests that the Court take notice of Origin's Form 10-Q filed with the SEC on November 22, 2022.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court consider Exhibits 1-10 in connection with Plaintiff's Opposition to the Motion to Dismiss.

Dated: May 30, 2024                    Respectfully submitted,

***/s/ Marion C. Passmore, Esq.***

**BRAGAR EAGEL & SQUIRE P.C**
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 486-0462 (fax)
passmore@bespc.com

*Liaison Counsel for Lead Plaintiff,*
*Lead Counsel, and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Michael S. Bigin
Stephanie M. Beige
Adam M. Federer
10 East 40th Street
New York, NY  10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com
beige@bernlieb.com
afederer@bernlieb.com

*Lead Counsel for the Lead Plaintiff*
*and the Proposed Class*

LP's RJN ISO OPP to MTD                    2:23-cv-01816-WBS-JDP