UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. Securities Litigation<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. 2:23-cv-01816-WBS-JDP<br><br>CLASS ACTION<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

    Upon consideration of the Motion to Withdraw as Counsel and Declaration of Danielle S. Myers in Support of Motion to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED that, Danielle S. Myers, Michael Albert, and Kenneth P. Dolitsky of Robbins Geller Rudman & Dowd LLP and Andrew J. Entwistle, Vincent R. Cappucci, and Robert N. Cappucci of Entwistle & Cappucci LLP are hereby withdrawn as counsel of record. The clerk is directed to "term" the above-named attorneys and law firms from the docket as well as the ECF Service List.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - Master File No. 2:23-cv-01816-WBS-JDP    - 1 -

IT IS SO ORDERED.

Dated: October 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE