BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin Materials, Inc.,
Richard J. Riley, and John Bissell*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION<br><br>_____<br><br>ALL ACTIONS CONSOLIDATED FROM:<br><br>Antonio F. Soto, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>Origin Materials, Inc., Richard J. Riley, and John Bissell,<br><br>    Defendants. | Case No.: 2:23-cv-01816-WBS-JDP<br><br>**JOINT STIPULATION AND ORDER FOR BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

STIPULATION AND ORDER RE BRIEFING SCHEDULE

WHEREAS, on October 29, 2024, the Court issued an Order (ECF No. 82) granting Defendants' Motion to Dismiss (ECF No. 69) Plaintiff's Corrected Amended Complaint for Violations of the Federal Securities Laws (ECF No. 61) in the above-captioned case with leave to amend within 20 days;

WHEREAS, on November 18, 2024, Lead Plaintiff filed a Second Amended Complaint for Violations of the Federal Securities Laws (the "SAC") (ECF No. 85);

WHEREAS, Defendants intend to move to dismiss the SAC;

WHEREAS, the only prior extension sought in this case was the one ordered by the Court, for further time to respond to the initial complaints (ECF Nos. 25 (stipulation), 28 (order));

NOW THEREFORE, IT IS SO STIPULATED, by and between the undersigned, subject to approval of this Court, that the briefing schedule for the motion to dismiss the SAC, will be as follows:

1. Defendants shall file a motion to dismiss the SAC no later than December 19, 2024.

2. Lead Plaintiff shall file an opposition to the motion to dismiss the SAC no later than January 21, 2025.

3. Defendants shall file a reply brief in support of the motion to dismiss the SAC no later than February 4, 2025.

STIPULATION AND ORDER RE BRIEFING SCHEDULE

4. Pursuant to the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary," 15 U.S.C. § 78u-4(b)(3)(B). The Parties respectfully request that the Court vacate (or continue, in its discretion) the related deadlines (ECF No. 77):

    a. December 2, 2024: Last day to file Joint Status Report.

    b. December 12, 2024: Scheduling Conference.

Dated:   11/21/24          FRESHFIELDS US LLP

/s/ Boris Feldman
BORIS FELDMAN
DORU GAVRIL
CARL HUDSON
REBECCA LOCKERT
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
boris.feldman@freshfields.com
doru.gavril@freshfields.com
carl.hudson&freshfields.com
rebecca.lockert@freshfields.com

*Attorneys for Defendants Origin Materials, Inc., Richard J. Riley, and John Bissell*

Dated:   11/21/24          BRAGAR EAGEL & SQUIRE P.C

/s/ Marion C. Passmore, Esq.

Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 486-0462 (fax)
passmore@bespc.com

STIPULATION AND ORDER RE BRIEFING SCHEDULE

*Liaison Counsel for Lead Plaintiff,*
*Lead Counsel, and the Proposed Class*

BERNSTEIN LIEBHARD LLP
Stanley D. Bernstein
Michael S. Bigin
Stephanie M. Beige
10 East 40th Street
New York, NY  10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com
beige@bernlieb.com

*Lead Counsel for the Lead Plaintiff and*
*the Proposed Class*

Pursuant to the parties' stipulation, **IT IS SO ORDERED:**

1. Defendants shall file a motion to dismiss the SAC no later than **December 19, 2024;**

2. Lead Plaintiff shall file an opposition to the motion to dismiss the SAC no later than **January 21, 2025;**

3. Defendants shall file a reply brief in support of the motion to dismiss the SAC no later than **February 4, 2025;**

4. Hearing on the motion is set for **February 18, 2025** at 1:30 p.m. in Courtroom 5;

5. Pursuant to the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary," 15 U.S.C. § 78u-4(b)(3)(B).

6. The Scheduling Conference is reset for **April 7, 2025** at 1:30 p.m. in Courtroom 5; and

STIPULATION AND ORDER RE BRIEFING SCHEDULE

7. A Joint Status Report shall be filed no later than **March 24 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed August 25, 2023 (Docket No. 3).

Dated:   November 22, 2024

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE BRIEFING SCHEDULE