BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin
Materials, Inc., Richard J. Riley, and
John Bissell*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To<br><br>ALL ACTIONS CONSOLIDATED FROM:<br><br>Antonio F. Soto, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>               v.<br><br>Origin Materials, Inc., Richard J. Riley, and John Bissell,<br><br>     Defendants. | Case No.: 2:23-cv-01816-WBS-JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:          February 18, 2025<br><br>Time:          1:30 p.m.<br><br>Location:    Courtroom 5 – 14th Floor<br><br>Judge:        Hon. William B. Shubb |

[PROPOSED] ORDER GRANTING DEFS' MTD  SAC
CASE NO. 2:23-cv-01816-WBS-JDP

Before the Court is Defendants Origin Materials, Inc., Richard J. Riley, and John Bissell's Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion"). The Court, having considered the arguments as set forth in the parties' briefing on the Motion, and pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a), and 9(b), and finding good cause therefore, hereby GRANTS the Motion and DISMISSES the Complaint with prejudice.

SO ORDERED, this _____ day of _____, 2025.


Dated: _____        _____
                             The Honorable William B. Shubb
                             Senior United States District Judge

—1-

Pursuant to L.R. 131 of the Local Rules of the United States District Court for the Eastern District of California, and the Honorable Judge Shubb's standard information, the undersigned confirm that they seek entry of this [proposed] order.


Dated: December 19, 2024 FRESHFIELDS US LLP


/s/Boris Feldman
BORIS FELDMAN
DORU GAVRIL
CARL HUDSON
REBECCA LOCKERT
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
boris.feldman@freshfields.com
doru.gavril@freshfields.com
carl.hudson@freshfields.com
rebecca.lockert@freshfields.com

*Attorneys for Defendants Origin Materials, Inc., Richard J. Riley, and John Bissell*

—2-
[PROPOSED] ORDER GRANTING DEFS' MTD  SAC
CASE NO. 2:23-cv-01816-WBS-JDP