BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin
Materials, Inc., Richard J. Riley, and
John Bissell*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To<br><br>ALL ACTIONS CONSOLIDATED FROM:<br><br>Antonio F. Soto, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>            v.<br><br>Origin Materials, Inc., Richard J. Riley, and John Bissell,<br><br>    Defendants. | Case No.: 2:23-cv-01816-WBS-JDP<br><br>**DECLARATION OF CARL HUDSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:      February 18, 2025<br><br>Time:     1:30 p.m.<br><br>Location:  Courtroom 5 – 14th Floor<br><br>Judge:    Hon. William B. Shubb |

HUDSON DECLARATION ISO MTD SAC
CASE NO. 2:23-cv-01816-WBS-JDP

**DECLARATION OF CARL HUDSON**

I, Carl Hudson, declare as follows:

1.    I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields US LLP. I am counsel of record for Defendants Origin Materials, Inc. ("Origin"), Richard J. Riley, and John Bissell (collectively, "Defendants") in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (the "SAC").

2.    Attached as Exhibit 1 is a true and correct copy of the redline comparison between Plaintiff's Corrected Amended Complaint (ECF No. 61), filed March 7, 2024, and Plaintiff's Second Amended Complaint (ECF No. 85), filed November 18, 2024.

3.    Attached as Exhibit 2 is a true and correct excerpted copy of Origin's Form 10-K, which was publicly filed with the SEC on February 23, 2023.

4.    Attached as Exhibit 3 is a true and correct excerpted copy of the Origin Investor Presentation, titled "Investor Presentation," dated February 2021, which was attached as Exhibit 99.2 to Artius's Form 8-K, which was publicly filed with the SEC on February 17, 2021.

5.    Attached as Exhibit 4 is a true and correct excerpted copy of Artius's Form S-4, which was publicly filed with the SEC on March 8, 2021.

-1-

HUDSON DECLARATION ISO MTD SAC
CASE NO. 2:23-cv-01816-WBS-JDP

6.   Attached as Exhibit 5 is a true and correct excerpted copy of Origin's Earnings Presentation titled "Second Quarter 2023 Earnings Call," dated August 9, 2023.

7.   Attached as Exhibit 6 is a true and correct copy of Origin's Merger Announcement Conference Call Transcript, dated February 17, 2021.

8.   Attached as Exhibit 7 is a true and correct copy of Origin's Press Release titled "Origin Materials and Terphane Form Strategic Partnership to Produce Sustainable, High-Performance Packaging," dated August 3, 2023.

9.   Attached as Exhibit 8 is a true and correct excerpted copy of Origin's Earnings Presentation titled "Third Quarter 2022 Earnings Call," dated November 3, 2022.

10.  Attached as Exhibit 9 is a true and correct excerpted copy of Origin's Earnings Presentation titled "Fourth Quarter 2022 Earnings Call," dated February 23, 2023.

11.  Attached as Exhibit 10 is a a true and correct copy of Origin's Press Release titled "Origin Materials Announces Startup of Origin 1, World's First Commercial CMF Plant," dated June 27, 2023.

12.  Attached as Exhibit 11 is a true and correct copy of Origin's Press Release titled "Origin Materials Creates Sustainable PET Bottle Caps, Enabling 'All PET Mono-Material' Bottle and Cap Solutions, a Breakthrough in Recycling and Circularity," dated August 7, 2023.

13.  Attached as Exhibit 12 is a true and correct copy of Origin's Press Release titled "Origin Materials and Sustainea Launch Strategic Partnership to Develop 100% Bio-Based Materials,"

-2-

dated August 8, 2023.

14.    Attached as Exhibit 13 is a true and correct copy of Origin's August 9, 2023 Press Release titled "Origin Materials, Inc. Reports Operating and Financial Results for Second Quarter 2023," which was attached as Exhibit 99.1 to Origin's Form 8-K, which was publicly filed with the SEC on August 9, 2023.

15.    Attached as Exhibit 14 is a true and correct excerpted copy of the transcript of the Hearing before Judge William B. Shubb on the Motion to Dismiss Plaintiff's Corrected Amended Complaint (ECF. No. 69) on October 15, 2024.

16.    Attached as Exhibit 15 is a true and correct copy of Exhibit 3.3, titled "Amendment No. 2 to Offtake Supply Agreement (Origin 2)," of Origin's Form 10-Q, which was publicly filed with the SEC on May 10, 2023.

17.    Attached as Exhibit 16 is a true and correct copy of Avantium Analyst Call on Partnership with Origin Materials, dated February 22, 2023.

18.    Attached as Exhibit 17 is a true and correct copy of Origin's Press Release titled "Origin Materials and Avantium to Accelerate the Mass Production of FDCA and PEF for Advanced Chemicals and Plastics," dated February 21, 2023.

19.    Attached as Exhibit 18 is a true and correct excerpted copy of Conference Report 29-006 of the 104th Congress First Session, dated November 28, 1995, addressing Securities Litigation Reform.

20.    Attached as Exhibit 19 is a true and correct copy of Origin's Q1-2023 Earnings Call Transcript, dated May 10, 2023.

21.    Attached as Exhibit 20 is a true and correct excerpted

-3-

HUDSON DECLARATION ISO MTD SAC
CASE NO. 2:23-cv-01816-WBS-JDP

copy of Origin's Earnings Presentation titled "Company Overview," dated May 12, 2023.

22.  Attached as Exhibit 21 is a true and correct copy of Origin's Q3-2022 Earnings Call Transcript, dated November 3, 2022.

23.  Attached as Exhibit 22 is a true and correct excerpted copy of Origin's Form 10-Q, which was publicly filed with the SEC on May 10, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood City, California, this 19th day of December, 2024.


Dated: December 19, 2024    FRESHFIELDS US LLP


/s/ Carl Hudson
CARL HUDSON

-4-

HUDSON DECLARATION ISO MTD SAC
CASE NO. 2:23-cv-01816-WBS-JDP