# EXHIBIT 5

ORIGIN

# Second Quarter 2023 Earnings Call

The world's leading carbon negative materials company

*August 9, 2023*



# Origin 1 initiated start-up, in-line with prior guidance (1 of 2)

Plant to scale up and deploy core technology platform, with a focus on funded joint development programs



# Origin 1 initiated start-up, in-line with prior guidance (2 of 2)

Plant to scale up and deploy core technology platform, with a focus on funded joint development programs

# The Origin Platform – CMF building block is historic

The most recent chemical building block since polycarbonate, acrylate, and urethanes were commercialized in the 1980s[1]

*New fundamental building blocks are historic events driven by low cost of production, high versatility, and differentiated performance*
*CMF differentiation includes low carbon intensity when produced from biomass using Origin's process and performance advantages of some CMF applications*

**The ethylene building block.** Illustrative example of a chemical building block's growth and transformative power

annual production (million tons)
200
180
160
140
120
100
80
60
40
20
0
1900
1910
1920
1950
1960
1980
1990
2000
2005
2010
2020
U.S. chemical industry based on acetylene building block
First large-scale production of ethylene began in the 1920s
Introduction of steam cracking technology led to a significant decrease in ethylene production cost
Ethylene oxide production begins to grow rapidly
Polyethylene use begins to take off
By 2023, the global ethylene market is $125B
By the 1930s, ethylene had become key to the petrochemical industry
Ethylene glycol introduced as raw material for polyester fibers, polyester resins, and vinyl acetate, which is used to produce a range of materials including adhesives and coatings
Industry focus is to improve efficiency via larger scale steam cracking

1. Other examples of chemical building blocks include ethylene, propylene, butadiene, styrene, benzene, toluene, xylene, caprolactone, adipic acid, hexamethyl diamine, phosphoric acid, acetone, phenol, acrylate, sodium hydroxide, calcium carbonate, acetic acid, polycarbonate, urethanes.

Sources: Origin Materials. "Birth of the Petrochemical Industry," by the American Chemical Society. International Energy Agency (IEA). "Ethylene Global Market Report 2023," The Business Research Company.

ORIGIN

# The Origin Platform – CMF application breadth is expansive

Competitive production cost, versatility, and differentiated performance unlock new pathways for making products

1. Markets, shown in gray type, are included to represent indicative applications and are not exhaustive.



# FDCA – Mass production moved forward to Origin 2, rather than Origin 3. Customer demand for FDCA from Origin 2 is robust and growing

Acceleration due to strong commercialization progress, higher-margin opportunities, and near-term drop-in applications

Rapid Progress in FDCA Commercialization Has Enabled Accelerated Mass Production Timeline

Origin 2
Origin 3

Origin 2 FDCA customer demand is robust and growing

*In February 2021, Origin 3 was expected to be the first Origin plant focused on FDCA production from CMF. Now, Origin 2 is expected to focus primarily on FDCA production from CMF.*

- Higher margins due to performance advantages
- Applications include polyesters, polyamides, polyurethanes, coating resins, plasticizers
- Origin 2 initially anticipated to focus primarily on para-xylene production for bio-PET
- Origin now plans to supply pX to customers prior to 2030 primarily through collaborations with strategic partners
- Active discussions with strategic partners interested in licensing or co-developing low carbon bio-pX plants using Origin's technology, in the US and across the globe
- Most are large, well-capitalized industrial producers of petro-PTA, PET, and other downstream products

# FDCA – We will begin with drop-in applications that improve the performance of PET and are validated on commercial-scale equipment

FDCA complements sustainable PET production strategies and is necessary for 100% bio-PET and future PEF production

Drop-In PET/F Co-Polymer
Co-Polymer of FDCA and PET offers Performance Advantage
Tunable[1], High-Performance
Strong Gas Barrier Properties
Heat Resistance
Fully Recyclable[2]
+Low carbon and up to 100% bio-based
Necessary for 100% bio-based PET

## PEF Polymer

Made with FDCA

- High-Performance ✓
- Strong Gas Barrier Properties ✓
- Heat Resistance ✓
- Fully Recyclable[2] ✓
- Potentially Marine Non-Persistent ✓

*+Low carbon and up to 100% bio-based*

1. "Tunable" performance properties include enhanced mechanical performance and superior barrier properties enabling longer shelf life.
2. PEF can be recycled by the same mechanical methods used for PET. Currently there are no independent PEF recycling stream or U.S. guidelines for blending PEF and PET streams.

PEF applications include films, fibers, and next-generation packaging, with the potential to replace glass and aluminum; superior break protection and light-weighting

ORIGIN

# Origin 2 – Profound market shifts present both opportunities and challenges

## Opportunities:

Stronger than anticipated demand for higher-margin, performance-advantaged products including:

- FDCA
- Carbon black
- PEF and PET/F
- Liquid biofuels

## Challenges:

- Increased cost of labor, materials, process inputs, metallurgy (e.g., steel) due to volatile global materials markets, requiring engineering re-work. (Producer Price Index up 40% from 2020 to 2023.)
- Inflation and higher interest rates. (SOFR rose from 0.05% in June 2021 to 5.3% by August 2023.)
- Additional value engineering requirements that have extended project timelines.

## Updated Origin 2 Outlook

## Phased Construction Plan

*Adapting in this manner to the high-cost environment is expected to reduce project risk as we move forward on the path to profitability*



# Origin 2 – Phased construction: First oils and extractives, then CMF and HTC

Adapting in this manner to the higher-cost environment is expected to reduce project risk on the path to profitability

## Phase 1: Oils and Extractives

Late 2026 to 2027

- **Independently profitable**
- **Oils and extractives** based liquid bio-fuel
- **Product:** Drop-in biofuel. Potential applications include marine fuel, heat and power generation. Potential benefits include improved energy density compared with existing renewable alternatives and increased bio-content
- **Tailwind:** Decarbonization goals set by United Nations' International Maritime Organization
- **Capital budget** expected to be up to $400M[1]

## Phase 2: CMF and HTC

2028

- **Phase 2 is additive to Phase 1**
- **CMF and HTC** production from biomass
- **FDCA and carbon black focus**
- **High-value,** performance-differentiated products
- **Feedstock synergy:** Could include cellulosic output of Phase 1 process
- **Capital budget** expected to be up to $1.2B[1]

1. This compares to the original $1.07 billion aggregate capital budget estimate provided when Origin first announced its go-public transaction in February 2021.