# EXHIBIT 7

# ORIGIN

## Origin Materials and Terphane Form Strategic Partnership to Produce Sustainable, High-Performance Packaging

August 3, 2023

*Terphane signed a capacity reservation agreement to purchase bio-based PEF polymer from Origin Materials for use in industrial and film packaging applications*

WEST SACRAMENTO, Calif. & BLOOMFIELD, N.Y.—(BUSINESS WIRE)—Aug. 3, 2023— Origin Materials, Inc. ("Origin," "Origin Materials," or the "Company") (NASDAQ: ORGN, ORGNW), the world's leading  carbon negative materials company with a mission to enable the world's transition to sustainable materials, and Terphane, part of Tredegar Corporation (NYSE:TG), a global leader in specialty PET polyester films ("BOPET"), announced today a strategic partnership to produce sustainable, high-performance bio-polymer films.

This press release features multimedia. View the full release here: https://www.businesswire.com/news/home/20230803017982/en/

As part of the partnership, Terphane signed a multi-year capacity reservation agreement to purchase the advanced bio-polymer PEF for use in film applications, including food and beverage packaging and high-value industrial applications. BOPEF is biaxially oriented PEF, and BOPET is biaxially oriented PET. These stretched polymer films are valued for their strength, transparency, barrier properties, and electrical insulation.

"We are pleased to partner with Terphane, a trusted global leader in films with expansive customer and partner relationships," said  Rich Riley, Co-CEO of Origin Materials. "We are thrilled to work together to develop advanced, performance-enhanced products that help to enable a net zero material economy. This partnership represents further progress in Origin's mission to enable the world's transition to sustainable materials."

According to Marcos Vieira, global director of R&D for Terphane, "The development of this film will be critical to our efforts to meet this new global demand for sustainable flexible packaging solutions. The film is partially made from PEF and has all the traditional properties of a regular PET film, including post-consumption recycling. In addition, PEF provides an excellent thermal resistance and superior barrier performance, extending the shelf life of the packaged products." Vieira adds that initial tests in the  U.S. proved the material works perfectly in extrusion lines.

Origin Materials' patented technology platform represents a potential breakthrough in the commercialization of cost-competitive and low- carbon PEF. Made from furandicarboxylic acid ("FDCA"), the primary precursor to PEF, Origin PEF is a polymer with an attractive combination of sustainability and performance characteristics for packaging including enhanced barrier properties. Origin's PEF is expected to be 100% plant-based, fully recyclable, have attractive unit economics, and to offer a significantly reduced carbon footprint, with superior strength, thermal properties, and barrier properties compared to today's widely used petroleum-based materials.

**About Origin Materials**

Headquartered in West Sacramento, Origin Materials is the world's leading carbon negative materials company. Origin's mission is to enable the world's transition to sustainable materials. For over a decade, Origin has developed a platform for turning the  carbon found in inexpensive, plentiful, non-food biomass such as sustainable wood residues into useful materials while capturing carbon in the process. Origin's patented technology platform can help revolutionize the production of a wide range of end products, including clothing, textiles, plastics, packaging, car parts, tires, carpeting, toys, fuels, and more with a ~$1 trillion addressable market. In addition, Origin's technology platform is expected to provide stable pricing largely decoupled from the petroleum supply chain, which is exposed to more volatility than supply chains based on sustainable wood residues. Origin's patented drop-in core technology, economics and  carbon impact are supported by a growing list of major global customers and investors.

For more information, visit www.originmaterials.com.

**About Terphane**

Since its founding in 1976, Terphane has developed technologies and processes to produce specialty bioriented polyester films (BOPET). With significant experience and technical knowledge in film production, coating, and metallization, the company is recognized for its vertical integration, from resin to specialty films. Terphane is a global leader in specialty PET films, and a key company in Latin America. Terphane is a subsidiary of U.S.-based Tredegar Corporation (NYSE:TG).

**Cautionary Note on Forward-Looking Statements**

This press release contains certain forward-looking statements within the meaning of the federal securities laws. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding Origin Materials' business strategy, estimated total addressable market, ability to develop new product categories, commercial and operating plans, product development plans, and ability to realize the anticipated benefits of the partnership discussed in the press release. These statements are based on various assumptions, whether or not identified in this press release, and on the current expectations of the management of Origin Materials and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on as, a guarantee, an assurance, a prediction, or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of Origin Materials. These forward-looking statements are subject to a number of risks and uncertainties, including that Origin Materials may be unable to successfully commercialize its products; the effects of competition on Origin Materials' business; the uncertainty of the projected financial information with respect to Origin;

disruptions and other impacts to Origin's business as a result of outbreaks such as the COVID-19 pandemic, Russia's military intervention in   Ukraine, the impact of severe weather events, and other global health or economic crises; changes in customer demand; and those factors discussed in the Quarterly Report on Form 10-Q filed with the U.S. Securities and Exchange Commission on May 10, 2023, under the heading "Risk Factors," and other documents Origin Materials has filed, or will file, with the SEC. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that Origin Materials presently does not know, or that Origin Materials currently believes are immaterial, that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect Origin Materials' expectations, plans, or forecasts of future events and views as of the date of this press release. Origin Materials anticipates that subsequent events and developments will cause its assessments to change. However, while Origin Materials may elect to update these forward-looking statements at some point in the future, Origin Materials specifically disclaim any obligation to do so. These forward-looking statements should not be relied upon as representing Origin Materials' assessments of any date subsequent to the date of this press release. Accordingly, undue reliance should not be placed upon the forward-looking statements.

View source version on businesswire.com: https://www.businesswire.com/news/home/20230803017982/en/

**Origin Materials**
Investors:
ir@originmaterials.com

Media:
media@originmaterials.com

**Terphane**
PR
Liliam Benzi
ldbcom@uol.com.br

Source: Origin Materials, Inc.