# EXHIBIT 9

# Fourth Quarter 2022 Earnings Call

The world's leading carbon negative materials company

*February 23, 2023*

# Forward looking statements and disclaimers

**FORWARD-LOOKING STATEMENTS**

This presentation and the accompanying oral presentation have been prepared by Origin Materials, Inc. ("Origin") for informational purposes only and not for any other purpose. Certain statements included in this presentation that are not historical facts are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding Origin's business strategy, ability to convert capacity reservations and offtake agreements into revenue, ability to enter new end-markets, ability to develop new product categories, estimated total addressable market, anticipated synergies from partnerships, access to financing sources, budget and timelines for Origin 1, Origin 2, Origin 3 and future plants, anticipated production volume, anticipated benefits of our potential products, commercial and operating plans, product development plans, anticipated growth and projected financial information. These statements are based on various assumptions, whether or not identified in this presentation, and on the current plans, objectives, estimates, expectations and intentions of the management of Origin and are not predictions of actual performance and inherently involve significant risks and uncertainties. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on as, a guarantee, an assurance, a prediction, or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of Origin. These forward-looking statements are subject to a number of risks and uncertainties, including that Origin may be unable to successfully commercialize its products; the effects of competition on Origin's business; the uncertainty of the projected financial information with respect to Origin; disruptions and other impacts to Origin's business as a result of outbreaks such as the COVID-19 pandemic, Russia's military intervention in Ukraine, the impact of severe weather events, and other global health or economic crises; changes in customer demand; and those factors discussed in the Quarterly Report on Form 10-Q filed with the U.S. Securities and Exchange Commission ("SEC") on November 3, 2022 under the heading "Risk Factors," and other documents Origin has filed, or will file, with the SEC. These filings, when available, are available on the investor relations section of our website at investors.originmaterials.com and on the SEC's website at www.sec.gov. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks of which Origin does not presently know, or that Origin currently believes are immaterial, that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect Origin's expectations, plans, or forecasts of future events and views as of the date of this presentation. Origin anticipates that subsequent events and developments will cause its assessments to change. However, while Origin may elect to update these forward-looking statements at some point in the future, Origin specifically disclaims any obligation to do so except as required under applicable law. These forward-looking statements should not be relied upon as representing Origin's assessments of any date subsequent to the date of this presentation. Accordingly, undue reliance should not be placed upon the forward-looking statements.

**USE OF PROJECTIONS**

This presentation contains Origin's projected financial information. Such projected financial information is forward-looking and is for illustrative purposes only. It should not be relied upon as being indicative of future results. The assumptions and estimates underlying such projected financial information are inherently uncertain and are subject to many significant business, economic, competitive and other risks and uncertainties. Refer to "Forward-Looking Statements" above. Actual results may differ materially from the results presented in such projected financial information, and the inclusion of such information in this presentation should not be regarded as a representation by any person that the results reflected in such projections will be achieved.

**FINANCIAL INFORMATION; NON-GAAP FINANCIAL MEASURES**

The financial information and data contained in this presentation are unaudited and do not conform to Regulation S-X. Accordingly, such information and data may not be included, may be adjusted or may be presented differently in any document to be filed or furnished by Origin with the SEC. In addition to financial measures included in this presentation that are calculated in accordance with generally accepted accounting principles in the United States ("GAAP"), this presentation contains non-GAAP financial measures. Origin believes these non-GAAP financial measures provide useful information to management and investors regarding certain financial and business trends relating to Origin's financial condition and results of operations. Origin does not place undue reliance on these non-GAAP financial measures, and they should not be considered as substitutes for other measures of financial condition and results of operations reported in accordance with GAAP.

**TRADEMARKS**

This presentation contains trademarks, service marks, trade names and copyrights of Origin and other companies which are the property of their respective owners.



# Q4 2022 highlights (1 of 2)

*Origin's mission is to help drive the world's transition to sustainable materials by providing plant-based, zero-carbon materials designed for "drop-in" use and at economics comparable to existing fossil-fuel based materials, which are supported by a growing list of global brands including PepsiCo, Nestlé Waters, Danone, Ford Motor Company, Mitsubishi Gas Chemical, PrimaLoft, Solvay, Kolon Industries, AECI, Stepan, Mitsui & Co., Packaging Matters, Minafin Group, LVMH Beauty, Mitsubishi Chemical Group, Kuraray, Revlon, ATC Plastics, and Intertex*

| | |
|---|---|
| **Customer demand remains strong and broad based** | • Offtake and capacity reservation agreements now exceed $9.3 billion[1]. This represents a more than ninefold increase since the Company announced its intent to go public in February 2021<br>• Patented drop-in core technology, attractive unit economics and carbon impact continues to gain the support of a growing list of major global brands and investors spanning an increasingly diverse range of consumer and industrial end-markets<br>• As previously disclosed, Origin 2 para-xylene and PET capacity are substantially committed. Starting in Q4, the sales team shifted its focus from active marketing of PET towards higher margin products such as carbon black and advanced CMF-derived products including FDCA and PEF |
| **Origin 1 mechanically complete, completion of commissioning and start-up expected in Q2 2023** | • Origin 1's critical mechanical systems have been successfully installed and commissioning has begun<br>• Completion of commissioning and start-up expected in Q2 2023<br>• Work onsite will continue, including electrical work, adding new equipment, and further refining technology |

1. Figures assume maximum offtake amounts and exercise of full capacity reservations.



3

# Q4 2022 highlights (2 of 2)

**Origin 2 receives financing approval, with update to be provided mid-2023**

- Origin 2 has received final approval from Louisiana State Bond Commission and preliminary approval from Louisiana Public Finance Authority for the issuance of up to $1.5 billion of tax-exempt bonds, inclusive of previously announced expected $400 million Private Activity Bond ("PAB") allocation from the State of Louisiana
- This approval could enable the debt financing of Origin 2 using entirely tax-exempt bonds
- The Company has also made progress on developing new products and applications which may be incorporated into the design of the plant, such as FDCA, PEF, and biofuels
- Front-end design, construction planning, and financing are progressing with an update to be provided mid-2023

**Strong application development momentum for higher-margin products**

- Using its versatile platform technology, Origin has been developing commercialization pathways for higher-value applications for its intermediates CMF and HTC. In addition to para-xylene and bio-PET, Origin is exploring or qualifying FDCA, epoxies and resins, surfactants, sustainable carbon black, bio-asphalt, fuel pellets, as well as biofuel and biosolvents from an "oils and extractives" stream co-produced with CMF and HTC and which has not been included in previous plans
- As part of this development work, Origin has entered a strategic partnership with Avantium to accelerate the mass production of FDCA and PEF for advanced chemicals and plastics. The partnership aims to produce FDCA from Origin's carbon-negative technology platform for producing CMF and Avantium's YXY® Technology, which can be used to convert derivatives of Origin's CMF into FDCA, the chemical building block for the polymer PEF

**2023 financial guidance**

- 2023 financial guidance of revenue of $40 million to $60 million and Adjusted EBITDA loss of $50 million to $60 million. Based on a gradual production ramp up of Origin 1 and the establishment of the new supply chain, the Company anticipates to start booking revenues in Q3 2023



# Inflation Reduction Act ("IRA") offers potential for incremental government incentives for the construction of Origin's plants

Program is expected to start receiving initial applications in March 2023, with decisions at the end of the year

**IRA – Section 48C Advanced Manufacturing Tax Credit**

- The IRA is expected to significantly expand the Section 48C Tax Credit available for investments in manufacturing facilities for clean energy technologies
- Law provides $10 billion for allocations and expands the scope of eligible projects to "projects that re-equip, expand, or establish an industrial or manufacturing facility"[1]
- Origin is exploring several paths of eligibility in order to qualify for a discretionary tax credit for a significant portion of the plant's capital, which could support Origin 2 and future plant financing

**IRA – Advanced Industrial Facilities Deployment Program**

- Department of Energy program expected to provide competitive funding to advanced industrial facilities aimed at reducing greenhouse gas emissions from historically energy-intensive industries, including iron, steel, concrete, glass, pulp, paper, ceramics, and chemical production
- $5.8 billion of funding expected to be allocated for grants, rebates, direct loans, or cooperative agreements[1]
- Origin optimistic that U.S. based capacity will qualify for competitive financing

# Origin customer demand has increased more than ninefold to $9.3Bn since February 2021 announcement to go public

Total demand is $9.3Bn in either offtake agreements or capacity reservations[1]

## Customer Demand, $Bn cumulative[2]



Strategic evolution from demand generation to revenue generation and development of higher margin products

## Select Origin Customers & Partners

Ford • Nestlé • PEPSICO

MITSUBISHI GAS CHEMICAL • AECI • DANONE ONE PLANET. ONE HEALTH

SOLVAY • Stepan • PRIMALOFT • packaging MATTERS

KOLON INDUSTRIES • MITSUI & CO. • LVMH

MINAFIN GROUP • MITSUBISHI CHEMICAL GROUP • REVLON

kuraray • INTERTEX WORLD RESOURCES, Inc. • ATC PLASTICS

Major Asian soft drink company • Major global retail company • Major global toy company • Major global chemical company

Major U.S. supermarket chain • Major Japanese chemical company • Major Asian chemical company

1. Figures assume maximum offtake amounts and exercise of full capacity reservations.
2. In the chart, green color denotes the incremental increase in customer demand for a given quarter.
Source: Origin Materials.



# Origin 1 mechanically complete

Commissioning underway, with completion of commissioning and start-up expected in Q2 2023

- Commercial-scale plant expected to enable customers to qualify products and applications beyond PET and HTC fuel pellets; higher value products ultimately be produced and sold at world scale from Origin 2, Origin 3, and beyond
- Origin 1 nameplate capacity approximately 50 million pounds of biomass input annually
- In addition to para-xylene and bio-PET, Origin is exploring or qualifying FDCA, epoxies and resins, surfactants, sustainable carbon black, bio-asphalt, fuel pellets, as well as biofuel and bio-solvents from an "oils and extractives" stream co-produced with CMF and HTC and which has not been included in previous plans
- Origin 1 will be operated to optimally fulfill customers demand around qualification and sampling



# Construction schedule – Origin 1

**Origin 1 – plant purpose**

Produce CMF and HTC at commercial volumes

Produce CMF and HTC and other intermediates in volumes that allow customers to qualify products and applications other than PET

- **Objectives – by end of Q2 2022**
  - 1st round of operations hiring DONE
  - Piping modules delivered and installed DONE
  - Storage tanks for solvent received onsite DONE
  - HTC building construction start DONE
  - Filter press received and installed DONE
- **Objectives – Q3 2022**
  - Electrical installation start DONE
  - Last major equipment arrives on site DONE
  - Complete reliability and sustainability plan DONE
  - Hire core operations team & core analytical team DONE
  - Complete commissioning SOPs for plant utilities systems DONE
- **Objectives – Q4 2022**
  - 1st system turnovers to commissioning and start-up team DONE
  - Complete operator training for plant utilities systems DONE
  - Complete operational acceptance of plant utilities systems UNDERWAY
  - Complete commissioning SOPs for plant process systems DONE
  - Complete operator training for plant process systems UNDERWAY
  - Complete operational acceptance for plant process systems AT COMMISSIONING
  - Mechanical completion DONE



Origin 1 Timeline (Detail View)



9

# Origin 1 platform development

Origin's first plant will play a key application development role including exploring additional high-value products



Strategic asset

Intermediate streams

Products being explored or qualified (JDAs, sample production)

"CMF"
5-Chloro-methyl-furfural

Para-xylene and Bio-PET    FDCA    Epoxies and Resins    Surfactants

"HTC"
Hydrothermal carbon

Sustainable Carbon Black    Bio-asphalt    Fuel Pellets

"Oils & Extractives"[1]

Biofuel    Bio-Solvents

1. See page 13 for detail.

# Origin 2 front-end design, construction planning, and financing progressing, with update to be provided  mid-2023

**Origin 2 debt financing progressing**

- Origin 2 has received final approval from Louisiana State Bond Commission and preliminary approval from Louisiana Public Finance Authority for the issuance of up to $1.5 billion of tax-exempt bonds, inclusive of previously announced expected $400 million Private Activity Bond ("PAB") allocation from the State of Louisiana
- This approval could enable the debt financing of Origin 2 using entirely tax-exempt bonds
- Bank of America appointed as underwriter and marketer of Origin 2 tax-exempt financing
- Simultaneously pursuing other forms of financing, grants, and federal tax credits including programs with the USDA, DOE, and others which have come out of the IIJA and IRA to optimize capital structure and financing costs

**Front-end design progressing, with new products potentially incorporated into plant design**

- The overall site plot plan and logistics plan have been developed
- The Company has made progress on developing new products and applications which may be incorporated into the design of the plant, such as FDCA, PEF, and biofuels
- Company expects to provide an update on new product offerings and construction plans for the Origin 2 plant in mid-2023