# EXHIBIT 10



## Origin Materials Announces Startup of Origin 1, World's First Commercial CMF Plant

June 27, 2023

*New fundamental chemical building block, CMF, to be available at commercial scale for the first time*

*Plant to act as innovation center for scaling up and deploying Company's core technology platform, with a focus on funded joint development programs and qualifying materials for higher value applications*

WEST SACRAMENTO, Calif.--(BUSINESS WIRE)--Jun. 27, 2023-- Origin Materials, Inc. ("Origin," "Origin Materials," or the "Company") (NASDAQ: ORGN, ORGNW), the leading carbon negative materials company with a mission to enable the world's transition to sustainable materials, announced today it has begun startup of Origin 1, the world's first commercial CMF plant, located in Sarnia, Ontario, in-line with prior guidance.

"Yesterday we initiated startup at Origin 1, a tremendous accomplishment and milestone in our journey to decarbonize the world's materials," said John Bissell, Co-Founder and Co-CEO of Origin Materials. "This plant substantially scales up our revolutionary core technology platform. We expect the power of our platform intermediates, CMF and HTC, to be transformative for the chemical industry and how the world generally makes things."

The new plant will supply industry with intermediate chemicals and materials that can be used across a wide range of end markets, including clothing, textiles, plastics, packaging, car parts, tires, carpeting, toys, fuels, and more with a ~$1 trillion addressable market. The plant represents a significant scale-up of Origin's technology platform for converting sustainable wood residues into versatile intermediate chemicals.

CMF (chloromethyl furfural) is a versatile chemical building-block that can be used to make numerous downstream products, including para-xylene, which is the precursor to PET plastic, and FDCA (furandicarboxylic acid), which can be used in numerous sustainable products and materials such as the next-gen polymer PEF (polyethylene furanoate). The plant will also produce HTC (hydrothermal carbon), whose applications include sustainable carbon black for automotive tires.

"We are thrilled to be making our intermediates available to industry on a scale never before achieved," said Bissell. "The commercialization of a molecule like CMF is historic, on the order of an ethylene. After working with CMF for over a decade at pilot scale, we couldn't be more excited to begin commercial production here in Sarnia."

Origin 1 will be operated to optimally fulfill customer demand around qualification and sampling. The plant is expected to play a key role in the development of higher-value products and applications for CMF, HTC, and other co-products. These higher value products are expected to be produced and sold at world-scale from future plants, including Origin 2, Origin 3, and potentially licensed plants.

"The startup of Origin 1 is a testament to the strength of our team in the face of pandemic and related supply-chain headwinds," said Bissell. "We are excellently positioned to meet the massive customer demand for our renewable, carbon negative products, as we continue to execute on our mission to enable the world's transition to sustainable materials."

**About Origin Materials**

Headquartered in West Sacramento, Origin Materials is the world's leading carbon negative materials company. Origin's mission is to enable the world's transition to sustainable materials. For over a decade, Origin has developed a platform for turning the carbon found in inexpensive, plentiful, non-food biomass such as sustainable wood residues into useful materials while capturing carbon in the process. Origin's patented technology platform can help revolutionize the production of a wide range of end products, including clothing, textiles, plastics, packaging, car parts, tires, carpeting, toys, fuels, and more with a ~$1 trillion addressable market. In addition, Origin's technology platform is expected to provide stable pricing largely decoupled from the petroleum supply chain, which is exposed to more volatility than supply chains based on sustainable wood residues. Origin's patented drop-in core technology, economics and carbon impact are supported by a growing list of major global customers and investors.

For more information, visit www.originmaterials.com.

**Cautionary Note on Forward-Looking Statements**

This press release contains certain forward-looking statements within the meaning of the federal securities laws. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding Origin Materials' business strategy, estimated total addressable market, access to traditional financing sources, ability to operate and produce material at Origin 1, budget and timelines to complete Origin 2 and other future plants, ability to convert capacity reservations and offtake agreements into revenue, ability to enter new end-markets, ability to develop new product categories, commercial and operating plans, product development plans, anticipated growth and projected financial information and ability to realize the anticipated benefits of any partnerships discussed in the press release. These statements are based on various assumptions, whether or not identified in this press release, and on the current expectations of the management of Origin Materials and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on as, a guarantee, an assurance, a prediction, or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of Origin Materials. These forward-looking statements are subject to a number of risks and uncertainties, including that Origin Materials may be unable to successfully commercialize its products; the effects of competition on Origin Materials' business; the uncertainty of the projected financial information with respect to Origin; disruptions and other impacts to Origin's business as a result of outbreaks such as the COVID-19 pandemic, Russia's military

intervention in Ukraine, the impact of severe weather events, and other global health or economic crises; changes in customer demand; and those factors discussed in the Quarterly Report on Form 10-Q filed with the U.S. Securities and Exchange Commission on May 10, 2023, under the heading "Risk Factors," and other documents  Origin Materials has filed, or will file, with the SEC. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that Origin Materials presently does not know, or that Origin Materials currently believes are immaterial, that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect Origin Materials' expectations, plans, or forecasts of future events and views as of the date of this press release. Origin Materials anticipates that subsequent events and developments will cause its assessments to change. However, while Origin Materials may elect to update these forward-looking statements at some point in the future, Origin Materials specifically disclaim any obligation to do so. These forward-looking statements should not be relied upon as representing Origin Materials' assessments of any date subsequent to the date of this press release. Accordingly, undue reliance should not be placed upon the forward-looking statements.

View source version on businesswire.com: https://www.businesswire.com/news/home/20230627202018/en/

**Origin Materials**
Investors: ir@originmaterials.com
Media: media@originmaterials.com

Source: Origin Materials, Inc.