# EXHIBIT 12



**Origin Materials and Sustainea Launch Strategic Partnership to Develop 100% Bio-Based Materials**

August 8, 2023

*Sustainea and Origin Materials signed a partnership agreement to develop 100% bio-based PET and polyesters, leveraging Sustainea's bioMEG and Origin Materials' bio-based PTA and FDCA*

WEST SACRAMENTO, Calif.--(BUSINESS WIRE)--Aug. 8, 2023--

Origin Materials, Inc. ("Origin," "Origin Materials," or the "Company") (NASDAQ: ORGN, ORGNW), the world's leading    carbon negative materials company with a mission to enable the world's transition to sustainable materials, and Sustainea Bioglycols ("Sustainea"), a joint venture between Braskem (NYSE: BAK) and Sojitz Corporation, today announced a strategic partnership centered on advanced bio-based materials produced using Origin's technology platform and Sustainea's bio-based glycol products and market expertise.

This press release features multimedia. View the full release here: https://www.businesswire.com/news/home/20230808398713/en/

As part of the partnership, Sustainea signed two multi-year capacity reservation agreements to purchase renewable chemicals from Origin Materials, including bio-based PTA and bio-based FDCA. PTA is a fundamental feedstock for a broad variety of market applications, including PET polyester packaging, textiles, clothing, plastics, car parts, tires, carpeting, and toys. FDCA is a raw material whose commercial applications include surfactants, epoxy resins, and the next-gen polymer PEF (polyethylene furanoate).

"We are thrilled to partner with Sustainea, a joint venture formed by two innovative global companies: Braskem, the largest thermoplastic resin producer in the Americas and a global pioneer in biopolymers, and Sojitz, a Japan-oriented global trading company with wide-ranging market networks and a strong presence in Asia," said Origin Materials Co-CEO  Rich Riley. "Through Sustainea, Braskem and Sojitz aim to be the global leader in bioMEG production. Since bioMEG and bio-PTA are both necessary for making 100% bio-based PET, we are strongly aligned to create a low-carbon future for polymers, including bio-PET and advanced bio-based polymers integrating FDCA. We are excited about this powerful strategic partnership on the cutting edge of renewable materials."

Origin expects to produce bio-based FDCA and bio-based PTA using its patented technology platform, which turns the carbon found in sustainable wood residues into useful products while capturing carbon in the process.

"We are very excited to join forces with Origin on the pathway to a low  carbon future," stated  Gustavo Sergi, CEO of Sustainea. "Bringing to the market bioMEG and bioPET has always been our ambition and the partnership with Origin represents an important step towards this goal. The polyester and PET markets grow 3.5 million tons every year, so we have an important mission to develop our operation to supply the industry as soon as possible. From textiles to bottles, our bioMEG and bioPET will be there to be quickly absorbed by the market as a drop-in solution. Finally, these biopolymers are not only bio-based but also fully recyclable. This will contribute to a circular economy and to the reduction of $CO_2$ emissions."

**About Origin Materials**
Headquartered in West Sacramento, Origin Materials is the world's leading  carbon negative materials company. Origin's mission is to enable the world's transition to sustainable materials. For over a decade, Origin has developed a platform for turning the  carbon found in inexpensive, plentiful, non-food biomass such as sustainable wood residues into useful materials while capturing carbon in the process. Origin's patented technology platform can help revolutionize the production of a wide range of end products, including clothing, textiles, plastics, packaging, car parts, tires, carpeting, toys, fuels, and more with a ~$1 trillion addressable market. In addition, Origin's technology platform is expected to provide stable pricing largely decoupled from the petroleum supply chain, which is exposed to more volatility than supply chains based on sustainable wood residues. Origin's patented drop-in core technology, economics and  carbon impact are supported by a growing list of major global customers and investors.

For more information, visit www.originmaterials.com.

**About Sustainea Bioglycols**
Sustainea is a dynamic and innovative company focused on sustainable chemistry. Established as a joint venture between Braskem and Sojitz Corporation, Sustainea is a company born with the desire to be the global leader in bio-MEG and transform the bottles and textiles market through innovation in renewable chemicals, generating a positive impact for everyone. Sustainea's business plan includes the construction of three industrial plants with annual production capacity of 700,000 tons of bio-based MEG, with the startup of the first plant in 2027. With a strong emphasis on research and development, Sustainea's commitment to environmental stewardship and their innovative approach to creating renewable materials aligns perfectly with the goal of developing sustainable alternatives to conventional plastics. Headquartered in the United States, with an office in São Paulo, Brazil, Sustainea has professionals with in-depth knowledge of the chemical industry and renewable chemicals business.

For more information, visit www.sustaineabio.com.

**Cautionary Note on Forward-Looking Statements**
This press release contains certain forward-looking statements within the meaning of the federal securities laws. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding Origin Materials' business strategy, estimated total addressable market, ability to enter new end-markets, ability to develop new product categories, commercial and operating plans, product development plans, and ability to realize the anticipated benefits of the partnership discussed in the press release. These statements are based on various assumptions, whether or not identified in this press release, and on the current expectations of the management of Origin

Materials and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on as, a guarantee, an assurance, a prediction, or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of Origin Materials. These forward-looking statements are subject to a number of risks and uncertainties, including that Origin Materials may be unable to successfully commercialize its products; the effects of competition on Origin Materials' business; the uncertainty of the projected financial information with respect to Origin; disruptions and other impacts to Origin's business as a result of outbreaks such as the COVID-19 pandemic, Russia's military intervention in  Ukraine, the impact of severe weather events, and other global health or economic crises; changes in customer demand; and those factors discussed in the Quarterly Report on Form 10-Q filed with the U.S. Securities and Exchange Commission on May 10, 2023, under the heading "Risk Factors," and other documents  Origin Materials has filed, or will file, with the SEC. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that Origin Materials presently does not know, or that Origin Materials currently believes are immaterial, that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect Origin Materials' expectations, plans, or forecasts of future events and views as of the date of this press release. Origin Materials anticipates that subsequent events and developments will cause its assessments to change. However, while Origin Materials may elect to update these forward-looking statements at some point in the future, Origin Materials specifically disclaim any obligation to do so. These forward-looking statements should not be relied upon as representing Origin Materials' assessments of any date subsequent to the date of this press release. Accordingly, undue reliance should not be placed upon the forward-looking statements.

View source version on businesswire.com: https://www.businesswire.com/news/home/20230808398713/en/

**Origin Materials**
Investors:
ir@originmaterials.com

Media:
media@originmaterials.com

**Sustainea Bioglycols**
Media Sustainea:
communication@sustaineabio.com

Source: Origin Materials, Inc.