# EXHIBIT 20



# Company Overview

The world's leading carbon negative materials company

*May 12, 2023*

# Hyosung Partnership



"Origin Materials and Hyosung Partner to Produce Batteries, Automotive Parts, and Apparel from Carbon-Negative Materials"
– March 22, 2023

- Hyosung Advanced Materials, a Korea-based industrial materials company, signed a multi-year capacity reservation agreement to purchase sustainable carbon-negative materials from Origin
- The materials include PET and a hybrid polymer PET/F (a blend of PET and FDCA) for use in tire cord applications, HTC for use in battery materials, as well as furanic derivatives for use in spandex applications in the apparel industry



battery

tire cord

As previously reported in the Q1 2023 Earnings Presentation of Origin Materials, Inc. dated May 10, 2023.

# Origin customer demand exceeds $9.3Bn, a more than ninefold increase since announcement to go public in February 2021

Total demand consists of offtake agreements or capacity reservations[1]



Customer Demand, $Bn cumulative[2]

Source: Origin Materials

*Strategic evolution from demand generation to revenue generation and development of higher margin products*

~$1Bn — Transaction Announced Feb 2021
~$1.9Bn — Analyst Day Apr 2021
~$3.5Bn — Q2 Aug 2021
~$4.2Bn — Q3 Nov 2021
~$5.6Bn — Q4 Feb 2022
~$7.4Bn — Q1 May 2022
~$8.1Bn — Q2 Aug 2022
~$9.0 Bn — Q3 Nov 2022
~$9.3 Bn — Q4 Feb 2023

## Select Origin Customers & Partners



1. Figures assume maximum offtake amounts and exercise of full capacity reservations. As of February 2023, Origin Materials' commercial strategy evolved from demand generation to revenue generation and the development of higher margin products, and as such the Company does not plan to provide quarterly updates to its total signed offtake agreements and capacity agreements but will provide updates as appropriate.
2. In the chart, green color denotes the incremental increase in customer demand for a given quarter.
As previously reported in the Q1 2023 Earnings Presentation of Origin Materials, Inc. dated May 10, 2023. Source: Origin Materials.



# Origin is building on a strong foundation toward rapid growth...



...with detailed expansion plans to 2030 and beyond

Source: Origin Materials.
As previously reported on a Rule 425 filing of Artius Acquisition, Inc. dated April 19, 2021.

37

# Origin 1 start-up expected in Q2 2023, in-line with prior guidance

Plant is mechanically complete with commissioning underway

- Commercial-scale plant expected to enable customers to qualify products and applications beyond PET and HTC fuel pellets; higher value products ultimately to be produced and sold at world scale from Origin 2, Origin 3, and beyond
- In addition to para-xylene and bio-PET, Origin is exploring or qualifying FDCA, epoxies and resins, surfactants, sustainable carbon black, bio-asphalt, fuel pellets, as well as biofuel and bio-solvents from an "oils and extractives" stream co-produced with CMF and HTC not included in previous plans
- Origin 1 will be operated to optimally fulfill customer demand around qualification and sampling



ORIGIN    38

As previously reported in the Q4 2022 Earnings Presentation of Origin Materials, Inc. dated February 23, 2023.

# Minafin Expanded Relationship – Origin 1 Initiative



### "Origin Materials and Minafin Group Launch Manufacturing Initiative for Origin's First Commercial Plant"
– April 19, 2023

- Green Chemistry Division of Minafin Group, a global fine chemical company, to serve as high-value conversion and manufacturing partner for Origin 1, improving downstream supply chain for novel chemistry
- CMF (chloromethylfurfural) produced by Origin at Origin 1 will be delivered to Minafin, which will convert CMF into downstream intermediates and products
- Expands on the companies' previously announced strategic partnership to industrialize sustainable chemicals
- Complementary technologies to grow value of bio-based supply chain including bio-based PET



Manufacturing initiative builds on the strengths of Origin's patented technology platform, which turns the carbon found in sustainable wood residues into useful materials, and Minafin's manufacturing capability, process know-how, supply chain strength, and deep expertise in furanic specialty products

As previously reported in the Q1 2023 Earnings Presentation of Origin Materials, Inc. dated May 10, 2023.

# Origin 1 platform development

Origin's first plant will play a key application development role including exploring additional high-value products

**Strategic asset** | **Intermediate streams** | **Products being explored or qualified (JDAs, sample production)**

"CMF"
5-Chloro-methyl-furfural

Para-xylene and Bio-PET | FDCA | Epoxies and Resins | Surfactants

"HTC"
Hydrothermal carbon

Sustainable Carbon Black | Bio-asphalt | Fuel Pellets

"Oils & Extractives"[1]

Biofuel | Bio-Solvents

1. See page 10 for detail.
As previously reported in the Q4 2022 Earnings Presentation of Origin Materials, Inc. dated February 23, 2023.



40