# EXHIBIT 22

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

_____

# FORM 10-Q

_____

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2023**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission file number 001-39378**

_____

# ORIGIN MATERIALS, INC.
**(Exact name of registrant as specified in its charter)**

_____

| | |
|---|---|
| **Delaware** | **87-1388928** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **930 Riverside Parkway, Suite 10 West Sacramento, CA** | **95605** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(916) 231-9329**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name or former address, if changed since last report)**

_____

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class: | Trading Symbol(s) | Name of each exchange on which registered: |
|---|---|---|
| **Common Stock, $0.0001 par value per share** | **ORGN** | **The NASDAQ Capital Market** |
| **Warrants** | **ORGNW** | **The NASDAQ Capital Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | | Accelerated filer | ☐ |
| Non-accelerated filer | | Smaller reporting company | |
| | | Emerging growth company | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes  No ☒

The number of shares of the registrant's Common Stock, par value $0.0001 per share outstanding was 143,267,991, as of May 5, 2023.

**ORIGIN MATERIALS, INC.**

**TABLE OF CONTENTS**

| | | | Page No. |
|---|---|---|---|
| **PART I. - FINANCIAL INFORMATION** | | | |
| Item 1 | | Financial Statements | 1 |
| | | Condensed Consolidated Balance Sheets (unaudited) | 1 |
| | | Condensed Consolidated Statements of Operations and Comprehensive Income (unaudited) | 2 |
| | | Condensed Consolidated Statements of Stockholders' Equity and Accumulated Other Comprehensive Loss (unaudited) | 3 |
| | | Condensed Consolidated Statements of Cash Flows (unaudited) | 4 |
| | | Notes to Unaudited Condensed Consolidated Financial Statements | 5 |
| Item 2 | | Management's Discussion and Analysis of Financial Condition and Results of Operations | 28 |
| Item 3 | | Quantitative and Qualitative Disclosures About Market Risk | 36 |
| Item 4 | | Controls and Procedures | 37 |
| **PART II. - OTHER INFORMATION** | | | 38 |
| Item 1 | | Legal Proceedings | 38 |
| Item 1A | | Risk Factors | 38 |
| Item 2 | | Unregistered Sales of Equity Securities and Use of Proceeds | 63 |
| Item 3 | | Defaults Upon Senior Securities | 63 |
| Item 4 | | Mine Safety Disclosures | 63 |
| Item 5 | | Other Information | 63 |
| Item 6 | | Exhibits | 65 |
| | | SIGNATURES | 66 |

*Contingencies*

At times there may be claims and legal proceedings generally incidental to the normal course of business that are pending or threatened against the Company. Although the Company cannot predict the outcome of these matters when they arise, in the opinion of management, any liability arising from them will not have a material adverse effect on the consolidated financial position, results of operations, or liquidity of the Company. At March 31, 2023 and December 31, 2022, there were no material claims or legal proceedings pending or threatened against the Company.

**20. Basic and Diluted Net Income Per Share**

The following table sets forth the computation of basic and diluted net income per share attributable to common stockholders, which excludes Sponsor Vesting Shares which are legally outstanding, but subject to return to the Company. Basic net income per share is computed by dividing net income for the period by the weighted-average number of common shares outstanding during the period. Diluted net income per share is computed by dividing net income for the period by the weighted-average common shares outstanding during the period, plus the dilutive effect of the stock options and RSU awards, as applicable pursuant to the treasury stock method. The following table sets forth the computation of basic and diluted net income per share:

| *(In thousands, except for share and per share amounts)* | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | | 2023 | | 2022 |
| Numerator: | | | | |
| Net income attributable to common stockholders-Basic | $ | 9,769 | $ | 7,346 |
| Net income attributable to common stockholders-Diluted | $ | 9,769 | $ | 7,346 |
| Denominator: | | | | |
| Weighted-average common shares outstanding-Basic (1) | | 138,651,062 | | 136,825,016 |
| Stock options | | 3,803,307 | | 4,880,252 |
| RSU awards | | - | | 27,135 |
| Weighted-average common shares outstanding-Diluted (1) | | 142,454,369 | | 141,732,403 |
| Net income per share-Basic | $ | 0.07 | $ | 0.05 |
| Net income per share-Diluted | $ | 0.07 | $ | 0.05 |

(1)  Excludes weighted-average Sponsor Vesting Shares subject to return of 4,500,000 shares as of March 31, 2023 and 2022.

26

Diluted earnings per share reflect the potential dilution of securities that could share in the earnings of an entity. The following potentially dilutive securities for common stock were outstanding and excluded from diluted earnings per share as they are subject to performance or market conditions that were not achieved as follows:

| | Three Months Ended March 31, | |
|---|---|---|
| | 2023 | 2022 |
| Options to purchase common stock | 1,481,531 | 1,481,531 |
| Performance-based stock awards | 2,054,650 | 2,634,498 |
| Earnout shares | 25,000,000 | 25,000,000 |
| Sponsor vesting shares | 4,500,000 | 4,500,000 |

The following outstanding shares of potentially dilutive securities were excluded from the computation of diluted net income per share attributable to common stockholders for the periods presented because including them would have been antidilutive:

| | Three Months Ended March 31, | |
|---|---|---|
| | 2023 | 2022 |
| Warrants to purchase common stock | 35,476,627 | 35,476,627 |
| RSU awards | - | 763,778 |

**21. Subsequent Events**

On May 9, 2023, the Company amended its Offtake Agreement with a customer. The amendment added FDCA as a product potentially available to be supplied to the customer under the Offtake Agreement and eliminated the customer's obligation to buy and the Company's obligation to sell a specified annual amount of product from the Origin 1 facility while adding the planned Origin 3 facility as a potential source of product to be supplied to the customer. The amendment also made the customer's obligation to buy and the Company's obligation to sell a specified annual amount of product from the Origin 2 facility non-binding unless and until the Company accepts a purchase order from the customer. In addition, the amendment eliminated certain construction and delivery milestones associated with the Origin 1 facility, along with the penalties applicable in the event those milestones were not met, and updated the construction and delivery milestones associated with the Origin 2 facility.

27

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

<b>CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS</b>

Origin Materials, Inc. (the "Company") makes forward-looking statements in this Quarterly Report on Form 10-Q (this "Report") and in documents incorporated herein by reference. All statements, other than statements of present or historical fact included in or incorporated by reference in this Report, regarding the Company's future financial performance, as well as the Company's strategy, future operations, financial position, estimated revenues, and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. When used in this Report, the words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "will," "would" the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations, assumptions, hopes, beliefs, intentions and strategies regarding future events and are based on currently available information as to the outcome and timing of future events. The Company cautions you that these forward-looking statements are subject to all of the risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of the Company, incident to its business.

These forward-looking statements are based on information available as of the date of this Report, and current expectations, forecasts and assumptions, and involve a number of risks and uncertainties. Accordingly, forward-looking statements in this Report and in any document incorporated herein by reference should not be relied upon as representing the Company's views as of any subsequent date, and the Company does not undertake any obligation to update forward-looking statements to reflect events or circumstances after the date they were made, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.

As a result of a number of known and unknown risks and uncertainties, the Company's actual results or performance may be materially different from those expressed or implied by these forward-looking statements. Some factors that could cause actual results to differ include:

- the effectiveness of the Company's disclosure controls and procedures and internal control over financial reporting;

- the Company's future financial and business performance, including financial projections and business metrics;

- changes in the Company's strategy, future operations, financial position, estimated revenues and losses, projected costs, prospects and plans;

- the Company's ability to scale in a cost-effective manner;

- the Company's ability to raise capital, secure additional project financing and secure government incentives;

- the Company's ability to complete construction of its plants in the expected timeframe and in a cost-effective manner;

- the Company's ability to procure necessary capital equipment and to produce its products in commercial quantities;

- the impact of laws and regulations and liabilities thereunder, including any decline in the value of carbon credits;

- the Company's ability to procure and store necessary raw materials, works in process, and finished goods;

- any increases or fluctuations in raw material costs;

- the Company's ability to avoid, mitigate, and recover from business and supply chain disruptions;

- the ability to maintain the listing of the Company's common stock on the Nasdaq; and

- the impact of worldwide economic, political, industry, and market conditions, including the continued effects of the global COVID-19 pandemic, sanctions imposed against Russia following its military intervention in Ukraine, global supply chain disruptions, increased inflationary pressure, labor market constraints, bank failures, and other macroeconomic factors.

Other risks and uncertainties set forth in this Report, including risk factors discussed in Item 1A under the heading, "Risk Factors".

**Overview**

Origin is a carbon negative materials company with a mission to enable the world's transition to sustainable materials by replacing petroleum-based materials with decarbonized materials in a wide range of end products, such as food and beverage packaging, clothing, textiles, plastics, car parts, carpeting, tires, adhesives, soil amendments, fuels, and more. We believe that our platform technology can help make the world's transition to "net zero" possible and support the fulfillment of greenhouse gas reduction pledges made by countries as part of the United Nations Paris Agreement as well as corporations that are committed to reducing emissions in their supply chains.

Our technology can convert sustainable feedstocks such as sustainably harvested wood residues, agricultural waste, wood waste and even corrugated cardboard into materials and products that are currently made from fossil feedstocks such as petroleum and natural gas. These sustainable feedstocks are not used in food production, which differentiates our technology from other sustainable materials companies that use feedstocks such as vegetable oils or high fructose corn syrup and other sugars.

We believe that products made using Origin's platform technology can compete directly with petroleum-derived products on both performance and price. Due to abundant and renewable wood supplies that have historically stable pricing, our cost of production is expected to be more stable than potential competing platforms that use other types of feedstocks. We believe that end products made using our platform technology will have a significant unit cost advantage over products made from other low carbon feedstocks.

We have developed a proprietary platform technology to convert biomass, or plant-based carbon, into the versatile "building block" chemicals chloromethylfurfural ("CMF") and hydrothermal carbon ("HTC"), which we collectively refer to as Furanic Intermediates, as well as oils and extractives and other co-products. At commercial scale, our platform technology is expected to produce CMF and HTC with a negative carbon footprint. We believe these chemicals can replace petroleum-based inputs, lowering the carbon footprint of a wide range of materials without increasing cost or sacrificing performance.

The following discussion and analysis should be read in conjunction with our unaudited condensed consolidated financial statement and the related notes appearing elsewhere in this Report. This discussion may contain forward-looking statements based upon current expectations that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of various factors, including those set forth in the sections titled "Cautionary Note Regarding Forward-Looking Statements" and "Risk Factors" as set forth elsewhere in this Report. Unless the context otherwise requires, references in this section to "Legacy Origin", "the Company", "we", "us" and "our" refer to the business and operations of Legacy Origin and its consolidated subsidiaries prior to the Business Combination and to Origin Materials, Inc. and its consolidated subsidiaries, following the Closing.

**Business Environment and Trends**

Our business and financial performance depend on worldwide economic conditions. We face global macroeconomic challenges, particularly in light of increases and volatility in interest rates, uncertainty in markets, inflationary trends, navigating complex and evolving regulatory frameworks, and the dynamics of the global trade environment. In addition to the economic impacts of the COVID-19 pandemic, we have observed market uncertainty, increasing inflationary pressures, supply constraints and labor shortage in the past few quarters. These market dynamics, which we expect will continue into the foreseeable future, have and may continue to impact our business and financial results, including costs and revenues.

Customer demand for our products remains strong and broad based, with offtake and capacity reservations exceeding $9.3 billion dollars as of February 2023, when our commercial strategy evolved from demand generation to revenue generation and the development of higher margin products. We believe demand for our products is likely to exceed supply for the foreseeable future.

We continue to see favorable tailwinds for our technology and business model. We are actively exploring several federal programs funded by the Inflation Reduction Act, including the Department of Energy's Advanced Industrial Facilities Deployment Program, or AIFD, and the Section 48C Advanced Manufacturing Tax Credit. These and other programs, many of which include climate and supply chain related directives, could provide positive momentum for us in securing additional funding for building plants and deploying our platform.

Product development progress remains strong. We continue to expand our IP position and engage in developmental activities with technical, strategic, and supply chain partners. We have demonstrated a significant performance milestone in our carbon black program, validating the suitability of our HTC-derived carbon black for automotive tires and mechanical rubber goods. Our carbon black blends were shown to meet or exceed fossil-based N660 performance for these applications and the results suggest they may be used more broadly, as well. With our first commercial plant, Origin 1, on track for start-up during Q2, we expect our ability to make production samples to increase, further bolstering our ability to advance product development objectives, including through funded joint development programs.

**Key Factors and Trends Affecting Origin's Operating Results**

We are in the early stages of generating revenue. We believe that our performance and future success depend on several factors that present significant opportunities for us but also pose risks and challenges, including those discussed below and under "Risk Factors" appearing elsewhere in this Report.

**Basis of Presentation**

We currently conduct our business through one operating segment and our historical results are reported under U.S. GAAP and in U.S. Dollars. Upon commencement of commercial operations, we expect to expand our operations substantially, including in the United States and Canada, and as a result, we expect Origin's future results to be sensitive to foreign currency transaction and translation risks and other financial risks that are not reflected in Origin's historical financial statements. As a result, we expect that the financial results we report for periods after we begin commercial operations will not be comparable to the financial results included in this Report.

**Components of Results of Operations**

We are in the early stages of generating revenue and our historical results may not be indicative of our future results for reasons that may be difficult to anticipate. Accordingly, the drivers of our future financial results, as well as the components of such results, may not be comparable to our historical or projected results of operations.

*Revenue*

We evaluate financial performance and make resource allocation decisions based upon the results of our single operating and reportable segment. We generally produce and sell finished products, for which we recognize revenue upon shipment. Our contracts with service components generally pay us at the commencement of the agreement and then at additional intervals as outlined in each contract. We recognize revenue as we satisfy the related performance obligations.

*Cost of revenue*

Cost of revenue consists primarily cost associated with purchase of finished goods. Also, the Company elected to expense the cost related to the service agreements as incurred under ASC topic 606 as the period of benefit is less than one year.

*Research and Development Expenses*

To date, our research and development expenses have consisted primarily of development of CMF, HTC, levulinic acid, furfural, and oils and extractives, and the conversion of those chemical building blocks into products familiar to and desired by our customers, such as PX, PET, and carbon black. Our research and development expenses also include investments associated with the expansion of the Origin 1 plant and planning and construction of the Origin 2 plant, including the material and supplies to support product development and process engineering efforts.

*General and Administrative Expenses*

General and administrative expenses consist primarily of personnel-related costs, including stock-based compensation, professional fees, including, the costs of accounting, audit, legal, regulatory and tax compliance.

Additionally, costs related to advertising, trade shows, corporate marketing, as well as an allocated portion of our occupancy costs also comprise general and administrative expenses.

30

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

ORIGIN MATERIALS, INC.

Date: May 10, 2023                    By:   /s/ John Bissell
                                            John Bissell
                                            Co-Chief Executive Officer

Date: May 10, 2023                    By:   /s/ Rich Riley
                                            Rich Riley
                                            Co-Chief Executive Officer

Date: May 10, 2023                    By:   /s/ Nate Whaley
                                            Nate Whaley
                                            Chief Financial Officer

66