**BRAGAR EAGEL & SQUIRE P.C.**
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 486-0462 (fax)
passmore@bespc.com

*Liaison Counsel for Lead Plaintiff, Lead Counsel,
and the Proposed Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION ) ) _____ ) ) This Document Relates To ) ) ALL ACTIONS CONSOLIDATED FROM: ) ) Antonio F. Soto, individually and ) on behalf of all others similarly ) situated, ) )     Plaintiff, ) )          v. ) ) Origin Materials, Inc., Richard J. ) Riley, and John Bissell, ) )     Defendants. ) ) ) ) | Case No.: 2:23-cv-01816-WBS-JDP DECLARATION OF MARION C. PASSMORE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT CLASS ACTION JURY TRIAL DEMANDED Date: February 18, 2025 Time: 1:30 p.m. Judge: Hon. William B. Shubb Courtroom: No. 5-14ᵗʰ Floor |

PASSMORE DECL ISO OPP to MTD
2:23-cv-01816-WBS-JDP

**DECLARATION OF MARION C. PASSMORE**

1.    I am duly admitted to practice in the State of California and an attorney with the law firm Bragar Eagel & Squire, P.C. I am liaison counsel of record for Lead Plaintiff Todd Frega ("Plaintiff"), Lead Counsel, and the Proposed Class in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

2.    Attached as Exhibit 1 is a true and correct copy of the transcript of a fireside chat involving Defendants Bissell and Riley at the Morgan Stanley 8th Annual Sustainable Futures Conference on May 22, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California this 21st day of January, 2025.

Dated: January 21, 2025                    */s/ Marion C. Passmore*

1

PASSMORE DECL ISO OPP to MTD                    2:23-cv-01816-WBS-JDP