**EXHIBIT 1**

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

ORGN.OQ - Origin Materials Inc at Morgan Stanley Sustainable Finance Summit

EVENT DATE/TIME: MAY 22, 2023 / 5:45PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



MAY 22, 2023 / 5:45PM, ORGN.OQ - Origin Materials Inc at Morgan Stanley Sustainable Finance Summit

## CORPORATE PARTICIPANTS

**John Bissell** *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

**Richard J. Riley** *Origin Materials, Inc. - Co-CEO & Director*

## CONFERENCE CALL PARTICIPANTS

**Carolyn Leigh Campbell** *Morgan Stanley, Research Division - Equity Strategist*

## PRESENTATION

**Carolyn Leigh Campbell** *- Morgan Stanley, Research Division - Equity Strategist*

Hello, and welcome back to the Sustainable Finance Summit. I'm Carolyn Campbell. I head up our fixed income and ESG research here at Morgan Stanley. And I'm joined today by John Bissell and Rich Riley, Co-CEOs of Origin Materials.

Any quickly before we begin, please note that this webcast is for Morgan Stanley's client and appropriate Morgan Stanley [completed only]. This webcast is not for members of the press. If you are a member of the press, please disconnect and reach out separately. For important disclosures, please see the Morgan Stanley research disclosure website at www.morganstanley.com/researchdisclosures, I'm sure it's very entertaining.

## QUESTIONS AND ANSWERS

**Carolyn Leigh Campbell** *- Morgan Stanley, Research Division - Equity Strategist*

But let's get into it. Let's start just with an overview of the company, John and Rich, can you guys give us the elevator pitch? Why is Origin trying to accomplish? What products are you producing?

**Richard J. Riley** *- Origin Materials, Inc. - Co-CEO & Director*

Sure. Thanks, Carolyn, and thanks for having us today. We spent over 10 years developing a highly proprietary technology platform that enables us to convert really any form of cellulose into a wide range of carbon-negative materials. So our base case is to use the waste coming off of sawmills. So wood residues but we can use agricultural waste and all kinds of things. And from that, we produce 3 primary intermediates. It's sort of like a wood waste refinery. The target molecule is chloromethyl furfural, CMF, and that is a very flexible molecule that can go on to become paraxylene, for example, and PET plastic, which is one of our flagship products. Second intermediates for hydrothermal carbons, is solid. We call it, HTC, which can go into Carbon Black, which is one of the principal ingredients in our tires and really anything that's black. And the third intermediate is oils and extractives which can go into biofuels. So we make those 3 things.

We went public to raise the money necessarily to get to commercial scale. We've been at pilot scale for years, our first plant Origin 1, which is pictured in our backgrounds as mechanically complete and will turn on next month. And then our much larger and first world-scale plant Origin 2, is scheduled to come online in the 2025 time frame in Geismar, Louisiana. And I guess the other pitch is that we've -- when we started this process, we had about $1 billion in demand entirely from the packaging space. Pepsi Nestle and Danone were early investors and Board members of the company and critical in improving out the technology. Since then, we've grown that to well over $9 billion in extended way beyond packaging into textiles and automotive and lots of other end market applications.

**Carolyn Leigh Campbell** *- Morgan Stanley, Research Division - Equity Strategist*

Awesome. It sounds like we have a lot to dive in here. And for those on the line, I forgot to say, if you have questions, please make your questions. We are going to take time for Q&A at the end. If you're like me and haven't taken a chemistry class since university, some of these terms and you

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



need clarification, and we can also help you there. But let's go back, you've got the exciting completion of Origin 1, as you said, that's starting operations next month or in 2 also entering into [smelter base] and 4 more plants at our schedules to come online by the end of the decade. So what are the plans doing, and how do they differ from one another?

**John Bissell** *- Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

Yes. So it's a good question. We really think about this as a supply and capacity build story. So even if you're just talking about our first couple of products, right, PET, Carbon Black, we need dozens of these plants. Dozens is an underestimate of a number of these plants, and in order to start really supplying the demand for green or decarbonized materials in those areas. And so for us, this is about how can we bring online capacity to supply these materials as quickly as possible. Now that said, of course, so that's sort of the big picture. It is built, right? And we've got the demand.

But on an individual plant basis, we're obviously making sort of optimization decisions around each one of these. That's everything from how do we get to the highest value products that make the long sense off of each of these plants. And that depends on things like which customers are interested in these materials for new materials, what are customers willing to pay at a given point. So that's interesting to us, and there's opportunity for us to optimize there.

Another is on technology. So as we have -- we think we have a long arc of continuous improvement for these -- this technology. And so any place where we can bring in a little bit more efficiency, we can bring in new ways to do things. We'd like to do that. But that's really all just something that's operating on top of this broader technology platform. So these plays, we think of them, we model them as being substantially similar, right? But of course, we're going to be making some improvements and changes on a plant-by-plant basis. That's just the nature of the chemical industry. You're always doing that.

**Carolyn Leigh Campbell** *- Morgan Stanley, Research Division - Equity Strategist*

And you touched a little bit on the demand. So there's lots of demand, that's great to hear. Can you talk a bit about the offtake agreements and capacity reservations that you've got and some of the partnerships that you signed in the past 12 months?

**Richard J. Riley** *- Origin Materials, Inc. - Co-CEO & Director*

Sure. As I mentioned, we've extended well beyond packaging, which is sort of our base set of important partnerships, and have signed with several textile companies, luxury goods companies like LVMH and lots of other chemical companies have also become customers of ours, and they're great for us because we're very far upstream. And so these companies have capabilities to take our intermediates and go on to produce very high-value applications for all kinds of end market uses. And they're under a lot of pressure from their customers to bring low carbon solutions, sustainable solutions to them. And so it's a very, very natural partnership. So we continue to grow and basically prove to what John said that we think we're supply-constrained for a long, long time in terms of demand and how massive these markets are.

Another partnership just highlight that we announced under recently Indorama. Indorama is the world's largest maker of PET plastic, but not everybody has heard of them in the U.S. markets, but a very natural partnership for us. If you think about what leaves our plants is the paraxylene component of PET and then partnering with someone like Indorama to convert that further into PET, makes a lot of sense. They have a lot of the customer relationships and stuff like that. And so I think you'll see us continuing to do strategic partnering like that, where we stay as far upstream as we can and then partner with sort of best-in-class partners to deliver to the end markets.

**Carolyn Leigh Campbell** *- Morgan Stanley, Research Division - Equity Strategist*

So this has been a big theme, obviously, for us and see especially as reporting is underway for [top 3] emissions. Everybody is very -- paying a lot of attention to collecting data and looking out their supply chain emissions. And having that carbon neutrality better in the product is a huge

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



component of that for those that are involved in this space. So what type of pricing power has that afforded you with this growing demand for carbon negative and sustainable materials over the last couple of years?

**Richard J. Riley** - *Origin Materials, Inc. - Co-CEO & Director*

So we started out assuming that we would maybe be able to charge green premiums, but not really baking that into our assumptions on our game plan. And I should say, from day 1, 10-plus years ago, we set out to be cost competitive with oil and so it'll not be reliant on green premiums, which is pretty unique in our space. That being said, we are able to command green premiums. People now have to argue that if it's lower carbon, there's value in that. 3 years ago, you did certainly with some customers but we extract what we think is a reasonable green premium. And most companies have found that their economics can work with the appropriate premium. That being said, we really want to be a very core partner to our customers, and so we're not trying to build one plant and find the really niche segments where we can command the highest premium. We want to build many dozens of plants and be an enormous provider to these companies. And so we don't want to be seen as sort of trying to take pricing advantage inappropriately. So that's -- we try to live in the happy medium there.

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

And how does the pricing compare now to petroleum-based products? And what -- how does the cost curve look over time? What are the time lines you see for being -- for having those pricings with petroleum-based products equivalent or [to your...]

**John Bissell** - *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

We see ourselves as cost competitive now. I think over time, we -- as I said, we see there being sort of a long curve for a continued technology improvement in the same way there was for petrochemicals, right? So one of the interesting things is the legacy fossil production systems have more than a century technology improvement and sophistication associated with them. And they didn't start out as efficient as they are now, we expect to have a similar sort of long time horizon, continued improvement of the technology. But we -- even now, we see ourselves cost-competitive.

So I think good now going to continue to get better. And that's even without things like the carbon pricing, right? Obviously, we're seeing much more explicit carbon pricing assumptions in the market now, and that has a really quite material impact on what is the real equivalent cost, right, between these. That said, as Rich was mentioning, we also -- we're seeing significant price premiums as a result of the decarbonization element and renewable content component. I mean those are -- often we talk about those things as aggregated, but there are actually 2 different components going into the process.

And then we see supply chain benefits, too, right? So the fact that we don't have this interim geological risk associated with our value chain, as you see with phosphate materials for some customers, that matters also. So I think we're seeing this sort of equivalent cost. Again, good now, going to keep getting better, and both for technology reasons and for, let's call it, sort of macro reasons as well.

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

And you've alluded a bit here to the breadth of products that you developed and are operating this. Can you talk a little bit about what the total addressable market looks like both in the near term and in the longer term?

**John Bissell** - *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

Yes. I mean -- so probably worth backing out a little bit and talking about chemicals in general because I think often people think of chemicals as a particular ingredient, right? We have a little bit of an odd definition of society. What is the chemical. But the reality is all physical goods are made up of chemicals. And in fact to the chemical industry is the materials supply industry. So everything that we use from semiconductors to cars, fuel, all of it is, in general, maybe fuels, I would carve out and call oil and gas specifically. But everything else is chemicals and materials.

4

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



And so -- what's also -- it's useful to just keep that in mind, right? The TAM when you're talking about chemicals is massive, probably, I think the only market that is broadly speaking, larger than the chemicals and materials markets is the energy markets. And so if you take that as your context, the next really interesting thing is there are actually a relatively few number of building blocks that go into making up all of those different materials. So ethylene is a major one, propylene broadly, we call those olefins. There are sort of the aromatics class. And there's not that many more different meaningful volume building box [thesis] for chemicals beyond those just those.

So when we bring in a new building block, which is really what we're doing, this intermediate CMF and HTC also. There's sort of a new core building block for the industry. So we look at it and we're looking across the entire material space basically and saying, well, we're if giving a new building block, can you add out or can you decarbonize, which are 2 a little bit different questions. And the answer is a lot of places. There are a ton of spots where you can do that because there weren't that many building blocks to begin with, giving people another one, that's a huge value add.

And so we see hundreds of billions of dollars per year of TAM that's pretty sort of like a line of sight addressable with existing technology. But you can even sort of squint a little bit and say, okay, but we don't know all of the places where you can add in a new building block and get value add. But you can look at historical examples of this and where did they show up? And the answer is almost every single one of the markets, a materials market ends up using each of these building blocks to some extent.

And so I think it's reasonable to say that basically everything except maybe the polyolefins part of the market and the inorganics part of the insurance markets are a place where we can play and there's real TAM there for us. When are we going to get to it? It depends on the product, right? But there's just -- we've got so much running room on the TAM side, that will probably never be a concern for us. I think we will be in the capacity building side for at least my natural lifetime, probably.

---

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

Your natural lifetime, okay. I don't know if we have a panel on no, not for lifetime later at some point, but we'll keep you posted, we do.

---

**John Bissell** - *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

Well, that's one of the interesting things, though, about these technology cycles on that capital heavy side of the industry, right? So energy is the same way, is your arcs of capital deployment are very, very long. They're like historical time lines rather than really short-term ones. And so like some of the first wave, let's call it, of chemical technology companies, we're some of the greatest value creators in the history of human kind. And DuPont, right, is an example, Standard Oil is another one.

So I think they're just interesting companies from that perspective. They operate on slightly different time lines. And I think decarbonization is a long time line, long arc that's going to have a huge impact on lots of different industries. And it's not something that in 5 years, we're going to talk about, okay, well, what's the new mega trend, right? It's still going to be decarbonization. We're still going to be deploying [our response capital towards that]. You can see that with solar and wind already renewables, right? We're deploying enormous amounts of capital into solar, wind and other renewables. We're not even close to being done. We're going to keep doing that for decades.

---

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

I mean I certainly agree otherwise that's -- there'll be a problem. Okay. So you talked about the supply constraints, your cost competitive. You've got the [splint of the TAM that's so broad]. I think that's a very natural question around the competitors. When you layer in the fact that this is carbon neutral and carbon negative, why don't you talk to us a little bit about the feedstock that you're using, the amount of feedstock available and then what the competitive landscape looks like for you from -- both from petroleum-based and also from the competitive landscape for companies that are trying to also go carbon negative?

---

5

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**John Bissell** - *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

Yes. So there are a lot of ways to answer this question, I'll try to give you a few. One is, we basically never run into competitors in our actual product markets. So as we're going in, we're talking to customers about decarbonized PET, there is nobody else that we run into where they're saying, well, we could use this other decarbonized PET option the perhaps slight exception that would be like the ethylene glycol producers, the green ethylene glycol producers, of which there are several, but they're actually a complement, so they're not competitive. We're providing different components of the PET supply chain. How we provided is about 80% of the carbon that goes in the PET, ethylene glycol is about 20%.

So even in the case where it sort of looks like there might be a competitor, they're actually a complement. They fit in beautifully with what we're doing. So we really don't want in the people that are competing with us in any sort of practical way. We often say that the incumbents are the greatest competitors for us. But the reality is they're sort of natural partners in a lot of ways, too, because they're looking to increase capacity for a lot of this stuff and they want to do it in a decarbonized way. So I think this is -- our competitors our ability to build capacity as fast as we possibly can, right? [Time] is a competitor, more so than any particular company.

I think when you're looking at a little bit broader scope like decarbonized materials, I think there are several interesting technologies that are out there. I won't get into the details on to given one. Again, none of them are really in our market. But you could say, well, if you're just generally looking at making decarbonized stuff, then maybe at some point, that's going to be competition in some sense. But I think for the most part, we don't really have to pay very much attention to that right now. There's so much build that has to happen that having multiple players out there is maybe something to worry about 20 years from now, right? I don't think it's something that we need to worry about now.

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

Thus go within our natural lifetime.

**John Bissell** - *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

Yes, [for exact] precisely, yes. But that one's probably inside of natural lifetime, I think. So I think the last question you asked was around feedstock. When it comes to biomass, there's a lot of it. This can be -- the thing that's important to keep in mind with biomass is they're not all -- not all biomass is [free to people]. So there's biomass it goes to things like dimensional lumber or structural materials. That's a pretty different characteristic type of biomass than perhaps something that goes into production of paper, right, and pulp.

In our particular case, we really don't care about the type of biomass very much, right? With dimensional lumber, you're going to need to have a tree, which is at least the dimensions of the piece of lumber that you're trying to produce, and we don't really have that same kind of constraint. So generally speaking, there's an enormous amount of biomass that we can use to produce materials, and it's roughly of the same scale as the full-scale markets that we're trying to address, right? So if you look at the chemicals markets, the carbon yield from feedstock into those chemicals and materials that you get from our process, they're about the same. So again, we don't really expect to run out of feedstock anytime soon. But there are lots of interesting opportunities with feedstock.

So for us, we're expecting sawmill residuals and pulp mill residuals are sort of the starting spot for us in North America. But there are interesting feedstocks in Asia, rice hulls are a very interesting feedstock in Asia. There's all sorts of stuff. It depends on where you want to go. We go, right, in Brazil or South America. And so you can sort of kick off a lot of those type of things. And I think that there's probably going to be a natural evolution of what are the right feedstocks to use at different points of time. Sometimes we use the analogy of sweet and light crude versus heavy sour crude or something along those lines for biomass. And I think that's reasonable, right? There are sort of different zones of types of biomass that are the least expensive, most efficient to use at various points of time.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



MAY 22, 2023 / 5:45PM, ORGN.OQ - Origin Materials Inc at Morgan Stanley Sustainable Finance Summit

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

Okay. I think we're going to dive a little bit into the carbon negative side of this thing. So we talked I think a bit more about the kind of the [lands pace]. Now let's talk about how is the product actually carbon negative, like what is happening that is allowing me to go carbon-negative products?

**John Bissell** - *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

Yes. So basically, what's happening is plant toxin carbon, it uses that carbon to build up its fundamental structure, right, the plant is made from carbon from the sky. That plant then gets cut down and used to make what's used the dimensional lumber example again, it's going to make [2x4s or 4x4s] to go build stuff. Well, when you cut that 4x4 into -- it was a cylinder and now you're making it a rectangular prism. And so you take that out and you're going to make -- you've got to do something with that extra stuff, right? They're not the same size. That extra stuff is what we can use.

Now what would happen to that -- another example would be the residual tops and lens or something like that from that same treat. Well, what's going to happen to that stuff on the other side? It depends on location and how it was harvested. But in many cases, [the clearstone is with obsolescence], that's actually probably just going to be left on the [fourth floor going to decompose]. When it decomposes, it's either going to turn into CO2 methane. Kind of an interesting relationship is that most things don't decompose into more soil, which is a little bit counterintuitive. We sort of think that we put [multi-garden], and that's going to turn [in the third]. It mostly doesn't. Some does, but most of the carbon actually gets returned to the atmosphere. And depending on the conditions, it's either return to CO2 methane.

So when we sort of intercept that process, we use that residual material. We sequester that carbon into the materials that we're making our products, and that's how we end up carbon negative. We do -- one of the misapprehension sometimes is the idea that somehow we're not emitting carbon at all when we convert the materials. We use energy. We're going to emit as much carbon as it's associated with the energy in that particular region. It just turns out that by using the feedstocks that we do, we're so carbon-negative, begin with, we could still use some energy in the processing and end up in a good spot. So that's sort of the big picture.

What one way I'd like to think about it sometimes is people talk about direct-air capture pretty regularly as a way to sequester carbon. And the thought for experiment I use is what if you could have direct-air capture machines that are totally self-maintaining, they reproduce on their own, and they actually have useful byproducts. That would be pretty cool. And of course, that's what tree is, right? We're a plant. And so we sort of think of it as how do you most efficiently use synthetic or sort of biologically produced direct-air capture organisms instead of having to worry about mechanical systems. And that's maybe a good way to intercept somebody's metal models around a framework on CO2 sequestration as a [vice versa process].

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

And so just to clarify here, when you're thinking it's carbon negative, that actually includes the energy that's going into the manufacturing the product as well, is that how much is being taken out?

**John Bissell** - *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

That's right.

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

So it includes... Yes. And does it include other parts of the supply chain?

7

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**John Bissell** - *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

So it includes everything up to our shipping dock basically. So one of the tricks with -- certain people argue about whether you should include the application in your particular carbon footprint. But the reality is that for us, if our PET is going to fabric production, right, and people are liking a [parallel of it] or it's going to injection molding in to make automotive parts or something like that. Those are 2 very different applications with different application emissions life cycles. So from a sort of modularity and factor perspective, it's very difficult for us to try to incorporate the application. And that's true actually as long as soon as you get out of energy, that's true kind of across the board for most life cycle analysis. You have to really focus on the ingredients coming into your process, which you tend to be able to control and your process, it's pretty difficult to try to incorporate in your life cycle, what happens downstream. It's easy to do it upstream, are to do it downstream.

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

Yes. Hard to do -- yes, definitely, I think a lot of people on the line are probably facing similar challenges with Scope 3. I guess there's decarbonization and then there's also the circular economy. And so we talked about -- when we were talking about before about like who the competitors are, I think, a natural question is how does it compare to recycled profits when we're thinking about waste as one of the pillars of E and ESG versus the carbon side of it. So how are you guys thinking both on the -- how the products compare from a CO2 perspective to recycle plastic and then also within the context of the circular economy more broadly, one of the characteristics of your products? Is it recyclable? How are consumers thinking about that [from a perspective].

**John Bissell** - *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

Yes. So one of the reasons why we think polyesters, PET and others are such an interesting initial target is because they're some of the most recycled products in the world. And so what's really -- I think the value is to [activate our] materials ecosystem that is the right ecosystem for us to be operating on. And I think the characteristics of a good ecosystem are the synthesis of the product of the material is carbon negative or low carbon. That material is substantially recycled. And then the material doesn't contribute to negative impacts on human Health, right, and environmental hall. So those are sort of like the 3 big check marks.

I think PET does this pretty well. It does about as well as any material that we have available. And so from our perspective, it's really important to get the recycling components in, because that's a really key checkpoint here, right? We are just a different spot. So what we're doing is we're providing the low carbon and carbon negative materials into the system. Now the reason why sometimes we hear about people sort of make the argument that, well, why don't we only use recycled plastics? Well, the reason why you can't use only recycled plastics is because we consume more plastics than we throw away.

So there are a lot of what we call durable applications for plastics like carpet or apparel is ideally a durable application, your automotive upholstery and all the parts that go in there, those are all durable applications. We tend not to think about them because they're durable, and people associate plastic fortunately or unfortunately, with more single-use kinds of applications. But there are -- if you took all of the PET that is thrown away every single year, and you have perfect 100% recycling, and you can make it into perfectly virgin material on the other side. Lots of those are big yes, big conditionalities.

Then you still wouldn't have even remotely close to the amount of material that is required and consumed every year, you're still going to have to make a lot of new material. And that's where we come into play. Now the reality is that people aren't even close to consuming 100% of the material that gets thrown away. And so recycling for [IT], the foreseeable future, is going to be an important but not the major supply of material and probably never will be the major supply of material. I just -- that sort of math doesn't work out properly. More specifically, I think there are a bunch of sort of tactical issues around it, like if you're looking at mechanically recycled PET, which is the majority of recycled PET by far, the quality is just not quite the same as new material that we can make.

And so that makes a difference for a lot of customers for them to be able to get the quality of product that they want. They need to be able to use new stuff. They can't use mechanically recycled materials. We tend to have a lower carbon footprint. In fact, not tend to. I don't know of any recycled PET that has a lower carbon footprint than the stuff that we can make. So there's a trade-off in terms of the carbon impact and circularity. Again, I

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



think that's not so much a concern because all of it is going to get consumed, but what we can make and the recycle material, but it does make for a trade-off for customers. Geographic flexibility and scale can make a difference.

And then I think the last piece is we talk a lot about PET, but as we discussed earlier, it's by no means the only product that we can make. And so one of the products that we're really excited about is other kinds of polyesters. We call them FDCA or furandicarboxylic acid-based polyesters. PEF is the sort of nominal one. And PEF is a higher-performing material where you can get into applications that PET doesn't work well for. And so we see it as a way to add new applications into the broader environmental scope of -- or footprint of PET. So if [PEG] is sort of the best we've got, how do we make more step out of PET is a pretty relevant question. And we think that PEF is a way for us to do that.

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

Awesome. So just going to fly to the audience, we got about 5 minutes left, so if you're tired listening to me, ask questions, I will ask your question for you. Otherwise, I will keep going at the very beginning, Rich, you mentioned Carbon Black. I know you guys had some really interesting performance developments with Carbon Black very recently. Can you talk a little bit about that product and how that compares to traditionally made Carbon Black?

**John Bissell** - *Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

Yes, sure. So we make it in a completely different way. It's not a radically different kind of process, start -- different starting material, et cetera. But what's really interesting is that it performs very, very similarly to existing part of Black rigs. So Carbon Black is basically, if you have a polymer or a paint or a coating and it's black, it's almost always black because there's Carbon Black in it. So it's sort of the [photonic opposite of pecan dioxide] in that sense, which is the thing that you used to make things white.

So Carbon Black, it's most notable application that was in tires, that's the highest volume. So in tires, it can be as much as 30% of the mass of a tighter. So it's -- we think of tires and rubber. They're actually a rubber Carbon Black composite. And it provides a lot of real technical performance benefits there. And so meeting the spec for Carbon Black in a tire is a huge deal. It's something that's very, very challenging for most materials to do that aren't made in the traditional way with Carbon Black.

So okay, let's talk about production methods. So Carbon Black is basically condensed. So if you sort of sweep your finger along the top of a candle, you get a bunch of [blacklist] on your finger, that's -- effectively, that's Carbon Black. That's like proto Carbon Black. And one of the challenges Carbon Black is done is, it is quite a dirty combustion process to make it, which is made the regulations applied by the EPA somewhat challenging for existing Carbon Black producers in North America. And then the second thing is that because of the way that it's made, it has poly-aromatic hydrocarbons in it, which are our noncarcinogens.

And so that makes it -- while it's a critical product in terms of performance, it has some drawbacks. But there's never really been an option to use something else, and so people just going to live with it. I think what's interesting about our process is, yes, it has all the carbon benefits we've talked about before. But because it's made in such a different way, it doesn't have the poly-aromatic hydrocarbons. And it doesn't have the emissions profile that you see associated with the production of class for fossil Carbon Black. So we're really excited about it. Because it's such a -- there's a high bar for performance, we're excited that we've got to meet that bar -- where we could meet that bar. It's just -- we think it's sort of another example of how powerful our technology platform is.

**Carolyn Leigh Campbell** - *Morgan Stanley, Research Division - Equity Strategist*

Awesome. And I know that this has been very focused on the [E and SMB], but this is ESG Sustainability Conference. So are there house differences between your Carbon Black and traditional Carbon Black as well? Because I know that there's some considerations there with how it's been historically made.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**John Bissell** *- Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

Well, that's the poly-aromatic hydrocarbon piece. So we don't have any poly-aromatic hydrocarbons in our material. So therefore, this sort of known carcinogen is not present in everyday materials in the same way that it is right now with personal Carbon Black. Just to focus on that a little bit more. The studies have shown that about half of the urban dust is actually eroded [tires]. So when you're walking around the city and they're sort of dust all over the place, that dust, you can particularly see it in certain areas that don't get disturbed very often. But in any case, that dust has -- [it's bits of tire], and it is public Carbon Black to poly-aromatic hydrocarbons, which is, again, not a great substance to be consuming all the time. So I think there's a [way there], and there's a real human health impact by replacing (inaudible) material, but it takes time, big scale.

**Carolyn Leigh Campbell** *- Morgan Stanley, Research Division - Equity Strategist*

Yes. Really, it's a horrible thought building in urban dust particles. So any clarity thoughts from you guys that maybe will change the tone away from inhaling old tires?

**John Bissell** *- Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

No, I believe people with that actually. That's kind of a nice part of that.

**Carolyn Leigh Campbell** *- Morgan Stanley, Research Division - Equity Strategist*

All right. We are actually at time then. If you guys have any other questions that you didn't get in feel free to reach out, there's a number of other great panels today. And then obviously, [the Investor Day]to begin tomorrow. But thank you, Rich, and John so much. There's been a lot of fun (inaudible) and beautiful images in my head about tire particles. So, thank you, guys, both so much for your time, and have a lovely day.

**John Bissell** *- Origin Materials, Inc. - Co-Founder, Co-CEO & Director*

Thanks, Carolyn.

**Richard J. Riley** *- Origin Materials, Inc. - Co-CEO & Director*

Thanks.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

