**BRAGAR EAGEL & SQUIRE P.C.**
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 486-0462 (fax)
passmore@bespc.com

*Liaison Counsel for Lead Plaintiff, Lead Counsel,
and the Proposed Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION _____ This Document Relates To ALL ACTIONS CONSOLIDATED FROM: Antonio F. Soto, individually and on behalf of all others similarly situated,     Plaintiff,           v. Origin Materials, Inc., Richard J. Riley, and John Bissell,     Defendants. | Case No.: 2:23-cv-01816-WBS-JDP LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT <u>CLASS ACTION</u> <u>JURY TRIAL DEMANDED</u> Date: February 18, 2025 Time: 1:30 p.m. Judge: Hon. William B. Shubb Courtroom: No. 5-14th Floor |

LP's RJN ISO OPP to MTD SAC
2:23-cv-01816-WBS-JDP

Lead Plaintiff Todd Frega ("Plaintiff") hereby respectfully requests that the Court consider, in connection with Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint ("Plaintiff's Opposition to the Motion to Dismiss the SAC"),[1] the following exhibit attached to the Declaration of Marion C. Passmore, Esq.:

- Exhibit 1: true and correct copy of the transcript of a fireside chat involving Defendants Bissell and Riley at the Morgan Stanley 8th Annual Sustainable Futures Conference on May 22, 2023, cited at ¶¶ 144-145.

**ARGUMENT**

The Supreme Court has made clear that when considering a motion to dismiss a claim under Section 10(b) of the Securities Exchange Act of 1934, courts "must consider the complaint in its entirety, as well as…documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.,* 551 U.S. 308, 322 (2007). The incorporation by reference doctrine permits the Court to consider "documents whose contents are alleged in" or relied upon in the Amended Complaint, whose "authenticity is not in question," and whose relevance is not in dispute. *Ferreira v. Funko Inc.,* 2021 WL 880400, at *7 (C.D. Cal. Feb. 25, 2021); *Khoja v. Orexigen Therapeutics, Inc.* 899 F.3d 988, 1002 (9th Cir. 2018) (the court may incorporate documents that were

---

[1] The Second Amended Complaint ("SAC")(ECF No. 85) is cited herein as "¶ _."

1

LP's RJN ISO OPP to MTD SAC
2:23-cv-01816-WBS-JDP

either "necessarily depended on" in the complaint or referenced in the complaint and not subject to reasonable dispute).

**I.   The Court Consider Documents Incorporated By Reference**

Plaintiff's Exhibit 1 is subject to judicial notice pursuant to the incorporation by reference doctrine because it is "central to the complaint." *Siemers v. Wells Fargo & Co.,* 2006 WL 3041090, at *8 (N.D. Cal. Oct. 24, 2006) (granting the request for judicial notice for prospectuses relied upon in the complaint); *Elec. Workers Pension Fund., Loc. 103, I.B.E.W. v. HP Inc.*, 2021 WL 1056549, at *3 (N.D. Cal. Mar. 19, 2021) (granting plaintiffs' requests for judicial notice of documents that were necessarily depended on); *Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010) (on a motion to dismiss, the court may consider matters of public record integral to the complaint).

Accordingly, Plaintiff respectfully requests that the court consider Exhibit 1 because Plaintiff relies on the document to form the basis of his allegations in the SAC. Exhibit 1 contains statements issued by Origin and the Individual Defendants during the Class Period that Plaintiff alleges is false and misleading. *See* Exhibit 1 (Transcript of Origin's "Fireside Chat" at the Morgan Stanley 8th Annual Sustainability Futures Conference dated May 22, 2023) (cited at ¶¶ 144-145).

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court consider Exhibit 1 in connection with Plaintiff's Opposition to the Motion to Dismiss the SAC.

2

LP's RJN ISO OPP to MTD SAC
2:23-cv-01816-WBS-JDP

Dated: January 21, 2025          Respectfully submitted,

*/s/ Marion C. Passmore, Esq.*

**BRAGAR EAGEL & SQUIRE P.C**
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, CA 94104
(415) 568-2124 (phone)
(212) 486-0462 (fax)
passmore@bespc.com

*Liaison Counsel for Lead Plaintiff,
Lead Counsel, and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Michael S. Bigin
Stephanie M. Beige
10 East 40th Street
New York, NY  10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com
beige@bernlieb.com

*Lead Counsel for the Lead Plaintiff
and the Proposed Class*

3

LP's RJN ISO OPP to MTD SAC
2:23-cv-01816-WBS-JDP