BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin
Materials, Inc., Richard J. Riley, and
John Bissell*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION<br>_____<br>This Document Relates To<br><br>ALL ACTIONS CONSOLIDATED FROM:<br><br>Antonio F. Soto, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>               v.<br><br>Origin Materials, Inc., Richard J. Riley, and John Bissell,<br><br>     Defendants. | Case No.: 2:23-cv-01816-WBS-JDP<br><br>**SECOND DECLARATION OF CARL HUDSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date:       February 18, 2025<br><br>Time:       1:30 p.m.<br><br>Location:   Courtroom 5 – 14th Floor<br><br>Judge:     Hon. William B. Shubb |

HUDSON REPLY DECLARATION ISO MTD SAC
CASE NO. 2:23-cv-01816-WBS-JDP

**DECLARATION OF CARL HUDSON**

I, Carl Hudson, declare as follows:

1.    I am duly admitted to practice in the State of California and an attorney with the law firm Freshfields US LLP. I am counsel of record for Defendants Origin Materials, Inc. ("Origin"), Richard J. Riley, and John Bissell (collectively, "Defendants") in the above-captioned matter. I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the matters stated herein. This declaration is submitted in support of Defendants' Reply in Support of Motion to Dismiss Plaintiff's Second Amended Complaint for Violations of the Federal Securities Laws ("SAC").

2.    Attached as Exhibit 23 is a true and correct copy of Origin's Q4-2022 Earnings Call Transcript, dated February 23, 2023, cited at   117 of the SAC.

3.    Attached as Exhibit 24 is a true and correct copy of Origin's Q2-2022 Earnings Call Transcript, dated August 3, 2022, cited at   79 of the SAC.

4.    Attached as Exhibit 25 is a true and correct copy of Origin's Q1-2022 Earnings Call Transcript, dated May 9, 2022, cited at   77 of the SAC.

5.    Attached as Exhibit 26 is a true and correct copy of Origin's Q2-2023 Earnings Call Transcript, dated August 9, 2023, cited at   113 of the SAC.

-1-

HUDSON REPLY DECLARATION ISO MTD SAC
CASE NO. 2:23-cv-01816-WBS-JDP

6.    Attached as Exhibit 27 is a true and correct copy of an HSBC Global Research analyst report, dated August 10, 2023, cited at   164 of the SAC.

7.    Attached as Exhibit 28 is a true and correct copy of a Craig-Hallum Capital Group analyst report dated August 11, 2023, cited at   165 of the SAC.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood City, California, this 19th day of February 4, 2025.

Dated: February 4, 2025     FRESHFIELDS US LLP


                            */s/ Carl Hudson*_____
                            CARL HUDSON

-2-

HUDSON REPLY DECLARATION ISO MTD SAC
CASE NO. 2:23-cv-01816-WBS-JDP