# EXHIBIT 27



# Origin Materials Inc

## Downgrade to Hold: Pivot to partnership/licensing model needed to salvage investment case

**Equities**
Chemicals

**United States**

- ◆ Origin reported sharp capex increases for its Origin 2 plant while also delaying start up from 2025 to 2026-28
- ◆ USD10bn+ in product demand largely irrelevant in the absence of any meaningful production capacity for 3+ years
- ◆ Downgrade to Hold, cut TP to USD2 from USD15, pivot to a partnership/licensing model needed to salvage equity story

**Origin reported Q2'23 earnings aftermarket on 9 August.** The company stated that Origin 1 remained on track with first CMF (chloromethylfurfural) production expected within a few weeks and reiterated its 2023 outlook. However, the negative surprise was in the timelines and costs for the second plant, Origin 2. Origin 2, initially slated for 2025 start-up will now be completed in 2 phases, with phase one – consisting of oils and extractives coming on-stream in late 2026 and phase 2 (CMF) in 2028. The phased start-up is largely a function of capex escalation, up from USD1.07bn to USD1.6bn, on higher material, labour and input costs. The stock reaction was predictably sharply negative, down 53% in the aftermarket to USD2.03.

**Delays, phasing, overruns materially alter the investment case:** The Origin investment case was all about proof of concept with plant 1 (see *2023 all about proof of concept, 6 Jan 2023*), on technology and yields, followed by commercially significant output from plant 2 that would allow for value to be ascribed to the order book and to fund the plants to follow – Origin 3 and beyond. Now, with Origin 2 delayed and significantly more expensive than indicated earlier, that investment case is broken with the NPV of each plant lower and significant questions around funding capabilities and timelines to cash flow generation. The USD10+ bn in product demand is irrelevant without access to production capacity before 2026.

**Pivot to partnership/licensing model needed to salvage equity story.** The stock price reaction (-53%) indicates what the market thinks of the viability of a self-funding model with delays and overruns. We believe a pivot is needed to a partnership or licensing model post proof of the viability of the technology with Origin 1. The goal, in our opinion, should be to accelerate timelines to commercial production via partners that can help fund completion and meet customer demand rather than delay commercialization and push timelines back in a bid to go it alone.

**Downgrade to Hold, cut TP to USD2 from USD15:** Our individual, sequential plant DCF valuation for Origin is heavily impacted by the delays to Origin 2 and cost overruns which will cascade across all of the future plants that the company has planned. We downgrade to Hold from Buy on a broken investment case and cut TP to USD2 from USD15.



**DOWNGRADE TO HOLD**

| TARGET PRICE (USD) | PREVIOUS TARGET (USD) |
|---|---|
| **2.00** | **15.00** |

| SHARE PRICE (USD) | UPSIDE/DOWNSIDE |
|---|---|
| **2.03** | **-1.5%** |

(as at 05.56 EDT 10 Aug 2023)

**MARKET DATA**

| Market cap (USDm) | 291 | Free float | 70% |
|---|---|---|---|
| Market cap (USDm) | 291 | BBG | ORGN US |
| 3m ADTV (USDm) | 5 | RIC | ORGN.OQ |

**FINANCIALS AND RATIOS (USD)**

| Year to | 12/2022a | 12/2023e | 12/2024e | 12/2025e |
|---|---|---|---|---|
| HSBC EPS | 0.55 | -0.18 | -0.20 | -0.11 |
| HSBC EPS (prev) | 0.55 | -0.18 | -0.20 | 0.11 |
| Change (%) | 0.0 | -0.3 | 0.0 | nm |
| Consensus EPS | 0.33 | -0.38 | -0.58 | -0.47 |
| PE (x) | 3.7 | nm | nm | nm |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |
| EV/EBITDA (x) | nm | nm | nm | nm |
| ROE (%) | 23.1 | -7.9 | -5.8 | -2.5 |

**52-WEEK PRICE (USD)**

······· Target price: 2.00   ◆ High: 7.30 Low: 3.74 Current: 2.03

Source: Refinitiv IBES, HSBC estimates

**Sriharsha Pappu***
**Head of Chemicals, Energy Transition Coordinator**
HSBC Bank plc
sriharsha.pappu@hsbc.com
+44 20 7991 9243

*\* Employed by a non-US affiliate of HSBC Securities (USA) Inc, and is not registered/ qualified pursuant to FINRA regulations*

## Shaping the future

**Nine key themes to guide your outlook**

**Download guide**

## Disclosures & Disclaimer

This report must be read with the disclosures and the analyst certifications in the Disclosure appendix, and with the Disclaimer, which forms part of it.

**Issuer of report:** HSBC Bank plc

**View HSBC Global Research at:**
*https://www.research.hsbc.com*

# Financials & valuation: Origin Materials Inc

**Hold**

## Financial statements

| Year to | 12/2022a | 12/2023e | 12/2024e | 12/2025e |
|---|---|---|---|---|
| **Profit & loss summary (USDm)** | | | | |
| Revenue | 0 | 52 | 110 | 110 |
| EBITDA | -31 | -47 | -53 | -21 |
| Depreciation & amortisation | -1 | -4 | -14 | -32 |
| Operating profit/EBIT | -32 | -50 | -67 | -53 |
| Net interest | 9 | 7 | 6 | 6 |
| PBT | 79 | -48 | -61 | -47 |
| HSBC PBT | 0 | 0 | 0 | 0 |
| Taxation | 0 | 0 | 0 | 9 |
| Net profit | 79 | -48 | -61 | -38 |
| HSBC net profit | 79 | -48 | -61 | -38 |
| **Cash flow summary (USDm)** | | | | |
| Cash flow from operations | -26 | -51 | -49 | -4 |
| Capex | -84 | -300 | -557 | -587 |
| Cash flow from investment | 89 | -300 | -557 | -587 |
| Dividends | 0 | 0 | 0 | 0 |
| Change in net debt | -61 | -149 | 106 | 91 |
| FCF equity | -110 | -351 | -606 | -591 |
| **Balance sheet summary (USDm)** | | | | |
| Intangible fixed assets | 0 | 0 | 0 | 0 |
| Tangible fixed assets | 154 | 451 | 994 | 1,549 |
| Current assets | 331 | 480 | 380 | 287 |
| Cash & others | 108 | 257 | 151 | 60 |
| Total assets | 494 | 939 | 1,382 | 1,845 |
| Operating liabilities | 117 | 110 | 114 | 114 |
| Gross debt | 0 | 0 | 0 | 0 |
| Net debt | -108 | -257 | -151 | -60 |
| Shareholders' funds | 377 | 829 | 1,268 | 1,731 |
| Invested capital | 261 | 564 | 1,109 | 1,662 |

## Ratio, growth and per share analysis

| Year to | 12/2022a | 12/2023e | 12/2024e | 12/2025e |
|---|---|---|---|---|
| **Y-o-y % change** | | | | |
| Revenue | | | 111.8 | 0.0 |
| EBITDA | | | | |
| Operating profit | | | | |
| PBT | 86.7 | -160.6 | | |
| HSBC EPS | 39.5 | -133.3 | | |
| **Ratios (%)** | | | | |
| ROIC | -12.3 | -12.2 | -8.0 | -3.1 |
| Keu | 14.8 | 14.8 | 14.8 | 14.8 |
| EV/IC (x) | 0.7 | 0.1 | 0.1 | 0.1 |
| ROIC/Keu (x) | -0.8 | -0.8 | -0.5 | -0.2 |
| REP (x) | | | | |
| ROE | 23.1 | -7.9 | -5.8 | -2.5 |
| EBITDA margin | 0.0 | -89.7 | -48.3 | -19.3 |
| Operating profit margin | 0.0 | -96.4 | -60.6 | -48.4 |
| Net debt/equity | -28.7 | -31.0 | -11.9 | -3.5 |
| Net debt/EBITDA (x) | 3.5 | 5.5 | 2.8 | 2.8 |
| **Per share data (USD)** | | | | |
| EPS Rep (diluted) | 0.55 | -0.18 | -0.20 | -0.11 |
| HSBC EPS | 0.55 | -0.18 | -0.20 | -0.11 |
| CFPS | -0.19 | -0.27 | -0.20 | -0.01 |
| DPS | 0.00 | 0.00 | 0.00 | 0.00 |

## Valuation data

| Year to | 12/2022a | 12/2023e | 12/2024e | 12/2025e |
|---|---|---|---|---|
| EV/EBITDA | nm | nm | nm | nm |
| PE* | 3.7 | nm | nm | nm |
| P/CFPS | | | | |
| P/FCF equity | -2.7 | -0.8 | -0.5 | -0.5 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 |

* Based on HSBC EPS (diluted)

## ESG metrics

| Environmental Indicators | 12/2022a | Governance Indicators | 12/2022a |
|---|---|---|---|
| GHG emission intensity* | n/a | No. of board members | 9 |
| Energy intensity* | n/a | Average board tenure (years) | n/a |
| $CO_2$ reduction policy | Yes | Female board members (%) | 33.3 |
| **Social Indicators** | **12/2022a** | Board members independence (%) | 66.7 |
| Employee costs as % of revenues | n/a | | |
| Employee turnover (%) | n/a | | |
| Diversity policy | Yes | | |

Source: Company data, HSBC

* GHG intensity and energy intensity are measured in kg and kWh respectively against revenue in USD '000s

## Issuer information

| | | | |
|---|---|---|---|
| Share price (USD) | 2.03 | Free float | 70% |
| Target price (USD) | 2.00 | Sector | Chemicals |
| RIC (Equity) | ORGN.OQ | Country/Region | United States |
| Bloomberg (Equity) | ORGN US | Analyst | Sriharsha Pappu |
| Market cap (USDm) | 291 | Contact | +44 20 7991 9243 |

## Price relative



Source: HSBC

Note:  Priced at 05.56    10 Aug 2023
EDT

**HSBC**

# Investment case broken

◆ Origin reported sharp capex increases for its Origin 2 plant while also delaying start up from 2025 to 2026-28

◆ USD10bn+ in product demand is irrelevant in the absence of any meaningful production capacity for 3+ years

◆ Downgrade to Hold, cut TP to USD2 from USD15, pivot to a partnership/licensing model needed to salvage equity story

**Pivot to partnership/licensing model needed to salvage equity story.**

With Origin 2 delayed and significantly more expensive than indicated earlier, the prior investment case is broken with the NPV of each plant lower and significant questions around funding capabilities and timelines to cash flow generation. The USD10+ bn in product demand that the company highlights is irrelevant without access to production capacity before 2026.

We believe a pivot is needed to a partnership or licensing model post proof of the viability of its technology with Origin 1. The goal, in our opinion, should be to accelerate timelines to commercial production via partners that can help fund completion and meet customer demand rather than delay commercialization and push timelines back in a bid to go it alone.

**Changes to estimates**

We cut our 2025 estimates materially on the altered timeline for Origin 2, now scheduled for late 2026 vs mid 2025 previously.

**Changes to estimates**

| USD ('000) | New estimates | | | Old estimates | | | Changes (%) | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2023e | 2024e | 2025e | 2023e | 2024e | 2025e | 2023e | 2024e | 2025e |
| Sales | 52,122 | 110,376 | 110,376 | 52,122 | 110,376 | 362,189 | 0% | 0% | -70% |
| EBITDA | -46,728 | -53,341 | -21,332 | -49,004 | -53,341 | 74,515 | 5% | 0% | NA |
| Net income | -47,755 | -60,717 | -37,820 | -47,626 | -60,717 | 38,858 | 0% | 0% | NA |

Source: HSBCe

## Valuation

We value Origin via an individual plant-based DCF method as it's hard to do a direct DCF for the company as a whole given negative free cash flows through 2030 as new plants are built sequentially. It is, however, easier to value the NPV for each individual plant and then stack those and discount them back to today.

We calculate the cash flows from each of the seven plants that Origin aims to commercialise and then discount them at our WACC to calculate their per share contribution. Our model was earlier predicated on 7 plants by 2030 which we now move to 2035 given delays to Origin 2.

We attempt to factor in some of the execution risks around delays explicitly in our model by building in plant delays and long lead-times for ramp-up. The process risk itself is, in our opinion, best captured via a high discount rate. We apply an additional 1,000bps as a risk premium (unchanged) to our traditionally derived cost of equity to adjust for the process risk.

Our WACC of 14.8% (13.2%) is based on the following assumptions: risk-free rate of 3.5% (2.0%), market risk premium of 4.0% (3.5%), Bloomberg-derived beta of 1.47 (unchanged), cost of debt of 5% (unchanged), tax rate of 20% and a target debt to equity ratio of 70:30. These assumptions give us a cost of equity of 9% to which we add a 1,000bps as a risk premium for this novel process and arrive at a cost of equity of 19% (earlier 17%).

We use a long-term growth rate of 4% (unchanged) for the business, which is in line with our assumed growth of Origin's end-markets and also allows for additional plants that we don't capture in our model.

Our FCF forecasts use four years of detailed estimates starting from each plant's initial start-up and then use our WACC and long-term growth rate assumptions to arrive at a terminal value for its contribution. We adjust these free cash flows and the capex required to build the plant for time value to arrive at the NPV for each plant at start-up. We then use the shares outstanding at plant start-up (to reflect equity issuance) to arrive at a per plant value contribution and then discount that back to 2023.

We use the same discount rate for all seven plants. Now, you could make the case that the further out into the future the plants are, the riskier and more uncertain those cash flows become and hence the cash flows for plants 3-7 should perhaps be discounted at a higher rate, given higher uncertainty and risks of delays and cost over-runs.

While that is true, we would balance it with the prospect that if Origin 1 and 2 are launched successfully, then this would tend to de-risk plants 3-7 from a process risk perspective, and we should in theory be cutting the process risk premium of 1,000bps we use for those plants. By using the same discount rate across all seven proposed units we seek to balance the risk of delays and over-runs in the latter plants with greater certainty around process risks.

Our individual plant-based DCF model and assumptions yield a target price of USD2 from USD15 previously driven by higher cost estimates and plant delays. Our USD2 target price implies 1.5% downside, as at 05.56 EDT, 10 Aug of USD2.03 and we downgrade the stock to Hold from Buy.

## Upside risks

- Faster than expected commercialisation of plants or a move to a partnership or asset light licensing model would represent an upside risk to our estimates

- The supply of recycled, low emission intensive plastics is expected to be much less compared to demand. If this resulted in higher realised product prices for Origin, it would represent an upside risk to our estimates

## Downside risks

- Any further delays to the commercialisation of Origin 1 and 2 and/or significant cost over-runs would present meaningful downside risks to our Hold rating

- Lower-than-expected unit economics – either in terms of higher costs or lower than expected product yields

# Disclosure appendix

**Analyst Certification**

The following analyst(s), economist(s), or strategist(s) who is(are) primarily responsible for this report, including any analyst(s) whose name(s) appear(s) as author of an individual section or sections of the report and any analyst(s) named as the covering analyst(s) of a subsidiary company in a sum-of-the-parts valuation certifies(y) that the opinion(s) on the subject security(ies) or issuer(s), any views or forecasts expressed in the section(s) of which such individual(s) is(are) named as author(s), and any other views or forecasts expressed herein, including any views expressed on the back page of the research report, accurately reflect their personal view(s) and that no part of their compensation was, is or will be directly or indirectly related to the specific recommendation(s) or views contained in this research report: Sriharsha Pappu

**Important disclosures**

**Equities: Stock ratings and basis for financial analysis**

HSBC and its affiliates, including the issuer of this report ("HSBC") believes an investor's decision to buy or sell a stock should depend on individual circumstances such as the investor's existing holdings, risk tolerance and other considerations and that investors utilise various disciplines and investment horizons when making investment decisions. Ratings should not be used or relied on in isolation as investment advice. Different securities firms use a variety of ratings terms as well as different rating systems to describe their recommendations and therefore investors should carefully read the definitions of the ratings used in each research report. Further, investors should carefully read the entire research report and not infer its contents from the rating because research reports contain more complete information concerning the analysts' views and the basis for the rating.

**From 23rd March 2015 HSBC has assigned ratings on the following basis:**

The target price is based on the analyst's assessment of the stock's actual current value, although we expect it to take six to 12 months for the market price to reflect this. When the target price is more than 20% above the current share price, the stock will be classified as a Buy; when it is between 5% and 20% above the current share price, the stock may be classified as a Buy or a Hold; when it is between 5% below and 5% above the current share price, the stock will be classified as a Hold; when it is between 5% and 20% below the current share price, the stock may be classified as a Hold or a Reduce; and when it is more than 20% below the current share price, the stock will be classified as a Reduce.

Our ratings are re-calibrated against these bands at the time of any 'material change' (initiation or resumption of coverage, change in target price or estimates).

Upside/Downside is the percentage difference between the target price and the share price.

**Prior to this date, HSBC's rating structure was applied on the following basis:**

For each stock we set a required rate of return calculated from the cost of equity for that stock's domestic or, as appropriate, regional market established by our strategy team. The target price for a stock represented the value the analyst expected the stock to reach over our performance horizon. The performance horizon was 12 months. For a stock to be classified as Overweight, the potential return, which equals the percentage difference between the current share price and the target price, including the forecast dividend yield when indicated, had to exceed the required return by at least 5 percentage points over the succeeding 12 months (or 10 percentage points for a stock classified as Volatile*). For a stock to be classified as Underweight, the stock was expected to underperform its required return by at least 5 percentage points over the succeeding 12 months (or 10 percentage points for a stock classified as Volatile*). Stocks between these bands were classified as Neutral.

*A stock was classified as volatile if its historical volatility had exceeded 40%, if the stock had been listed for less than 12 months (unless it was in an industry or sector where volatility is low) or if the analyst expected significant volatility. However, stocks which we did not consider volatile may in fact also have behaved in such a way. Historical volatility was defined as the past month's average of the daily 365-day moving average volatilities. In order to avoid misleadingly frequent changes in rating, however, volatility had to move 2.5 percentage points past the 40% benchmark in either direction for a stock's status to change.

**Rating distribution for long-term investment opportunities**

**As of 30 June 2023, the distribution of all independent ratings published by HSBC is as follows:**

| | | |
|---|---|---|
| **Buy** | 61% | (13% of these provided with Investment Banking Services in the past 12 months) |
| **Hold** | 33% | (13% of these provided with Investment Banking Services in the past 12 months) |
| **Sell** | 6% | (7% of these provided with Investment Banking Services in the past 12 months) |

For the purposes of the distribution above the following mapping structure is used during the transition from the previous to current rating models: under our previous model, Overweight = Buy, Neutral = Hold and Underweight = Sell; under our current model Buy = Buy, Hold = Hold and Reduce = Sell.  For rating definitions under both models, please see "Stock ratings and basis for financial analysis" above.

For the distribution of non-independent ratings published by HSBC, please see the disclosure page available at *http://www.hsbcnet.com/gbm/financial-regulation/investment-recommendations-disclosures*.

**Share price and rating changes for long-term investment opportunities**

**Origin Materials Inc (ORGN.OQ) share price performance USD Vs HSBC rating history**

Source: HSBC

**Rating & target price history**

| From | To | Date | Analyst |
|---|---|---|---|
| N/A | Buy | 23 Nov 2021 | Sriharsha Pappu |
| **Target price** | **Value** | **Date** | **Analyst** |
| Price 1 | 15.00 | 23 Nov 2021 | Sriharsha Pappu |

Source: HSBC

To view a list of all the independent fundamental ratings disseminated by HSBC during the preceding 12-month period, please use the following links to access the disclosure page:

Clients of HSBC Private Banking: *www.research.privatebank.hsbc.com/Disclosures*

All other clients: *www.research.hsbc.com/A/Disclosures*

**HSBC & Analyst disclosures**
**Disclosure checklist**

| Company | Ticker | Recent price | Price date | Disclosure |
|---|---|---|---|---|
| ORIGIN MATERIALS INC | ORGN.OQ | 2.03 | 05.56 EDT, 10 Aug 2023 | – |

Source: HSBC

1    HSBC has managed or co-managed a public offering of securities for this company within the past 12 months.

2    HSBC expects to receive or intends to seek compensation for investment banking services from this company in the next 3 months.

3    At the time of publication of this report, HSBC Securities (USA) Inc. is a Market Maker in securities issued by this company.

4    As of 31 July 2023, HSBC beneficially owned 1% or more of a class of common equity securities of this company.

5    As of 30 June 2023, this company was a client of HSBC or had during the preceding 12 month period been a client of and/or paid compensation to HSBC in respect of investment banking services.

6    As of 30 June 2023, this company was a client of HSBC or had during the preceding 12 month period been a client of and/or paid compensation to HSBC in respect of non-investment banking securities-related services.

7    As of 30 June 2023, this company was a client of HSBC or had during the preceding 12 month period been a client of and/or paid compensation to HSBC in respect of non-securities services.

8    A covering analyst/s has received compensation from this company in the past 12 months.

9    A covering analyst/s or a member of his/her household has a financial interest in the securities of this company, as detailed below.

10   A covering analyst/s or a member of his/her household is an officer, director or supervisory board member of this company, as detailed below.

11   At the time of publication of this report, HSBC is a non-US Market Maker in securities issued by this company and/or in securities in respect of this company.

12   As of 07 August 2023, HSBC beneficially held a net long position of more than 0.5% of this company's total issued share capital, calculated according to the SSR methodology.

13   As of 07 August 2023, HSBC beneficially held a net short position of more than 0.5% of this company's total issued share capital, calculated according to the SSR methodology.

14   HSBC Qianhai Securities Limited holds 1% or more of a class of common equity securities of this company.

HSBC and its affiliates will from time to time sell to and buy from customers the securities/instruments, both equity and debt (including derivatives) of companies covered in HSBC Research on a principal or agency basis or act as a market maker or liquidity provider in the securities/instruments mentioned in this report.

Analysts, economists, and strategists are paid in part by reference to the profitability of HSBC which includes investment banking, sales & trading, and principal trading revenues.

Whether, or in what time frame, an update of this analysis will be published is not determined in advance.

Non-U.S. analysts may not be associated persons of HSBC Securities (USA) Inc, and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with the subject company, public appearances and trading securities held by the analysts.

Economic sanctions imposed by the EU, the UK, the USA and certain other jurisdictions generally prohibit transacting or dealing in any debt or equity issued by Russian SSI entities on or after 16 July 2014 (Restricted SSI Securities). Economic sanctions imposed by the USA also generally prohibit US persons from purchasing or selling publicly traded securities issued by companies designated by the US Government as "Chinese Military-Industrial Complex Companies" (CMICs) or any publicly traded securities that are derivative of, or designed to provide investment exposure to, the targeted CMIC securities (collectively, Restricted CMIC Securities). This report does not constitute advice in relation to any Restricted SSI Securities or Restricted CMIC Securities, and as such, this report should not be construed as an inducement to transact in any Restricted SSI Securities or Restricted CMIC Securities.

For disclosures in respect of any company mentioned in this report, please see the most recently published report on that company available at _www.hsbcnet.com/research_. HSBC Private Banking clients should contact their Relationship Manager for queries regarding other research reports. In order to find out more about the proprietary models used to produce this report, please contact the authoring analyst.

**Additional disclosures**

1    This report is dated as at 10 August 2023.

2    All market data included in this report are dated as at close 10 August 2023, unless a different date and/or a specific time of day is indicated in the report.

3    HSBC has procedures in place to identify and manage any potential conflicts of interest that arise in connection with its Research business. HSBC's analysts and its other staff who are involved in the preparation and dissemination of Research operate and have a management reporting line independent of HSBC's Investment Banking business. Information Barrier procedures are in place between the Investment Banking, Principal Trading, and Research businesses to ensure that any confidential and/or price sensitive information is handled in an appropriate manner.

4    You are not permitted to use, for reference, any data in this document for the purpose of (i) determining the interest payable, or other sums due, under loan agreements or under other financial contracts or instruments, (ii) determining the price at which a financial instrument may be bought or sold or traded or redeemed, or the value of a financial instrument, and/or (iii) measuring the performance of a financial instrument or of an investment fund.

**Production & distribution disclosures**

1.   This report was produced and signed off by the author on 10 Aug 2023 10:11 GMT.

2.   In order to see when this report was first disseminated please see the disclosure page available at https://www.research.hsbc.com/R/34/Qcg776z

# Disclaimer

**Legal entities as at 30 June 2023:**
'UAE' HSBC Bank Middle East Limited, DIFC; HSBC Bank Middle East Limited, UAE branch; 'HK' The Hongkong and Shanghai Banking Corporation Limited, Hong Kong; 'TW' HSBC Securities (Taiwan) Corporation Limited; 'CA' HSBC Securities (Canada) Inc.; 'France' HSBC Continental Europe; 'Spain' HSBC Continental Europe, Sucursal en España; 'Italy' HSBC Continental Europe, Italy; 'Sweden' HSBC Continental Europe Bank, Sweden Filial; 'DE' HSBC Continental Europe S.A., Germany; 000 HSBC Bank (RR), Moscow; 'IN' HSBC Securities and Capital Markets (India) Private Limited, Mumbai; 'JP' HSBC Securities (Japan) Limited, Tokyo; 'EG' HSBC Securities Egypt SAE, Cairo; 'CN' HSBC Investment Bank Asia Limited, Beijing Representative Office; The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch; The Hongkong and Shanghai Banking Corporation Limited, Seoul Securities Branch; The Hongkong and Shanghai Banking Corporation Limited, Seoul Branch; HSBC Securities (South Africa) (Pty) Ltd, Johannesburg; HSBC Bank plc, London, Tel Aviv; 'US' HSBC Securities (USA) Inc, New York; HSBC Yatirim Menkul Degerler AS, Istanbul; HSBC México, SA, Institución de Banca Múltiple, Grupo Financiero HSBC; HSBC Bank Australia Limited; HSBC Bank Argentina SA; HSBC Saudi Arabia Limited; The Hongkong and Shanghai Banking Corporation Limited, New Zealand Branch incorporated in Hong Kong SAR; The Hongkong and Shanghai Banking Corporation Limited, Bangkok Branch; PT Bank HSBC Indonesia; HSBC Qianhai Securities Limited; Banco HSBC S.A.

**Issuer of report**
HSBC Bank plc
8 Canada Square
London, E14 5HQ, United Kingdom
Telephone: +44 20 7991 8888
Fax: +44 20 7992 4880
Website: www.research.hsbc.com

In the UK, this publication is distributed by HSBC Bank plc for the information of its Clients (as defined in the Rules of FCA) and those of its affiliates only. Nothing herein excludes or restricts any duty or liability to a customer which HSBC Bank plc has under the Financial Services and Markets Act 2000 or under the Rules of FCA and PRA. A recipient who chooses to deal with any person who is not a representative of HSBC Bank plc in the UK will not enjoy the protections afforded by the UK regulatory regime. HSBC Bank plc is regulated by the Financial Conduct Authority and the Prudential Regulation Authority. If this research is received by a customer of an affiliate of HSBC, its provision to the recipient is subject to the terms of business in place between the recipient and such affiliate.

HSBC Securities (USA) Inc. accepts responsibility for the content of this research report prepared by its non-US foreign affiliate. The information contained herein is under no circumstances to be construed as investment advice and is not tailored to the needs of the recipient. All U.S. persons receiving and/or accessing this report and wishing to effect transactions in any security discussed herein should do so with HSBC Securities (USA) Inc. in the United States and not with its non-US foreign affiliate, the issuer of this report.

In the European Economic Area, this publication has been distributed by HSBC Continental Europe or by such other HSBC affiliate from which the recipient receives relevant services

In Singapore, this publication is distributed by The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch for the general information of institutional investors or other persons specified in Sections 274 and 304 of the Securities and Futures Act (Chapter 289) ("SFA") and accredited investors and other persons in accordance with the conditions specified in Sections 275 and 305 of the SFA. Only Economics or Currencies reports are intended for distribution to a person who is not an Accredited Investor, Expert Investor or Institutional Investor as defined in SFA. The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch accepts legal responsibility for the contents of reports. This publication is not a prospectus as defined in the SFA. This publication is not a prospectus as defined in the SFA. It may not be further distributed in whole or in part for any purpose. The Hongkong and Shanghai Banking Corporation Limited Singapore Branch is regulated by the Monetary Authority of Singapore. Recipients in Singapore should contact a "Hongkong and Shanghai Banking Corporation Limited, Singapore Branch" representative in respect of any matters arising from, or in connection with this report. Please refer to The Hongkong and Shanghai Banking Corporation Limited Singapore Branch's website at www.business.hsbc.com.sg for contact details.

In Australia, this publication has been distributed by The Hongkong and Shanghai Banking Corporation Limited (ABN 65 117 925 970, AFSL 301737) for the general information of its "wholesale" customers (as defined in the Corporations Act 2001). Where distributed to retail customers, this research is distributed by HSBC Bank Australia Limited (ABN 48 006 434 162, AFSL No. 232595). These respective entities make no representations that the products or services mentioned in this document are available to persons in Australia or are necessarily suitable for any particular person or appropriate in accordance with local law. No consideration has been given to the particular investment objectives, financial situation or particular needs of any recipient.

This publication has been distributed in Japan by HSBC Securities (Japan) Limited. It may not be further distributed, in whole or in part, for any purpose. In Hong Kong, this document has been distributed by The Hongkong and Shanghai Banking Corporation Limited in the conduct of its Hong Kong regulated business for the information of its institutional and professional customers; it is not intended for and should not be distributed to retail customers in Hong Kong. The Hongkong and Shanghai Banking Corporation Limited makes no representations that the products or services mentioned in this document are available to persons in Hong Kong or are necessarily suitable for any particular person or appropriate in accordance with local law. All inquiries by such recipients must be directed to The Hongkong and Shanghai Banking Corporation Limited. In Korea, this publication is distributed by The Hongkong and Shanghai Banking Corporation Limited, Seoul Securities Branch ("HBAP SLS") for the general information of professional investors specified in Article 9 of the Financial Investment Services and Capital Markets Act ("FSCMA"). This publication is not a prospectus as defined in the FSCMA. It may not be further distributed in whole or in part for any purpose. HBAP SLS is regulated by the Financial Services Commission and the Financial Supervisory Service of Korea. This publication is distributed in New Zealand by The Hongkong and Shanghai Banking Corporation Limited, New Zealand Branch incorporated in Hong Kong SAR.

In Canada, this document has been distributed by HSBC Securities (Canada) Inc. (member IIROC), and/or its affiliates. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offense. In Brazil, this document has been distributed by Banco HSBC SA ("HSBC Brazil"), and/or its affiliates. As required by Resolution No. 20/2021 of the Securities and Exchange Commission of Brazil (Comissão de Valores Mobiliários), potential conflicts of interest concerning (i) HSBC Brazil and/or its affiliates; and (ii) the analyst(s) responsible for authoring this report are stated on the chart above labelled "HSBC & Analyst Disclosures".

This document is not and should not be construed as an offer to sell or the solicitation of an offer to purchase or subscribe for any investment. HSBC has based this document on information obtained from sources it believes to be reliable but which it has not independently verified; HSBC makes no guarantee, representation or warranty and accepts no responsibility or liability as to its accuracy or completeness. The opinions contained within the report are based upon publicly available information at the time of publication and are subject to change without notice. From time to time research analysts conduct site visits of covered issuers. HSBC policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Past performance is not necessarily a guide to future performance. The value of any investment or income may go down as well as up and you may not get back the full amount invested. Where an investment is denominated in a currency other than the local currency of the recipient of the research report, changes in the exchange rates may have an adverse effect on the value, price or income of that investment. In case of investments for which there is no recognised market it may be difficult for investors to sell their investments or to obtain reliable information about its value or the extent of the risk to which it is exposed.

HSBC Bank plc is registered in England No 14259, is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange. (070905)

If you are a customer of HSBC Wealth & Personal Banking ("WPB"), including Global Private Banking, you are eligible to receive this publication only if: (i) you have been approved to receive relevant research publications by an applicable HSBC legal entity; (ii) you have agreed to the applicable HSBC entity's terms and conditions and/or customer declaration for accessing research; and (iii) you have agreed to the terms and conditions of any other internet banking, online banking, mobile banking and/or investment services offered by that HSBC entity, through which you will access research publications (collectively with (ii), the "Terms"). If you do not meet the above eligibility requirements, please disregard this publication and, if you are a WPB customer, please notify your Relationship Manager or call the relevant customer hotline. Distribution of this publication is the sole responsibility of the HSBC entity with whom you have agreed the Terms. Receipt of research publications is strictly subject to the Terms and any other conditions or disclaimers applicable to the provision of the publications that may be advised by WPB.

© Copyright 2023, HSBC Bank plc, ALL RIGHTS RESERVED. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, on any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of HSBC Bank plc. MCI (P) 017/01/2023, MCI (P) 027/10/2022

[1218272]