# EXHIBIT 28



**August 11, 2023**
**Institutional Research**

**Eric Stine**
Senior Research Analyst
612-334-6389
eric.stine@craig-hallum.com

**Aaron Spychalla, CFA**
Senior Research Analyst
612-334-6364
aaron.spychalla@craig-hallum.com

**www.craig-hallum.com**

| Changes | Previous | Current |
|---|---|---|
| Rating: | BUY | HOLD |
| Fundamental Trend: | Improving | Mixed |
| Price Target: | $12 | $2 |
| FY22A Rev (M): | -- | $0 |
| FY23E Rev (M): | $45 | $44 |
| FY24E Rev (M): | $118 | $122 |
| FY22A EBITDA (M): | -- | ($31) |
| FY23E EBITDA (M): | ($53) | ($51) |
| FY24E EBITDA (M): | ($58) | ($66) |
| FY22A EPS: | -- | ($0.20) |
| FY23E EPS: | ($0.50) | ($0.42) |
| FY24E EPS: | ($0.94) | ($0.54) |

| Profile | |
|---|---|
| Price: | $1.46 |
| 52 Week Range: | $1.24 - $7.35 |
| Avg. Daily Vol. | 1,948,435 |
| Shares Out (MM): | 143.5 |
| Market Cap (MM): | $210 |
| Insiders Own | 25% |
| Short Int.(MM) / % of float: | 8.4 / 8% |
| Book Val./Sh.: | $2.82 |
| Net Cash (M / /Sh.): | $1.43 |
| Debt / Capital: | 3% |
| Div / Yield | NA / NA |
| Fiscal Year Ends | Dec |

| Rev (MM) | 2022A | 2023E | 2024E |
|---|---|---|---|
| Mar | $0 | $2 A | $30 |
| Jun | $0 | $7 A | $30 |
| Sep | $0 | $11 | $30 |
| Dec | $0 | $24 | $30 |
| **FY** | **$0** | **$44** | **$122** |
| EV/S | NM | 0.1x | 0.0x |

| EPS | 2022A | 2023E | 2024E |
|---|---|---|---|
| Mar | ($0.04) | ($0.07)A | ($0.15) |
| Jun | ($0.05) | ($0.08)A | ($0.15) |
| Sep | ($0.05) | ($0.12) | ($0.12) |
| Dec | ($0.07) | ($0.14) | ($0.14) |
| **FY** | **($0.20)** | **($0.42)** | **($0.54)** |
| Adj-P/E | NM | NM | NM |
| | | | |
| **EBITDA** | **($31)** | **($51)** | **($66)** |
| EV/EBITDA | NM | NM | NM |

| Management | |
|---|---|
| Co-CEO | John Bissell |
| Co-CEO | Rich Riley |
| CFO | Nate Whaley |

## Origin Materials  HOLD
(ORGN – $1.46)  Price Target: $2

**Origin 2 Curveball Moves Us To The Sidelines. Lowering Rating To HOLD, Lowering Price Target To $2.**

*Origin Materials is a provider of plant-based feedstock for a carbon negative, drop-in replacement for materials production.*

### OUR CALL

Origin Materials started up its Origin 1 plant in Sarnia, Ontario in 2Q, reiterated FY23 guidance, and customer demand now stands at over $10B+ from an expanding set of customers and applications. In our opinion, this all takes a back seat to the major curveball served up in the form of the decision to shift planned Origin 2 production to focus on FDCA (a renewable substitute used in the production of polyester) from paraxylene (pX) to capture expected higher margins.

While this is being done in response to strong demand for FDCA, to reduce the risk through a phased construction approach, and ORGN citing higher capital costs, we see this as a big bet on FDCA. In addition to the startup of Origin 2 being pushed back from 2025 to Phase 1 completion in late-2026 and 2027 and Phase 2 in 2028, we don't see it coming without risks. These include: (1) will the customers within its $10B+ customer demand shift to FDCA?, (2) will the uptake of FDCA play out as planned?, and (3) will ORGN succeed in its plans to satisfy its existing and growing demand for pX through licensing its technology to potential strategic partners? In addition, it will now be at a minimum 2-3 years longer to find out whether this shift is successful. As a result, we are lowering our rating on ORGN to a Hold. Our new price target is the result of using a modestly lower multiple on our new forward estimates.

### INVESTMENT HIGHLIGHTS

- **Plant Updates**–
  - **Origin 1** – In line with expectations, Origin 1 (146M pounds, Sarnia, Ontario) start-up began at the end of 2Q to produce CMF, FDCA, and HTC. We view this as an important milestone for ORGN.
  - **Origin 2** – Origin has made a strategic shift of its plans for its Origin 2 plant set to be located in Geismer, LA. Originally scheduled for startup in 2025 and targeting production of paraxylene for Bio-PET production, ORGN will now focus on the production and commercialization of FDCA, which has performance advantages and likely higher margins. This decision means that FDCA production is effectively being pulled forward versus previous plans to produce FDCA out of its Origin 3 plant. This decision also changes the planned timeline for Origin 2 with ORGN planning a phased approach with Phase 1 start-up now planned for late 2026 to 2027 and Phase 2 start-up expected in 2028. This decision is in response to "much greater demand than anticipated" for FDCA and we sense that this new timeline is the result of having to "re-start the clock" in terms of engineering and scope for the new plant focus. It also buys ORGN time to explore other financing options (project financing, government programs, licensing agreements and strategic partnerships) towards an ultimate $1.6B expected capital outlay versus $1.1B originally. ORGN is targeting a positive final investment decision (FID) for Origin 2 in 2025.

**SEE LAST PAGE FOR IMPORTANT DISCLOSURES**  **Page 1 of 6**

- **$10B+ Customer Demand Primarily pX** – While ORGN has made several customer announcements as of late regarding FDCA (including product milestone with Husky for bottles, partnership with Sustainea), the reality is the vast majority of its $10B+ of offtakes and capacity reservations are for pX. ORGN hopes to convert many of its current customers to FDCA at Origin 2 and plans to supply pX to the market through licensing with strategic partners.

- **2Q Results** – Results were better than expectations with initial revenue (joint development agreements, supply chain activation program), lower OpEx, and higher interest income.

| | 2Q Results | CHLM Estimate | FactSet Consensus | Company Guidance |
|---|---|---|---|---|
| Revenue ($M) | **$6.9** | $1.5 | $5.3 | -- |
| EBITDA, adj. | **($11.5)** | ($11.5) | ($12.8) | |
| EPS, adj. | **($0.08)** | ($0.09) | ($0.12) | -- |

- **2023 Guidance Reiterated** – Reflects start-up of Origin 1 in June (revenue expected to start 3Q).

| | FY23 Prior Guide | FY23 New Guide | New C-H | Prior C-H | Prior Street |
|---|---|---|---|---|---|
| Revenue ($M) | -- | **$40-$60** | **$43.7** | *$44.9* | $48.4 |
| EBITDA, adj. | -- | **($60)-($50)** | **($51.5)** | *($52.6)* | ($57.0) |
| CapEx (M) | -- | -- | **$90.5** | *$168.0* | $293.8 |

- **Balance Sheet** – ORGN ended 2Q with $218M in cash and $13M in debt ($264M and $12M 1Q23) after using ($48M) of FCF compared to ($60M) last quarter and ($16M) last year, mostly for Origin 1. ORGN continues to believe the debt financing for Origin 2 could be reached using tax-exempt bonds.

- **Lowering Estimates** – Our updated estimates reflect lower revenue, EBITDA, EPS from the timing of the updated Origin 2 plans.

# STOCK OPPORTUNITY

| EV/EBITDA | 2029E |
|---|---|
| EBITDA | $289.1 |
| (*) Assumed Multiple | 12.5 x |
| (=) EV | $3,613 |
| (-) Debt (FY29E) | $1,288 |
| (+) Cash (FY29E) | $224 |
| (=) Market Cap | $2,549 |
| (/) Shares out (FY29E) | 507.5 |
| (/) Discount rate 20% to 2024 | 2.5 |
| (=) Price Target | $2.02 |

*\* FY29E debt assumes $1.275B of debt financing in 2024 and 2025.*

*\* FY29E cash and share count assumes $725M of equity raises at $2.00/share in 2024-2026.*

Origin Materials seeks to capitalize on the secular shift to more sustainable materials production, specifically with its net-zero/negative $CO_2$ solutions to produce "building block" chemicals to be dropped into the existing plastics and materials supply chain. Origin has $10B+ in customer commitments and counts large global companies as partners.

Our new $2 price target is based on 12.5x EV/EBITDA on 2029E discounted back five years at 20% (previously 10x 2028E discounted five years). We believe this is appropriate given the secular growth of sustainable plastics and materials, a substantial growth outlook, and Origin's proprietary technology, and blue-chip customers and partners, but also the challenges/questions surrounding its forward plan.

# RISKS

We believe an investment in Origin involves the following risks:

**Plant Timelines And Producing At Commercial Scale** – Origin's business plan is based on a forecasted rollout of plants going forward. There is risk Origin is unable to construct plants in the expected timeframe. Additionally, Origin has no experience producing quantities beyond small amounts for customer testing

and trials. If challenges are experienced in ramping to commercial scale and in the construction of plants, results would likely be materially impacted.

**Plant 2 Plans –** Origin's plans include the production of FDCA at its Origin 2 plant, which is a strategic change from its previous plans. This pushes out the timeline for construction by 2-3 years and also entails additional engineering and development work. Should it face challenges in this process or demand does not develop for FDCA as anticipated, it would have a material impact on results.

**Reliance On A Limited Number Of Customers In Near-Term** – At present, Origin has offtake agreements with a handful of customers. Should one or more of these customers reduce volumes or if customer relationships are lost, it would have a negative impact on ORGN.

**Dependence On Single Commercial Plant In Near-Term** – Origin is targeting completion of its first commercial scale facility in 2025. For its next facility, production is not targeted until 2027. In the interim, any factors internal or external which impact Origin's ability to produce product would significantly impact the generation of revenue and hamper future plans.

**Competitive Environment** – The market for Origin's products is highly competitive, including traditional fossil-fuel based materials along with other recycled, renewable, and bio-based product. For fossil-fuel based materials, the price of petroleum could have an impact on the competitive outlook. Future strides taken by other renewable technologies could impact the outlook.

**Origin May Seek Additional Strategic Partners** – Origin's future plans are dependent on current strategic partners but also on additional partners. If Origin is unsuccessful or suffers setbacks in this area, it may impact future plans and commercialization activities. Origin's future plan is also dependent on additional financing which may be difficult or more expensive to secure.

*Note: The above list does not purport to be a complete list of risk factors. See the company's filings for other investment risks.*


CRAIG-HALLUM
CAPITAL GROUP LLC

**August 11, 2023**

# FINANCIALS

### Origin Materials
**FISCAL YEAR ENDS DECEMBER**

| ($ millions) | Fiscal 2019A | Fiscal 2020A | Fiscal 2021A | Mar Q1-22A | Jun Q2-22A | Sep Q3-22A | Dec Q4-22A | Fiscal 2022A | Mar Q1-23A | Jun Q2-23A | Sep Q3-23E | Dec Q4-23E | Fiscal 2023E | Mar Q1-24E | Jun Q2-24E | Sep Q3-24E | Dec Q4-24E | Fiscal 2024E | Fiscal 2025E | Fiscal 2026E | Fiscal 2027E | Fiscal 2028E | Fiscal 2029E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Revenue** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 | 6.9 | 10.7 | 24.4 | 43.7 | 30.5 | 30.5 | 30.5 | 30.5 | 122.0 | 122.0 | 122.0 | 244.5 | 429.2 | 722.0 |
| Total Gross Profit | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | 0.1 | (1.7) | (3.3) | (4.2) | (2.9) | (2.5) | (2.3) | (1.7) | (9.4) | (5.0) | (5.0) | 54.9 | 171.9 | 365.7 |
| Expenses | | | | | | | | | | | | | | | | | | | | | | | |
| D&A | 0.6 | 0.5 | 0.5 | 0.1 | 0.2 | 0.2 | 0.2 | 0.7 | 0.3 | 0.3 | 1.6 | 1.6 | 3.9 | 1.6 | 1.6 | 1.6 | 1.6 | 6.5 | 6.5 | 6.5 | 28.5 | 61.8 | 95.0 |
| SG&A | 3.7 | 6.6 | 14.1 | 5.1 | 5.9 | 5.8 | 7.3 | 24.1 | 7.7 | 8.6 | 8.9 | 9.3 | 34.5 | 9.6 | 9.8 | 10.1 | 10.3 | 39.7 | 43.7 | 47.7 | 51.7 | 55.7 | 59.7 |
| R&D | 6.7 | 4.1 | 9.1 | 2.3 | 2.6 | 3.7 | 5.4 | 14.1 | 5.1 | 5.4 | 5.8 | 6.1 | 22.4 | 6.4 | 6.6 | 6.8 | 7.0 | 27.0 | 30.6 | 34.2 | 37.8 | 41.4 | 45.0 |
| Other | 0.0 | 0.0 | 3.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Operating Expenses | 11.1 | 11.2 | 26.9 | 7.6 | 8.7 | 9.7 | 13.0 | 38.9 | 13.0 | 14.4 | 16.3 | 17.1 | 60.8 | 17.6 | 18.1 | 18.5 | 19.0 | 73.2 | 80.8 | 88.4 | 118.0 | 158.8 | 199.7 |
| Income from Operations, reported | (11.1) | (11.2) | (26.9) | (7.6) | (8.7) | (9.7) | (13.0) | (38.9) | (12.3) | (14.3) | (18.0) | (20.4) | (64.9) | (20.6) | (20.6) | (20.8) | (20.7) | (82.6) | (85.8) | (93.4) | (63.1) | 13.1 | 166.1 |
| **Adjusted EBITDA Calculation** | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Income | (11.1) | (11.2) | (26.9) | (7.6) | (8.7) | (9.7) | (13.0) | (38.9) | (12.3) | (14.3) | (18.0) | (20.4) | (64.9) | (20.6) | (20.6) | (20.8) | (20.7) | (82.6) | (85.8) | (93.4) | (63.1) | 13.1 | 166.1 |
| (+) D&A | 0.6 | 0.5 | 0.5 | 0.1 | 0.2 | 0.2 | 0.2 | 0.7 | 0.3 | 0.3 | 1.6 | 1.6 | 3.9 | 1.6 | 1.6 | 1.6 | 1.6 | 6.5 | 6.5 | 6.5 | 28.5 | 61.8 | 95.0 |
| (+) Non-cash stock comp | 0.0 | 1.6 | 5.8 | 0.9 | 1.7 | 1.1 | 3.5 | 7.2 | 2.2 | 2.4 | 2.4 | 2.5 | 9.6 | 2.5 | 2.5 | 2.6 | 2.6 | 10.3 | 12.0 | 16.0 | 20.0 | 24.0 | 28.0 |
| (+) Other | | | 0.6 | | | | | | | | | | 0.0 | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| EBITDA, excludes stock option expense | (10.4) | (9.1) | (20.0) | (6.5) | (6.9) | (8.4) | (9.2) | (31.0) | (9.7) | (11.5) | (13.9) | (16.3) | (51.5) | (16.4) | (16.4) | (16.6) | (16.4) | (65.8) | (67.3) | (70.9) | (14.6) | 98.8 | 289.1 |
| Interest expense/(income), net | 0.1 | 0.3 | 1.4 | (1.8) | (1.9) | (2.3) | (2.7) | (8.8) | (3.0) | (2.4) | (1.0) | 0.2 | (6.2) | 0.2 | 0.2 | 0.2 | 4.3 | 4.9 | 32.3 | 77.3 | 77.3 | 77.3 | 77.3 |
| Change in fair value of derivative liability | 0.0 | 1.1 | 1.3 | 0.8 | (1.4) | (1.1) | 2.2 | 0.4 | (0.8) | 0.3 | 0.0 | 0.0 | (0.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of warrants liability | | | (43.6) | 1.8 | (18.8) | 1.4 | (6.4) | (22.0) | (6.8) | 2.1 | | | (4.6) | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of earnout liability | | | (75.5) | (15.2) | (33.2) | (15.1) | (21.9) | (85.4) | (12.9) | (7.5) | | | (20.4) | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of redeemable convertible preferred s | (10.3) | 18.5 | 48.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other expense/(income), net | (0.3) | (0.8) | (0.8) | (0.5) | (0.2) | (0.9) | (0.1) | (1.7) | 1.4 | (0.4) | 0.0 | 0.0 | 0.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Pretax Income, GAAP | (0.5) | (30.3) | 42.1 | 7.3 | 46.9 | 8.3 | 16.0 | 78.6 | 9.8 | (6.3) | (17.0) | (20.6) | (34.1) | (20.7) | (20.8) | (21.0) | (25.0) | (87.5) | (118.0) | (170.6) | (140.3) | (64.2) | 88.8 |
| Income Tax (benefit), reported | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adjustment to change in fair value from liability | | | 13.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Income, GAAP | (0.5) | (30.3) | 29.1 | 7.3 | 46.9 | 8.3 | 16.0 | 78.6 | 9.8 | (6.5) | (17.0) | (20.6) | (34.3) | (20.7) | (20.8) | (21.0) | (25.0) | (87.5) | (118.0) | (170.6) | (140.3) | (64.2) | 88.8 |
| Net Income, Adjusted | (10.8) | (10.7) | (40.5) | (5.3) | (6.5) | (6.6) | (10.1) | (28.4) | (10.6) | (11.6) | (17.0) | (20.6) | (59.8) | (20.7) | (20.8) | (21.0) | (25.0) | (87.5) | (118.0) | (170.6) | (140.3) | (64.2) | 88.8 |
| EPS, GAAP | ($0.37) | ($23.58) | $0.27 | $0.05 | $0.33 | $0.06 | $0.11 | $0.55 | $0.07 | ($0.05) | ($0.12) | ($0.14) | ($0.24) | ($0.15) | ($0.15) | ($0.12) | ($0.14) | ($0.54) | ($0.48) | ($0.42) | ($0.28) | ($0.13) | $0.17 |
| **Adj-EPS, excl, one-time items & warrant valuation adju** | ($8.39) | ($8.34) | ($0.38) | ($0.04) | ($0.05) | ($0.05) | ($0.07) | ($0.20) | ($0.07) | ($0.08) | ($0.12) | ($0.14) | ($0.42) | ($0.15) | ($0.15) | ($0.12) | ($0.14) | ($0.54) | ($0.48) | ($0.42) | ($0.28) | ($0.13) | $0.17 |
| Wtd. Avg. Shares Outstanding | 1.3 | 1.3 | 106.2 | 141.7 | 142.2 | 142.2 | 142.3 | 142.1 | 142.5 | 139.3 | 142.7 | 142.8 | 141.8 | 142.9 | 143.0 | 180.6 | 180.7 | 161.8 | 243.4 | 406.3 | 506.7 | 507.1 | 507.5 |
| **MARGINS (% of Sales)** | | | | | | | | | | | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | 43.7% | 1.2% | -15.5% | -13.7% | -9.5% | -9.6% | -8.2% | -7.5% | -5.6% | -7.7% | -4.1% | -4.1% | 22.5% | 40.0% | 50.7% |
| SG&A | | | | | | | | | 449.3% | 124.9% | 83.4% | 38.1% | 78.9% | 31.3% | 32.1% | 33.0% | 33.8% | 32.5% | 35.8% | 39.1% | 21.1% | 13.0% | 8.3% |
| Operating margin | | | | | | | | | -720.4% | -207.0% | -168.4% | -83.7% | -148.7% | -67.4% | -67.4% | -68.2% | -67.8% | -67.7% | -70.3% | -76.6% | -25.8% | 3.0% | 23.0% |
| EBITDA margin, adjusted | | | | | | | | | -571.7% | -167.1% | -130.4% | -66.7% | -117.8% | -53.9% | -53.8% | -54.3% | -53.8% | -53.9% | -55.2% | -58.1% | -6.0% | 23.0% | 40.0% |
| Tax Rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -2.0% | 0.0% | 0.0% | -0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Margin | | | | | | | | | 573.3% | -93.7% | -159.1% | -84.4% | -78.5% | -68.0% | -68.1% | -68.8% | -81.9% | -71.7% | -96.8% | -139.9% | -57.4% | -15.0% | 12.3% |
| **GROWTH (Yr/Yr)** | | | | | | | | | | | | | | | | | | | | | | | |
| **Revenue** | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 1689.7% | 342.1% | 185.7% | 25.0% | 179.3% | 0.0% | 0.0% | 100.4% | 75.5% | 68.2% |
| SG&A | NA | 77.1% | 115.2% | 529.2% | 39.0% | 15.7% | 80.7% | 70.6% | 51.0% | 47.0% | 52.6% | 26.9% | 43.1% | 24.7% | 13.7% | 12.9% | 10.8% | 15.2% | 10.1% | 9.2% | 8.4% | 7.7% | 7.2% |
| Operating Income, adjusted | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 1170.3% |
| EBITDA, adjusted | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 192.5% |
| Net Income, adjusted | NA | NA | NA | NA | NA | -5.3% | -70.2% | 170.0% | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| EPS, GAAP | NA | NA | NA | NA | -47.6% | -70.4% | 205.0% | 101.8% | 32.3% | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Adj-EPS, excl, one-time items & warrant valuation adju | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| **Key Metrics** | | | | | | | | | | | | | | | | | | | | | | | |
| Contracted Offtakes & Capacity Reservations ($B) | | | $5.6 | $7.4 | $8.1 | $9.0 | $9.3 | $9.3 | $9.3 | $10.0 | | | | | | | | | | | | | |
| Operational Plants | | | | | | | | | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 |
| Annual capacity (M. Lbs) | | | | | | | | | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 | 600 | 1050 | 1050 |
| Effective Utilization Rate | | | | | | | | | 0% | 35% | 80% | 29% | | 100% | 100% | 100% | 100% | 100% | 100% | 8% | 89% | 73% | 100% |
| Production (M Lbs.) | | | | | | | | | 0.0 | 4.4 | 10.0 | 14.4 | | 13 | 13 | 13 | 13 | 50.0 | 50.0 | 50 | 531 | 769 | 1,050 |
| ASP ($/lb.) - all volumes | | | | | | | | | $0.00 | $0.84 | $0.84 | | | $0.84 | $0.84 | $0.84 | $0.84 | $0.84 | $0.84 | $0.84 | $0.39 | $0.50 | $0.63 |

**Origin Materials**
**Institutional Research**



## Origin Materials
### FISCAL YEAR ENDS DECEMBER

| ($ millions) | Fiscal 2019A | Fiscal 2020A | Fiscal 2021A | Mar Q1-22A | Jun Q2-22A | Sep Q3-22A | Dec Q4-22A | Fiscal 2022A | Mar Q1-23A | Jun Q2-23A | Sep Q3-23E | Dec Q4-23E | Fiscal 2023E | Mar Q1-24E | Jun Q2-24E | Sep Q3-24E | Dec Q4-24E | Fiscal 2024E | Fiscal 2025E | Fiscal 2026E | Fiscal 2027E | Fiscal 2028E | Fiscal 2029E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW STATEMENT** | | | | | | | | | | | | | | | | | | | | | | | |
| NET INCOME | ($0.5) | ($30.3) | $42.1 | $7.3 | $46.9 | $8.3 | $16.0 | $78.6 | $9.8 | ($6.5) | ($17.0) | ($20.6) | ($34.3) | ($20.7) | ($20.8) | ($21.0) | ($25.0) | ($87.5) | ($118.0) | ($170.6) | ($140.3) | ($64.2) | $88.8 |
| *D&A - % of COGS* | | | | | | | | | | | *13%* | *6%* | *8%* | *5%* | *5%* | *5%* | *5%* | *5%* | *5%* | *5%* | *15%* | *24%* | *27%* |
| DEPRECIATION AND AMORT. | $0.6 | $0.5 | $0.5 | $0.1 | $0.2 | $0.2 | $0.2 | $0.7 | $0.3 | $0.3 | $1.6 | $1.6 | $3.9 | $1.6 | $1.6 | $1.6 | $1.6 | $6.5 | $6.5 | $6.5 | $28.5 | $61.8 | $95.0 |
| CHANGES IN WORKING CAPITAL | $2.7 | $3.0 | ($3.3) | $2.8 | $2.9 | ($1.5) | ($10.5) | ($6.2) | ($11.9) | ($8.1) | $0.0 | $0.0 | ($20.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *CHANGES IN WORKING CAPITAL - % of revs* | | | | | | | | | | | *$0.0* | *$0.0* | *($0.5)* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| OTHER | ($10.2) | $21.4 | ($61.4) | ($11.6) | ($51.7) | ($13.5) | ($22.4) | ($99.2) | ($17.2) | ($2.3) | $2.4 | $2.5 | ($14.6) | $2.5 | $2.5 | $2.6 | $2.6 | $10.3 | $12.0 | $16.0 | $20.0 | $24.0 | $28.0 |
| **NET CASH FROM OPERATIONS** | **($7.3)** | **($5.5)** | **($22.0)** | **($1.3)** | **($1.7)** | **($6.4)** | **($16.6)** | **($26.1)** | **($19.1)** | **($16.6)** | **($12.9)** | **($16.5)** | **($65.0)** | **($16.6)** | **($16.6)** | **($16.8)** | **($20.7)** | **($70.7)** | **($99.5)** | **($148.1)** | **($91.8)** | **$21.6** | **$211.8** |
| | | | | | | | | | | | | | | | | | | | | | | | |
| PP&E (CAP EX) | ($6.9) | ($1.8) | ($12.3) | ($10.4) | ($14.7) | ($32.8) | ($25.9) | ($83.7) | ($41.0) | ($31.3) | ($10.1) | ($8.1) | ($90.5) | ($7.1) | ($12.1) | ($17.1) | ($22.1) | ($58.5) | ($413.5) | ($963.5) | ($343.5) | ($43.5) | ($88.5) |
| ACQUISITIONS | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | | $0.0 | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| OTHER | ($0.2) | ($0.3) | ($399.4) | $23.5 | $40.2 | $64.1 | $44.7 | $172.5 | $39.1 | $26.1 | | | $65.2 | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **NET CASH FROM INVESTING** | **($7.1)** | **($2.1)** | **($411.6)** | **$13.1** | **$25.6** | **$31.3** | **$18.9** | **$88.8** | **($1.8)** | **($5.2)** | **($10.1)** | **($8.1)** | **($25.3)** | **($7.1)** | **($12.1)** | **($17.1)** | **($22.1)** | **($58.5)** | **($413.5)** | **($963.5)** | **($343.5)** | **($43.5)** | **($88.5)** |
| | | | | | | | | | | | | | | | | | | | | | | | |
| COMMON STOCK | $0.0 | $0.0 | $467.6 | $0.0 | $0.2 | $0.1 | $0.0 | $0.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.1 | $0.0 | $0.0 | $75.0 | $0.0 | $75.0 | $250.0 | $400.0 | $0.0 | $0.0 | $0.0 |
| DEBT | $4.4 | $5.8 | $11.3 | $0.0 | $0.0 | $0.0 | $0.8 | $0.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $275.0 | $0.0 | $275.0 | $1,000.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| OTHER | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $60.0 | $0.0 | $60.0 | $100.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **NET CASH FROM FINANCING** | **$4.4** | **$5.8** | **$478.9** | **$0.0** | **$0.2** | **$0.1** | **$0.9** | **$1.2** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.1** | **$0.0** | **$0.0** | **$410.0** | **$0.0** | **$410.0** | **$1,350.0** | **$400.0** | **$0.0** | **$0.0** | **$0.0** |
| **EFFECT OF FX** | $0.4 | ($0.1) | ($0.0) | ($0.5) | ($2.9) | ($1.1) | $1.8 | ($2.8) | ($0.0) | $0.3 | | | $0.3 | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | | | | | | | | | | | | | | | | | | | | | | | |
| **NET CHANGE IN CASH** | **($9.6)** | **($1.7)** | **$45.3** | **$11.3** | **$21.1** | **$23.9** | **$4.9** | **$61.2** | **($20.9)** | **($21.4)** | **($23.0)** | **($24.6)** | **($89.9)** | **($23.7)** | **($28.7)** | **$376.1** | **($42.8)** | **$280.9** | **$837.0** | **($711.6)** | **($435.3)** | **($21.9)** | **$123.4** |
| | | | | | | | | | | | | | | | | | | | | | | | |
| ***FREE CASH FLOW ANALYSIS*** | | | | | | | | | | | | | | | | | | | | | | | |
| CASH FLOW FROM OPERATIONS | ($7.3) | ($5.5) | ($22.0) | ($1.3) | ($1.7) | ($6.4) | ($16.6) | ($26.1) | ($19.1) | ($16.6) | ($12.9) | ($16.5) | ($65.0) | ($16.6) | ($16.6) | ($16.8) | ($20.7) | ($70.7) | ($99.5) | ($148.1) | ($91.8) | $21.6 | $211.8 |
| (-) CAPITAL EXPENDITURES | $6.9 | $1.8 | $12.3 | $10.4 | $14.7 | $32.8 | $25.9 | $83.7 | $41.0 | $31.3 | $10.1 | $8.1 | $90.5 | $7.1 | $12.1 | $17.1 | $22.1 | $58.5 | $413.5 | $963.5 | $343.5 | $43.5 | $88.5 |
| **(=) FREE CASH FLOW** | **($14.2)** | **($7.2)** | **($34.3)** | **($11.7)** | **($16.4)** | **($39.2)** | **($42.5)** | **($109.8)** | **($60.0)** | **($47.9)** | **($23.0)** | **($24.6)** | **($155.5)** | **($23.7)** | **($28.7)** | **($33.9)** | **($42.8)** | **($129.1)** | **($513.0)** | **($1,111.6)** | **($435.3)** | **($21.9)** | **$123.4** |
| | | | | | | | | | | | | | | | | | | | | | | | |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | | | | | | | |
| Unrestricted Cash | 3.0 | 1.3 | 444.1 | 427.2 | 406.1 | 361.7 | 323.3 | 323.3 | 263.9 | 218.2 | $195 | $171 | $171 | $147 | $118 | $494 | $451 | $451 | $1,288 | $577 | $142 | $120 | $243 |
| Restricted Cash | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Cash & Equivalents | 3.6 | 1.9 | 444.6 | 427.7 | 406.6 | 362.2 | 323.8 | 323.8 | 264.4 | 218.2 | $195 | $171 | $171 | $147 | $118 | $494 | $451 | $451 | $1,288 | $577 | $142 | $120 | $243 |
| *Cash Conversion Cycle* | NA | NA | NA | NA | NA | NA | NA | NA | (641) | 10 | | | | | | | | | | | | | |
| Accounts Receivable | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 7.3 | | | | | | | | | | | | | |
| DSO's | NA | NA | NA | NA | NA | NA | NA | NA | 79 | 96 | | | | | | | | | | | | | |
| Inventories | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.3 | | | | | | | | | | | | | |
| Days Inventory | NA | NA | NA | NA | NA | NA | NA | NA | 31 | 5 | | | | | | | | | | | | | |
| Total Current Assets | 5.0 | 2.1 | 451.2 | 433.3 | 413.0 | 372.8 | 331.5 | 331.5 | 277.0 | 236.1 | | | | | | | | | | | | | |
| NET PP&E | 54.6 | 45.1 | 57.2 | 69.3 | 82.3 | 111.4 | 154.2 | 154.2 | 190.7 | 220.8 | | | | | | | | | | | | | |
| Intangibles & goodwill | 0.3 | 0.3 | 0.2 | 0.2 | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | | | | | | | | | | | | | |
| Total Assets | 47.8 | 47.4 | 510.4 | 505.6 | 498.8 | 492.5 | 493.7 | 493.7 | 483.5 | 476.7 | | | | | | | | | | | | | |
| Accounts Payable | 1.5 | 2.7 | 2.5 | 3.1 | 4.6 | 5.4 | 10.4 | 10.4 | 7.9 | 6.8 | | | | | | | | | | | | | |
| *Days Payables* | NA | NA | NA | NA | NA | NA | NA | NA | 751 | 90 | | | | | | | | | | | | | |
| Total Current Liabilities | 2.6 | 7.8 | 4.2 | 7.0 | 9.6 | 16.2 | 19.8 | 19.8 | 15.0 | 12.1 | | | | | | | | | | | | | |
| Net Working Capital | 2 | (6) | 447 | 426 | 403 | 357 | 312 | 312 | 262 | 224 | | | | | | | | | | | | | |
| Non-Cash Net Working Capital | (1) | (8) | 2 | (1) | (3) | (6) | (12) | (12) | (2) | 6 | | | | | | | | | | | | | |
| *Non-Cash Net Working Capital as % of sales* | NA | NA | NA | NA | NA | NA | NA | NA | NA | 21% | | | | | | | | | | | | | |
| Total ST & LT Debt | 14.8 | 21.0 | 17.7 | 17.8 | 17.7 | 17.4 | 13.0 | 13.0 | 12.4 | 12.5 | $13 | $13 | $13 | $13 | $13 | $288 | $288 | $288 | $1,288 | $1,288 | $1,288 | $1,288 | $1,288 |
| Shareholders Equity | | (95.9) | 303.5 | 308.4 | 350.9 | 352.0 | 376.9 | 376.9 | 391.1 | 392.5 | | | | | | | | | | | | | |
| Book Value/shr. | | NA | $2.86 | $2.18 | $2.47 | $2.48 | $2.65 | $2.65 | $2.75 | $2.82 | | | | | | | | | | | | | |
| Tangible Book Value/share | | NA | $2.85 | $2.17 | $2.47 | $2.47 | $2.65 | $2.65 | $2.74 | $2.82 | | | | | | | | | | | | | |

**Origin Materials**
**Institutional Research**

**August 11, 2023**

## REQUIRED DISCLOSURES



*Source:  FactSet*

Initiate: May 1, 2021 – Rating: Buy – Price Target:  $22
Update: February 25, 2022 – Rating: Buy – Price Target:  $16
Update: November 4, 2022 – Rating: Buy – Price Target:  $12
Update: August 11, 2023 – Rating: Hold – Price Target:  $2

**Ratings definitions:**

**Buy** rated stocks generally have twelve-month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve-month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**

**Improving** means growth rates of key business metrics are generally accelerating.  **Stable** means growth rates of key business metrics are generally steady.  **Mixed** means growth rates of some key business metrics are positive but others are negative.  **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (6/30/2023)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 79% | 16% |
| Hold | 21% | 3% |
| Sell | 1% | 0% |
| Total | 100% | 13% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Eric Stine, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer.  No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.