BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin Materials, Inc. and John Bissell*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION<br><br>―――――――――――――――――――<br>This Document Relates To<br><br>ALL ACTIONS CONSOLIDATED FROM:<br><br>Antonio F. Soto, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>Origin Materials, Inc., Richard J. Riley, and John Bissell,<br><br>    Defendants. | Case No.: 2:23-cv-01816-WBS-JDP<br><br>**JOINT STIPULATION AND ORDER REGARDING RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Date:       February 25, 2025<br>Judge:     Hon. William B. Shubb |

STIPULATION REGARDING RESPONSE TO SECOND AMENDED COMPLAINT

WHEREAS, on November 18, 2024, Lead Plaintiff Todd Frega ("Lead Plaintiff") filed a Second Amended Complaint against defendants Origin Materials, Inc., Richard J. Riley, and John Bissell (ECF No. 85);

WHEREAS, on February 12, 2025, the Court granted in part and denied in part a Motion to Dismiss the Second Amended Complaint (the "Order"), in particular dismissing all claims against defendant Richard Riley, such that Origin Materials, Inc. and John Bissell (collectively, "Defendants") remain the only Defendants in the case, and concurrently ordered that Lead Plaintiff would have twenty days from the Order to file an amended complaint (ECF No. 97);

WHEREAS, Lead Plaintiff intends to use the time granted by the Order to determine whether to file a further amended complaint;

WHEREAS, pursuant to Local Rule 144(b), no party has previously requested or received time for an extension to respond to the Second Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, and respectfully submitted for the Court's approval pursuant to Local Rule 144(a), as follows:

1. Defendants shall answer the Second Amended Complaint, or answer, move, or otherwise respond to any further amended complaint Lead Plaintiff may file, no later than March 25, 2025.

Dated:   2/25/25            FRESHFIELDS US LLP

                            /s/ Boris Feldman
                            BORIS FELDMAN

1
STIPULATION REGARDING RESPONSE TO SECOND AMENDED COMPLAINT

```
                                DORU GAVRIL
                                CARL HUDSON
                                REBECCA LOCKERT
                                855 Main Street
                                Redwood City, CA 94063
                                Telephone: (650) 618-9250
                                boris.feldman@freshfields.com
                                doru.gavril@freshfields.com
                                carl.hudson&freshfields.com
                                rebecca.lockert@freshfields.com

                                Attorneys for Defendants Origin
                                Materials, Inc., Richard J. Riley, and
                                John Bissell

Dated:   2/25/25               BERNSTEIN LIEBHARD LLP


                                /s/ Michael S. Bigin (as authorized on
                                2/25/25)

                                Michael S. Bigin
                                Stanley D. Bernstein
                                Stephanie M. Beige
                                10 East 40th Street
                                New York, NY  10016
                                Telephone: (212) 779-1414
                                Facsimile: (212) 779-3218
                                bigin@bernlieb.com
                                bernstein@bernlieb.com
                                beige@bernlieb.com

                                Lead Counsel for the Lead Plaintiff and
                                the Proposed Class

                                BRAGAR EAGEL & SQUIRE P.C
                                Marion C. Passmore (SBN #228474)
                                580 California Street, Suite 1200
                                San Francisco, CA 94104
                                (415) 568-2124 (phone)
                                (212) 486-0462 (fax)
                                passmore@bespc.com

                                Liaison Counsel for Lead Plaintiff,
                                Lead Counsel, and the Proposed Class
```

Pursuant to the stipulation, IT IS SO ORDERED.

Dated:  February 26, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE