BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Counsel for Plaintiffs Thomas Kaspar and
Travis Tanasse*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION | Case No. 2:23-cv-01816-WBS-JDP |
| This Document Relates To | **NOTICE OF RELATED CASES** |
| ALL ACTIONS CONSOLIDATED FROM: | Senior Judge William B. Shubb |
| Antonio F. Soto, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| Origin Materials, Inc., Richard J. Riley, and John Bissell, | |
| Defendants. | |

[Additional captions on following page]

| | |
|---|---|
| THOMAS KASPAR, derivatively on behalf of ORIGIN MATERIALS, INC., | Case No. 2:25-cv-00777-DC-JDP |
| Plaintiff, | Judge Dena M. Coggins |
| v. | |
| JOHN BISSELL, PIA HEIDENMARK COOK, KATHLEEN B. FISH, WILLIAM HARVEY, CRAIG A. ROGERSON, JIM STEPHANOU, R. TONY TRIPENY, RICH RILEY, KAREN RICHARDSON, BENNO O. DORER, and CHARLES DRUCKER, | |
| Defendants, | |
| and | |
| ORIGIN MATERIALS, INC., | |
| Nominal Defendant. | |
| TRAVIS TANASSE, Derivatively on Behalf of Nominal Defendant ORIGIN MATERIALS, INC., | Case No. 2:25-cv-00796-JAM-CKD |
| Plaintiff, | Senior Judge John A. Mendez |
| v. | |
| JOHN BISSELL, RICHARD J. RILEY, PIA HEIDENMARK COOK, KATHLEEN B. FISH, WILLIAM HARVEY, KAREN RICHARDSON, CHARLES DRUCKER, CRAIG ROGERSON, JIM STEPHANOU, and R. TONY TRIPENY, | |
| Defendants, | |
| and | |
| ORIGIN MATERIALS, INC., | |
| Nominal Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Pursuant to Local Rule 123, Plaintiffs Thomas Kaspar and Travis Tanasse (together, "Plaintiffs"), submit this notice of related cases currently pending before this Court as follows:

- *In re Origin Materials, Inc. Securities Litigation*, Case No. 2:23-cv-01816-WBS-JDP[1] (the "Securities Class Action"), filed on August 25, 2023;

- *Kaspar v. Bissell, et al.*, Case No. 2:25-cv-00777-DC-JDP ("*Kaspar* Action"), filed on March 7, 2025;

- *Tanasse v. Bissell, et al.*, Case No. 2:25-cv-00796-JAM-CKD ("*Tanasse* Action" or collectively with the *Kaspar* Action, the "Derivative Actions"), filed on March 10, 2025;

These cases are related within the meaning of Local Rule 123(a) in that they have named overlapping defendants, specifically, John Bissell ("Bissell") and Richard J. Riley ("Riley") are named as defendants in all three cases. Moreover, Origin Materials, Inc. is named as a defendant in the Securities Class Action and is named as a nominal defendant in the Derivative Actions. In addition to defendants Bissell and Riley, the Derivative Actions also both name defendants Pia Heidenmark Cook, Kathleen B. Fish, William Harvey, Karen Richardson, Charles Drucker, Craig Rogerson, Jim Stephanou, and R. Tony Tripeny.

These actions arise from substantially similar transactions, happenings, and events, and involve related issues of fact and law, specifically, breach of fiduciary duties, unjust enrichment, waste of corporate assets, and violations of Sections 10(b), 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") , and other related causes of action, based on events that occurred between February 23, 2023 to August 9, 2023, as alleged in the respective complaints.

/ / /

/ / /

/ / /

---

[1] Originally filed as *Soto v. Origin Materials, Inc., et al.*, Case No. 2:23-cv-01816-WBS-JDP is the securities class action.

Respectfully submitted,

Dated: May 22, 2025

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By: */s/ Alex J. Tramontano*
ALEX J. TRAMONTANO

Betsy C. Manifold
Rachele R. Byrd
Alex J. Tramontano
750 B Street, Suite 1820
San Diego, CA 92101
Tel: (619) 239-4599
Fax: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff Thomas Kaspar and
Travis Tanasse*

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel: (516) 683-3516
tjm@rl-legal.com
sa@rl-legal.com

*Attorneys for Plaintiff Thomas Kaspar*

**KUEHN LAW, PLLC**
Justin A. Kuehn
Molly Brown
53 Hill Street, Suite 605
Southampton, NY 11968
Tel: (833) 672-0814
justin@kuehn.law
molly@kuehn.law

*Attorneys for Plaintiff Travis Tanasse*

2

NOTICE OF RELATED CASES
Case Nos. 2:23-cv-01816-WBS-JDP; 2:25-cv-00777-DC-JDP; 2:25-cv-00796-JAM-CKD

**PROOF OF SERVICE**

I hereby certify that on May 22, 2025, I electronically filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record.

/s/ Alex J. Tramontano
ALEX J. TRAMONTANO

3