BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
REBECCA LOCKERT, State Bar No. 348810
rebecca.lockert@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Origin*
*Materials, Inc. and John Bissell*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION _____ This Document Relates To ALL ACTIONS CONSOLIDATED FROM: Antonio F. Soto, individually and on behalf of all others similarly situated,     Plaintiff,               v. Origin Materials, Inc., Richard J. Riley, and John Bissell,       Defendants. | Case No.: 2:23-cv-01816-WBS-JDP **NOTICE OF RELATED CASES** |

[Additional caption on following page]

NOTICE OF RELATED CASES
CASE NO. 2:23-cv-01816-WBS-JDP

THOMAS KASPAR, derivatively on behalf of ORIGIN MATERIALS, INC.,

        Plaintiff,

    v.

JOHN BISSELL, PIA HEIDENMARK COOK, KATHLEEN B. FISH, WILLIAM HARVEY, CRAIG A. ROGERSON, JIM STEPHANOU, R. TONY TRIPENY, RICH RILEY, KAREN RICHARDSON, BENNO O. DORER, and CHARLES DRUCKER,

        Defendants,

    and

ORIGIN MATERIALS, INC.,

        Nominal Defendant.

Case No.: 2:25-cv-00777-DC-JDP

TRAVIS TANASSE, Derivatively on Behalf of Nominal Defendant ORIGIN MATERIALS, INC.,

        Plaintiff,

    v.

JOHN BISSELL, RICHARD J. RILEY, PIA HEIDENMARK COOK, KATHLEEN B. FISH, WILLIAM HARVEY, KAREN RICHARDSON, CHARLES DRUCKER, CRAIG ROGERSON, JIM STEPHANOU, and R. TONY TRIPENY,

        Defendants,

    and

ORIGIN MATERIALS, INC.,

        Nominal Defendant.

Case No.: 2:25-cv-00796-JAM-CKD

Pursuant to L.R. 123(b), defendants Origin Materials, Inc. and John Bissell ("Defendants"), by and through their undersigned counsel, respectfully notify the Court of the following related cases:

1. *Kaspar v. Origin Materials, Inc., et al.*, No. 2:25-cv-00777-DC-JDP (E.D. Cal.) (the "Kaspar Action");

2. *Tanasse v. Origin Materials, Inc., et al.*, No. 2:25-cv-00796-JAM-CKD (E.D. Cal.) (the "Tanasse Action"); and

3. *In re Origin Materials, Inc. Securities Litigation*, No. 2:23-cv-01816-WBS-JDP (E.D. Cal.) (the "Soto Action").

These cases are related within the meaning of L.R. 123(a) because the *Kaspar* and *Tanasse* Actions were filed against the same Defendants, with only one additional defendant in the *Kaspar* Action, and because all three cases allege purported misleading statements concerning the same subject matter, the construction and operations of the Origin 2 plant, over the same class period/relevant period (Feb. 23, 2023 - Aug. 9, 2023).

Dated: May 22, 2025                    FRESHFIELDS US LLP

                                       By:  */s/ Boris Feldman*
                                            Boris Feldman

                                       *Attorneys for Defendants Origin Materials, Inc. and John Bissell*

NOTICE OF RELATED CASES                1
CASE NO. 2:23-cv-01816-WBS-JDP