UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANTONIO F. SOTO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ORIGIN MATERIALS, INC., RICHARD J. RILEY, JOHN BISSELL, and NATE S. WHALEY,<br><br>    Defendants. | No. 2:23-cv-1816 WBS JDP<br><br>ORDER RELATING CASES |
| STEPHEN JONES, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ORIGIN MATERIALS, INC., RICHARD J. RILEY, JOHN BISSELL, and NATE S. WHALEY,<br><br>    Defendants. | No. 2:23-cv-2202 DJC JDP |

1

| | |
|---|---|
| THOMAS KASPAR, derivatively on behalf of ORIGIN MATERIALS, INC., <br><br>        Plaintiff, <br><br>   v. <br><br>JOHN BISSELL, PIA HEIDENMARK COOK, KATHLEEN B. FISH, WILLIAM HARVEY, CRAIG A. ROGERSON, JIM STEPHANOU, R. TONY TRIPENY, RICH RILEY, KAREN RICHARDSON, BENNO O. DORER, and CHARLES DRUCKER, <br><br>        Defendants <br>   and <br><br>ORIGIN MATERIALS, INC. <br><br>        Nominal Defendant. | No. 2:25-cv-777 DC JDP |
| TRAVIS TANASSE, Derivatively on Behalf of Nominal Defendant ORIGIN MATERIALS, INC., <br><br>        Plaintiff, <br><br>   v. <br><br>JOHN BISSELL, RICHARD J. RILEY, PIA HEIDENMARK COOK, KATHLEEN B. FISH, WILLIAM HARVEY, KAREN RICHARDSON, CHARLES DRUCKER, CRAIG ROGERSON, JIM STEPHANOU, and R. TONY TRIPENY, <br><br>        Defendants, <br>   and <br><br>ORIGIN MATERIALS, INC. <br><br>        Nominal Defendant. | No. 2:25-cv-796 JAM CKD |

2

1                          ----oo0oo----

2           The court previously related cases Soto v. Origin
3   Materials, Inc., No. 2:23-cv-1816 WBS JDP, and Jones v. Origin
4   Materials, Inc., No. 2:23-cv-2202 WBS JDP, and ultimately
5   consolidated those two cases.  The court now finds that the
6   instant cases, Kaspar v. Origin Materials, Inc., No. 2:25-cv-777
7   DC JDP, and Tanasse v. Origin Materials, Inc., No. 2:25-cv-796
8   JAM CKD, are also related within the meaning of Local Rule
9   123(a), because the cases assert similar claims under the
10  Securities Exchange Act of 1934 against several of the same
11  defendants based on the same subject matter, namely the
12  development and construction of the Origin 2 plant.  Accordingly,
13  the assignment of the matters to the same judge is likely to
14  effect a substantial saving of judicial effort and is also likely
15  to be convenient for the parties.

16          The parties should be aware that relating the cases
17  under Local Rule 123 merely has the result that both actions are
18  assigned to the same judge; no consolidation of the actions is
19  effected.  Under the regular practice of this court, related
20  cases are generally assigned to the judge and magistrate judge to
21  whom the first filed action was assigned.

22          IT IS THEREFORE ORDERED that the actions denominated
23  Soto v. Origin Materials, Inc., No. 2:23-cv-1816 WBS JDP, Jones
24  v. Origin Materials, Inc., No. 2:23-cv-2202 WBS JDP, Kaspar v.
25  Origin Materials, Inc., No. 2:25-cv-777 DC JDP, and Tanasse v.
26  Origin Materials, Inc., No. 2:25-cv-796 JAM CKD be, and the same
27  hereby are, deemed related.  The cases denominated Kaspar v.
28  Origin Materials, Inc., No. 2:25-cv-777 DC JDP, and Tanasse v.

Origin Materials, Inc., No. 2:25-cv-796 JAM CKD, shall be reassigned to Judge WILLIAM B. SHUBB. Any dates currently set in the reassigned cases only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned cases shall be shown as Kaspar v. Origin Materials, Inc., No. 2:25-cv-777 WBS JDP, and Tanasse v. Origin Materials, Inc., No. 2:25-cv-796 WBS JDP.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated:  May 28, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE