BRAGAR EAGEL & SQUIRE P.C.
MARION C. PASSMORE (SBN #228474)
MELISSA A. FORTUNATO (SBN #319767)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 486-0462
Email:  passmore@bespc.com
        fortunato@bespc.com

*Liaison Counsel for Lead Plaintiff,*
*Lead Counsel, and the Proposed Settlement Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ORIGIN MATERIALS, INC. SECURITIES LITIGATION<br><br>This Document Relates To<br><br>ALL ACTIONS CONSOLIDATED FROM:<br><br>Antonio F. Soto, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br>　　　　　　v.<br>Origin Materials, Inc., Richard J. Riley, and John Bissell,<br><br>　　　Defendants. | Case No. 2:23-cv-01816-WBS-JDP<br><br>**CLASS ACTION**<br><br>**NOTICE OF RULE 23(e)(1) MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL TO PROVIDE NOTICE TO THE CLASS**<br><br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th floor<br>Hearing Day: January 5, 2026<br>Hearing Time: 1:30 PM |

1

Case No. 2.23-cv-01816-WBS-JDP
NOTICE OF MOTION

1  TO:  ALL COUNSEL OF RECORD

2      PLEASE TAKE NOTICE that Lead Plaintiff Todd Frega hereby moves
3  before Hon. William Shubb, at the Robert T. Matsui United States
4  Courthouse, 501 I street, Sacramento, California 95814, for an Order,
5  pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure:
6  pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure: (i)
7  preliminarily approving the Settlement; (ii) holding that the manner
8  and forms of notice satisfy due process and provide the best notice
9  practicable under the circumstances, and ordering that Notice be
10 provided to the Settlement Class; (iii) setting a date and time for
11 the Settlement Hearing 125 days from entry of the Preliminary Approval
12 Order; (iv) appointing Strategic Claims Services as Claims
13 Administrator; and (v) preliminarily certifying the Settlement Class.
14 Defendants do not oppose the relief requested by this motion.
     The motion is based on the accompanying Memorandum of Law and the
15
16 Declaration of Michael S. Bigin, dated November 14, 2025, with annexed
17 exhibits, filed herewith.

18     A proposed Order Granting Preliminary Approval of the Class Action
19 Settlement and Authorizing Notice, which was negotiated by the Parties
20 to the Settlement, with annexed exhibits, is also submitted herewith.

2

Case No. 2.23-cv-01816-WBS-JDP
NOTICE OF MOTION

Dated: November 14, 2025

BRAGAR EAGEL & SQUIRE P.C.

*/s/ Marion C. Passmore*
MARION C. PASSMORE (SBN #228474)
MELISSA A. FORTUNATO (SBN #319767)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 486-0462
passmore@bespc.com
fortunato@bespc.com

Liaison Counsel for Lead Plaintiff, Lead Counsel, and the Proposed Settlement Class

BERNSTEIN LIEBHARD LLP
STANLEY D. BERNSTEIN
MICHAEL S. BIGIN
STEPHANIE M. BEIGE
ROBERT. S. ROWLEY
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com
beige@bernlieb.com
rrowley@bernlieb.com

*Lead Counsel for Lead Plaintiff and the Proposed Settlement Class*

3

Case No. 2.23-cv-01816-WBS-JDP
NOTICE OF MOTION